AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| LARBALL PUBLISHING COMPANY, INC. and SANDY LINZER PRODUCTIONS, INC.,<br><br>*Plaintiff(s)*<br>v.<br>DUA LIPA, JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS PUBLISHING, BOSCO KANTE, CLARENCE COFFEE, JR., SARAH HUDSON, STEPHEN KOZMENIUK, EMI MUSIC PUBLISHING LTD., SONY MUSIC PUBLISHING (US) LLC, UNIVERSAL MUSIC CORPORATION, and WARNER MUSIC CORP.,<br><br>*Defendant(s)* | Civil Action No. 22-cv-1872 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JONATHAN LYNDALE KIRK ("DA BABY")
D/B/A BABY JESUS PUBLISHING
135 STILLWATER RD.
TROUTMAN, NC 28166-9608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/28/2022

/s/ L. Alvarado
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

LARBALL PUBLISHING COMPANY, INC. and
SANDY LINZER PRODUCTIONS, INC.,

*Plaintiff(s)*

v.  Civil Action No. 22-cv-1872

DUA LIPA,
JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS
PUBLISHING, BOSCO KANTE, CLARENCE COFFEE, JR.,
SARAH HUDSON, STEPHEN KOZMENIUK,
EMI MUSIC PUBLISHING LTD., SONY MUSIC PUBLISHING (US)
LLC, UNIVERSAL MUSIC CORPORATION, and WARNER MUSIC
CORP.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BOSCO KANTE
740 CANYON OAKS DR., APT F
OAKLAND, CA 94605-3885

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/28/2022

*CLERK OF COURT*

/s/ L. Alvarado

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

LARBALL PUBLISHING COMPANY, INC. and
SANDY LINZER PRODUCTIONS, INC.,

*Plaintiff(s)*

v.

DUA LIPA,
JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS
PUBLISHING, BOSCO KANTE, CLARENCE COFFEE, JR.,
SARAH HUDSON, STEPHEN KOZMENIUK,
EMI MUSIC PUBLISHING LTD., SONY MUSIC PUBLISHING (US)
LLC, UNIVERSAL MUSIC CORPORATION, and WARNER MUSIC
CORP.,

*Defendant(s)*

Civil Action No. 22-cv-1872

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EMI MUSIC PUBLISHING LTD.
25 Madison Avenue
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/28/2022

/s/ L. Alvarado

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

LARBALL PUBLISHING COMPANY, INC. and
SANDY LINZER PRODUCTIONS, INC.,

*Plaintiff(s)*

v.   Civil Action No. 22-cv-1872

DUA LIPA,
JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS
PUBLISHING, BOSCO KANTE, CLARENCE COFFEE, JR.,
SARAH HUDSON, STEPHEN KOZMENIUK,
EMI MUSIC PUBLISHING LTD., SONY MUSIC PUBLISHING (US)
LLC, UNIVERSAL MUSIC CORPORATION, and WARNER MUSIC
CORP.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SONY MUSIC PUBLISHING (US) LLC
25 Madison Avenue
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/28/2022                             /s/ L. Alvarado

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LARBALL PUBLISHING COMPANY, INC. and SANDY LINZER PRODUCTIONS, INC., <br><br> *Plaintiff(s)* <br> v. <br> DUA LIPA, JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS PUBLISHING, BOSCO KANTE, CLARENCE COFFEE, JR., SARAH HUDSON, STEPHEN KOZMENIUK, EMI MUSIC PUBLISHING LTD., SONY MUSIC PUBLISHING (US) LLC, UNIVERSAL MUSIC CORPORATION, and WARNER MUSIC CORP., <br><br> *Defendant(s)* | Civil Action No. 22-cv-1872 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

UNIVERSAL MUSIC CORPORATION
2220 Colorado Avenue
Santa Monica, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/28/2022

/s/ L. Alvarado

*Signature of Clerk or Deputy Clerk*