

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Christine Lepera
A Professional Corporation
(917) 546-7703 Phone
(917) 546-7673 Fax
ctl@msk.com

November 23, 2022

**VIA ECF**

Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Larball Publishing Company, Inc., et al. v. Dua Lipa, et al.*, Case No. 22-cv-1872

Dear Judge Failla:

We are counsel for Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US) LLC, Universal Music Corporation and Warner Records Inc. (collectively, "Defendants") in the above-referenced action.

At the September 27, 2022 pre-motion to dismiss conference, Defendants apprised the Court that a related copyright infringement action is pending in the Central District of California, entitled *Cope, et al. v. Warner Records Inc., et. al.*, Case 2:22-cv-01384 SSS (ASx) (the "*Cope* Action"). In the *Cope* Action, the plaintiffs thereto are alleging that the same musical composition and sound recording that is at issue in this lawsuit—"Levitating"—purportedly infringes their copyright in a musical composition entitled "Live Your Life."  Five of the Defendants in this action—namely, Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk and Warner Records Inc.—are also defendants in the *Cope* Action.

We write to provide a further update that the *Cope* Defendants filed a motion to transfer the *Cope* Action to the Southern District of New York on November 14, 2022, seeking for both actions to be maintained in a single forum.  We will continue to update the Court as to the status of that motion.  Of course, we are available to discuss this matter further in the event that the Court has any questions.

Sincerely,

*Christine Lepera*

Christine Lepera
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

CTL/sml

cc:   Counsel of Record (via ECF)

14947587.1

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM