UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARBALL PUBLISHING COMPANY, INC. and SANDY LINZER PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DUA LIPA, JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS PUBLISHING, CLARENCE COFFEE, JR., SARAH HUDSON, STEPHEN KOZMENIUK, SONY MUSIC PUBLISHING (US) LLC, UNIVERSAL MUSIC CORPORATION, and WARNER RECORDS INC., <br><br> Defendants. | CASE NO. 22-CV-1872-KPF <br><br> **NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Jeffrey M. Movit, Esq. dated November 30, 2022, and all prior pleadings and filings in this Action, Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US) LLC, Universal Music Corporation and Warner Records Inc. (collectively, "Defendants"), through their undersigned counsel, hereby respectfully move this Court, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 618, New York, New York 10007, before the Honorable Katherine Polk Failla, for an Order dismissing Plaintiffs' copyright infringement claims related to the musical composition "Wiggle and Giggle All Night" with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the directive of the Court, answering papers, if any, are required to be served upon the undersigned by January 6, 2023.

DATED: New York, New York
November 30, 2022

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Jeffrey M. Movit
Christine Lepera (ctl@msk.com)
Jeffrey M. Movit (jmm@msk.com)
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Gabriella N. Ismaj (*pro hac vice*)
(gan@msk.com)
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US) LLC, Universal Music Corporation, Warner Records Inc.*