# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**LARBALL PUBLISHING COMPANY, INC.**
and **SANDY LINZER PRODUCTIONS, INC.,**

       **Plaintiffs,**

**vs.**

                                          **Case No. 1:22-cv-1872**

**DUA LIPA, et al.,**

       **Defendants.**

---

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
## AS TO DEFENDANT JONATHAN LYNDALE KIRK ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Larball Publishing Company, Inc. and Sandy Linzer Productions, Inc., hereby give notice of the dismissal, without prejudice, of all of their claims in this matter against Defendant Jonathan Lyndale Kirk a/k/a Da Baby. For the avoidance of doubt, Plaintiffs maintain and do not hereby dismiss their claims against any other Defendant in this matter.

Plaintiffs respectfully suggest that this dismissal moots Defendant Kirk's Motion to Dismiss, ECF 67, filed on January 30, 2023.

DATED: July 7, 2023                        Respectfully submitted,

                                          **BROWN, LLC**

                                          *s/ Jason T. Brown*
                                          Jason T. Brown (JB6579)
                                          Patrick S. Almonrode (PA0428)
                                          111 Town Square Place, Suite 400
                                          Jersey City, NJ 07310
                                          (877) 561-0000 (office)
                                          (855) 582-5297 (fax)
                                          *jtb@jtblawgroup.com*
                                          *patalmonrode@jtblawgroup.com*