

111 TOWN SQUARE PLACE, SUITE 400 • JERSEY CITY, NJ 07310 • TEL (877) 561-0000 • FAX (855) 582-LAWS
WWW.IFIGHTFORYOURRIGHTS.COM

October 20, 2023



**Via ECF and E-mail**
Hon. Katherine Polk Failla, U.S.D.J.
40 Foley Square New York, NY 10007

**Re: *Larball Publishing Company, Inc., et al. v. Dua Lipa, et al.*, No.: 1:22-cv-01872-KPF**

Dear Judge Failla:

I write on behalf of the Parties in this matter to respectfully request modification of the current Case Management Order (Dkt. 87). Paragraph 4.b. of that Order requires the Parties to file "if and as appropriate, provisions for the disclosure, discovery, or preservation of electronically stored information (ESI)." Also pursuant to that Order discovery has been bifurcated: expert discovery first, followed by damages discovery if needed.

The Parties agree that no ESI protocol is needed for expert discovery but agree that a protocol might be necessary should the Parties engage in damages discovery. Therefore, the Parties respectfully request that, in lieu of having to negotiate a nuanced ESI protocol now, the deadline for filing such a protocol be held in abeyance, to be revisited as may be needed once the Court decides the anticipated summary judgment motions as to liability.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick S. Almonrode* | */s/ Elaine Nguyen* |
| Patrick S. Almonrode | Elaine Nguyen |
| Jason T. Brown | Christine Lepera |
| BROWN, LLC | MITCHELL SILBERBERG & KNUPP, LLP |
| 111 Town Square Place, Ste. 400 | 437 Madison Avenue, 25th Floor |
| Jersey City, NJ 07310 | New York, NY 10022 |
| P: (877) 561-0000 | P: (917) 546-7703 |
| F: (855) 582-5297 | F: (917) 546-7673 |
| E: patalmonrode@jtblawwgroup.com | E: eln@msk.com |
| jtb@jtblawgroup.com | ctl@msk.com |
| | |
| *Attorneys for Plaintiffs Larball Publishing Company, Inc., and Sandy Linzer Productions, Inc.* | *Attorneys for Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US), LLC, Universal Music Corporation, and Warner Records, Inc.* |

Application GRANTED. The deadline by which the parties may file, if and as appropriate, provisions for the disclosure, discovery, or preservation of electronically stored information (ESI) is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 89.

Dated:   October 23, 2023         SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE