

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Christine Lepera
A Professional Corporation
(917) 546-7703 Phone
(917) 546-7673 Fax
ctl@msk.com

March 13, 2024

**VIA ECF AND EMAIL (FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Larball Publishing Company, Inc., et al. v. Dua Lipa, et al.*, **Case No. 22-cv-1872**

Dear Judge Failla:

We are counsel for Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US) LLC, Universal Music Corporation and Warner Records Inc. (collectively, "Defendants") in the above-referenced action.

We write pursuant to Your Honor's Individual Rules and Practices Rule 2(c)(i) to request a two-week extension of the deadlines in connection with Motion(s) for Summary Judgment.

Pursuant to Your Honor's Order dated February 12, 2024 (ECF Doc. No. 95), the current deadline to submit Motion(s) for Summary Judgment is on or before March 26, 2024, with oppositions due on or before May 8, 2024, and replies due on or before May 29, 2024. Defendants respectfully request that the deadlines be extended by just over two weeks because lead counsel for Defendants on this matter fell seriously ill with COVID-19 the past few weeks, causing delay. The schedule proposed below is based off consultation with all counsel, and consideration of other scheduling conflicts.  Counsel for Plaintiffs Larball Publishing Company, Inc., and Sandy Linzer Productions, Inc. ("Plaintiffs") consent to this first request for an extension of time.

As such, Defendants respectfully request the briefing schedule be modified as follows:

- April 12, 2024 – Deadline to Submit Motion(s) for Summary Judgment

- May 24, 2024 – Deadline for Oppositions to Motion(s) for Summary Judgment

- June 21, 2024 – Deadline for Replies in Support of Motion(s) for Summary Judgment

We thank the Court for its time and attention to this matter.

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM



Hon. Katherine Polk Failla, U.S.D.J.
March 13, 2024
Page 2

Sincerely,

*Christine Lepera*

Christine Lepera
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

CTL/eln
cc:     Counsel of Record (via ECF)

```
Application GRANTED.  The deadlines for briefing on the parties'
motions for summary judgment are hereby ADJOURNED in accordance
with the above schedule.

The Clerk of Court is directed to terminate the pending motion
at docket entry 96.


Dated:    March 13, 2024               SO ORDERED.
          New York, New York



                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```