UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARBALL PUBLISHING COMPANY, INC. and SANDY LINZER PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DUA LIPA, JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS PUBLISHING, CLARENCE COFFEE, JR., SARAH HUDSON, STEPHEN KOZMENIUK, SONY MUSIC PUBLISHING (US) LLC, UNIVERSAL MUSIC CORPORATION, and WARNER RECORDS INC., <br><br> Defendants. | CASE NO. 22-CV-1872-KPF <br><br> **ORAL ARGUMENT REQUESTED** |

## **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Local Rule 56.1 Statement of Undisputed Material Facts, Declaration of Christine Lepera, dated April 12, 2024 and supporting exhibits, and all prior pleadings and proceedings herein, Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US) LLC, Universal Music Corporation and Warner Records Inc. (collectively, "Defendants"), through their undersigned counsel, will move this Court, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, before the Honorable Katherine Polk Failla, U.S.D.J., on a date and time to be scheduled by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint of Plaintiffs Larball Publishing Company, Inc. and Sandy Linzer Productions, Inc.

(ECF Doc. No. 51) in its entirety with prejudice and for such other further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated March 13, 2024 (ECF Doc. No. 97), any answering memoranda of law shall be served on or before May 24, 2024.

Dated: New York, New York
April 12, 2024

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Christine Lepera
Christine Lepera (ctl@msk.com)
Bradley Mullins (bym@msk.com)
Elaine Nguyen (eln@msk.com)
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, Stephen Kozmeniuk, Sony Music Publishing (US) LLC, Universal Music Corporation, and Warner Records Inc.*