# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARBALL PUBLISHING COMPANY, INC. and SANDY LINZER PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DUA LIPA, CLARENCE COFFEE, JR., SARAH HUDSON, STEPHEN KOZMENIUK, SONY MUSIC PUBLISHING (US) LLC, UNIVERSAL MUSIC CORPORATION, and WARNER RECORDS INC., <br><br> Defendants. | Case No. 1:22-cv-1872 |

## DECLARATION OF PATRICK ALMONRODE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF BARBARA SALANI AND CHARLES CALELLO

I, Patrick Almonrode, am over the age of eighteen, am fully competent to testify, and have personal knowledge of the matters stated herein. I declare as follows:

1. I am a partner with the law firm Brown, LLC, and represent Plaintiffs Larball Publishing Company, Inc., and Sandy Linzer Productions, Inc., in the above-captioned matter.

2. I am admitted to practice in the Southern District of New York and submit this declaration in opposition to Defendants' Motion to Exclude the Expert Testimony of Barbara Salani and Charles Calello.

3. Attached hereto as **Exhibit A** is a true and correct copy of the report of Plaintiffs' expert, Charles Calello, with exhibits, which was served on counsel for Defendants in this action on or about November 3, 2023.

1

4.     Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcript of Defendants' expert, Lawrence Ferrara, taken on January 30, 2024, and transcribed by Garry J. Torres of Veritext Legal Solutions.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the deposition transcript of Plaintiffs' expert, Barabara Salani, taken on January 19, 2024, and transcribed by Frank Bas of Esquire Deposition Solutions.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the deposition transcript of Plaintiffs' expert, Charles Calello, taken on January 23, 2024, and transcribed by Mary Bowman of Esquire Deposition Solutions.

7.     Attached hereto as **Exhibit E** is a true and correct copy of the report of Defendants' expert, Lawrence Ferrara, with exhibits, which was received by counsel for Plaintiffs in this action on or about December 22, 2023.

8.     Attached hereto as **Exhibit F** is a true and correct copy of the report of Plaintiffs' expert, Barbara Salani, with exhibits, which was served on counsel for Defendants in this action on or about November 3, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of June, 2024 at New York, New York.

_____
Patrick Almonrode