# EXHIBIT A

# Calello Music Group, Inc.

November 1, 2023

**This Document Is Being Prepared by Charles Calello to Demonstrate Why the Musical Composition "Levitating" Infringes on The Musical Compositions "Wiggle and Giggle All Night Long" and It's Spanish Version, "Don Diablo,"**

For the past sixty years I've worked as a record producer and music arranger and have had 42 top ten records. It has been my experience that albums (CDs) when they are being created, usually start with a theme. For example, "What's Going On" (Marvin Gaye), Sgt. "Pepper's Lonely Hearts Club Band" (The Beatles), "Born to Run" (Bruce Springsteen), to name a few. They usually have one key song that helps in its creation. According to Dua Lipa, "Future Nostaliga's", theme was created after writing "Levitating." (Dua Lipa explains it live on the Stephen Colbert show) (https://www.youtube.com/watch?v=4ceGrAlZIbU) starting at 3:29.

The question is: Did Dua Lipa's, team with Sarah Hudson, Clarence Coffee Jr & Koz infringe on the copyrighted song by Sandy Linzer and L Russel Brown, entitled, "Wiggle and Giggle All Night Long," and its Spanish version, "Don Diablo," with their composition "Levitating."

The famous composer and conductor with more than 20 awards to his credit, Leonard Bernstein, in talking about the first movement of Beethoven's Fifth Symphony said, it just wasn't the 4 notes (G G G Eb) that made his symphony great, it was what followed. He put it this way: *"So economical that almost every bar of it is a direct development of these four notes. -  People have wondered what it is that in douse this musical figure with such potency.  - The truth is that the real meaning lies in the notes of all the five hundred measures that follow it."*
(Hear the entire discourse, https://www.youtube.com/watch?v=j5u1R-OzeSs)

In any copyright infringement claim, the most important musicological areas to examine and compare are the **Melody** (or pitch), the **Rhythmic Elements**, along with **the Lyrics** and **Structure**.  In "Pop" music, infringement may also be determined by the way the song is **Performed.**

Below, I've transcribed all relevant portions of said pieces into notation (musical notes). The musical notation will show visually how the musical compositions are connected through the five elements**, MELODY. RHYTHM, LYRICS, STRUCTURE** and **PERFORMANCE.**

**MELODY:**
A melody, (or tune), voice, or line, is a linear succession of musical tones that the listener perceives as a single entity. In its most literal sense, **a melody is a combination of pitch and rhythm**, while more figuratively, **the term can include other musical elements such as tonal color and/or chords.** It is the foreground to the background accompaniment**.**

**Pitch:** Pitch is a perceptual property of sounds that allows their ordering on a frequency-related scale, or more commonly, pitch is the quality that makes it possible to judge sounds as "higher" and "lower" in the sense associated with musical melodies. Pitch is a major auditory attribute of musical tones, along with duration, loudness, and timbre.

Please note the similarities in the following melodies.

"Don Diablo" (DD) and "Wiggle and Giggle All Night Long" (WG)



"Don Diablo" (DD) "Levitating" (LEV)

Starting in the second bar, (bar 10) the melody in both songs move in the exact same direction except for one 8th note in bar 11.  Also, the intervals are evenly matched, even being in different modes (major and minor keys).

There are 23 notes in "Wiggle and Giggle All Night Long"
There are 26 notes in "Don Diablo"
There are 23 notes in "Levitating,"

**Please note that 22 of the notes in "Levitating" are identical to the notes in "Don Diablo"**

**RHYTHM:**
Rhythm is the pattern of sound, silence, and emphasis in a song. In music theory, rhythm refers to the recurrence of notes and rests (silences) in time. **When a series of notes and rests repeats, it forms a rhythmic pattern**. In addition to indicating *when* notes are played, musical **rhythm also stipulates *how long* they are played** and with what intensity. This creates different note durations and different types of accents.

In "Wiggle and Giggle All Night Long" there are a total of 23 notes that make up the theme
In "Don Diablo" there are a total of 26 notes that make up the theme
In "Levitating" there are a total of 23 notes that make up the theme.

**Please note, 22 of the notes in "Levitating" use the same rhythm as "Don Diablo."**



**LYRICS:**
Lyrics are words that make up a song, usually consisting of verses and choruses. Some lyrics are abstract, almost unintelligible, and, in such cases, their explication emphasizes

2

form, articulation, meter, and symmetry of expression. Rappers can also create lyrics that are meant to be spoken rhythmically rather than sung.

"Wiggle and Giggle All Night Long"
    Walk-in' down the / Street When I /
    saw this hand-some /  sold-ier boy
    Win-kin', win-kin',  / win-kin' at me
"Levitating" -
    if you wan-na  / run a-way with
    me, I know a  / gal-a-xy And
    I can take you  /for a ride

The way the lyric is formed in "Levitating," the Dua Lipa team seems to have used the same meter and articulated to the lyric in "Wiggle and Giggle All Night Long" and/or "Don Diablo."

**The meter and symmetry of expression are the same as "Wiggle and Giggle All Night Long" & "Don Diablo."**

**STRUCTURE:**

A structure is an arrangement and organization of interrelated elements in a material object or system, or the object or system so organized. Types of structure include a hierarchy, a network featuring many-to-many links, or a lattice featuring connections between components that are neighbors in space.

"Levitating," is structured in the following manner.

There are 24 bars of music that make up the master recording, "Levitating,"

Verse         8 bars  - 6 of those bars are a direct copy of "Wiggle and Giggle All Night
                        Long" & "Don Diablo."
Pre Chorus   4 bars  - Repeated
Chorus       4 Bars - Repeated
Verse - Rap  4 Bars - Music from Verse - Repeated
Interlude    4 Bars

**Out of those 24 bars, 6 of them are a direct copy of "Wiggle and Giggle All Night Long" & "Don Diablo."  That makes up 25% of the total musical composition being taken literally from "Wiggle and Giggle All Night Long" & "Don Diablo."**



**PERFORMANCE:**

The action or process of carrying out or accomplishing an action, task, or function:

3

**Tempo:** In musical terminology, tempo also known as beats per minute, is the speed or pace of a given composition. In classical music, tempo is typically indicated with an instruction at the start of a piece and is usually measured in beats per minute. In modern classical compositions, a "metronome mark" in beats per minute may supplement or replace the normal tempo marking, while in modern genres like electronic dance music, tempo will typically simply be stated in BPM.

"Wiggle and Giggle All Night Long"   Tempo (BPM 103)
"Don Diablo."                        Tempo (BPM 103)
"Levitating,"                        Tempo (BPM 103)

**Beat:** In music and music theory, the beat is the basic unit of time, the pulse, of the mensural level. The beat is often defined as the rhythm listeners would tap their toes to when listening to a piece of music, or the numbers a musician counts while performing. In popular use, beat can refer to a variety of related concepts, including pulse, tempo, meter, specific rhythms, and groove.

"Wiggle and Giggle All Night Long"   Bass Drum Plays all Quarter Notes
"Don Diablo."                        Bass Drum Plays all Quarter Notes
"Levitating,"                        Bass Drum Plays all Quarter Notes

**The Tempo and Beat of the master recording "Levitating" uses the exact same performance process as "Wiggle and Giggle All Night Long" & "Don Diablo."**

The question now comes up, is "Wiggle and Giggle All Night Long" & "Don Diablo" just a musical idea or is it a copyrightable expression?

There is nothing in the public domain that has been presented where the Melody, Rhythmic Elements, Structure and Performance have influenced the writing of "Wiggle and Giggle All Night Long" or "Don Diablo," which would minimize the copyright. However, assuming the first 8 notes of "Levitating," was the beginning of an idea, the available options for the next 14 notes would have certainly indicated a degree of originality and creativity if some of them had been changed.

There were 12 notes in a scale (pitches) that could have been selected to create notes 9 through 22. If we would add a basic rhythm to one of those notes, such as a half notes, quarter notes, eighth notes, or 16th notes, the permutation on just those limited option, to created note #9, would have been one in 48. Since there were 14 additional notes that made up the 22-note passage, that scenario would have basically been improbable because it would have had to take place an additional 13 times.

Because of the numerous circumstances addressed above it is my conclusion that it would have been literally impossible for "Levitating" to have been created without one or more of the Dua Lipa team to have referenced the master recording of, "Wiggle and Giggle All Night Long" and/or "Don Diablo." There are just too many coincidences to prove otherwise.

*[signature: Charles Calello]*

23368 Mirabella Circle ⬥ Boca Raton, FL 33433 ⬥ 561.395.9441 (O) ⬥ 561.212.9412 (M) Email: cjcarranger@Gmail.com ⬥ www.charlescalello.com

4

# Charles Calello

## The Master Behind the Music

Calello's passion for music led him to embark on his musical career at the young age of 18, just months after he graduated from the first Music and Art's High School in the United States, in Newark, New Jersey He took the first step of his musical Mecca when he began playing in local clubs, leaving the future to unfold quickly.

In 1958, Frankie Valli strolled into a nightclub in Newark, New Jersey, and was astounded by a band of young musicians performing live. Already with a hit of his own, with his then group, The Four Lovers, Valli knew the music he witnessed barreling off the stage was anything but ordinary. He asked who wrote the arrangements for the band, and quickly shook hands with Charles Calello.

During the next five years, while Calello was working as a musician and attending Manhattan School of Music, he and Valli developed a close relationship, which ultimately led to him becoming the arranger for "The Four Seasons." In the early Sixties, The Four Seasons helped spawn a chain of hit records that catapulted the group to stardom and assisted in creating a sound that is still unique today (Jersey Boys). During those early years, Calello arranged and/or produced several other top ten hit records included, *The Name Game*, with Shirley Ellis, *Blue Navy Blue*, with Diane Renay, *A Lover's Concerto,* with The Toys, and *Lightning Strikes,* with Lou Christie. In 1965-66 Calello replaced Nick Massi as the group's bassist and became a member of The Four Seasons and toured throughout that period.

After years of success with The Four Seasons, Calello went on to accept a position with Columbia Records (Sony Music) as a staff arranger/producer in late 1966. After producing and arranging the nationally acclaimed record for Laura Nyro, *Eli and The Thirteenth Confession*, he left Columbia Records and settled into a career as an independent arranger, producer and composer.

In the late sixties he arranged Frank Sinatra's *Watertown* album and the classic song by Neil Diamond, *Sweet Caroline*.  He has worked with such diverse artists as, Al Kooper, Nancy Sinatra, Roberto Carlos, Bruce Springsteen, Barbra Streisand, Engelbert Humperdinck, Glen Campbell, Janis Ian, Barry Manilow, Juice Newton, and many others. In 1979 he had his own hit record with a disco version of "Sing, Sing, Sing".[2]In 1992 he became principal arranger and assistant conductor of the Boca Pops in Boca Raton and later held the same position for the Sunshine Pops Orchestra.

Calello's talent continued to produce Top 10 Hits over the years, earning him international acclaim. His discography includes over 100 Billboard chart records, 30 of which were Top 10 Pop Hits, 10 of which were nominated for Grammys. He has also scored more than 60 television shows, over 250 commercials, and five motion pictures. His creative ability and diversity are exceeded only by the timeless nature and renowned quality portrayed in the rare elements easily witnessed throughout every facet of his work.

On Oct. 20, 2000, Calello was honored for his talent and artistic contribution to the music industry with an induction into the Vocal Group Hall of Fame as one of The Four Seasons.

Jersey Boys, a Tony award musical currently gracing the stage on Broadway, is about the life of Frankie Valli and The Four Seasons. Since Calello arranged many of original songs that are used in the play he is mentioned and glorified in the Broadway hit.

In addition to Calello's work as an arranger and producer, he actively continues to write stellar musical performances for Pops Orchestras and live shows, conducts Pops orchestras around the country for various artists and performs his own "hit records" in concert with his own show.

Calello is a published author. His book entitled, "Another Season," The Memoirs of Charlie Calello, tells his amazing story, as outlined above.

He has lectured at Miami University, FAU, in Boca Raton, FL, Northwood University in West Palm Beach, FL and the prestigious Berklee School of Music in Boston, Mass., where he spent 3 days lecturing on such various subjects as, Song Writing, Music Arranging and Publishing Music. He lectured the faculty on such subjects as the music business, starting a career in the entertaining industry, the value of publishing music and getting a job after college. In 2021 Calello was invited to attend a question-and-answer Zoom meeting for the Performing Arts students in Passaic, New Jersey. After covid he was invited back to speak directly to the music students and the faculty. In 2023 Calello was invited to conduct a Zoom, Master Class for ASMAC. (American Society of Music Arranger and Composers) It was view by music arrangers and composers all over the world.

The following is a list of the Billboard Hit Records Calello Arranged and/or Arranged and Produced:



|    | Year  | Month     | #  | Song                              | Artist              | Record Co.      | Function              |
|----|-------|-----------|----|-----------------------------------|---------------------|-----------------|-----------------------|
| 1  | 1963  | January   | 1  | Walk Like A Man                   | The 4 Seasons       | Vee-Jay         | Arranged              |
| 2  | 1965  | December  | 1  | Lightnin' Strikes                 | Lou Christie        | MGM             | Produced & Arranged   |
| 3  | 1974  | November  | 1  | My Eyes Adored You                | Frankie Valli       | Private Stock   | Arranged              |
| 4  | 1977  | February  | 1  | Southern Nights                   | Glen Campbell       | Capitol         | Arranged              |
| 5  | 1965  | September | 2  | A Lover's Concerto                | The Toys            | Dyno Voice      | Arranged              |
| 6  | 1975  | December  | 2  | All By Myself                     | Eric Carmen         | Arista          | Arranged              |
| 7  | 1981  | February  | 2  | Angel Of The Morning              | Juice Newton        | Capitol         | Arranged              |
| 8  | 1981  | May       | 2  | Queen Of Hearts                   | Juice Newton        | Capitol         | Arranged              |
| 9  | 1963. | June      | 3  | Candy Girl                        | The 4 Seasons       | Vee-Jay         | Arranged              |
| 10 | 1964  | December  | 3  | The Name Game                     | Shirley Ellis       | Congress        | Produced & Arranged   |
| 11 | 1964. | February  | 3  | Dawn                              | The 4 Seasons       | Phillips        | Arranged              |
| 12 | 1965  | October   | 3  | Let's Hang On                     | The 4 Seasons       | Vee-Jay         | Arranged              |
| 13 | 1975  | May       | 3  | Swearin' To God                   | Frankie Valli       | Private Stock   | Arranged              |
| 14 | 1976  | November  | 3  | I Like Dreamin'                   | Kenny Nolan         | 20th Centrury   | Produced & Arranged   |
| 15 | 1969  | June      | 4  | Sweet Caroline                    | Neil Diamond        | Uni             | Arranged              |
| 16 | 1977  | May       | 4  | My Heart Belongs To Me            | Barbra Streisand    | Columbia        | Co-Produced & Arranged|
| 17 | 1964  | April     | 6  | Ronnie                            | The 4 Seasons       | Phillips        | Arranged              |
| 18 | 1964  | January   | 6  | Blue Navy Blue                    | Diane Renay         | 20th Centrury   | Arranged              |
| 19 | 1981  | October   | 7  | The Sweetest Thing                | Juice Newton        | Capitol         | Arranged              |
| 20 | 1982  | August    | 7  | Love's Been A Little Bit Hard On Me | Juice Newton      | Capitol         | Arranged              |
| 21 | 1965  | March     | 8  | The Clapping Song (Clap Pat)      | Shirley Ellis       | Congress        | Produced & Arranged   |
| 22 | 1976  | October   | 8  | After The Lovin'                  | Engelbert Humperdinck | Epic          | Co-Produced & Arranged|
| 23 | 1966  | January   | 9  | Working My Way Back To You        | The 4 Seasons       | Phillips        | Arranged              |
| 24 | 1964  | August    | 10 | Save It For Me                    | The 4 Seasons       | Phillips        | Arranged              |
| 25 | 1979  | April     | 10 | You Take My Breath Away           | Rex Smith           | Columbia        | Produced & Arranged   |
| 26 | 1965  | November  | 11 | Don't Think Twice                 | The Wonder Who?     | Phillips        | Arranged              |
| 27 | 1976  | May       | 11 | Never Gonna Fall In Love Again    | Eric Carmen         | Arista          | Arranged              |
| 28 | 1982  | August    | 11 | Break It To Me Gently             | Juice Newton        | Capitol         | Arranged              |
| 29 | 1965  | January   | 12 | Bye, Bye, Baby                    | The 4 Seasons       | Phillips        | Arranged              |
| 30 | 1971  | December  | 15 | Don't Say You Don't Remember      | Beverly Bremers     | Scepter         | Arranged              |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | 1964 | February | 16 | Abigail Beeacher | Freddy Cannon | Warner | Arranged |
| 32 | 1964 | February | 16 | Stay | The 4 Seasons | Vee-Jay | Arranged |
| 33 | 1966 | March | 16 | Rhapsody In The Rain | Lou Christie | MGM | Produced & Arranged |
| 34 | 1965 | December | 18 | Attack | The Toys | Dyno Voice | Arranged |
| 35 | 1967 | August | 18 | I Make A Fool Of Myself | Frankie Valli | Phillips | Arranged |
| 36 | 1964 | November | 20 | Big Man In Town | The 4 Seasons | Phillips | Arranged |
| 37 | 1977 | April | 20 | Love's Grown Deep | Kenny Nolan | 20th Centrury | Produced & Arranged |
| 38 | 1977 | November | 21 | Native New Yorker | Odyssey | RCA | Co-Produced & Arranged |
| 39 | 1963 | April | 22 | Ain't That A Shame | The 4 Seasons | Vee-Jay | Arranged |
| 40 | 1964 | April | 22 | Kiss Me Sailor | Diane Renay | 20th Centrury | Arranged |
| 41 | 1965 | May | 22 | L-O-N-E-L-Y | Bobby Vinton | Epic | Arranged |
| 42 | 1962 | December | 23 | Santa Claus Is Coming To Town | The 4 Seasons | Vee-Jay | Arranged |
| 43 | 1977 | October | 23 | Daybreak | Barry Manilow | Arista | Arranged |
| 44 | 1968 | February | 24 | Will You Still Love Me Tomorrow | The 4 Seasons | Phillips | Arranged |
| 44 | 1982 | November | 25 | Heart Of The Night | Juice Newton | Capitol | Arranged |
| 45 | 1983 | October | 26 | Baby I Lied | Deborah Allen | RCA | Produced & Arranged |
| 46 | 1969 | May | 27 | Good Morning Starshine | Oliver | Jublee | Arranged |
| 47 | 1976 | November | 27 | Whispering/Cherchez La Femme | Dr. B. Savanan Band | RCA | Arranged |
| 48 | 1983 | August | 27 | Tell Her No | Juice Newton | Capitol | Arranged |
| 49 | 1964 | June | 28 | Alone | The 4 Seasons | Vee-Jay | Arranged |
| 50 | 1967 | December | 29 | To Give | Frankie Valli | Phillips | Arranged |
| 51 | 1965 | June | 30 | Girl Come Running | The 4 Seasons | Phillips | Arranged |
| 52 | 1967 | October | 30 | Watch The Flowers Grow | The 4 Seasons | Phillips | Arranged |
| 53 | 1970 | January | 34 | Breaking Up Is Hard To Do | Lenny Welch | Common U | Arranged |
| 54 | 1965 | May | 35 | Concrete And Clay | Eddie Rambeau | DynoVoice | Produced & Arranged |
| 55 | 1963 | July | 36 | Marlena | The 4 Seasons | Vee-Jay | Arranged |
| 56 | 1963 | October | 36 | New Mexican Rose' | The 4 Seasons | Vee-Jay | Composed & Arranged |
| 57 | 1982 | December | 36 | The Clapping Song (Clap Pat) | Pia Zadora | Elektra/Curb | Produced & Arranged |
| 58 | 1966 | January | 39 | Girl You're Gonnia Hurt Yourself | Frankie Valli | Smash | Composed & Arranged |
| 59 | 1977 | July | 39 | Sunflower | Glen Campbell | Capitol | Arranged |
| 60 | 1966 | April | 40 | Dum-De-Da | Bobby Vinton | Epic | Arranged |
| 61 | 1966 | June | 44 | Painter | Lou Christie | MGM | Produced & Arranged |
| 62 | 1984 | June | 44 | A Little Love | Juice Newton | RCA | Arranged |
| 63 | 1966 | March | 45 | Outside The Gates Of Heaven | Lou Christie | Colpix | Produced & Arranged |
| 64 | 1963 | July | 47 | Que Sera, Sera (Whatever Will Be Will Be) | The High Keys | Atco | Arranged |
| 65 | 1968 | April | 49 | If You Don't Want My Love | Robert John | Columbia | Arranged |
| 66 | 1964 | April | 51 | Gonna' Get Along Without You Now | Tracey Dey | Amy | Arranged |
| 67 | 1965 | February | 51 | Angel | Johnny Tillotson | MGM | Arranged |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68 | 1966 | October | 51 | A Symphony for Susan | The Arbors | Date | Arranged |
| 69 | 1965 | January | 55 | Dusty | The Rag Dolls | Mala | Arranged |
| 70 | 1965 | March | 55 | Poor Man's Son | The Reflections | Golden World | Arranged |
| 71 | 1968 | February | 57 | Love Is Blue | Al Martino | Capitol | Arranged |
| 72 | 1978 | May | 57 | Weekend Lover | Odyssey | RCA | Co-Produced & Arranged |
| 73 | 1965 | August | 58 | The Mouse | Soupy Sales | ABC-Paramount | Produced & Arranged |
| 74 | 1966 | February | 59 | Tears | Bobby Vinton | Epic | Arranged |
| 75 | 1965 | December | 60 | Little Boy In Grown Up Cloths | The 4 Seasons | Vee-Jay | Arranged |
| 76 | 1968 | December | 61 | Electric Stories | The 4 Seasons | Phillips | Arranged |
| 77 | 1965 | October | 64 | Toy Soldier | The 4 Seasons | Phillips | Arranged |
| 78 | 1984 | August | 66 | Can't Wait All Night | Juice Newton | RCA | Arranged |
| 79 | 1967 | February | 67 | Soul Time | Shirley Ellis | Columbia | Produced & Arranged |
| 80 | 1965 | November | 70 | Our World | Johnny Tillotson | MGM | Arranged |
| 81 | 1963 | September | 75 | Teenage Cleopatra | Tracey Dey | Liberty | Arranged |
| 82 | 1964 | August | 75 | Sincerely | The 4 Seasons | Vee-Jay | Arranged |
| 83 | 1964 | May | 75 | Be My Girl | The Four Evers | Smash | Arranged |
| 84 | 1966 | September | 76 | Baby Toys | The Toys | Dyno Voice | Arranged |
| 85 | 1963 | May | 77 | Soon | The 4 Seasons | Vee-Jay | Arranged |
| 86 | 1965 | May | 78 | The Puzzle Song | Shirley Ellis | Congress | Produced & Arranged |
| 87 | 1976 | August | 78 | We're All Alone | Frankie Valli | Private Stock | Produced & Arranged |
| 88 | 1976 | September | 80 | I'll Play The Fool | Dr. B. Savanan Band | RCA | Arranged |
| 89 | 1977 | April | 81 | My Best Friends Wife | Paul Anka | RCA | Produced & Arranged |
| 90 | 1966 | April | 85 | May My Heart Be Cast Into Stone | The Toys | Dyno Voice | Arranged |
| 91 | 1968 | April | 87 | Lili Marlene | Al Martino | Capitol | Arranged |
| 92 | 1963 | October | 88 | That's The Only Way | The 4 Seasons | Vee-Jay | Arranged |
| 93 | 1983 | November | 90 | Dirty Looks | Juice Newton | Capitol | Arranged |
| 94 | 1964 | September | 91 | Society Girl | The Rag Dolls | Parkway | Arranged |
| 95 | 1963 | December | 93 | Here Comes The Boy | Tracey Dey | Amy | Arranged |
| 96 | 1963 | March | 94 | Don't Mention My Name | Shepard Sisters | Atlantic | Arranged |
| 97 | 1967 | September | 95 | Penny Arcade | The Cyrcle | Columbia | Produced & Arranged |
| 98 | 1966 | July | 96 | You're Nobody Till Somebody Loves You | The Wonder Who? | Phillips | Arranged |
| 99 | 1966 | March | 96 | Big Time | Lou Christie | Colpix | Produced & Arranged |
| 100 | 1964 | May | 98 | Across The Street | Lenny O'Henry | Atco | Composed & Arranged |

3

**Notable Country Hits Calello has Arranged and/or Arranged & Produced**

|    |      |          |    |                                  |                 |         |                       |
|----|------|----------|----|----------------------------------|-----------------|---------|-----------------------|
| 1  | 1985 | July     | 1  | You Make Me Want To Make You Mine | Juice Newton    | RCA     | Arranged              |
| 2  | 1985 | November | 1  | Hurt                             | Juice Newton    | RCA     | Arranged              |
| 3  | 1986 | July     | 1  | Both To Each Other               | Newton/Rabbitt  | RCA     | Arranged              |
| 4  | 1988 | January  | 1  | I Wanna Dance With You           | Eddie Rabbitt   | RCA     | Arranged              |
| 5  | 1988 | May      | 1  | The Wanderer                     | Eddie Rabbitt   | RCA     | Arranged              |
| 6  | 1982 | August   | 2  | Break It To Me Gently            | Juice Newton    | Capitol | Arranged              |
| 7  | 1983 | August   | 4  | Baby I Lied                      | Deborah Allen   | RCA     | Produced & Arranged   |
| 8  | 1986 | March    | 4  | Repetitive Regret                | Eddie Rabbitt   | RCA     | Arranged              |
| 9  | 1986 | April    | 5  | Old Flame                        | Juice Newton    | RCA     | Arranged              |
| 10 | 1991 | July     | 6  | Since I Don't Have You           | Ronnie Milsap   | RCA     | Arranged              |
| 11 | 1988 | October  | 7  | We Must Be Doing Something Right | Eddie Rabbitt   | RCA     | Arranged              |
| 12 | 1987 | November | 8  | Tell Me True                     | Juice Newton    | RCA     | Arranged              |
| 13 | 1986 | August   | 9  | Cheap Love                       | Juice Newton    | RCA     | Arranged              |
| 14 | 1986 | December | 9  | What Can I Do With My Heart      | Juice Newton    | RCA     | Arranged              |
| 15 | 1986 | November | 9  | Gotta Have You                   | Eddie Rabbitt   | RCA     | Arranged              |
| 16 | 1991 | August   | 9  | A Picture Of Me                  | Lorrie Morgan   | RCA     | Arranged              |
| 17 | 1992 | May      | 14 | Something In Red                 | Lorrie Morgan   | RCA     | Arranged              |

**Notable Albums and CDs Calello has Appeared on as an Arranger and/or a Producer/Arranger**

| # | Year | Artist | Album | Role |
|---|---|---|---|---|
| 1 | 1962 | The 4 Seasons | Big Girls Don't Cry and 12 Others | Arranged |
| 2 | 1963 | Diane Reney | Blue Navy Blue | Arranged |
| 3 | 1963 | The 4 Seasons | Ain't That A Shame and 11 Others | Arranged |
| 4 | 1963 | The 4 Seasons | Recorded Live On Stage | Arranged |
| 5 | 1964 | The 4 Seasons | Dawn Go Away and 11 Others | Arranged |
| 6 | 1964 | The 4 Seasons | The Four Seasons Greetings | Arranged |
| 7 | 1964 | The 4 Seasons | Rag Doll & 10 Other New Hit Songs | Arranged |
| 8 | 1965 | Shirley Ellis | The Name Game | Produced & Arranged |
| 9 | 1965 | The 4 Seasons | The 4 Seasons Gold Vault of Hits | Arranged & Artist |
| 10 | 1965 | The Toys | A Lover's Concerto | Arranged |
| 11 | 1966 | The 4 Seasons | Working My Way Back To You | Arranged & Artist |
| 12 | 1967 | The 4 Seasons | The Genuine Imitation Life Gazette | Arranged |
| 13 | 1967 | The Cyrkle | Red Rubber Ball Expanded | Produced & Arranged |
| 14 | 1968 | Janis Ian | Who Really Cares | Produced & Arranged |
| 15 | 1968 | Laura Nyro | Eli and the Thirteenth Confession | Co-Produced & Arranged |
| 16 | 1968 | The Cyrkle | Neon Expanded | Produced & Arranged |
| 17 | 1969 | Al Kooper | You Never Know Who Your Friends Are | Horn Arrangements & Vocals |
| 18 | 1969 | Frank Sinatra | Watertown | Arranged |
| 19 | 1969 | Frankie Valli | Timeless | Arranged |
| 20 | 1970 | Al Kooper | Easy Does It | Horn Arrangements |
| 21 | 1975 | Disco Tex | Disco Tex & The Sex-O-Lettes | Arranged |
| 22 | 1975 | Frankie Valli | Closeup | Arranged |
| 23 | 1975 | Laura Nyro | Smile | Co-Produced & Arranged |
| 24 | 1976 | Bette Midler | Live At Last | Arranged |
| 25 | 1976 | Bruce Springsteen | Born To Run | Strings Arrangements & Conductor |
| 26 | 1977 | Barbra Streisand | Superman | Co-Produced & Arranged |
| 27 | 1977 | Dr. Buzzard's | Dr. Buzzard's Original Savannah Band | Arranged |
| 28 | 1977 | Engelbert Humperdinck | After The Lovin' | Co-Produced & Arranged |
| 29 | 1977 | Engelbert Humperdinck | Christmas Tyme | Co-Produced & Arranged |
| 30 | 1977 | Franne Golde | Grannie Golde (Atlantic) | Co-Produced & Arranged |
| 31 | 1977 | Kenny Nolan | I Like Dreamin | Produced & Arranged |
| 32 | 1978 | Albert Hammond | When I Need You | Produced & Arranged |
| 33 | 1978 | Barry Manilow | Live | Arranged |
| 34 | 1978 | David Pomeranz | Time To Fly | Produced & Arranged |
| 35 | 1978 | Odyssey | Odyssey | Co-Produced & Arranged |
| 36 | 1979 | Barbra Streisand | Wet | Co-Produced & Arranged |
| 37 | 1979 | Billy Vera | Out of the Darkness | Arranged |
| 38 | 1979 | Engelbert Humperdinck | Last Of The Romantics | Produced & Arranged |
| 39 | 1979 | Odyssey | Hollywood Party Tonight | Co-Produced & Arranged |
| 40 | 1979 | Rex Smith | Sooner Or Later | Produced & Arranged |
| 41 | 1979 | Richie Havens | Connections | Produced & Arranged |

| # | Year | Artist | Title | Role |
|---|------|--------|-------|------|
| 42 | 1980 | Rex Smith | Forever | Produced & Arranged |
| 43 | 1980 | The 4 Seasons | Live - Reunited | Co-Produced |
| 44 | 1981 | Helen Reddy | When I Dream | Arranged |
| 45 | 1982 | Roberto Carlos | Super Heroe | Arranged |
| 46 | 1982 | Various Artists | Lonely Lady (Soundtrack) | Produced & Arranged |
| 47 | 1983 | Roberto Carlos | Concavo Y Convexo | Arranged |
| 48 | 1983 | Various Artists | Rocky III (Soundtrack) | Arranged |
| 49 | 1984 | Roberto Carlos | Voce E Minha | Arranged |
| 50 | 1985 | Roberto Carlos | Mujer Pequena | Arranged |
| 51 | 1986 | Roberto Carlos | Roberto Carlos '86 (Portugues | Arranged |
| 52 | 1986 | Roberto Carlos | Roberto Carlos '86 (Spanish | Arranged |
| 53 | 1987 | Roberto Carlos | Roberto Carlos Columbia #4 | Arranged |
| 54 | 1988 | Various Artists | Cry Baby (Soundtrack) | Arranged |
| 55 | 1989 | Kenny Rogers | I Prefer The Moonlight | Arranged |
| 56 | 1989 | Roger Williams | Phantom Of The Opera | Produced & Arranged |
| 57 | 1991 | Roberto Carlos | Roberto Carlos (1991) | Arranged |
| 58 | 1991 | Roy Rogers | Tribute | Arranged |
| 59 | 1991 | Various Artists | Good Fellows (Soundtrack) | Arranged |
| 60 | 1993 | Lorrie Morgan | Merry Christmas From London | Arranged |
| 61 | 1993 | Various Artists | Beverly Hillbillies (Soundtrack | Arranged |
| 62 | 1998 | Frankie Valli | Lady Put The Lights Out | Produce & Arranged |
| 63 | 1998 | Merle Haggard | Live At Billy Bob's Texas | Produced |
| 64 | 1998 | Pat Green | Live At Billy Bob's Texas | Produced |
| 65 | 1999 | Eddie Raven | Live At Billy Bob's Texas | Produced |
| 66 | 1999 | Gloria Estefan | Hold Me Thrill Me Kiss Me | Arranged |
| 67 | 1999 | Janie Fricke | Live At Billy Bob's Texas | Produced |
| 68 | 1999 | John Conlee | Live At Billy Bob's Texas | Produced |
| 69 | 1999 | Lynn Anderson | Live At Billy Bob's Texas | Produced |
| 70 | 1999 | Mo & Joe | Live At Billy Bob's Texas | Produced |
| 71 | 1999 | Roy Clark | Live At Billy Bob's Texas | Produced |
| 72 | 2000 | T. G. Sheppard | Live At Billy Bob's Texas | Produced |
| 73 | 2001 | Michael Civisca | Love Is . . . | Produced & Arranged |
| 74 | 2002 | Juice Newton | Live | Co-Produced & Arranged |
| 75 | 2002 | Lorrie Morgan | The Color Of Roses | Co-Produced & Arranged |
| 76 | 2002 | Ronnie Milsap | Live | Co-Produced & Arranged |
| 77 | 2003 | Billy Gilman | Music Through Heartsongs | Co-Produced & Arranged |
| 78 | 2006 | Frankie Valli | Romancing The 60's | Arranged |
| 79 | 2006 | Deana Martin | Memories Are Moad of This | Produced & Arranged |
| 80 | 2009 | Deana Martin | Volare | Produced & Arranged |
| 81 | 2011 | Joe Leo Bwarie | Nothing But Love | Produced & Arranged |
| 82 | 2013 | Deana Martin | Destination Moon | Co-Produced & Arranged |
| 83 | 2015 | Joe Leo Bwarie | The Good Stuff | Produced & Arranged |
| 84 | 2021 | Chris Ruggiero | I Am Chris Ruggiero | Produced & Arranged |

# Exhibit A
# #1 DD - #2 LEV #3 WG



2

