# EXHIBIT C

**In the Matter Of:**

Larball v Dua Lipa

22-cv-1872

---

**BARBARA SALANI**

*January 19, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3   ------------------------------------x
    LARBALL PUBLISHING COMPANY, INC.
4   and SANDY LINZER PRODUCTIONS, INC.,

5                  Plaintiffs,          Case No.
            v.                          22-cv-1872
6   DUA LIPA, JONATHAN LYNDALE KIRK
    ("DA BABY") D/B/A BABY JESUS
7   PUBLISHING, BOSCO KANTE, CLARENCE
    COFFEE, JR., SARAH HUDSON, STEPHEN
8   KOZMENIUK, EMI MUSIC PUBLISHING LTD.,
    SONY MUSIC PUBLISHING (US) LLC,
9   UNIVERSAL MUSIC CORPORATION, and
    WARNER MUSIC CORP.,
10
                   Defendants.
11  ------------------------------------x

12          VIDEOTAPED DEPOSITION

13                  OF

14          BARBARA SALANI

15      Friday, January 19, 2024

16

17

18

19

20

21

22  Reported by:
    Frank J. Bas, RPR
23  JOB NO. J10764534

24

25



1

2                    January 19, 2024

3                    10:22 a.m.

4

5          Videotaped Deposition of BARBARA

6    SALANI, at the offices of MITCHELL SILBERBERG

7    & KNUPP, LLP, 437 Madison Avenue, 25th Floor,

8    New York, New York, before Frank J. Bas, a

9    Registered Professional Reporter, Certified

10   Realtime Reporter and Notary Public within and

11   for the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1   A P P E A R A N C E S:

 2

     BROWN, LLC
 3   Attorneys for Plaintiffs
          111 Town Square Place, Suite 400
 4        Jersey City, New Jersey 07310

 5   BY:   JASON T. BROWN, ESQ.
          jtb@jtblawgroup.com
 6        PAT ALMONRODE, ESQ.
          patalmonrode@jtblawgroup.com
 7        ERIC SANDS, ESQ.

 8

 9   MITCHELL SILBERBERG & KNUPP LLP
     Attorneys for Defendants Dua Lipa;
10   Clarence Coffee, Jr.; Sarah Hudson;
     Stephen Kozmeniuk; Sony Music
11   Publishing (US) LLC; Universal Music
     Corporation; and Warner Music Corp.
12        437 Madison Avenue, 25th Floor
          New York, New York 10022
13
     BY:   CHRISTINE LEPERA, ESQ.
14        ctl@msk.com
          ELAINE NGUYEN, ESQ.
15        eln@msk.com
          BRADLEY MULLINS, ESQ.
16        bym@msk.com

17                  -and-

18   MITCHELL SILBERBERG & KNUPP LLP
          2049 Century Park East
19        18th Floor
          Los Angeles, California 90067
20
     BY:   JAMES D. BERKLEY, ESQ. (Via Zoom)
21        jdb@msk.com

22

23

24   ALSO PRESENT:

25   Silvio Facchin, Videographer
```



```
 1                  B. SALANI
 2          THE VIDEOGRAPHER:  This is the
 3   media labeled number 1 in the
 4   video-recorded deposition of Barbara
 5   Salani in the matter of Larball
 6   Publishing Company, Inc., et al., versus
 7   Dua Lipa, et al.  This deposition is
 8   being taken in New York City, New York,
 9   on January 19, 2024.
10          My name is Silvio Facchin.  I am a
11   certified legal video specialist, the
12   court reporter is Frank Bas, and we're
13   both representing Esquire Deposition
14   Solutions.
15          We're now going on the record.  The
16   time is 10:22 a.m.
17          Counsel would state their
18   appearances for the record, please.
19          MR. BROWN:  Good morning,
20   everyone.  I'm attorney Jason T. Brown,
21   with Eric Sands and Pat Almonrode, from
22   Brown, LLC, for the plaintiffs.
23          MS. LEPERA:  And with you today,
24   your colleagues?
25          THE COURT REPORTER:  I didn't
```



```
 1              B. SALANI
 2   catch it.
 3        MR. SANDS:  Eric Sands from Brown,
 4   LLC.
 5        MR. ALMONRODE:  Pat Almonrode,
 6   A-L-M-O-N-R-O-D-E, Brown, LLC.
 7        MS. LEPERA:  Christine Lepera,
 8   Mitchell Silberberg & Knupp, counsel for
 9   the defendants.
10        MS. NGUYEN:  Elaine Nguyen, also
11   with Mitchell Silberberg & Knupp,
12   counsel for defendants.
13        MR. MULLINS:  Bradley Mullins, also
14   for defendants.
15        MS. LEPERA:  There is
16   another lawyer who is appearing by Zoom,
17   James Berkeley from our LA office, also
18   with Mitchell, also counsel for the
19   defense.
20        THE VIDEOGRAPHER:  Okay?  I think
21   we have everyone's appearances.
22        Will the court reporter please
23   swear in the witness.
24              _ _ _
25
```



```
1                         B. SALANI
2    BARBARA SALANI,
3    called as a witness, having been first duly
4    sworn by a Notary Public, was examined and
5    testified as follows:
6    EXAMINATION BY
7    MS. LEPERA:
8         Q.    Good morning.
9         A.    Good morning.
10        Q.    Do you go by Ms. Salani?
11        A.    I go by Ms. Salani, yes.
12        Q.    M-S?
13        A.    Yes.
14        Q.    Okay, very good.  Is English your
15   second language?
16        A.    Yes.
17        Q.    Okay.  Are you fluent sufficiently
18   so that you believe you can fully and
19   completely understand my questions and answer
20   them?
21        A.    Yes, I am.
22        Q.    Very good.
23              Have you ever gone by any names
24   other than Barbara Salani?
25        A.    No.
```



```
 1                    B. SALANI
 2         Q.   Okay.  Have you ever had your
 3    deposition taken before?
 4         A.   No.
 5         Q.   Okay.  So let me give you a couple
 6    of rules of how this works in process, and you
 7    can certainly ask me any questions about the
 8    procedure.
 9         A.   Yes.
10         Q.   So we are here today in a case you
11    heard where Mr. Brown's clients, the
12    plaintiffs, are suing my clients regarding
13    certain musical compositions.
14              Are you aware of that?
15         A.   Yes, I am.
16         Q.   Okay.  And in the context of that,
17    you've been presented as an expert witness.
18              Are you aware of that?
19         A.   Yes, I am.
20         Q.   Okay.  And in connection with your
21    role as an expert, as a proffered expert,
22    we're here to ask you a series of questions
23    concerning that matter.
24              Do you understand that?
25         A.   Yes, I do.
```



```
 1                    B. SALANI
 2        Q.   Okay.  So every question that I
 3   ask, your counsel -- and you're represented by
 4   counsel here today, I take it?
 5        A.   Mm-hmm.
 6        Q.   "Yes"?
 7        A.   Yes.
 8        Q.   One of the rules, one of the main
 9   rules of deposition, is to answer audibly.
10        A.   Mm-hmm.
11        Q.   No gestures, no shaking the head
12   yes or no, because every single word is
13   transcribed by this gentleman here, and even
14   though we have a video of your deposition
15   testimony, we're making a record, so my
16   questions and then your answers should be
17   transcribed properly.
18             Is that understood?
19        A.   Yes, it is.
20        Q.   Okay.
21        A.   Mm-hmm.
22        Q.   You're also here under oath.
23        A.   Yes.
24        Q.   The court reporter just gave you
25   the oath, so that this is all under the
```



```
 1                      B. SALANI
 2   penalties of perjury.
 3           Do you understand that?
 4       A.   Yes.
 5       Q.   Okay.
 6       A.   I do.
 7       Q.   At any point in time if you need to
 8   take a break, please let me know.  We're happy
 9   to accommodate.
10           I would appreciate, however, that
11   if I have a question that we call pending,
12   that I have out there for you to answer, you
13   see if you can answer the question first,
14   before taking a break.
15           Is that acceptable?
16       A.   Yes.
17       Q.   Okay.  Is there anything that you
18   need to tell us that could prevent you from
19   giving your full and complete testimony here
20   today?  Any health issue?  Any issue with
21   respect to taking any medicine that might
22   affect your memory, please let us know.
23       A.   Well, I did -- I do.  I had a
24   problem this morning.  I had an episode of
25   tachycardia and a very fast rhythmic of my
```



```
 1                       B. SALANI
 2   heart.  But I have my medicines, I took them,
 3   and now it's stable.  My heart rate went back
 4   to normal.
 5        Q.   And this is a condition that you
 6   have had before today?
 7        A.   Yes, it.
 8        Q.   Okay.
 9        A.   So I have my prescription
10   medicines, and I have them with me.  Hopefully
11   it doesn't happen again.
12        Q.   You are to certainly let us know if
13   there's anything that comes about, because we
14   don't want to put you in any kind of jeopardy
15   with respect to your health certainly.
16        A.   Thank you.
17        Q.   And is there any other medicine
18   that you're taking that could affect your
19   ability to testify here today --
20        A.   No.
21        Q.   -- other than the medicine for the
22   heart?
23        A.   No.
24        Q.   So back to my little rule about
25   this process.
```



BARBARA SALANI                                                    January 19, 2024
Larball v Dua Lipa                                                            11

```
1                          B. SALANI
2              I have to ask my question fully
3    before you can answer it so he can get it all
4    down and then we don't step on each other.  So
5    I will try not to interrupt you, and if you
6    can try, and I know it's not a natural
7    process, to not interrupt me.
8         A.   Yes.
9         Q.   Thank you.
10        A.   I understand.
11        Q.   At some point in time your counsel
12   may also, before you answer, want to make an
13   objection to certain questions that I pose.
14   So he should have an opportunity to do that
15   before you answer, if he chooses.
16              If he does not instruct you not to
17   answer -- in other words, if he just objects
18   but doesn't say, I'm instructing you not to
19   answer that question on certain grounds, which
20   I don't have to explain all the details, but
21   there's an answer that's due to my question
22   unless he instructs you to not answer and you
23   follow his instruction.
24              Do you understand that?
25        A.   Yes, I do.
```



```
 1                       B. SALANI

 2        Q.   Okay, terrific.   Okay.

 3             So you've never been deposed

 4   before, correct?   This is the first time?

 5        A.   Yes.

 6        Q.   Okay.   Have you ever been a party

 7   to any litigations, either suing anyone or

 8   being sued?

 9        A.   No.

10        Q.   Okay.   Have you ever testified as

11   an expert, even not in a deposition but in a

12   court or in any kind of other setting before?

13        A.   No.

14        Q.   Have you ever provided any expert

15   advice of any nature in any matter before?

16        A.   No.

17             MS. LEPERA:   I am going to mark as

18        Salani 1 a three-page document that --

19        do I have the folder?   You've got the

20        folder.   Did you give them a copy?

21        (Pause.)

22             (Salani Exhibit 1, Curriculum vitae

23        of Barbara Salani was marked for

24        identification.)

25        Q.   Okay.   We have marked for
```



```
 1                        B. SALANI
 2   identification a three-page document,
 3   Salani 1.
 4            Ms. Salani, can you tell me what
 5   this document represents?
 6       A.   This document represents my bio, my
 7   life as a performer, as a teacher, and what I
 8   have done during my life.  Right?
 9       Q.   When did you prepare this bio?
10       A.   Um, I prepared this bio when I
11   submitted my testimony report.
12       Q.   Okay.  Do you have any other bio
13   that you have prepared prior to this?
14       A.   Yes, of course.  I have many other
15   bios.
16       Q.   Okay.  And why didn't you use one
17   of those?
18       A.   Well, because you have to update
19   according to where, you know, you are -- what
20   you are doing and what you have done.  Things
21   change sometimes, so I updated it.
22       Q.   So this is the most current --
23       A.   Yes, this is the most current.
24       Q.   This is the most current
25   information with respect to your background,
```



                              B. SALANI

1

2   is that correct?

3          A.   Well, things are still going on.

4               Can I explain that?

5          Q.   Sure.

6          A.   Okay.  I am still waiting to

7   discuss my thesis, because I'm working on the

8   thesis for the Ph.D. in comparative studies,

9   in musicology and Italian studies, language

10  and culture.  I finished all the required

11  courses, and I'm in the process for the

12  discussion of my thesis.  Okay?

13         Q.   Okay.  So what, if anything, would

14  you add to this résumé, based on what you just

15  said?

16         A.   Well, that the Ph.D. in comparative

17  studies is in process.

18         Q.   Is that any different than what --

19         A.   Yes.

20         Q.   -- it states here?

21         A.   Well, it's -- that means that --

22  it's in progress, and it has not been

23  finished.

24         Q.   Wasn't it in progress when you

25  drafted this document?



1                        B. SALANI

2          A.    Yes, it was in progress.

3          Q.    Okay.  So other than updating, is

4    there any information on any of your other

5    bios or curriculum vitae that we don't have

6    that differs from what's on here?

7          A.    Everything is here; it's completed,

8    and it's fine.

9          Q.    Do you understand, is there

10   anything in addition, that's not on here, on

11   your earlier bios?

12         A.    No.

13         Q.    Okay.  Fair enough.

14               So looking at the "Education"

15   section of this document, it says that there's

16   a Ph.D. that you are taking in comparative

17   studies --

18         A.    Mm-hmm.

19         Q.    -- musicology, and Italian studies.

20   And then there's a date of May 2024.

21         A.    Yes.

22         Q.    Yes.  Is that still the date that

23   you anticipate graduating from this program?

24         A.    It depends on the committee.

25   Because sometimes they -- for one reason or



```
 1                        B. SALANI
 2   another, they want to take their time, and it
 3   may be completed in the following semester.
 4   It depends.
 5         Q.   Okay.
 6         A.   I mean, I would be ready for that
 7   date.
 8         Q.   Okay.
 9         A.   If they are ready with me.
10         Q.   Okay.  And we're going to come back
11   to that in a minute.
12              And below that -- and this is at
13   Florida Atlantic University in Boca Raton,
14   Florida, correct?
15         A.   Yes.
16         Q.   This Ph.D. program?
17         A.   Mm-hmm.
18         Q.   There's another program, or there's
19   another Florida Atlantic University degree
20   listed on your CV entitled "Master of Music in
21   Piano Performance."
22              Do you see that?
23         A.   Yes.
24         Q.   Okay.  And that you obtained in
25   May of 2020, is that right?
```



<pre>
 1                      B. SALANI
 2         A.    Exactly.
 3         Q.    And then between that entry and the
 4   one below there's a gap of several -- there's
 5   more than a decade.
 6              Do you see that?
 7         A.    Yes.
 8         Q.    What were you doing then?
 9         A.    Okay.  I was living in Italy, and I
10   had my two conservatories degrees.  One I
11   received it in Venezuela, and the other one in
12   Italy.  Because I moved from Venezuela to
13   Italy, so I wanted to have my studies
14   completed also in Italy.  And this was the
15   reason why I -- once you have your degree you
16   start working.  Right?  I didn't -- I just
17   wanted to have this degree and then be able to
18   work as a professor teaching music and
19   music-related subjects.
20         Q.    So between May of 1987 and
21   May 20 --
22              MS. LEPERA:  Withdrawn.
23         Q.    When did you move to the United
24   States?
25         A.    Well, because of one of my sons
</pre>



```
 1                        B. SALANI
 2    wanted to come here in the States, and he was
 3    a little one; he was only 14 years old.  And I
 4    felt that, you know, leaving him by himself
 5    was not a good idea, so I -- I came to the
 6    United States with him.  And while he was
 7    attending high school and college, I was
 8    attending -- I started doing a new master's in
 9    performance at Florida Atlantic University.
10         Q.   Do you know what year this was,
11    that you moved?
12         A.   When I --
13         Q.   Moved to the United States?
14         A.   When I moved to the United States
15    it was 2015.
16         Q.   Okay.  And did you move to Florida?
17         A.   Yes.  I moved to Boca Raton.
18         Q.   So you've been in the same location
19    ever since you moved to the United States?
20         A.   Yes.
21         Q.   Okay.  So going back to my earlier
22    question about what you were doing between
23    May 1987, when it states here you received a
24    diploma in piano performance from the Italian
25    Conservatory, and the degree that you got from
```



1                      B. SALANI

2      Florida Atlantic University, what precisely

3      were you doing with your time in connection

4      with work?

5           A.   Okay.  Can I add that I had come

6      already to the United States, and I did a

7      bachelor of music in Philadelphia.  That was

8      before I moved to Italy.  Okay?  So I had been

9      already here in the United States, and I had

10     completed my bachelor's before going to Italy.

11               And when I was -- I came here in

12     2015, I was working for the Symphony of the

13     Americas, who was my, um -- well, they gave me

14     a job, but at the same time I had an O-1 visa,

15     they supported me, and I was performing for

16     them, doing arrangements and lecturing for

17     their concert series.  They were my sponsors.

18     Okay.  That's the word I was looking for.

19     They were my sponsors.  And thanks to them, I

20     could work here in the United States.

21          Q.   Are you a citizen now?

22          A.   Yes, I am.

23          Q.   Congratulations.

24          A.   Thank you.

25          Q.   Do you get to keep both, dual



```
 1                        B. SALANI
 2   citizenship?
 3        A.   Yes.
 4        Q.   Good for you.  Okay.
 5             So if I am understanding what
 6   you're saying you were doing, you were
 7   performing?
 8        A.   Mm-hmm.
 9        Q.   And you were giving concert
10   lectures?
11        A.   Mm-hmm.
12        Q.    In what subject or subjects?
13        A.    Well, the subjects that they asked
14   me to.  They had these concerts, and I had to
15   give lectures before the concerts for the
16   audience so that I could explain what was
17   going to happen during the concert.  Okay?  So
18   about the history of the composers and the
19   pieces that they were going to perform.
20        Q.   Got it.  Okay.
21             And then other than performing and
22   giving these lectures that you have described,
23   what, if any, other work did you do --
24        A.   Arrangements.
25        Q.   -- between the two degrees?
```



 1                          B. SALANI
 2              MR. BROWN:  Ma'am, if you can, let
 3          her finish her question so then you're
 4          accurately answering what she's saying,
 5          please.
 6              THE WITNESS:  You're right.  Sorry.
 7              MS. LEPERA:  That's okay.  It
 8          happens all the time.
 9              THE WITNESS:  I'm so sorry.  Can
10          you repeat the question, please?
11          Q.  Other than performing -- and when I
12      say "performing," you perform piano?
13          A.  (Nodding head affirmatively.)
14          Q.  Do you perform any other
15      instruments?
16          A.  No.
17          Q.  Have you ever studied any other
18      instruments?
19          A.  No.
20          Q.  Okay.  And giving lectures that
21      you've described at these concert series,
22      what, if any, other work did you do between
23      May of 1987 and May of 2020, between those two
24      degrees?
25          A.   May of 1987.  Okay.



```
 1                          B. SALANI
 2         Q.   If it makes it easier, you can
 3   expand the time frame from May of 1987 to
 4   present.
 5              What, if any, other work have you
 6   done in any industry or capacity during that
 7   period of time, other than what you've already
 8   identified, which is performing piano and
 9   giving concert lectures?
10         A.   Okay.  Teaching.  Mainly teaching.
11         Q.   Okay.
12         A.   And -- teaching piano and all the
13   musical subjects for my students to go to the
14   conservatory and pass their level exams.
15         Q.   Going to which conservatory?
16         A.   A couple of conservatories,
17   depending where they live.
18              One was the Luca Conservatory, and
19   the other one was the Livorno Conservatory in
20   Italy.
21              I was living there, so I would
22   prepare them in Viareggio, which is my
23   hometown in Tuscany, and I would prepare them
24   to give their exams, level exams.
25         Q.   Let's take it step by step.
```



```
 1                        B. SALANI
 2              So you were teaching piano.  And
 3    again, so am I correct we're talking about the
 4    time frame from May of 1987 even including up
 5    to now, during that period you've been
 6    teaching -- you've been giving piano lessons?
 7    Yes?
 8         A.   Yes.  But also solfege and ear
 9    training and all the other subjects.  History
10    of music.  Analysis.  Harmony.  All the other
11    subjects that help them achieve their program
12    so that they could pass their exams.  Because
13    when you are in a conservatory, you don't only
14    have to play the piano.  You have to also have
15    holistic, let's say, knowledge of all the
16    details about the music.
17         Q.   What exams were they taking that
18    you were preparing them for?
19         A.   Solfege, which is ear training.
20    Reading notes.  And all the theory that is
21    implied also of all levels.  And harmony,
22    counterpoint, history of music.
23              It depends on the level they were
24    trying to achieve.
25         Q.   There are different levels, are
```



```
 1                          B. SALANI
 2   there not?
 3         A.   Yes, there are.  Yeah.
 4         Q.   What are different levels?
 5         A.   Well, first level, second level.  I
 6   mean, they have, like, a name.
 7              Are you familiar with the Royal
 8   Conservatory of Music?  They also have levels
 9   of all the --
10         Q.   So are you analogizing this to
11   bachelor's, master's and Ph.D. levels that we
12   have in the United States, or something other
13   than that, in Italy?
14         A.   Something other than that.
15         Q.   Okay.
16         A.   Because when you are going to the
17   conservatory and do your exam levels, you can
18   do it while you're doing your middle school
19   and high school.  So -- and elementary,
20   sometimes also in elementary school.
21              So this is a parallel, let's say,
22   school that you do while you are going to high
23   school or to elementary or middle school.
24              And after that you have, let's say,
25   a conservatory degree, which is first level
```



```
 1                        B. SALANI
 2    and second level.  The first level of the
 3    conservatory degree is like a bachelor of
 4    music.  And the second level of conservatory
 5    degree is like a master's of music.
 6         Q.   Okay.  And were you retained by the
 7    Royal Academy to teach students who are going
 8    for a bachelor's?
 9         A.   Royal Academy of Music are you
10    saying?
11         Q.   Yes.
12         A.   Well, yes, I am a teacher for them
13    even now.  But I am -- my students are not at
14    that level yet.
15         Q.   Okay.  That's what I'm trying to
16    understand.  Thank you.
17              So in terms of these levels that
18    you've described where there are potential
19    courses and exams that exist for elementary or
20    high school students, and then there are the
21    higher levels --
22         A.   Exactly.
23         Q.   -- what, if any, levels were you
24    retained by the Royal Academy or anyone else
25    to teach during that period of time?
```



1                    B. SALANI

2          A.    Um --

3          Q.    And that's if any.

4          A.    Yes.  Only up until the bachelor's

5    degree.  No graduate students.

6          Q.    So Royal Academy, does it provide

7    bachelor's degrees and master's degree and

8    Ph.D.s?

9          A.    Yes, they do.  It's, let's say --

10   it's based in Toronto, Canada.  And we belong

11   to the -- to the system, right?  And I usually

12   teach my courses in my studio.  And when the

13   students are ready, they send one of the

14   judges to Florida, and we go there and we take

15   our exams.

16         Q.    Okay.  So if I'm understanding

17   correctly, you're not -- you were not ever

18   employed by the Royal Academy?

19         A.    No.  I belong to the system, but

20   it's -- it's --

21         Q.    When you say "system," you'll have

22   to help me out.  I don't know what you mean by

23   "system."

24         A.    Okay.  So it's like Music Teachers

25   Association or the Florida Club of Music.  I



                          B. SALANI

1
2    mean, there are several entities that help you
3    teach.  It's a pedagogical institution that
4    gives you the opportunity to teach and to get
5    your students with the levels in order for
6    them to progress and go up in their studies
7    while they are in middle school, high school,
8    or -- or other institutions like that.  But
9    when they reach the level of, let's say, a
10   bachelor's and a masters, then I let them go
11   and go directly inside the institution.
12         Q.   Which institution?
13         A.   In this case a college or a
14   university.
15         Q.   Not the Royal Academy?
16         A.   Well, it's quite far away.  It's in
17   Toronto.  So I prepare them for their exams.
18   If they want to go on, I help them.  But they
19   have to be in person, and they have to -- and
20   they have to follow all of the subjects.
21         Q.   Okay.  So let's just see if we can
22   clarify this.
23         A.   Mm-hmm.
24         Q.   Am I correct that you have never
25   been retained by any academic institution to



```
 1                        B. SALANI
 2   teach any music course at the bachelor level?
 3        A.   It's correct, yes.
 4        Q.   And am I correct that you've never
 5   been retained by any academic institution to
 6   teach any music at the level of a master's
 7   degree?
 8        A.   That's correct.
 9        Q.   And certainly, if I were to ask the
10   same question, you have not been retained by
11   any academic institution to teach any music at
12   the Ph.D. level, correct?
13        A.   Correct.
14        Q.   Okay.  Have you been retained by
15   any academic institution to teach any music
16   below the bachelor's level?
17        A.   No.  I always worked as a private
18   teacher.
19        Q.   Okay.  So other than the
20   performance yourself, you performing piano,
21   and other than giving concert lectures, what,
22   if any, other work did you do during that time
23   period between May 1987 and the present for
24   income related to any music work?
25             I should include -- I apologize.
```



                              B. SALANI
 1
 2  Let me rephrase.
 3            Other than performing piano
 4  yourself, other than teaching privately piano
 5  lessons and potentially related subjects, and
 6  other than the concert lectures, what did you
 7  do, if anything, for work related to music
 8  from 1987 to the present?
 9       A.   I just did those things.
10       Q.   Thank you.  Okay.
11       A.   Can I add something?
12       Q.   You may not want to ask me.  You
13  may want to ask him on a break.  But I
14  don't know.
15            THE WITNESS:  Can I ask something?
16            MS. LEPERA:  I'm just saying --
17            MR. BROWN:  Go ahead.
18       A.   Well, it may --
19       Q.   I may not be able to answer you,
20  though.
21            MR. BROWN:  I'm sorry.  Did you say
22       can you add something or --
23            THE WITNESS:  Yes.
24            MS. LEPERA:  Oh, I thought you said
25       ask something.



1                        B. SALANI

2          A.    Add.

3          Q.    Yes, go right ahead.  I thought you

4    said ask.

5          A.    Okay.  For the Symphony of the

6    Americas I also did some arrangements for

7    their performances, for orchestral

8    performances with choir.  I did that.

9          Q.    So this is, again, the same time

10   period we're talking about, roughly 1987 to

11   present?

12         A.    Well, this is the time when I was

13   already in the States.

14         Q.    Okay.

15         A.    When I was working for the Symphony

16   of the Americas.

17         Q.    Okay.  And when you say they

18   commissioned you for arrangements --

19               Is that correct?

20         A.    Yes.

21         Q.    -- how many?

22         A.    I did three arrangements.

23         Q.    Okay.  What works did you arrange?

24         A.    Okay.  I arranged a musical work

25   called Fantasy of Venezolana.  My uncle



| | |
|---|---|
| 1 | B. SALANI |
| 2 | composed that song.  And then I performed it |
| 3 | with orchestra and the two pianos with my |
| 4 | brother. |
| 5 | And another one was a song for |
| 6 | choir and orchestra, the name We Are the |
| 7 | World, by Michael Jackson.  I did the |
| 8 | arrangement for piano, orchestra and choir. |
| 9 | And there was another song that I |
| 10 | did for my brother and a singer, and I don't |
| 11 | remember the name of the song. |
| 12 | Q.   Okay. |
| 13 | A.   I can let you know in the future. |
| 14 | Q.   Yeah, we can leave a blank in the |
| 15 | transcript and you can fill it in. |
| 16 | A.   I don't remember. |
| 17 | TO BE FURNISHED: _____ |
| 18 | _____. |
| 19 | Q.   You will get an opportunity to |
| 20 | review this transcript. |
| 21 | A.   Mm-hmm. |
| 22 | Q.   After it's finished and finalized. |
| 23 | A.   Okay.  Thank you. |
| 24 | Q.   So you will be able to read it, and |
| 25 | obviously there can be errors corrected.  If |



B. SALANI

1

2  you do correct anything of substance, we may

3  have to bring you back.  But if it's just

4  minor things or filling in blanks, you'll have

5  the opportunity to do that.

6         A.    Okay.

7         Q.    Okay.

8         A.    Thank you.

9         Q.    Your brother's on the board of the

10 Symphony of Americas?

11        A.    Yes, he is.

12        Q.    Other than the Symphony of the

13 Americas have you been paid for any

14 arrangements of any music by anyone?

15        A.    No.

16        Q.    Okay.  Do you have any other

17 professional certifications or licenses in any

18 area unrelated to music?  Any kind of, you

19 know, real estate license?  Anything else?  Do

20 you have any other professional licenses or

21 certifications?

22        A.    Well, yes, if you take into

23 consideration that I am studying comparative

24 studies and I will soon be able also to teach

25 Italian and Italian studies -- languages



```
 1                      B. SALANI
 2   mainly -- since I will get that degree as
 3   well.  So I could teach at the, let's say,
 4   graduate level not only music but also
 5   Italian.
 6        Q.   The language?
 7        A.   The language.
 8        Q.   But not yet?
 9        A.   Not yet.  Hopefully soon.
10        Q.   Okay.  I was actually just asking
11   whether there's any other certifications or
12   licenses even outside of what you've been
13   doing in connection with your studies and your
14   work.
15        A.   No.
16        Q.   Like in other industries or
17   something.  No?
18        A.   No.
19        Q.   Okay.  So let's talk a little bit
20   about the Ph.D.
21        A.   Mm-hmm.  Yes.
22        Q.   What is your dissertation topic?
23        A.   My dissertation is about an opera
24   composed by Pietro Carlo Guglielmi in 1812.
25   He composed it in the region of Campania,
```



```
1                        B. SALANI
2    which at the time was the Kingdom of Naples,
3    and it was under Napoleon's rule.  But the
4    king was Murat, Joachim Murat.  And -- and his
5    wife was Caroline Murat, Caroline Bonaparte
6    Murat, who was Napoleon's sister.
7         Q.   Okay.  So what is the focus of the
8    dissertation?  That's the topic.  What's the
9    focus?
10        A.   Right.  First of all, the focus is
11   to compare that opera with other operas of
12   other composers of the time, like Rossini,
13   Paisiello, other composers not only in Italy
14   but also in France.  Because during that time
15   Murat did a very nice reform that implied to
16   use some of the things that were going on in
17   France, also in the opera in Italy.
18             So this opera I'm doing in
19   Monte Carlo reflects those changes.
20        Q.   Okay.  And when you say you're
21   comparing these various operas, what are the
22   veins in which you are comparing them?
23        A.   Okay.  I'm comparing the operas,
24   not only the musicological features, like the
25   arias, the recitative, how it's -- I mean,
```



```
 1                      B. SALANI
 2   there are certain features that are
 3   particularly different and were particularly
 4   different between the Italian opera to the
 5   French opera.  Okay?
 6              So in this moment, this particular
 7   moment under the rule -- the French rule of
 8   that Italian region, those particular things,
 9   features of those operas were different from
10   the Italian opera because they had been
11   influenced by the -- by the French rule.
12   Okay?
13              So the particular things -- it's
14   not only the political, the sociological and
15   also the cultural and literary movements that
16   were there at that moment, but it's also the
17   score.
18              I found the score, the manuscript
19   score, in a castle in Italy, and I did the
20   transcription of the whole opera already.
21   It's ready.  And also the whole libretto,
22   which is in Italian and Neapolitan language.
23              So the thing that I have to compare
24   is not only the relationship of the composer
25   to other composers and how he was forced to do
```



```
 1                        B. SALANI
 2   that opera at that time in this particular
 3   way, but also we have to compare what are the
 4   things that, in the themes, in the movements,
 5   in the arias, are typical of that time, and
 6   preceding other composers, like Bellini, for
 7   example, who came later, but he is influenced
 8   by Pietro Carlo Guglielmi.  Also Rossini came
 9   later, but he's also influenced by how he was
10   doing his operas.
11             And that's not only you can listen
12   to it by analyzing the score and the
13   particular arias and particular movements
14   where the chorus comes in, what happens, that
15   is the things that I'm working on in the
16   comparative studies in order, you know, to
17   discuss my dissertation.
18        Q.   So you said you transcribed the
19   particular opera --
20        A.   Mm-hmm.
21        Q.   -- manuscript that's unpublished?
22        A.   Yes.
23        Q.   Fully transcribed it?
24        A.   Yes.
25        Q.   Okay.  Have you fully transcribed
```



                          B. SALANI

1

2    all the other works that you just mentioned to

3    me?

4          A.    Fully transcribed?  No.  I just

5    transcribed the things that are, let's say, in

6    common.  Okay?  So that I could make a

7    comparison between the two operas.  Okay?

8          Q.    So only what you believe is in

9    common you transcribed, correct?

10         A.    Yes.

11         Q.    You didn't do a full analysis of

12   the works, comparing them in their entireties?

13         A.    The entire opera of the other

14   composers?

15         Q.    Correct.

16         A.    No.

17         Q.    Okay.

18         A.    I just took some parts of it and I

19   said, okay, this is something that came after

20   this composer, but still those two composers

21   have the same, let's say, structure, the

22   crescendo, and then the full -- the full

23   chorus and music.  There are some features

24   that are in common.

25         Q.    When you transcribed these operas,



```
 1                        B. SALANI
 2   other than the unpublished 1812 portions
 3   thereof, what were the musical elements that
 4   you transcribed?
 5        A.   I transcribed, let's say, the
 6   whole -- the whole section where I -- where I
 7   am sure that there is resemblance in between
 8   the two compositions.
 9        Q.   I am asking what musical elements
10   did you transcribe?
11        A.   The musical elements are the
12   melodic elements and the rhythmic patterns and
13   harmonic patterns and the structure and the
14   instrumentation, the orchestration in the
15   sense of what instruments were there.  And in
16   a certain time -- it's important also to see
17   the lyrics and how the disposition of these
18   lyrics come.  And although they can have
19   different narratives, but do they sound the
20   same.  Why?  It's the relationship between the
21   notes and the syllables similar, strikingly
22   similar.
23        Q.   Where did you come up with that
24   word?
25        A.   Which one?  "Similar"?
```



```
 1                      B. SALANI

 2        Q.    "Strikingly similar."

 3        A.    Strikingly similar?

 4        Q.    Mm-hmm.

 5        A.    I just -- where did I come up?

 6        Q.    Yes.

 7        A.    I just -- I just feel it.  I

 8   mean ...

 9        Q.    Do you have a particular definition

10   for that?

11        A.    Very similar.

12        Q.    Okay.  And that's it?  That's your

13   definition?

14        A.    Definition?  Yeah.

15        Q.    Okay.  So you mentioned a number of

16   different musical elements that you say you

17   transcribed.  And you did this on --

18        A.    Sibelius 7, which is the software

19   notation that I use.

20        Q.    Okay.  And again, though, you only

21   drew out those portions that you believe

22   were --

23        A.    Yes.

24        Q.    -- similar --

25        A.    Yes.
```



```
1                          B. SALANI

2          Q.    -- to the --

3          A.    Mm-hmm.

4          Q.    -- 1812 opera, correct?

5          A.    Yes.

6          Q.    Okay.  All right.

7                Now, who are your dissertation

8    advisors?

9          A.    Okay.  Dr. Ilaria Serra.  She's the

10   head of the Italian department at FAU.

11               Dr. Andres Espinoza.  He is --

12         Q.    You may have to spell that.  I'm

13   convinced you are going to have to spell that,

14   right?

15         A.    Andres Espinoza.  He is the

16   musicologist at Florida Atlantic University.

17               Dr. Mitchell Hutchins.  He is the

18   opera expert.  He is also in the music

19   department at Florida Atlantic University.

20               And then Dr. Alessandra Montali.

21   She is a musicologist in Italy at the Puccini

22   Conservatory.  Giacomo Puccini Conservatory.

23         Q.    You used the term "musicologist."

24         A.    Yes.

25         Q.    What is a musicologist?
```



```
 1                    B. SALANI
 2         A.    A musicologist is an expert in the
 3   science of music.  The science of music, like
 4   methodology, all the requirements, and all of
 5   them are doctors in the sense that they have
 6   achieved a doctorate in musicology.
 7         Q.    There are different subsets of
 8   musicology, are there not?
 9         A.    Yes, there are.
10         Q.    Do you know what they are?
11         A.    Well, there is a part of
12   ethnomusicology.
13              There are different, also,
14   expertises.  Let's call them like that.  Okay?
15   So yeah.  We have, let's say, musicologists
16   can be -- can be -- can choose to be trained
17   on the things that they are really interested
18   in.  Like, for example, in my case I am
19   interested in opera.  And also the things that
20   Italian language have to do with the music,
21   songs, and things like that.  Okay?  In this
22   sense.
23         Q.    Okay.  So you understand there are
24   different types of musicologists, correct?
25         A.    Yes.
```



```
1                       B. SALANI
2          Q.   And different focus areas, correct?
3          A.   Yes.
4          Q.   And what degree does Dr. Espinoza
5    have, if you know?
6          A.   He's a doctor in musicology from
7    Boston University.
8          Q.   And do you know what area of
9    musicology she specialized in?
10         A.   He specialized --
11         Q.   Oh, he.  Pardon me.
12         A.   Yeah.  He specialized in, let's
13   say, ethnomusicology.
14         Q.   What about -- I'm forgetting the
15   gentleman.  The gentlemen from Puccini.  Oh,
16   female.
17         A.   A lady.
18         Q.   What type of musicologist is she?
19         A.   She received her doctorate from the
20   Bologna Conservatory -- the Bologna
21   University, sorry.  And she is a musicologist,
22   let's say, that -- well, I -- I understand
23   that she is a very well-prepared person, and
24   she works with opera, and so she is a mentor
25   in that section where I am studying right now.
```



```
 1                         B. SALANI
 2        Q.   Okay.  Do you have any other
 3   further details about her focus or
 4   specialization as a musicologist, other than
 5   what you have told me?
 6        A.   No.
 7        Q.   And your degree from FAU, your
 8   master's degree, and even your bachelor from
 9   Philadelphia University, were in piano
10   performance only, correct?
11        A.   Correct.
12        Q.   Have you written any articles or
13   publications on the subject of music theory?
14        A.   Yes, I have.  During my master's
15   program.  But I never published them.
16        Q.   Okay.  So let me ask this way:
17             You have no publication of any
18   article or book on the subject of music theory
19   or analysis, correct?
20        A.   Correct.
21        Q.   And you have published certain
22   books though, correct?
23        A.   Yes.  Correct.
24        Q.   But they're not on the subject of
25   music theory or analysis, correct?
```



```
 1                    B. SALANI
 2        A.    Correct.
 3        Q.    Do you still teach piano?
 4        A.    Yes, I do.
 5        Q.    What books do you use to teach your
 6   students piano?
 7        A.    You mean repertoire?
 8        Q.    Anything.
 9        A.    Do -- okay.  Well, since I am
10   teaching my students to fulfill their level, I
11   usually use the Royal Conservatory of Music
12   books for piano theory and technique skills,
13   études.  They provide -- according to the
14   level my students are, they provide those
15   books to the teachers so that I can teach them
16   according to the level they pass and the next
17   level what is going to -- to be.
18        Q.    Who are the authors of those books
19   that come from the Royal Academy?  Because the
20   Royal Academy doesn't author them, do they?
21        A.    No.  It's a compilation of pieces
22   that they just put them in their books.
23        Q.    And who are the authors of the
24   books?
25        A.    Oh, okay.  So we go from different
```



```
1                        B. SALANI
2     areas, starting from the Baroque, or even
3     before that, Baroque composers like Bach,
4     Scarlatti.
5            Then the second session is about
6     classical composers.  It can be Mozart,
7     Beethoven.
8            And then the third section is about
9     impressionistic, and more -- romantic and
10    impressionistic.  And fourth one is more
11    modern composers.
12        Q.   With respect to your students, do
13    they range from beginner to more advanced?
14        A.   Yes.
15        Q.   And has that always been the case?
16        A.   Yes.
17        Q.   And you do this all from your own
18    home studio, whether it would be first in
19    Italy and now in the U.S.?
20        A.   Yes, mm-hmm.
21        Q.   Does this include younger children
22    as well, children that are just starting
23    piano?
24        A.   Yes.
25        Q.   And what do you teach the
```



```
1                         B. SALANI
2    beginners?
3         A.   The beginners is a propedeutic way
4    of teaching.  So I have some, yes, books, but
5    also some nice, let's say, slides that I print
6    them and I give them.  So the first note, they
7    can learn the name of the note.  I have games
8    for them.  Because, you know, every age has
9    its own way of methodology for them to learn
10   the music.  So that's the propedeutic part.
11   I'm a --
12        Q.   You'll have to spell that for him.
13        A.   Okay.
14        Q.   Can you spell it?
15        A.   Propedeutic.  It's
16   P-R-O-P-E-D-E-U-T-I-C.
17        Q.   And what about any piano books; do
18   you use any, or have you used any piano books
19   for your --
20        A.   Yes.
21        Q.   -- younger students?
22        A.   Yes.  For the younger students, I
23   like to use the Bastien method or -- there are
24   several ones.  And sometimes I use them at
25   once.  Like I gave -- I give to some -- I even
```



```
 1                          B. SALANI
 2     make compositions for my students, depending
 3     on what they want to learn, if they like one
 4     song.  So I arrange them for them according to
 5     their level.  And -- but I use -- yes, I use
 6     several methods.  Mm-hmm.
 7          Q.   Can you identify any of the piano
 8     books?
 9          A.   Yes.  Hal Leonard, and I use
10     also --
11               THE COURT REPORTER:  I'm sorry?
12          What was it?
13          A.   Yeah, Hal Leonard is one of the
14     publishing companies that have those first --
15     well, first-year or first levels --
16               MS. LEPERA:  I lost my -- okay.  I
17          don't know the password.  Sorry.
18               THE COURT REPORTER:  Can you pause
19          a minute?
20               MS. LEPERA:  Yes.
21               MR. BROWN:  Are we off the record?
22               THE COURT REPORTER:  Can we go off?
23               MS. LEPERA:  We are not yet.  Do
24          you want to go off?
25               THE VIDEOGRAPHER:  We are now going
```



```
 1                        B. SALANI
 2         off the record.  The time now is
 3         11:13 a.m.
 4              (Recess taken.)
 5              THE VIDEOGRAPHER:  We are back on
 6         the record.  The time is 11:29 a.m.
 7         This is the beginning of the media
 8         labeled number 2.
 9              MR. BROWN:  Just to put on the
10         record, before the break evidently it
11         appears there may be some portion of the
12         last question and/or answer have been
13         omitted.  And therefore, without waiving
14         any objections for asked and answered,
15         we'll do it again.
16              MS. LEPERA:  Yes.  And I'm likely
17         going to get back into this again a
18         little bit more later.
19    BY MS. LEPERA:
20         Q.   But the basic question was, what,
21    if any, piano books did you use or are you
22    using with your younger students to teach them
23    basics?
24         A.   Okay.  As I said before, I used the
25    Royal Conservatory of Music books.  I
```



```
1                        B. SALANI
2    complement those books, especially for the
3    little kids, with the books like the Bastien
4    method, and also the Hal Leonard.  That's a
5    publishing company --
6         Q.   Hal Leonard?
7         A.   Hal Leonard.
8         Q.   Hal.  H-A-L, L-E-O-N-A-R-D.
9         A.   Well, I pronounce it differently.
10        Q.   That's all right.
11        A.   Okay, sorry.  Then I also like to
12   complement them with John Thompson.  John
13   Thompson.  That's another book for beginners.
14   And Little Mozarts, I like that book, too.
15             So basically I use the method for
16   the Royal Conservatory of Music, but I
17   complement with other books, depending on the
18   songs.  If they want to play, let's say,
19   Oh! Susanna, or things like that, I like them
20   to choose and to get other authors.
21        Q.   Okay.
22        A.   It depends on the kids.
23        Q.   Sure.
24        A.   Because it's nice to, you know, to
25   fit them with the things that they want to
```



1                         B. SALANI

2    learn.  Besides the ones that they have to

3    learn in order to progress in their studies.

4         Q.   Okay.  And we'll probably go back

5    to this a little bit later, but let's just

6    move on right now.

7              I want to talk to you a little bit

8    about your FAU, Florida Atlantic University,

9    teaching position as an adjunct professor from

10   2021 to the present.

11             What is teaching Owlingua?

12        A.   Okay, Owlingua is part of the

13   linguistic department.  We have the department

14   of languages there.  And Owlingua is an

15   opportunity to teach also to the community --

16   not only to the students at FAU, but also to

17   the community -- languages.  Okay?

18             In this case I am teaching a course

19   that I invented, let's say, created during the

20   pandemic.  It's called a virtual trip to

21   Italy.  And it's based on the regions of

22   Italy.  We have 20 regions in Italy.  And

23   every week we do one region.  We focus on that

24   region for our own research, and the research

25   has to be comprehensive of art, literature,



```
 1                    B. SALANI
 2  architecture.  Anthropology maybe there is
 3  something to look for that.  Of course
 4  culture, museums and music composers.  And we
 5  share -- everybody has to share what they like
 6  the most in this particular region.
 7         Q.   Okay.  All right.  And this is a
 8  continuing education language program?
 9         A.   Yes.
10         Q.   So there is no degree or
11  certification?
12         A.   There is a certification at the end
13  of each semester?  Okay.  Because this is
14  Part 1 and Part 2, since we have 20 regions.
15  And so I divided that -- I divide one semester
16  for Part 1 and the second semester for Part 2.
17         Q.   And what is the nature of the
18  certification?  Just a continuing education?
19         A.   Exactly.  They have completed the
20  course.
21         Q.   Okay.  But it's not going to be
22  used for any degree?
23         A.   No.  No, they don't get credit for
24  it.
25         Q.   Okay.  There are a couple of
```



```
 1                      B. SALANI
 2    companies.  I don't know if they're on your
 3    bio, but we've located them.
 4             One is Salani International, LLC?
 5         A.   Yes.
 6         Q.   Is that yours?
 7         A.   Yes.
 8         Q.   What is that?
 9         A.   Well, that's the company that --
10    where my, let's say, academy is.  That's
11    something that I use for paying taxes.  For
12    example, all the money that I receive from my
13    students and all, sometimes they have concerts
14    and they pay me, so I have to -- to, you know,
15    to file the taxes, and that's the company I
16    use.  And sometimes I'm in Italy.  So if I'm
17    paid there, I can say -- that's why it's
18    called International.
19         Q.   Okay.  And what about Northern
20    Conference, LLC?  Is that yours too?
21         A.   Yes, that was mine, but it has been
22    suspended.  I mean, it's not working anymore.
23         Q.   What was it formed for?
24         A.   That was -- no.  That was only
25    for -- it was for some land and things that I
```



```
 1                        B. SALANI
 2   bought, but then, you know, I -- I decided not
 3   to use that anymore.  For only real estate
 4   properties.
 5          Q.   Okay.  What is Tuscany Music, LLC?
 6   Yours?
 7          A.   That doesn't belong to me.
 8          Q.   Okay.  Do you have any websites or
 9   URLs that you own?
10          A.   I do have a dominion [sic], but I
11   have not done my website yet.  I'm waiting for
12   my Ph.D. to be finished so I can do a website.
13               I have a LinkedIn profile.
14          Q.   Okay.  Is ForLoveofMusic.com yours?
15          A.   Yes, it is.
16          Q.   That is a website?
17          A.   That's a website, and that talks
18   about the book I published, which called Music
19   For Life, The Salani Brothers.
20          Q.   Which we've established has nothing
21   to do with music theory, correct?
22          A.   No, it has nothing.
23          Q.   Am I correct?
24          A.   Yes, you are correct.  It has not
25   anything to do with music theory.
```



```
1                         B. SALANI
2          Q.    And what about DuoHelmanSalani.com?
3          A.    Yes.
4          Q.    Is that yours as well?
5          A.    That's mine and also my partner's,
6    Laura Helman.  We have been performing for
7    many years in Europe, and so that's why we
8    have that.  Yes.
9          Q.    Okay.  So I have mentioned two.
10   Are there any others that you have?
11         A.    Websites?
12         Q.    Yes, websites or URLs.
13         A.    No.  I don't -- no.
14         Q.    And you say you're waiting to form
15   one --
16         A.    Exactly.
17         Q.    -- later?
18         A.    Yes.  I bought the dominion, but I
19   am waiting to finish my Ph.D. and then I will
20   be creating my -- my website.  My own website.
21         Q.    Okay.  Do you belong to any
22   professional associations?
23         A.    Yes.
24         Q.    Which professional associations?
25         A.    Music Teachers Association.  I am
```



```
 1                      B. SALANI
 2    the vice president of the Palm Beach County
 3    Music Teachers Association.
 4            I belong also to the Royal
 5    Conservatory of Music, and I'm one of the
 6    teachers of this association.
 7            And I also belong to the Federation
 8    of Music Clubs.  Florida Federation of Music
 9    Clubs.
10        Q.   What is that?
11        A.   Okay.  That's another entity that
12    works in a local environment.  So my students
13    go there for composition, or just to be there
14    during the festival, the federation festival.
15    And if they get superior, then they go to the
16    regional, to, let's say, the states, in Tampa.
17    And if they get superior there too, they go to
18    nationals.
19            So it's like a step.  Every time
20    you do these competitions, you --
21        Q.   Piano competition?
22        A.   Piano competitions.
23        Q.   Okay.
24        A.   -- then you go further, and you
25    just move on to the next step.
```



```
 1                        B. SALANI
 2        Q.   Okay.  Great.
 3             Are you familiar with the American
 4   Musicological Society?
 5        A.   I am familiar.
 6        Q.   You're not a member?
 7        A.   No, not yet.
 8        Q.   What about --
 9        A.   I would be -- I would like to be a
10   member.  Maybe once I am a Ph.D., then I can,
11   you know, go on to that one as well.
12        Q.   Okay.  What about the International
13   Musicological Society; are you familiar with
14   that?
15        A.   I am familiar with that.  But I am
16   not a member yet.
17        Q.   Okay.  And what about the Society
18   for Music Theory?  Are you familiar with that?
19        A.   I'm familiar with that, but I'm not
20   a member yet.
21        Q.   Okay.  So moving on a little bit.
22             Are you being compensated in
23   connection with your work as an expert in this
24   matter?
25        A.   Can you please repeat?
```



1                      B. SALANI

2          Q.    Are you being paid for your work in

3     connection with this matter?

4          A.    I am paid for my time to -- to

5     analyze objectively.  I have been paid for

6     writing my testimony report, yes.

7          Q.    Okay.  And what is your rate that

8     you've been paid and for how many hours?

9          A.    Okay.  For the testimony report I

10    asked $250 per hour.  And the total amount of

11    time was about $6,250.

12         Q.    Okay.  How did you find out about

13    this litigation?  Who contacted you?

14         A.    Well, I found out about this

15    litigation thanks to my -- a friend of the

16    family.  His name is Charles Calello.  He told

17    me he was working on this litigation the first

18    time, but then, you know, everything -- he

19    didn't give me any -- any kind of explanation.

20              But after a while, after some time,

21    he called me and asked me if I would like to

22    be part of this litigation in the sense that

23    since I told him that I was studying

24    musicology, so he asked me if I wanted to be

25    part of it.



```
 1                      B. SALANI
 2          Q.   When you say he's a friend of the
 3   family, whose family?  Your family?
 4          A.   The Salani family.  In particular
 5   my brother, yeah.
 6          Q.   Okay.  So there's a relationship
 7   between Charles Calello and your brother?
 8          A.   A friendship.
 9          Q.   Friendship.  Okay.  Are you also
10   friends with Mr. Calello on Facebook?
11          A.   Yes, I am a friend with
12   Mr. Calello.  I respect him, and I admire him
13   also.
14          Q.   And his wife as well?
15          A.   Yes.
16          Q.   Do you socialize with them?
17          A.   Sometimes when I go to their
18   concerts I see Clay.  That's his wife's name.
19   Yeah.  And that's -- yes.
20          Q.   And you go to his concerts?
21          A.   I go to his concerts, yeah.
22          Q.   Okay.
23          A.   When I have a chance.  I'm sorry.
24          Q.   No, I understand.
25          A.   It's not always when I am
```



```
1                        B. SALANI
2    available.
3                (Salani Exhibit 2, Article about
4          Calello (Italian version) was marked for
5          identification.)
6    BY MS. LEPERA:
7          Q.    I am presenting you, Ms. Salani,
8    with -- I think it's a nine-page document.
9    Strade Dorate, if I'm pronouncing that
10   correctly?
11         A.    Yes.  Strade Dorate, yes.
12         Q.    Yes.  And can you tell me if you're
13   familiar with this document?
14         A.    Yes, of course.
15         Q.    And what is this document?
16         A.    Well, I write with -- through the
17   Florida Atlantic University.  This is an
18   academic journal where my teachers ask me to
19   write articles in.  So this was not my only
20   article.  You can find other articles I wrote.
21   And I decided to talk about Charles Calello.
22         Q.    Can you just tell me, when was this
23   written?
24         A.    When?
25         Q.    Yeah.  I am going to put an English
```



1                           B. SALANI

2     translation in, to make sure that we're all

3     looking at the same thing.

4               THE COURT REPORTER:  One second.

5               MS. LEPERA:  This is going to be

6          number 3.  Salani 3.

7               (Salani Exhibit 3, Article about

8          Calello (English translation) was marked

9          for identification.)

10              MS. LEPERA:  We have two different

11         versions.  One is Italian.  One is

12         English.

13              MR. BROWN:  Counsel, may I ask,

14         what platform, if any, was used to

15         translate this?

16              MS. LEPERA:  I don't know.  But we

17         can see if it's accurate.  That's why

18         I'm putting both on.  That's why we have

19         the expert here.

20              Okay, whenever you're ready.

21     BY MS. LEPERA:

22         Q.   Ms. Salani, I apologize.  I

23     basically was looking at the Italian version,

24     which is Salani 2.  I have now given you

25     another document, which appears to be an



                            B. SALANI

1  

2  English version, a nine-page document.

3          Can you tell me whether or not the

4  English -- well, first of all, Salani 2 is an

5  article you wrote in Italian about

6  Mr. Calello, is that correct?

7          A.    That is correct, yes.

8          Q.    You wrote it in Italian?

9          A.    I wrote it in Italian because it

10  was for an Italian academic journal.

11          Q.    Perfect.  Now I am asking you to

12  look at Salani 3 and tell me whether or not

13  that's an accurate translation of your article

14  into English.  Because, as your counsel

15  pointed out, it came from Google.

16          A.    Okay.  Can I take my time?

17          Q.    You can totally take your time.

18          A.    Okay.

19          MR. BROWN:  And, Counsel, to

20          expedite things, I don't know how much

21          of an issue I am going to assert about

22          the translation.  So if there's anything

23          you want to focus in on.

24          MS. LEPERA:  No, not really.  I

25          just want her to tell me if there's



```
 1                    B. SALANI
 2        anything inaccurate or grossly
 3        inaccurate.
 4             (The witness reviews document.)
 5        A.   Do I have to read the whole thing
 6   or --
 7        Q.   No, I'm not really going to delve
 8   deeply into the content.  I just wanted to,
 9   since I don't read Italian, want to make sure
10   that this version is, from your perspective,
11   reflects what you wrote in Italian.  At least
12   in, you know, substantial part.
13        A.   Okay.  Well, I read one page and a
14   half.
15        Q.   Does it look right?
16        A.   I can say --
17        Q.   More or less?
18        A.   Yeah.  Pretty much.
19        Q.   Okay.
20        A.   It represents what I said in
21   Italian.
22        Q.   Okay.  And I was asking you, when
23   did you write this?
24        A.   I -- I wrote it at the end of 2022
25   maybe, and then it was published at the
```



```
1                        B. SALANI
2    beginning of 2023, in my -- I think so.  But I
3    don't remember exactly the dates.
4         Q.   So it was before you wrote your
5    report in this case, correct?
6         A.   Yes, I think so.
7         Q.   While this litigation was pending?
8         A.   Yes, mm-hmm.
9         Q.   Okay.  What prompted you to write
10   this article about Mr. Calello?
11        A.   When, you know, you're an academic,
12   you have to write something, right?  And I was
13   assigned to write an article of a musician or
14   a composer that I knew, and to interview if he
15   was alive.  And that's why I -- I decided to
16   interview Mr. Calello.
17        Q.   And you said you were assigned to
18   do this?
19        A.   Yes.
20        Q.   By whom?
21        A.   Ilaria Serra.  Dr. Ilaria Serra.
22   She's the head of the Italian department.  And
23   sometimes she's like -- she likes me to
24   read -- to write articles for the Italian
25   academic journal.  Strade Dorate it's called.
```



```
 1                       B. SALANI
 2        Q.    This has nothing to do with the
 3   Ph.D.?
 4        A.    I do it while I do the Ph.D., yeah.
 5        Q.    But it's not part of your thesis or
 6   dissertation?
 7        A.    No, this is not part of my
 8   dissertation.
 9        Q.    Okay.  So when you say it was
10   assigned to you, did you have an obligation to
11   do this?
12        A.    I was invited to do it.
13        Q.    Ah.
14        A.    Extra credit.  You know how it
15   works.
16        Q.    Were you paid to do this?
17        A.    No.
18        Q.    Okay.
19        A.    No, no.
20        Q.    Okay.  And was this article written
21   before or after you spoke to him about
22   potentially being an expert in this case?
23        A.    Before.
24        Q.    You wrote this before?
25        A.    Before, yeah.
```



```
 1                        B. SALANI
 2         Q.   Okay.  And when did you interview
 3    him?
 4         A.   Before I wrote this testimony --
 5    this testimony report.
 6         Q.   Okay.  And then after you were
 7    contacted by him in connection with this
 8    matter --
 9         A.   Yes.
10         Q.   -- you agreed to participate; yes?
11    In connection with this service for
12    Mr. Brown's clients, correct?
13         A.   Correct.
14         Q.   Okay.  And then what, if any,
15    conversations did you have with Mr. Calello
16    about this matter after you were retained by
17    Mr. Brown?
18         A.   Okay.  I asked to read his
19    musicological report.
20         Q.   His report was written before you
21    wrote yours?
22         A.   Yes, it was.
23         Q.   Okay.  How did you know that?
24         A.   Well, because I got the opportunity
25    to read it and analyze it and objectively
```



```
                          B. SALANI
1
2    investigate if there was -- um, there were the
3    similarities between the songs.
4            And after I read his report, then I
5    started formulating my own investigation, and
6    I started with my methodology, musicological
7    abilities, to write my own report.
8        Q.   Okay.  And did you see one draft,
9    more than one draft, of his report, or was it
10   already finalized?
11           MR. BROWN:  Object to the form.
12       Q.   You can answer that one.  That's
13   just an objection to form.  Not an
14   instruction.  Remember?
15           MR. BROWN:  Unless I instruct you
16       not to answer, you may answer the
17       question.
18           MS. LEPERA:  He's just preserving
19       his form objection.
20       A.   That was a draft.  He had not
21   finished doing his report.
22       Q.   And you know this because you saw
23   more iterations of his report after --
24           MR. BROWN:  Objection.
25       Q.   -- you saw the first draft?
```



```
 1                       B. SALANI
 2              MR. BROWN:  I'm sorry, Counsel.
 3              Object to the form.
 4       Q.   How do you know it was a draft?
 5       A.   Because he told me that it was a
 6    draft.
 7       Q.   Okay.  And then after you saw the
 8    draft did you see further drafts of
 9    Mr. Calello's report in this matter before he
10    submitted his final to us?
11              MR. BROWN:  Object to the form.
12    MO   A.   No, I didn't.  I just went my own
13    way to try to analyze objectively what I heard
14    about the songs -- I mean the videos, what I
15    heard in the videos and the music of the
16    songs.
17       Q.   I didn't ask you that, Ms. Salani,
18    so I am going to move to strike that answer.
19              What I asked you was whether or not
20    you saw any further drafts of Mr. Calello's
21    report after you saw the first one?
22              MR. BROWN:  Object to the form.
23       A.   No.
24       Q.   Okay.  And did you obtain any --
25    withdrawn.
```



```
 1                    B. SALANI
 2            Did you provide Mr. Calello with a
 3   draft of your report to review?
 4            MR. BROWN:  Object to the form.
 5       A.   I don't remember.
 6       Q.   Did you discuss his report with him
 7   at any point in time before you wrote yours?
 8            MR. BROWN:  Object to the form.
 9       A.   Yes.  After I read his report I
10   discussed it with him.
11       Q.   It was just the two of you on the
12   phone call?
13       A.   Yes.
14       Q.   Okay.  Was this in person or on the
15   phone?
16       A.   On Zoom.
17       Q.   Pardon me?
18       A.   On Zoom.
19       Q.   And the topic of the conversation
20   was his report on Zoom, is that right?
21            MR. BROWN:  Object to the form.
22       A.   Yes.
23       Q.   Okay.  And was he soliciting your
24   opinion on his report?
25            MR. BROWN:  Object to the form.
```



```
 1                    B. SALANI
 2        A.   Yes.
 3        Q.   Okay.  And did you discuss the
 4   contents of his draft report on that Zoom
 5   call?
 6             MR. BROWN:  Object to the form.
 7             MS. LEPERA:  I'm trying to go slow.
 8             MR. BROWN:  Sorry.
 9        A.   Yes.
10        Q.   Okay.  Do you recall what you
11   discussed regarding the contents?
12        A.   I asked for explanations of the
13   things that I didn't understand in his report.
14        Q.   Do you remember what you didn't
15   understand in his report?
16        A.   Yes.  In particular I asked about
17   previous legal cases that were done before
18   this, and because I saw that he was telling me
19   that there was a previous case between two
20   other songs.  I mean Wiggle and Don Diablo.
21   But just to know.  And he didn't know, because
22   these are things that only the lawyers have to
23   know.  I did ask him.  But I'm still -- it's
24   not something that I have to know.  Because
25   the legal part of this is taken care of by the
```



```
1                        B. SALANI
2    legal experts.
3         Q.   Did he have legal cases in his
4    draft report?
5              MR. BROWN:  Object to the form.
6         A.   Yes, he mentioned it.
7         Q.   Okay.  Other than asking about
8    questions you may have had about these legal
9    authorities in his draft report, did you ask
10   him any questions, any other questions about
11   the content of his draft report on your Zoom
12   call?
13             MR. BROWN:  Object to the form.
14        A.   Well, I -- I had an idea what he
15   had said already, and pretty much I understood
16   what was his point, so I decided to go on and
17   do my own report.
18        Q.   Okay.  How long was the Zoom call?
19        A.   I don't remember.
20        Q.   Approximately.
21        A.   I have no idea.
22        Q.   Two minutes?
23        A.   Maybe a little more than that.  But
24   not -- not very long.
25        Q.   Okay.  And then when you drafted
```



```
1                      B. SALANI
2   your report, did you provide him with a copy
3   in draft to review?
4              MR. BROWN:  Objection.
5        Q.   Mr. Calello meaning "he."  Sorry.
6              MR. BROWN:  Object to the form.
7        A.   Can you please --
8        Q.   Yeah.  Did you give Mr. Calello a
9   copy of your draft report when you wrote it,
10  before you finalized it?
11             MR. BROWN:  Object to the form.
12       A.   I don't remember.
13       Q.   Okay.  Did you ask him any
14  questions about the content of your draft
15  report when you were writing it?
16             MR. BROWN:  Object to the form.
17       A.   I don't remember.  But I don't
18  think so.
19       Q.   Okay.  Did he give you any
20  suggestions as to what to put in your draft
21  report?
22       A.   No, he didn't.
23       Q.   Okay.  Did you give him any
24  suggestions as to what to put in his draft
25  report?
```



```
 1                       B. SALANI
 2              MR. BROWN:  Object to the form.
 3         A.   No.  But I don't really remember.
 4         Q.   Did you have any conversations with
 5    Mr. Calello at all, since the time you first
 6    saw his draft report and today, regarding
 7    either of your reports?
 8              MR. BROWN:  Object to the form.
 9         A.   No.
10         Q.   So there was only one conversation
11    that you had with Mr. Calello on Zoom, is that
12    right, about his report?
13              MR. BROWN:  Object to the form.
14         A.   We talked after, because he told me
15    that the lawyers were going to call me.  So he
16    called me to tell me, okay, the lawyers are
17    going to call you.
18              So, he was, like, receiving their
19    call.  Just because we were going to be asked
20    to come here.
21         Q.   Right.  Okay.  But I am asking
22    whether or not you had conversations of
23    substance with him about either his report or
24    your report, other than that one time on Zoom?
25              MR. BROWN:  Object to the form.
```



BARBARA SALANI                                    January 19, 2024
Larball v Dua Lipa                                              73

```
1                      B. SALANI
2        A.    Not that I remember of.
3        Q.    You don't remember?
4        A.    No.
5        Q.    Okay.  And when he sent you the
6   draft, did he send it to you by email, or how
7   did you obtain it from him?
8              MR. BROWN:  Object to the form.
9        A.    By email.
10       Q.    Okay.  Very good.  All right.
11             Do you know Sandy Linzer?
12       A.    I don't know him personally, but
13  yes, I -- now I know -- I know him -- about
14  him.
15       Q.    Okay.  Have you ever met him?
16       A.    Never.
17       Q.    Okay.  Do you know what his
18  relationship is with Mr. Calello?
19       A.    Mr. Calello told me that they are
20  friends.
21       Q.    And he told you that when?
22       A.    Um, that was at the beginning, when
23  he told me that there was this legal case.
24       Q.    Did he tell you anything else about
25  Mr. Linzer?
```



<pre>
 1                    B. SALANI
 2        A.   Not that I remember of.
 3        Q.   Okay.
 4             (Salani Exhibit 4, Facebook post
 5        was marked for identification.)
 6             MS. LEPERA:  I am marking for
 7        identification Salani 4, which is a
 8        three-page document that purports to be
 9        a Facebook post.  I'll ask Ms. Salani
10        about that.
11        Q.   Whenever you get a chance, can you
12   tell me if this is a post that you made on
13   Facebook on November 7, 2022?
14        A.   Yes, I did that.  I didn't remember
15   precisely the date.
16        Q.   And now that you have this in front
17   of you, does it refresh your recollection as
18   to where this date fits in the sequence of him
19   contacting you about this litigation, before
20   or after?
21        A.   This was before he contacted me.
22        Q.   Okay.  And do you see how you have
23   a post -- well, first, on top it looks like
24   it's in Italian, and then below it, it appears
25   to be in English.
</pre>



```
 1                          B. SALANI
 2               Is that your -- are those your
 3      words, "Dear Friends, Do you know Charles
 4      Calello"?
 5               Is that you writing that?
 6        A.    Yes.
 7        Q.    Quote, "an unknown
 8      Italian-American, but an icon of American
 9      music in the world."
10               Did you write that?
11        A.    Yes.
12        Q.    Okay.
13        A.    I was looking -- okay.  I will go
14      with that.
15        Q.    You wrote that, correct?
16        A.    Yes.
17        Q.    Okay.  And this was before he
18      contacted you about this litigation, correct?
19        A.    Exactly.
20        Q.    Okay.  Needless to say, you have
21      huge respect for him, correct?
22        A.    Very huge respect, yes.
23        Q.    Okay.  All right.
24        A.    And here I mentioned Dr. Ilaria
25      Serra.  She was the one that gave me the
```



```
 1                         B. SALANI
 2     opportunity to do this.
 3            Q.   I understand.  Okay.
 4                 (Salani Exhibit 5, Testimony Report
 5            for Copyright Infringement, By Barbara
 6            Salani was marked for identification.)
 7            Q.   I want to just ask you a couple of
 8     questions before we go into this.
 9                 So in terms of preparing for this
10     deposition, we call this, this testimony here
11     today, did you meet with anyone other than
12     counsel to prepare?
13            A.   No.
14            Q.   Did you discuss your deposition or
15     your potential deposition testimony with
16     anyone other than counsel?
17            A.   No.
18            Q.   Was anyone else present, meeting
19     with counsel and you to prepare for this
20     deposition?
21            A.   Yes.  Eric and --
22            Q.   That's counsel.
23            A.   Oh, okay.  Besides the three
24     gentlemen here?
25            Q.   Yes.
```



BARBARA SALANI                                    January 19, 2024
Larball v Dua Lipa                                            77

```
 1                    B. SALANI
 2        A.   No.
 3        Q.   Just them?
 4        A.   Just them.
 5        Q.   Okay.  And how long did you meet?
 6        A.   For about four hours yesterday.
 7        Q.   Okay.  And did you review any
 8   documents?
 9        A.   My testimony report.
10        Q.   Okay.  Anything else?
11        A.   No.
12        Q.   Did you review Mr. Calello's
13   report?
14        A.   No.
15        Q.   Okay.  When you prepared your
16   report did you have Mr. Calello's report
17   handy?
18        A.   No, I didn't.
19        Q.   Okay.  Did you print out a copy of
20   his draft report --
21             MR. BROWN:  Object to the form.
22        Q.   -- when he sent it to you?
23             MR. BROWN:  Object to the form.
24        A.   No, I didn't.
25        Q.   You just looked at it online?
```



```
 1                   B. SALANI
 2        A.   Yeah.  I looked at it in the
 3   computer, and that was it.
 4        Q.   Did you send any emails back and
 5   forth from Mr. Calello about the reports;
 6   either of them?
 7             MR. BROWN:  Object to the form.
 8        A.   I don't remember, honestly.
 9        Q.   If you did exchange emails with
10   Mr. Calello, would you have copied anyone else
11   on them?
12        A.   Can you please repeat the question?
13        Q.   If you changed emails with
14   Mr. Calello about either of your reports in
15   this case, would you have copied anyone else
16   on those emails?
17             MR. BROWN:  Object to the form.
18        A.   I don't remember doing that.  I
19   don't think so.  I don't remember.
20   REQ      MS. LEPERA:  Okay.
21             If there's emails between
22        Ms. Salani and Mr. Calello, certainly
23        that don't include you guys, Counsel,
24        then I make a request for the production
25        of those emails.
```



```
1                          B. SALANI
2                MR. BROWN:  Okay.  If you make the
3           request, we'll review it and respond
4           appropriately.
5                MS. LEPERA:  Thank you.
6  BY MS. LEPERA:
7      Q.   Okay.  We've put in front of you
8  Salani 5.  Do you recognize this document?
9                I will say, we put page numbers on
10 the bottom.  Other than that, we didn't do
11 anything else.  Just because you didn't have
12 page numbers.  So if I am going to question
13 you, we needed page numbers.
14     A.   Yes, I recognize this document.
15     Q.   Okay.  And I represent nothing else
16 was changed.
17               And obviously your CV, which we've
18 reviewed already, is attached.  So this, all
19 told, is a 13-page document.
20     A.   Yes.
21     Q.   Can you confirm for me that this is
22 an accurate copy of your expert opinion in
23 this case?
24     A.   Yes, it is.
25     Q.   Okay.  And there's a date on the
```



                        B. SALANI

1

2    top of 10/27/2023.

3            Is that the date when you

4    finalized it?

5        A.   Yes, it is.

6        Q.   Okay.  Did you start drafting it

7    sooner?

8        A.   I started drafting it like ten days

9    before, because I didn't know that this was

10   going to happen, right?  So I started drafting

11   after I received a call from -- from the

12   lawyers.

13       Q.   So when Mr. Calello asked you if

14   you would be willing to do this, you said yes,

15   correct?

16       A.   I said yes.

17       Q.   Okay.  And this is -- when he asked

18   you to do it, had you already seen his draft

19   report?

20       A.   His draft report?  Yes.  I had seen

21   it before.

22       Q.   Why would he send you his draft

23   report before you were invited to participate

24   in this, if you know?

25           MR. BROWN:  Object to the form.



```
 1                         B. SALANI
 2          A.   Well, why did he send it to me?  Is
 3     that your question?
 4          Q.   When you were not involved in the
 5     matter at that time.  Correct?
 6          A.   Correct.  I think -- I mean, can I
 7     suppose?  I think that he just wanted me to
 8     know about what the legal content was and to
 9     do my own musicological objective report.
10          Q.   But you had not done your own
11     musicological, as you call it, expert
12     report --
13          A.   Yes.
14          Q.   Hold on.
15               -- because you hadn't been
16     contacted by counsel yet, correct?
17          A.   Exactly.
18          Q.   So why did he send you his report,
19     if you know, before you were going to be
20     retained?
21               MR. BROWN:  Object to the form.
22          Object, beyond the scope of the witness.
23               Notwithstanding, you can answer, if
24          you know.
25          A.   I think just to understand the case
```



```
 1                      B. SALANI
 2   and to know what was the content of the songs
 3   and just to understand.
 4        Q.   When you finished reviewing his
 5   report, approximately --
 6             MS. LEPERA:  Withdrawn.
 7        Q.   How much time transpired between
 8   when you reviewed his draft report and you
 9   were approached to be retained in this matter?
10   A month?  Two weeks?  Do you recall generally?
11             MR. BROWN:  Object to the form.
12        A.   Many months.
13        Q.   Many months transpired between
14   seeing his draft report and when you were --
15        A.   When I did this report.  But before
16   this --
17        Q.   I'm sorry.  No, I was asking
18   before -- not when you did the report.  I'm
19   asking you how much time transpired between
20   when he called you, showed you his draft
21   report and you were contacted then to be
22   retained?
23             MR. BROWN:  Object to the form.
24        A.   I don't remember exactly.
25        Q.   Approximately is fine.
```



```
 1                    B. SALANI
 2          Days?  Weeks?  Months?  Years?
 3     A.   I would say, um, weeks.  I would
 4   say weeks.
 5     Q.   Did you tell Mr. Calello, after you
 6   saw his draft report but before you were
 7   retained, that you were willing to take the
 8   assignment?
 9          MR. BROWN:  Object to the form.
10     A.   Could you repeat the question?
11     Q.   Yes.
12     A.   Please?
13     Q.   Did you tell Mr. Calello, after you
14   saw his draft report but before you were
15   retained, that you were willing to take the
16   assignment?
17          MR. BROWN:  Object to the form.
18     A.   Yes.
19     Q.   Okay.  And you said you were
20   willing to take the assignment before you did
21   your report, correct?
22          MR. BROWN:  Object to the form.
23     A.   Correct.
24     Q.   Okay.  Now, this document that
25   we've got here as Salani 5 contains a complete
```



                        B. SALANI

1

2   statement of all of your opinions and the

3   bases therefor, correct?

4         A.   Correct.

5         Q.   And it contains no exhibits other

6   than your bio, correct?

7         A.   Correct.

8         Q.   Okay.  Do you see any list of

9   materials reviewed in this report upon which

10  you based your opinions?

11        A.   Can you rephrase the question,

12  please?

13        Q.   Okay.  This report does not state

14  any of the materials that you reviewed in

15  preparing it, correct?

16        A.   Correct.

17        Q.   And certainly it doesn't mention

18  Mr. Calello's report, correct?

19        A.   Correct.

20        Q.   Okay.  There's no information in

21  the report or any exhibit regarding your

22  compensation in connection with this matter,

23  correct?

24        A.   Correct.

25        Q.   And there's no information in this



```
 1                    B. SALANI
 2   report or any exhibit to it, including the CV,
 3   that states that you have no prior testimony
 4   in any other cases, correct?
 5        A.    Correct.
 6        Q.    But there are none, correct?
 7        A.    Correct.
 8        Q.    Okay.  Did you show a draft of this
 9   report to anyone other than counsel?
10        A.    Yes.  I sent my report to the
11   counsel once I drafted it.
12        Q.    Other than counsel?
13        A.    No.
14        Q.    Did you send the draft report to
15   anyone other than counsel?
16        A.    No, I didn't.
17        Q.    Did you tell Mr. Calello you were
18   doing the assignment?
19        A.    Well, when he called me to ask me
20   would you like to do this, I said yes.
21        Q.    I understand.
22        A.    And that was it.
23        Q.    I understand.  Then you were
24   contacted weeks later, correct?
25        A.    Yeah.
```



```
 1                        B. SALANI
 2        Q.   And you said yes, I will do it,
 3   correct?
 4        A.   Correct.
 5        Q.   And then you started doing your
 6   report, correct?
 7        A.   Correct.
 8        Q.   Okay.  You're not a lawyer,
 9   correct?
10        A.   Correct.
11        Q.   Or a judge, correct?
12        A.   Correct.
13        Q.   And as we discussed earlier, it's
14   not your role --
15        A.   It's not my role.
16        Q.   Let me finish.
17             -- to be providing comments or
18   conclusions about a legal matter, correct?
19             MR. BROWN:  Object to the form.
20        A.   Correct.
21        Q.   So in the second full paragraph
22   after the first three paragraphs above, which
23   are numbered, so the second full paragraph on
24   page 1 says, quote:  "The objective of this
25   report is to investigate and document
```



BARBARA SALANI                                    January 19, 2024
Larball v Dua Lipa                                               87

```
 1                        B. SALANI
 2   instances of copyright infringement."
 3            "The analysis demonstrates that
 4   there are significant musical similarities
 5   between Wiggle and Giggle All Night, Don
 6   Diablo and Levitating that constitute
 7   copyright infringement."
 8            You have no expertise to determine
 9   whether something constitutes copyright
10   infringement, do you?
11        A.   No, I don't.
12        Q.   This has no place in your report,
13   correct?
14        A.   Can you say that again?
15        Q.   This has no proper place in your
16   report, as you are not qualified to make that
17   assessment, correct?
18        A.   Correct.
19        Q.   Why is it here?
20        A.   Okay.  I was -- okay.  The scope of
21   my assignment was to analyze and investigate
22   objectively on the songs Wiggle and Giggle,
23   Don Diablo, and Levitating.
24            Everything that has to be doing
25   with legal practices is up to the lawyers and
```



```
1                        B. SALANI
2    to the legal experts.  I'm aware of that.
3              So this paragraph, I should have
4    said it differently.
5         Q.   We can agree, can we not, that you
6    shouldn't have any opinion in here that
7    there's copyright infringement, correct?
8              MR. BROWN:  Object to the form.
9    MO      A.  I agree that as a musicologist
10   expert I have to only have my report on the
11   musicological aspects.
12             MS. LEPERA:  Move to strike.
13        Q.   We can agree, can we not, that you
14   shouldn't have any opinion in here that
15   there's copyright infringement, correct?
16        A.   Correct.
17        Q.   But is it in fact the case that
18   throughout your report you talk about legal
19   cases and conclusions of law in several
20   instances, correct?
21             MR. BROWN:  Object to the form.
22        A.   Yes.
23        Q.   And that is improper, correct?
24             MR. BROWN:  Object to the form.
25        A.   Yes.
```



```
 1                        B. SALANI

 2        Q.    Why did you do it?

 3        A.    Because in comparative studies,

 4   when we are talking about an opera, I compare

 5   operas with other operas.  Here we are doing a

 6   legal case.

 7              So if I just, doing my research, I

 8   just spread out my knowledge, trying to

 9   understand what came before I came into

10   analyzing my case, that was only because of my

11   comparative studies background.

12              I know that this has not to be in

13   my report, but I just wanted to compare

14   oranges and oranges this time.  Okay?  That's

15   in a way of saying that that's the reason why

16   I did it.

17              But it's not up to me to judge or

18   to talk about that unless -- I mean, the legal

19   experts are the ones who are going to decide.

20        Q.    How did you make a decision that

21   this was improper?

22              MR. BROWN:  Object to the form.

23        A.    Can you please ask -- repeat your

24   question?

25        Q.    We've already established that it's
```



```
 1                        B. SALANI
 2   improper for you to be discussing legal
 3   conclusions and assertions that there's
 4   copyright infringement in your report,
 5   correct?
 6         A.    Correct.
 7         Q.    Okay.  And you've now stated why
 8   you believe you did that.
 9               My question is:  When did you come
10   to the conclusion that it's improper?  Just
11   now?
12         A.    Recently, yes.
13         Q.    When does "recently" mean?
14         A.    Yes, when I -- I -- I read recently
15   the Ferrara report that was given to me before
16   I came here.
17         Q.    So you agree with me there are many
18   things in this report that speak to legal
19   conclusions, correct?
20               MR. BROWN:  Objection.
21         Q.    "This report" meaning Salani 5.
22               MR. BROWN:  Object to the form.
23         A.    Yes.
24         Q.    Okay.  I am going to show you what
25   we're marking as exhibit 6 and walk through --
```



```
1                      B. SALANI

2    and walk through certain passages from your

3    report we have highlighted -- these are our

4    highlights, for the record --

5            A.   Mm-hmm.

6            Q.   -- which I am going to ask you

7    about as to whether, like the conclusion on

8    page 1, you concede is -- you concede may be

9    inappropriate for your role here.

10           A.   I agree.

11                (Salani Exhibit 6, Report of

12           Barbara Salani, highlighted version was

13           marked for identification.)

14           Q.   With all of them?  You've looked at

15   them already?

16           A.   No.

17           Q.   Okay.  One by one.  Let's go to

18   page 2.

19                So we have highlighted in the first

20   full paragraph the sentence:  "Figure 1 shows

21   its thematic sentence which reflects its own

22   distinct melodic complexity that satisfies any

23   originality requirement ..."

24                Is that a legal conclusion?

25           A.   That's -- that came after my
```



```
 1                        B. SALANI
 2    analysis of the melodic sentence of the song.
 3         Q.   Originality requirement under what?
 4    Law?  There's no requirement anywhere else,
 5    is there?
 6              MR. BROWN:  Object to the form.
 7         A.   Maybe you're right.  I am not --
 8         Q.   Okay.
 9         A.   I am not the legal expert.  I don't
10    know about that.
11         Q.   There's no requirements, other than
12    under a legal assessment, relative to this
13    case, is there?
14         A.   I'm not an expert.  I cannot answer
15    you.
16         Q.   Okay.  Let's go back to the
17    page 2 -- this one doesn't have -- we didn't
18    put page numbers on this one.  My apologies.
19    But this is the second page.
20              Last sentence, first full
21    paragraph.  Quote:  "Combining its captivating
22    distinct melody and rhythmic pattern with the
23    symbiotic relationship between syllable and
24    note in its fast, dynamic tempo, WG's opening
25    sentence is unique, protectable for copyright
```



```
1                        B. SALANI
2    law, for its original blending of musical
3    features that contributed to its global
4    success back in the 1970s."
5                You're not qualified and have no
6    role in determining what's protectable under
7    copyright law, correct?
8         A.   Correct.
9         Q.   So this should not be here,
10   correct?
11               MR. BROWN:  Object to the form.
12        A.   Correct.
13        Q.   The third page.
14               "Consequently, having established
15   the identical nature of DD and WG, the authors
16   Linzer and Brown were awarded 100 percent
17   worldwide copyright ownership of the song 'Don
18   Diablo,' evidencing that the songs Don Diablo
19   and WG are identical."
20               Are you testifying here that you
21   know that there was a judgment in that case?
22        A.   Yes.
23        Q.   How do you know there's a judgment
24   in that case?
25        A.   That is the question I told you
```



```
1                        B. SALANI
2    about before when I said that I asked Calello
3    about what happened, and he said -- and he
4    gave me information about that.
5              But none of us is a lawyer, so ...
6         Q.   You have no personal knowledge of
7    any award of copyright ownership, do you?
8         A.   No.
9         Q.   Okay.  So this is something that is
10   written based on what Mr. Calello told you?
11        A.   Exactly.
12        Q.   Page 5, fourth paragraph, last
13   sentence.  Quote:  "However, its positioning
14   at the very start of both pieces makes the
15   copying substantially more likely and
16   intentional."
17             You're not qualified and able to
18   opine on what constitutes copying under
19   copyright law, are you?
20        A.   No, I'm not.
21        Q.   That shouldn't be there either,
22   correct?
23             MR. BROWN:  Object to the form.
24        A.   No, it shouldn't.
25        Q.   Thank you.
```



1                        B. SALANI

2              Okay.  Let's go to page 7.  At the

3   top of the page, quote:  "Usually, if someone

4   creates new lyrics for a musical theme of a

5   song that already exists, it's seen as a

6   parody.  Parodies have some legal protections,

7   but they are also subject to legal

8   requirements and permissions if you intend to

9   profit from them."

10             You're not qualified to be opining

11  with respect to what constitutes a legal

12  parody, are you?

13       A.    Exactly.

14       Q.    You are not, correct?

15       A.    I am not.

16       Q.    This shouldn't be here either, this

17  sentence?

18       A.    That shouldn't be there either.

19       Q.    And who gave you that information?

20       A.    Through research.

21       Q.    Independent research --

22       A.    Independent research.

23       Q.    -- that you were looking at legal

24  matters?

25       A.    I just wanted to compare what



```
 1                      B. SALANI
 2   happened before I got into this.  This is the
 3   first time I'm asked to do this job, and I
 4   just wanted to be informed, because this is
 5   something that, when you -- well, when you
 6   study, usually this information is not
 7   available to you.
 8        Q.   Okay.  Going down on the page,
 9   there's a sentence that begins:  In the past,
10   on the case My Sweet Lord, the court found --
11   I don't need to read the rest of that
12   paragraph.
13        A.   Exactly.
14        Q.   It shouldn't be there, yes?
15        A.   No, it shouldn't be there.
16        Q.   You have no right to put that in
17   this report --
18        A.   Exactly.
19        Q.   -- because you have no
20   qualifications with respect to doing so and it
21   is not your role to opine on legal matters in
22   this case, correct?
23        A.   Exactly.
24        Q.   Okay.  The same with the last
25   paragraph on this page.  Would you agree that
```



```
1                       B. SALANI
2     that is also an inappropriate legal
3     conclusion?
4               MR. BROWN:  Object --
5          A.   Yes, I agree.
6               MR. BROWN:  -- to form.
7          A.   I agree.
8          Q.   Page 10.  Looking at the first
9     paragraph, starting with "Many popular songs,"
10    et cetera, quote, "are not protected by
11    contemporary copyright laws.  It's worth
12    noting that adaptions of public domain pieces
13    can still be protected by copyright laws."
14              Do you agree with me that this
15    paragraph as well is something that you are
16    not qualified to make and it is not a role of
17    an expert to be opining on legal matters?
18         A.   Yes, I agree with you.
19         Q.   And this should not be here;
20    correct?
21         A.   Yes, correct.
22         Q.   Similarly to the third paragraph:
23    "In conclusion, upon rigorous examination" --
24    et cetera -- "the evidence lends considerable
25    weight to the claim made by Linzer and Brown
```



```
 1                       B. SALANI
 2   regarding copyright infringement."
 3            Again, this is not appropriate, for
 4   an expert to be discussing what does or does
 5   not constitute copyright infringement,
 6   correct?
 7        A.   Exactly.  Yes.
 8        Q.   This should also come out?
 9        A.   Yes.
10        Q.   Now, the next two points.  And,
11   again, the second -- the last phrase in the
12   sentence, "adding another layer to the case of
13   infringement."  Do you see that?
14            It should not be in this report
15   either, correct?
16        A.   Correct.
17        Q.   And finally the last sentence that
18   we've highlighted, which ends with "making the
19   case for copyright infringement."
20            That should not be in this report
21   either, correct?
22        A.   Correct.
23            MR. BROWN:  Object to the form.
24        A.   Correct.
25        Q.   For all of the same reasons:
```



```
 1                         B. SALANI
 2    You're not qualified to be opining on that, it
 3    is not your role in this case?
 4          A.    On the law part?
 5          Q.    Yes.
 6          A.    Yes.  I agree.
 7          Q.    So we've established there are many
 8    elements in this report that engage in
 9    discussions about what constitutes copyright
10    infringement, correct?
11          A.    Correct.
12          Q.    That should not be there, correct?
13                MR. BROWN:  Object to the form.
14          A.    Correct.
15                MS. LEPERA:  Good time for lunch?
16          Let's do it.  12:31.
17                THE VIDEOGRAPHER:  We're now going
18          off the record.  The time is 12:32 p.m.
19                (Lunch recess taken at 12:32 p.m.)
20
21
22
23
24
25
```



```
 1                        B. SALANI
 2          A F T E R N O O N   S E S S I O N
 3              (Time noted:  1:21 p.m.)
 4              THE VIDEOGRAPHER:  We are back on
 5          the record.  The time is 1:21 p.m.  This
 6          is the beginning of the media labeled
 7          number 3.
 8                        — — —
 9
10   BARBARA SALANI,
11       resumed as a witness, having been
12       previously sworn by a Notary Public,
13       was examined and testified further as
14       follows:
15   CONTINUED EXAMINATION
16   BY MS. LEPERA:
17          Q.   Okay.  Back after lunch, good
18   afternoon.
19          A.   Excellent.
20          Q.   Are you feeling okay?
21          A.   Yes.
22          Q.   Okay, good.
23          A.   Thank you.
24          Q.   So we're going back to your report,
25   Salani 5.  Salani exhibit 5.  You can take
```



```
1                          B. SALANI
2    away the Salani exhibit 6.  There you go.
3    Salani 5.
4              On the first page you reference the
5    song Wiggle and Giggle All Night in paragraph
6    1, correct?
7         A.   Yes.
8         Q.   Yes?
9         A.   Yes.
10        Q.   And then paragraph 2 you reference
11   Don Diablo, correct?
12        A.   Yes.
13        Q.   And then in the third paragraph you
14   refer to Levitating.
15             Do you see that?
16        A.   Yes.
17        Q.   Okay.  So as we go through this
18   deposition I am just going to refer to Wiggle
19   as -- Wiggle and Giggle All Night as just
20   "Wiggle."
21             You'll know what I mean, correct?
22        A.   Yes.
23        Q.   Is that okay?
24        A.   That's fine.
25        Q.   Okay.  And Don Diablo I'll refer to
```



```
 1                     B. SALANI
 2    as "Don Diablo."  And Levitating is
 3    "Levitating."  Okay?
 4          A.   Okay.  Thank you.
 5          Q.   So those are the three compositions
 6    that we are speaking about in this report,
 7    correct?
 8          A.   Correct.
 9          Q.   Okay.  Now, with respect to each of
10    these three compositions, am I not correct
11    that you did not transcribe in this report the
12    entirety of those three works?
13          A.   Correct.
14          Q.   You did not do that, correct?
15          A.   I did not do that.
16          Q.   Okay.  And similarly, in this
17    report you did not, with full transcriptions,
18    analyze or compare all the similarities and
19    differences between the three works in their
20    entirety, correct?
21          A.   Correct.
22          Q.   Didn't do that, right?
23          A.   Exactly.  But can I tell you why?
24          Q.   No.
25          A.   Okay.
```



```
1                        B. SALANI
2         Q.   Okay.  Similarly, in connection
3    with the three compositions there's no
4    analysis of their structures, correct?
5         A.   Correct.
6         Q.   And there's no discussion in the
7    report with respect to any of these three
8    compositions concerning their overall
9    melodies, correct?  Overall, throughout?
10        A.   Throughout the whole composition do
11   you mean?
12        Q.   Yes.
13        A.   Correct.
14        Q.   And with respect to harmony am I
15   correct that there's no discussion for any of
16   those three works at all about harmony in the
17   report?
18        A.   Not really.  If you can go to
19   page 2 --
20        Q.   Yes.
21        A.   -- when I put -- insert the
22   fragment of the Wiggle and Giggle motive I
23   have the D major, A major, A major above the
24   chords -- above the melody.  Those are the
25   chords.
```



1                    B. SALANI
2          Q.    Right.   There's no discussion of
3     any harmony, correct?
4          A.    Not really.   I -- I say that it
5     goes from tonic to dominant and to tonic, and
6     it is a discussion.
7          Q.    Where does it say tonic and
8     dominant anywhere?
9          A.    "In the dominant note (A) which
10    proceeds upwards" -- the mediant -- okay.
11         Q.    So you identify the chord -- I can
12    see where you're saying.
13               You're saying on the top of page 3.
14               So you identify the chords --
15         A.    Yes.
16         Q.    -- but you don't do any discussion
17    with respect to the element of harmony
18    generally between -- with respect to all of
19    the three works in the report?
20         A.    Exactly.
21         Q.    Okay.   And there's nothing in your
22    report at all about any investigation by you
23    of any extant musical literature, other than
24    those three compositions, that you conducted,
25    correct?



```
1                         B. SALANI
2               MR. BROWN:  Object to the form.
3          A.   Can you repeat the question,
4     please?
5          Q.   There's nothing in this report
6     about any investigation by you independent of
7     music literature outside of those three
8     compositions, correct?
9          A.   Correct.
10         Q.   Okay.  I am going to have to repeat
11    the question, because Frank got it wrong.
12              There's nothing in this report
13    about any investigation by you independently
14    into any music literature outside of those
15    three compositions, correct?
16         A.   Correct.
17         Q.   Okay.  Let's now go and talk about
18    the transcriptions.
19              There's eight transcriptions that
20    are in your report proper, starting with
21    figure 1, figure 2, figure 2A, 3, 3A, 4 -- I'm
22    not counting Beethoven -- 6A and 6B.
23              Those are transcriptions that
24    you've proffered, is that correct?
25         A.   Correct.
```



```
1                      B. SALANI
2           Q.    Did you prepare those
3    transcriptions?
4           A.    Yes --
5           Q.    Personally?
6           A.    Yes, I did.
7           Q.    Okay.  Each of them, is that
8    correct?
9           A.    Correct.
10          Q.    And how did you do that?
11          A.    Through listening the songs, and
12   then through software notation with
13   Sibelius 7.
14          Q.    And you say on page 1, the last
15   full paragraph -- I'm sorry, the last full
16   paragraph.
17               The last paragraph starts with
18   "Each track."
19          A.    Mm-hmm.
20          Q.    "... included in this testimony
21   report was replicated from its initial
22   recording and converted into musical notation
23   for comparative analysis."
24               Do you see that?
25          A.    Mm-hmm.
```



1                        B. SALANI

2          Q.    Okay.

3          A.    Yes.

4          Q.    So you say "each track."

5                When you're talking about tracks,

6    what are you referring to?

7          A.    To the videos that I -- I talked

8    about in 1, 2 and 3.

9          Q.    Right.

10         A.    The videos that --

11         Q.    And those are of the full songs,

12   correct?

13         A.    Those are full songs.

14         Q.    Okay.  So when you say here "Each

15   track" was converted into musical notation,

16   that's not the case in this report, correct?

17         A.    The whole track was listened and

18   analyzed.  Then when I was analyzing, I can

19   tell you also where it's written in the --

20         Q.    Let me help you here.  My question

21   is not about what you listened to.  My

22   question is what you wrote.

23               It says, "Each track" -- "each

24   track" -- "was replicated from its initial

25   recording and converted into musical



```
 1                          B. SALANI

 2    notation."  "Each track" meaning each track.

 3            So that is either not accurate or

 4    it's not contained in your report, correct?

 5        A.   Okay.  Maybe it's not --

 6            MR. BROWN:  Object to the form.

 7        A.   -- it's not accurate because I

 8    decided to take into consideration only a part

 9    of it and not the whole song.

10            And that can be done in

11    musicological studies, as I was telling you

12    before, trying to tell you; that, um, in the

13    New Grove Dictionary of Music, volume 1, page

14    342, it says that you can take the whole piece

15    or you can take part of the piece.

16            So I --

17        Q.   I'm sorry, Ms. Salani, I really

18    hate to do this to you, but that's not an

19    answer to my question.  I know you want to say

20    something here to defend what you have done,

21    but that's not my question.

22            MR. BROWN:  Objection.

23        Q.   My question is very simple.

24            It says each track was converted

25    into musical notation.
```



1                          B. SALANI

2              That's not accurate, is it?

3              MR. BROWN:  Object to the form.

4         A.   No, that's not accurate.

5         Q.   Thank you.  That was my question.

6         A.   Mm-hmm.

7         Q.   But you said you did that, correct?

8         A.   I said I did part of the whole

9    thing.  I didn't do the whole thing.  I did

10   the part that I, through listening and through

11   analyzing, I was certain that that was the

12   part that was more accurate to include in my

13   report.

14        Q.   Do you see anywhere in here where

15   it says I only converted part of the track

16   into musical notation?

17        A.   No, I don't see that.

18        Q.   So you didn't say that, did you?

19        A.   I didn't say it.

20        Q.   Okay.

21        A.   I'm telling you now.

22        Q.   I am not asking you now.

23        A.   Okay.

24        Q.   Okay.  So now you've put the

25   transcriptions in particular key



                            B. SALANI
2    signatures; yes?

3         A.    Yes.

4         Q.    Okay.  On what basis did you decide

5    which key signatures to use?

6         A.    Well, analyzing the three songs and

7    looking at the key signatures, I saw that

8    Levitating was in B minor and the other two

9    songs were in a major key.  So I chose the

10   relative key transcriptions to compare them

11   with the same key signature.

12        Q.    So you decided to just stick with

13   the key of Levitating as the beginning point?

14        A.    Yes.

15        Q.    Okay.  But you could have put it in

16   any major and minor key to compare, correct?

17        A.    Exactly.  I could have done that.

18        Q.    Okay.

19        A.    Yes.  Why not.

20        Q.    Okay.  So now are you aware there's

21   two claims in this case, or no?

22        A.    No.

23        Q.    Okay.  Are you aware that there's a

24   claim that Levitating infringes -- infringes

25   on Wiggles?  Are you aware of that claim?



```
 1                   B. SALANI
 2    Or not?
 3         A.   Well, I was not aware exactly about
 4    that, no.
 5         Q.   Okay.  And then there's a second
 6    claim that Levitating allegedly infringes on
 7    Don Diablo.
 8         A.   Yes.
 9         Q.   You did not know that there was a
10    claim that it infringes on Wiggles?
11         A.   On Wiggles?  Well, I knew that
12    Wiggle and Don Diablo had already been
13    established in a case before, so I thought
14    this time it was about the composers that were
15    assigned the two pieces and now they were
16    against Levitating.  I didn't know it was
17    completely on the Wiggle and Levitating and
18    then Don Diablo and Levitating.  I thought
19    that was one part that was the same thing.
20    Okay?  That were --
21         Q.   Because Mr. Calello told you,
22    correct?
23         A.   Correct.
24         Q.   Okay.  And therefore, do you see
25    how you have done similarity comparisons
```



1                        B. SALANI

2    between Don Diablo and Levitating on pages 3,

3    et cetera, moving forward?  You have that,

4    right?

5            A.    Yes.

6            Q.    You have nothing like that with

7    respect to Wiggles and Levitating, correct?

8            A.    Exactly.

9            Q.    Okay.  So there's no transcriptions

10   whatsoever in your report showing any

11   comparison between Wiggle and Levitating,

12   correct?

13           A.    Correct.

14           Q.    Okay.

15           A.    But I can provide that to you if --

16   if you need it.

17           Q.    That's not how it works, but that's

18   okay.

19                 So just to be clear, we have

20   nothing in this report that compares, even in

21   a portion, directly of the melody of Wiggles

22   and Levitating, correct?

23           A.    Correct.

24           Q.    We have nothing in this report that

25   compares even in an excerpt the rhythms of



```
 1                         B. SALANI
 2    Wiggles with Levitating, correct?
 3           A.    Correct.
 4           Q.    And there's nothing in this report
 5    that compares the harmonies between Wiggle and
 6    Levitating directly, correct?
 7           A.    Correct.
 8           Q.    And there's nothing in this report
 9    that compares the harmonic rhythms of Wiggles
10    to those of Levitating in this report,
11    correct?
12           A.    Correct.
13           Q.    Okay.
14                 (Salani Exhibit 7, Excerpted page
15           of Figure 1 was marked for
16           identification.)
17    BY MS. LEPERA:
18           Q.    We're going to mark for
19    identification as exhibit 7 an excerpted and
20    blown up page of your figure 1, and I am
21    asking you if this is accurately reflected as
22    such?
23           A.    Yes, it is.
24           Q.    Okay, great.  And you prepared this
25    transcription yourself you said, correct?
```



1                          B. SALANI

2          A.    Correct.

3          Q.    Okay.  So remember you said in your

4    report, and we talked about this earlier --

5    now I have to find it.  Yes, on page 3.

6               And you can look at page 3 of

7    exhibit 5, Ms. Salani.

8          A.    Mm-hmm.

9          Q.    Okay.  Do you see where you have

10   said here, and you discussed this a bit

11   earlier, but do you see where it says that Don

12   Diablo and Wiggle are identical?

13         A.    I see it.

14         Q.    Okay.  So now let's go back and

15   look at figure 1.

16              MS. LEPERA:  Sorry, one second.

17         Q.    Now let's look at page 2 of your

18   report, and there is a discussion about Wiggle

19   in the first full paragraph, and you talk

20   about the, quote, "uniqueness of the musical

21   motif."

22              Do you see that?

23         A.    Yes.

24         Q.    In the middle of the paragraph, and

25   we looked at this earlier as well, but it



```
 1                        B. SALANI
 2    says, quote, "From F-sharp starts a four
 3    repeated 16th notes pattern descending every
 4    beat, with slight variations and syncopation
 5    that make this motive original and
 6    compelling."
 7              Do you see that?
 8         A.   I do.
 9         Q.   Okay.  Now what I would like to do
10    with you, if you could -- I am going to give
11    you a red pen, and I am going to ask you to
12    please circle on figure 1 in red what are the
13    slight variations and syncopation apart from
14    the repeated 16th note pattern?
15         A.   Should I write also the
16    syncopation?
17         Q.   You could -- I would like you to
18    circle everything that is not just a straight
19    four-note repeat 16-note pattern.
20         A.   Okay.
21              (The witness complied.)
22         A.   So what is "V" is a variation, a
23    slight variation, and where it's "S" is
24    syncopation.
25              It's not the linear for -- exact
```



```
 1                          B. SALANI
 2    for 16 notes, right?  That's what you meant.
 3    So this is not comparing to any other song.
 4          Q.   Right.
 5          A.   This is just analyzing the song.
 6          Q.   Correct.
 7          A.   So the slight variations is what is
 8    not repeating the same pitch of the four 16
 9    notes.  And the syncopation was with the tie
10    from one bar to the other.  That's the
11    syncopation.
12          Q.   Okay.  All right.  You didn't
13    circle the C note in measure 10.  That's not a
14    16th note, is it?
15          A.   Measure 10.  Oh, okay.  That's a
16    rhythmic variation.  It's not a pitch.  I was
17    thought -- I was thinking about the pitches.
18    Okay.
19               So you mean also the --
20          Q.   Any variation from the 16th note
21    pattern.
22          A.   Okay.  Yeah.
23               (The witness complied.)
24          Q.   Of four repeated notes.
25          A.   Okay.  Since there are two
```



```
 1                       B. SALANI
 2   sentences.  One ends here.  The other ends
 3   there.  I'm not including the two eight notes
 4   after this repeated 16 notes.  Okay?  That
 5   was it.
 6           Q.   You're not including -- you're
 7   taking those out, correct?
 8           A.   The -- I mean, those are part of
 9   the sentence.  And the sentence ends with an
10   eighth note.  So the repeated notes are up to
11   bar -- let's say up to the second beat of bar
12   11 here.
13               Can I do the sentences?
14           Q.   Hold on one second.  I'm asking
15   you -- okay.  Here's -- let's start over.
16               You say in your report --
17           A.   Mm-hmm.
18           Q.   -- "From F-sharp" -- which begins
19   on what you called measure 10 --
20           A.   Okay.
21           Q.   We can talk about that later.
22               F-sharp, and then you say there's
23   "four repeated 16th notes descending every
24   beat, with slight variations in syncopation."
25           A.   Mm-hmm.
```



1                      B. SALANI

2          Q.    What I am asking you is to take out

3    what are not four repeated 16th notes.

4          A.    Okay.

5          Q.    Because that's what you said this

6    was.

7          A.    Okay, so this is also not repeated

8    16th notes.  And this one as well.

9          Q.    Okay.  What I am asking, why didn't

10   you circle this?  This is in bar 11.  You have

11   three 16th notes.  That's not four notes, is

12   it?

13         A.    That's right.

14         Q.    So why don't you circle that?

15         A.    Well, because -- that's right.

16   Notes.  I was thinking about the rhythm, we

17   have the 16 -- the 16th rest.  But those

18   are -- that's not a note.  So there are three

19   instead of four.  So yeah, this is one of the

20   slight variations as well.

21               I can still do the rest.

22         Q.    Thank you so much.

23               Okay.  And of course the last two

24   notes are also not four repeated 16th notes,

25   are they?



```
1                        B. SALANI
2         A.    That was the pickup to the new
3    sentence.
4         Q.    That's the pickup, okay.
5              So let's now take a look at
6    figure 2.  You can hold that over there.
7              MS. LEPERA:  Why don't we mark --
8         what is this 8?  I'm up to 8?
9              (Salani Exhibit 8, Excerpt of
10        Figure 2 was marked for identification.)
11   BY MS. LEPERA:
12        Q.    Okay.  Ms. Salani, I am giving you
13   now Salani 8, another blowup of a portion of
14   your report on page 33.  I'm sorry.  Page 2.
15   Coffee time.  Page 2.  And it starts with your
16   sentence, "Let's continue by juxtaposing
17   DD" -- Don Diablo -- "on the upper staff and
18   Wiggles on the lower staff, trying to analyze
19   their common traits."
20              Do you see that?
21        A.    Yes.
22        Q.    So now what I would like you to do
23   is walk us through with the red pen again and
24   circle everything that is different between
25   Don Diablo and Wiggles.
```



```
1                     B. SALANI

2              (The witness complied.)

3        Q.   I could help you.  We can walk it

4    through together.

5              If you obviously start with what

6    you've got as number 10 with the four

7    F-sharps --

8        A.   Exactly.

9        Q.   Okay?  Then you've got the E,

10   F-sharp --

11       A.   Exactly.

12       Q.   You've got to take that F-sharp

13   out; correct?

14       A.   I took out also the D.

15       Q.   The D?  The tie of the D?

16       A.   The tie of the D.

17            And then the D in the fourth beat.

18   And the C, not because of the pitch but

19   because of the rhythm --

20       Q.   The rhythm, it's an eighth note,

21   correct?

22       A.   Yes.

23       Q.   So that comes out?

24       A.   That comes out.

25       Q.   Okay.
```



```
 1                         B. SALANI
 2         A.    And then moving forward we have the
 3    three upbeats.
 4         Q.    In measure 11?
 5         A.    Yes.
 6         Q.    You should take out the last three
 7    notes, correct?
 8         A.    Exactly.  The three upbeats.  The
 9    A, A, A.
10              And then the last note of the third
11    beat is not identical, and the last note of
12    the fourth beat either.
13         Q.    In measure 12, your measure 12,
14    correct?
15         A.    Yes, correct.
16              Then on measure 13, the second
17    beat, the B and --
18         Q.    And the E?
19         A.    -- the E.
20         Q.    Correct.
21         A.    Well, the B and the C.  It's a C.
22         Q.    B and the C, correct.
23         A.    And then -- the B's there.  And we
24    have the A in common.
25              And then we have the two -- the two
```



1                          B. SALANI

2     16 notes --

3          Q.   Which are not the same with the

4     eighth note above, correct?

5          A.   Exactly.

6          Q.   Okay.  So you have now circled all

7     the differences between -- not even getting

8     into anything else, but just from your

9     transcriptions alone, you've now circled all

10    the -- you've identified all the differences

11    in these four measures between Don Diablo

12    and --

13         A.   Wiggle.

14         Q.   -- Wiggles reflected on your own

15    transcription, correct?

16         A.   Correct.

17         Q.   But you don't discuss any of these

18    in your report, do you?

19         A.   I say that there are these minor

20    variations and also differences.  But I

21    don't --

22         Q.   Show me where you say there's

23    differences between Don Diablo and Wiggles.

24         A.   Okay.  Let me see.

25              I talk about the harmonic



                          B. SALANI

1
2    progressions here, the similarities.  Let me
3    see before.
4              "They share the same melodic
5    motive, harmonic and rhythmic pattern, moving
6    in the same direction and with the same
7    features.  Outside the basic lyrical
8    difference -- differences that force rhythmic
9    changes and minor variations, the feeling, the
10   drive and the melodic phrases are virtually
11   identical."
12        Q.   And you also call them identical,
13   don't you?
14        A.   It was not me.  It was just coming
15   to conclusion after I heard about the 100
16   percent worldwide copyright ownership of the
17   same authors.  I said that after I stated that
18   I knew that.  But that doesn't mean that I
19   said it.  That means that it was granted to
20   the author.
21             So I have no idea what happened in
22   that case, and it was just a conclusion that
23   came about.  And I told you to remove that,
24   just was because it was my supposition.
25   Remove that from this, before I told you.



```
 1                      B. SALANI
 2        Q.   Okay.  With all due respect,
 3   Ms. Salani, there's nothing in your report
 4   highlighting the one -- one, two, three, four,
 5   five, six, seven, eight, nine, ten, eleven,
 6   twelve -- thirteen differences between Don
 7   Diablo and Wiggles, correct?
 8             MR. BROWN:  Object to the form.
 9        Q.   I think I counted that right.
10   Thirteen you circled.  Notes.  In some form.
11        A.   Exactly.
12        Q.   Okay.  "Exactly" there's nothing in
13   your report on that, correct?
14        A.   Yes.
15        Q.   Okay.  But yet you say in your
16   report they're essentially identical, correct?
17        A.   "Virtually identical."  Those were
18   my -- my words.  Yes.
19        Q.   Could you tell me what sections of
20   the songs these transcriptions come from?
21        A.   Yes.
22        Q.   Which?
23        A.   In incipit of the song, when the
24   text starts being displayed, sung by the
25   singers.
```



```
 1                     B. SALANI
 2        Q.   Okay.  Do you understand the
 3   concept of introduction?
 4        A.   I do.
 5        Q.   Do you understand the concept of
 6   chorus?
 7        A.   I do.
 8        Q.   Do you understand the concept of
 9   verse?
10        A.   I do.
11        Q.   Do you understand the concept of a
12   bridge in a composition?
13        A.   I do.
14        Q.   Okay.  Are these from the
15   introductions of Wiggle and Don Diablo?
16        A.   No.  Those are from the verse.
17        Q.   Are there vocal melodies in the
18   introductions of Wiggle and Don Diablo?
19        A.   No, they are not.  In the
20   introduction -- you mean the introduction is
21   usually the instrumental part that leads to
22   the first verse where the song starts -- the
23   singer starts singing the song.
24        Q.   So is it your testimony here that
25   there's no vocal in the introduction of Don
```



1                        B. SALANI

2    Diablo and no vocal in the introduction of

3    Wiggle?

4            A.   There is a chorus that states some

5    of the -- some melodies.  But those words are

6    not -- are not lyrics, like accompaniment to

7    the instrumental part.

8            Q.   Do you know how much measures there

9    are in the introduction of Wiggle?

10           A.   Eight measures.  And also in Don

11   Diablo.

12           Q.   Eight measures in Don Diablo?

13           A.   Yes.

14           Q.   Are you sure?

15           A.   I -- I recall that there are eight.

16           Q.   And how long is the introduction in

17   Levitating?

18           A.   Only four measures.

19           Q.   So why do you call it measure 9 and

20   10?

21           A.   Okay.  Because when you write the

22   measure in your, let's say in Sibelius, the

23   measure has to be, like, the same measure for

24   both -- I don't know if it happened to you.

25   You start from the ninth measure and -- and so



                          B. SALANI

1
2    it has to be one above the other.  They have
3    to be the same measure.
4              I agree with you in the same -- in
5    the saying that that was not the ninth measure
6    in Levitating.  But putting Don Diablo above,
7    I had to use the same measurements also for
8    Levitating.
9         Q.   So you are not capable of writing
10   the accurate measures over your transcriptions
11   that actually are in the songs reflecting
12   their correct introductory length?
13             MR. BROWN:  Object to the form.
14        Q.   Just because the computer program
15   spits out these other measures?
16        A.   Well, in my case, yes, I was not
17   able to change the number of the -- of the
18   measures.
19        Q.   Why not?
20        A.   Because they have a way that the --
21             THE COURT REPORTER:  Sorry.
22        A.   The numbers of the bar were already
23   set in, in the ninth measure, and I could not
24   change the bar number.
25        Q.   You could write in your report



```
 1                        B. SALANI
 2    it's only a four-measure introduction in
 3    Levitating, not a nine-measure introduction,
 4    could you not?
 5         A.    I could have done that, yes.
 6         Q.    And could you not have said this is
 7    misleading to suggest that they start on the
 8    same measure?
 9              MR. BROWN:  Object to the form.
10         A.    I could have done that, yes.
11         Q.    Okay.  Let's go back -- let's go
12    back to the vocal melodies with respect to the
13    introductions of Wiggle and Don Diablo.
14              They actually have voices doing
15    something, correct, in those introductions?
16         A.    Correct, they do.
17         Q.    Okay.  Levitating does not,
18    correct?
19         A.    Correct.
20         Q.    Okay.  You don't say any of that
21    though, do you?
22         A.    No, I don't.
23         Q.    Okay.  That's a difference,
24    isn't it?
25         A.    Can I say something?
```



1                          B. SALANI

2          Q.    No.

3          A.    Okay.

4                MR. BROWN:   You could answer the

5          question.

6          Q.    Yes, I would like an answer.

7                That is a difference, is it not?

8          A.    No.

9          Q.    Oh, there's no difference between

10   one intro that has vocals and one that

11   doesn't?  That's not a difference?

12         A.    There is a small difference, but if

13   the vocals are used to narrate the story, it's

14   one thing.  But the vocals are used as, let's

15   say, as "accompanying" with syllables that are

16   only there to -- to use the instrumental part.

17   That's what I mean by saying that it's not the

18   narrative of the song.  It doesn't display the

19   real meaning and the text of the song.  That's

20   what I mean.  It's a chorus that's

21   accompanying the instrumentation.

22         Q.    You say on page 5 of your report,

23   quote -- this is just comparing Don Diablo and

24   Levitating -- "Both songs commence with an

25   identical musical phrase."



```
 1                      B. SALANI
 2            That's not true, is it?
 3       A.   I'm talking about the incipit.  And
 4  that's --
 5       Q.   Excuse me.  When you put the songs
 6  on, do they both start in measure 1 of each of
 7  those songs with that phrase that you've
 8  transcribed?  Yes or no.
 9       A.   Both songs don't start with those
10  measures I transcribed.
11       Q.   That's the answer.
12       A.   They start with the introduction.
13       Q.   Okay.  Again, I'm using your words,
14  and I am demonstrating to you that you
15  essentially omitted from your report and
16  misleadingly stated that both songs, Don
17  Diablo and Levitating, when you hit the track,
18  the first thing you hear is what you've
19  characterized as measure 9.  And that's not
20  true, is it?
21            MR. BROWN:  Object to the form.
22       A.   No, it's not true.
23       Q.   Okay.  All right.  Back to where we
24  were.  Now let's go to figure 3.
25            (Salani Exhibit 9, Excerpt of
```



1                         B. SALANI

2          Figure 3 was marked for identification.)

3    BY MS. LEPERA:

4          Q.    Salani 9?

5          A.    Yes.

6          Q.    Thank you.  Okay.  Now I am going

7    to ask you again, is this an accurate blowup

8    of your figure 3 from your report?

9          A.    Yes, it is.

10         Q.    Okay.  And on this can we write,

11   please -- okay, so the top staff is what song?

12         A.    Don Diablo.

13         Q.    Okay.

14         A.    And the red one is Levitating.

15         Q.    Can you write that on there for me?

16               (The witness complied.)

17         Q.    Thank you.

18               Okay.  So you've got red boxes

19   here; yes?

20         A.    Yes.

21         Q.    And the red boxes -- well, let's

22   just go back and make sure we're on the same

23   page with respect to what measures we're

24   talking about here.

25               In reality, you're saying



```
 1                       B. SALANI
 2    measure 9, which is the pickup of those two
 3    notes, is accurate from Don Diablo, correct?
 4         A.   It's accurate from Don Diablo.
 5         Q.   But below it is not measure 9 from
 6    Levitating, correct?
 7         A.   Correct.  Levitating starts in
 8    measure 10.
 9         Q.   We've established that there's a
10    four-bar intro, have we not?
11         A.   Yes.
12         Q.   So Levitating does not start with
13    this phrase in its measure 10, correct?
14         A.   I should -- correct.  I should say
15    the song -- the lyrics, the singers start
16    their song.  Okay?  Not the complete song.
17    Not the introduction.
18         Q.   Can we please write the accurate
19    measure down for what this actually is in
20    Levitating as opposed to measure 10?
21         A.   It would be 5, right?
22         Q.   Can you please write that in?
23              (The witness complied.)
24         Q.   And then nearby you have after
25    that, et cetera.  Please fix the measure
```



```
1                         B. SALANI
2    numbers accordingly for the second staff.
3              (The witness complied.)
4         Q.   Thank you.  May I see what you've
5    done, please?
6              Thank you.  I appreciate it.
7              Okay.  And so there's no confusion
8    as to what you're actually doing there, can
9    you please cross out measures 10, 11, 12 and
10   13?
11        A.   Yes.
12        Q.   Thank you.
13             (The witness complied.)
14        Q.   Okay.  Great.  So now we've got in
15   your measure 10 of Don Diablo and measure 5 of
16   Levitating a red box around five groupings of
17   four repeated 16th notes, correct?
18        A.   Correct.
19        Q.   Okay.  And you've identified this
20   as four repeated 16th notes for every beat
21   moving in a descending motion, correct?
22        A.   Correct.
23        Q.   Step by step, correct?
24        A.   Correct.
25        Q.   Scale step by scale step, correct?
```



```
 1                        B. SALANI
 2          A.   Scale step, yes.
 3          Q.   You don't talk about scale steps,
 4   do you, anywhere in your report?
 5          A.   Yes, I do.
 6          Q.   Where are the scale steps
 7   discussed?
 8          A.   You mean the -- here, at the
 9   beginning.  Page 2, here in the middle, when I
10   am saying that at the mediant or the 3rd
11   degree of the D-major scale -- there.  It's
12   the mediant --
13          Q.   That's about Wiggle?
14          A.   That's about Wiggle.
15          Q.   No, I am talking about between
16   Levitating -- we already established there's
17   no comparison between Wiggles --
18          A.   Exactly.
19          Q.   -- and Levitating, correct?
20          A.   That's correct.
21          Q.   Okay.  So now we're talking about a
22   comparison between Don Diablo and Levitating,
23   correct?
24          A.   Correct.
25          Q.   There's no discussion about scale
```



```
1                        B. SALANI
2   steps in this comparison whatsoever, correct?
3        A.   Correct.
4        Q.   Okay.  Now, if you would, and if
5   you can, what I would like you to do is --
6   we're in which keys here now?  We're in the
7   key of --
8        A.   We have B-minor for Levitating --
9        Q.   Correct.
10       A.   -- and D-major for --
11       Q.   Correct.
12       A.   -- Don Diablo.
13       Q.   Okay.
14       A.   They are in a relationship of
15  relative keys.
16       Q.   Relative major -- relative minor to
17  the major?
18       A.   Yes.
19       Q.   So can you write down under Don
20  Diablo or next to it D-major?
21       A.   It's written here.  Look.  D, A, D.
22  And here, B-minor -- no?
23       Q.   I'm just the lawyer.  But those are
24  the chord progressions.  That's not the key
25  signature, is it?
```



```
 1                      B. SALANI
 2        A.   The key signature, okay.
 3             Well, yes.  This is D-major.  And
 4   this is B-minor.
 5        Q.   Thank you.  Can you now write in --
 6   you know what a scale step is, right?
 7        A.   Of course.
 8        Q.   Do you know what a scale is?
 9        A.   Yes, of course.
10        Q.   Okay.  So you know there are seven
11   notes in a scale, correct?
12        A.   Yes.
13        Q.   A major scale and a minor scale,
14   you're familiar with those concepts, are you
15   not?
16        A.   Yes.  Yes, I am.
17        Q.   There's different scale steps --
18        A.   Mm-hmm.
19        Q.   -- for each of these two works, are
20   there not?
21        A.   Yes, there are.
22        Q.   Can you write them in?
23        A.   Yes.
24        Q.   Let's do it.
25        A.   So in the key of D-major, the first
```



```
 1                        B. SALANI
 2    two notes are the fifth --
 3              MR. BROWN:  While she's writing,
 4         can I just step out for a second.
 5              MS. LEPERA:  That's up to you.  If
 6         you're okay doing that.
 7              MR. BROWN:  No questions while
 8         she's writing.
 9              MS. LEPERA:  No problem.
10              MR. BROWN:  Just give me like two
11         minutes.
12              MS. LEPERA:  No problem.
13              (Mr. Brown exits.)
14         A.   Should I write every note or just
15    the first one when it goes down?
16         Q.   So you've got --
17         A.   Like this.  Look.  Instead of
18    writing 2222, or 3333 --
19         Q.   No, you just write it once.  That's
20    correct.  For each of the three groupings of
21    four.
22         A.   That's okay?
23         Q.   Yes, because we'll make it clear on
24    the record.  But we'll wait until he comes
25    back, though.
```



```
 1                       B. SALANI
 2          A.   Okay.   Otherwise I can also repeat
 3   that if you want.   When it changes ...
 4               (Mr. Brown enters.)
 5   BY MS. LEPERA:
 6          Q.   Thank you.
 7               MR. BROWN:   Thank you.   I'm back.
 8          Q.   Oh, okay.   So I am going to give
 9   you this back.
10               You did some scale steps on the
11   notes that are outside of your boxes?
12          A.   Yeah.   Did you ask me to do the
13   whole thing?
14          Q.   I'm sorry.
15          A.   Or not?   Only --
16          Q.   No, I wanted you to just do with
17   respect to what you did in comparison.
18          A.   Oh, okay.
19          Q.   So the comparative points you've
20   made are with respect to the red boxes only,
21   correct?
22          A.   Yes.
23          Q.   Okay.   So within the red boxes --
24   it's fine that they're there.   But within the
25   red boxes, you would agree with me, would you
```



```
1                          B. SALANI

2     not, that the scale steps for measure 10 in

3     Don Diablo and measure 5 in Levitating are

4     different?

5          A.   The scales are different -- the

6     steps, yes, they are different.

7          Q.   And with respect to -- okay.

8               So the pitches are the same as

9     transposed, correct?

10         A.   Mm-hmm.

11         Q.   Yes, of course.  And they're scale

12    steps going down a scale?

13         A.   Scale steps, yes.

14         Q.   And in the second red box, you

15    don't have a red box above that for Don

16    Diablo?

17         A.   Exactly.

18         Q.   And when you say "exactly," that's

19    because all the pitches are different,

20    correct?

21         A.   Exactly.  The pitches are

22    different.  But not the rhythmic pattern --

23         Q.   Pattern of 16th notes?

24         A.   Yes, pattern of 16th notes.

25         Q.   So in addition to the scale steps
```



```
 1                      B. SALANI
 2   being different between measure 12 of
 3   Don Diablo in your transcription figure 3 on
 4   what you have now identified as measure 7 of
 5   Levitating you have different pitches
 6   entirely, correct?
 7             So now could you write for me the
 8   pitches that are different between measures 12
 9   of Don Diablo and the corrected 7 measure of
10   Levitating?
11       A.    Yes.
12       Q.    I would appreciate that.  You could
13   do it on top of the scale steps.  So if you
14   have space.
15       A.    Okay.
16       Q.    Okay.  So you've got E --
17       A.    If they're not here, that means --
18   if they're not in the rectangle --
19       Q.    In the red.
20       A.    -- that means that they're
21   already -- every pitch is different here.
22   Okay?
23       Q.    Yes.  But I want you to identify
24   the difference in pitches between what you
25   circled in Levitating and what is directly
```



                          B. SALANI

 1
 2  above it.
 3        A.   Okay.  I see what you mean.  But
 4  what I mean --
 5        Q.   I understand what you're doing is
 6  you're attempting to compare measure 7 with
 7  measure 10.  But I want you to compare it
 8  with 12.
 9        A.   Okay, all right.  So exactly
10  comparison of these two?
11        Q.   Correct.
12        A.   Okay.  Should I say here, I mean,
13  all the pitches that Don --
14        Q.   You could write it once, because
15  it's a repeated note.  You could write E,
16  and ... I don't have to tell you.
17        A.   Okay.
18             (The witness complied.)
19        Q.   You're just crossing them out.  I
20  want you to actually tell me what the pitches
21  are.
22        A.   Oh.
23        Q.   The pitches for Don Diablo in
24  measure 12 and the pitches for the 16th notes
25  in Levitating in measure 7.



                          B. SALANI

1

2        A.    Oh, okay.  So I have to write down

3   the pitches?

4        Q.    To illustrate the difference.

5        A.    Okay.  So here they're E, D ...

6             (The witness complied.)

7        Q.    Thank you.  Okay.  So for the

8   record, what we have here is for measure -- I

9   should have you do it.

10            If you just could read into the

11  record what are the pitches in measure 12, of

12  the notes in measure 12, your measure 12 of

13  Don Diablo, and the pitches in what you've

14  remarked as measure 7 in Levitating on the

15  five repeated 16th notes stepped down.

16       A.    Okay.  Let's start with Don Diablo

17  in D-major.  So bar 12 starts with four

18  repeated 16th notes with a pitch of E.  Then

19  D.  Then C-sharp.  Then B.  Then A.

20            Then there are two --

21       Q.    You're out of the box.  Just within

22  the box.

23       A.    Within the box, okay.

24       Q.    Again, just to be clear, you put

25  boxes there because that's what you're



                            B. SALANI

1

2    claiming is relevant, and only that, correct?

3              MR. BROWN:  Object to the form.

4        A.    I put boxes because I wanted to

5    highlight when the -- the theme was coming

6    back.  And that's another -- another thought.

7    It's different from analyzing only the notes

8    and their correspondence.

9              I'm talking about --

10       Q.    I am talking about there's no box

11   between measure 11 and 6 because these notes

12   are all different, it's all different, right?

13   So that's why you didn't box it in?

14       A.    Exactly.

15       Q.    The same at the end, after this

16   box.  All of that is not relevant, even in

17   your opinion, correct?

18             MR. BROWN:  Object to the form.

19       A.    Correct.

20       Q.    Okay.  So stay with the box.  And

21   we're in the box.

22             So now you can stop at the end of

23   the 16th note.  The fifth 16th four-note

24   repeat.

25       A.    Okay.  Let's start with Levitating



```
 1                        B. SALANI

 2      now.  It starts with a pitch of F-sharp, goes

 3      to E.  Then to D.  Then goes to C-sharp.  And

 4      then goes to B again.

 5           Q.   Okay.  Good.  And just for the

 6      record, every single one of those pitches is

 7      different, correct?

 8           A.   Exactly.

 9           Q.   Okay.  Now, if you look at --

10      you've pointed them out before, you've got a D

11      and an A and then a subsequent D on the Don

12      Diablo, illustrating chord progressions,

13      correct?  Otherwise known as harmony?

14           A.   Exactly.

15           Q.   Okay.  Is there a harmonic rhythm

16      to those chord progressions?

17           A.    There is a harmonic difference

18      between one and the other, yes.  Of course.

19      From tonic we go to dominant and then to tonic

20      again.

21           Q.   What is a harmonic rhythm?

22           A.    A harmonic rhythm means the -- the

23      rhythm of the harmonic -- when they change

24      from one to the other.  So the chord

25      progression, how they move.
```



```
 1                         B. SALANI
 2          Q.    The harmonic rhythm of Don Diablo
 3    is manifested by nothing more than one chord
 4    change per measure, correct?
 5          A.    Yes.
 6          Q.    The harmonic rhythm, on the other
 7    hand, of Levitating in certain instances has
 8    two chords per measure, does it not?
 9          A.    Yes.
10          Q.    That's a difference, is it not?
11          A.    It is a difference.
12          Q.    And you didn't explain any of that
13    in your report, did you?
14          A.    No, I didn't.
15              MS. LEPERA:  How about a break;
16          good time?
17              MR. BROWN:  Sure.
18              THE VIDEOGRAPHER:  We are now going
19          off the record.  The time is 2:18 p.m.
20                  (Recess taken.)
21              THE VIDEOGRAPHER:  We are back on
22          the record.  The time is 2:40 p.m.  This
23          is the beginning of the media labeled
24          number 4.
25                  (Salani Exhibit 10, Excerpt of
```



```
1                      B. SALANI

2         Figure 6A was marked for

3         identification.)

4  BY MS. LEPERA:

5         Q.   Do you still have Salani 9 in front

6  of you?  Yes, where you --

7              MS. LEPERA:  Oh, we're not on the

8         record, sorry.  Are we on?

9              THE VIDEOGRAPHER:  We are on.

10             MS. LEPERA:  We are on?  Okay.

11        Q.   You have Salani 9 in front of you,

12 Ms. Salani?

13        A.   Yes.

14        Q.   Where you made all of the

15 handwritten notations.

16        A.   Mm-hmm.

17        Q.    Is it correct that those

18 handwritten notations that you made apply

19 equally to figures 6A and 6B?

20        A.   They should.  Let me see.

21             Here I was writing the lyrics.

22 Right?

23        Q.   Other than the lyrics.  I'm not

24 talking about the lyrics.  I'm talking about

25 the handwritten changes that you made on 9 to
```



```
 1                    B. SALANI
 2   the music -- pitch, scale steps, measures --
 3   apply equally to this exhibit, so we don't
 4   have to do the whole exercise again, is my
 5   question?
 6          A.   I think so.  I think they are --
 7          Q.   If you have any doubt, we have to
 8   do it.
 9          A.   No.
10          Q.   No?  Are you sure?
11          A.   Let's consider this done.
12          Q.   Okay.  For the record, all of the
13   handwritten changes that you made with respect
14   to Salani 9 illustrating the differences
15   between Don Diablo and Levitating apply with
16   equal force to your figures 6A and 6B on
17   Salani 10?
18          A.   Yes.
19          Q.   Thank you.  Okay.  We don't have to
20   do that, then.
21               So we have agreed that Don Diablo
22   is in a major key and Levitating is in a minor
23   key, correct?
24          A.   Correct.
25          Q.   Okay.  And we've also agreed that
```



                         B. SALANI

1

2    your red boxes are illustrating what you claim

3    in Levitating is similar to material in Don

4    Diablo that you've also identified in red

5    boxes?

6         A.   Exactly.

7         Q.   Okay.

8              (Salani Exhibit 11, Excerpt of

9         Figure 4 was marked for identification.)

10   BY MS. LEPERA:

11        Q.   Salani 11, just tell me if this is

12   an accurate blown-up depiction of figure 4

13   from your report?

14        A.   Yes.

15        Q.   Yes, it is, okay.

16             And you indicate in your report

17   with respect to this that it's the third

18   repetition of the third musical motive.

19             Leaving aside whether it is or is

20   not a third repetition, this -- one, two,

21   three, four -- five-note descending pattern on

22   16 notes is what you have claimed to be at

23   issue, correct?

24        A.   Yes.

25        Q.   Okay.  Now we've talked about the



```
 1                          B. SALANI
 2   scale -- excuse me -- the key signature of
 3   B-minor.
 4               Can you help me now and write out
 5   on top of this transcription what the scale
 6   steps are of B-minor?
 7        A.    Okay.
 8        Q.    Scale.  Not writing out what these
 9   are yet.  We're going to do that next.  But
10   just give me the seven notes of a B-minor
11   scale.  Anywhere you can do it.
12               Write "B-minor scale" on top.  And
13   then give me --
14        A.    Which B-minor scale do you want?
15   The natural?  The harmonic?
16        Q.    The minor.
17        A.    Well, there are three minors.
18        Q.    Okay.
19        A.    Natural, harmonic or melodic minor.
20   Which one do you want me to write?  The three
21   of them?
22        Q.    Yeah, let's write the three of
23   them.
24        A.    Okay.
25        Q.    Let's do that, just to cover the
```



```
 1                      B. SALANI
 2   bases.
 3        A.   Can I right the sharp --
 4        Q.   Which one is the most common?
 5        A.   It depends on the song.
 6        Q.   You don't think there's one that's
 7   more prominent than another?
 8        A.   The three are used.
 9        Q.   Okay.  So they're equal, in your
10   view?
11             MR. BROWN:  Object to the form.
12        A.   So the B-minor scale --
13        Q.   Is that right?  Just so I'm clear,
14   equally -- they're all three equally used?
15             MR. BROWN:  Object to the form.
16        A.   Well, in theory, yes.
17        Q.   No, no, no.  In practice.
18        A.   In practice, it depends on the
19   composer.  Sometimes --
20        Q.   How about popular music?
21        A.   How about popular music?  That's a
22   good question.
23             It depends on the composer.  In
24   popular music you can -- you can also write
25   B-minor scale in natural mode or also in
```



1                         B. SALANI

2    harmonic or melodic mode.  It depends on the

3    composer.  Okay?

4         Q.   Have you done a survey of pop music

5    to see which one is more common?

6         A.   No, I haven't.

7         Q.   Okay.  Let's write them all.  All

8    three of them.

9         A.   So we have to say that we have two

10   sharps, okay?  So F-sharp and C-sharp.  Okay?

11   Key signature.  Okay.

12              (The witness complied.)

13   BY MS. LEPERA:

14        Q.   So let me ask you this, before I

15   get this copied.

16              You're using B-minor as the

17   relative minor for D-major, correct?

18        A.   Yes.

19        Q.   So which one of these would apply?

20              MR. BROWN:  Object to the form.

21        Q.   It would be the first one, wouldn't

22   it?

23        A.   Yes.  The A natural.

24              MS. LEPERA:  Okay.  I'll make a

25        copy of it.



```
 1                    B. SALANI
 2              (Pause in proceedings.)
 3              MS. LEPERA:  Let's now mark as
 4         11A the handwritten one.
 5              (Salani Exhibit 11A, Handwritten
 6         annotations of Exhibit 11 was marked for
 7         identification.)
 8         Q.   Okay.  Ms. Salani, so I think we
 9   can agree, can we not, that since you're using
10   a comparative analysis of D-major with two
11   sharps and B-minor with the same two sharps
12   then we should be looking at the natural minor
13   scale, correct?
14         A.   Correct.
15         Q.   Okay.  So here now, if you wouldn't
16   mind, identify for me on 11A, what we've
17   marked as 11A, below the transcription of
18   Levitating in the one and a half measure here,
19   the actual B-minor -- the natural B-minor
20   scale steps that apply.
21              (The witness complied.)
22         A.   Do you want me also outside or
23   inside?  Well, I did the whole thing.
24         Q.   No, I want you to actually write
25   out what those scale steps are on here.  So
```



```
 1                      B. SALANI
 2    I'll just -- let's do it together.
 3           A.    Okay.
 4           Q.    The first note is obviously
 5    F-sharp.  That's the 5, correct?
 6           A.    Yes.
 7           Q.    So let's write F-sharp, and that's
 8    fifth step.
 9           A.    Okay.  Fifth.
10           Q.    And then let's go E.
11           A.    E, natural --
12           Q.    Fourth step.
13                 D?  Correct?
14           A.    D is the third -- yeah.  D is the
15    third step.
16           Q.    C?
17           A.    Sharp is the second.
18           Q.    Correct, C-sharp second.  Right?
19                 And then the last is the root of
20    the scale, the 1, correct?
21           A.    Yes.
22           Q.    5, 4, 3, 2, 1, correct?
23           A.    Correct.
24           Q.    So these notes represent, do they
25    not, five notes of a seven-note B-minor scale?
```



                          B. SALANI

1
2          A.   They do.
3          Q.   And the fifth is the dominant --
4          A.   Yes.
5          Q.   -- of the scale, and the 1 is the
6    tonic.
7               And isn't it correct that there's a
8    tendency to resolve to a 1 frequently when
9    you're writing music?
10         A.   Yes.
11         Q.   Because that is the root?
12         A.   Yes.
13         Q.   Okay.  And there's a repeat of each
14   of these notes, these five notes, but they're
15   still the same notes, correct?  They're still
16   5, 4, 3, 2, 1, is it not?
17         A.   It is.
18         Q.   It doesn't change it from a scale,
19   descending scale, does it?
20         A.   It doesn't change from the
21   descending scale.  But it becomes a motive
22   whenever you repeat it.  Instead of doing only
23   once and that's it and it disappears from the
24   song, but if it's reiterated for more than
25   once, it becomes a --



1                        B. SALANI

2          Q.    A repeat?

3          A.    -- a repeat.   A reiterated motive.

4          Q.    But it's still the same music,

5    correct?

6          A.    It's still the same music.

7          Q.    It's still a descending scale?

8          A.    It's still a descending scale.   But

9    one thing.   One is the function, and the other

10   is only if you keep that descending scale and

11   you analyze it as a little block.   Okay?

12              So there is a difference between --

13   in musicological studies between something

14   that can seem, like, very, let's say --

15         Q.    Basic?

16         A.    -- basic.   When you give it a

17   meaning, it can be much more meaningful.

18         Q.    A meaning?

19         A.    A meaning, yes.

20         Q.    Okay.   So let me see if I

21   understand.

22              Is meaning one of the elements of

23   music that you identified in the beginning

24   when you talked about melody, rhythm, harmony,

25   structure and instrumentation?   Did meaning



```
 1                     B. SALANI
 2   come in there, too?  When you analyzed the
 3   composition?
 4        A.   After those things, I analyzed the
 5   function.  And in the function I realized the
 6   identity and realized the meaning.
 7             When I talk about "incipit," that's
 8   what I mean by the function.
 9        Q.   I understand.  We went over that,
10   where you erroneously identified that
11   Levitating is 10 measures and erroneously
12   identified it as having the same introduction,
13   when the Wiggles and the Don Diablo
14   introductions have vocals in much longer
15   measures, correct?
16             MR. BROWN:  Object to the form.
17        A.   No, you didn't understand me.
18        Q.   Okay.  We can leave the record as
19   it is.  Because you didn't identify the
20   difference, did you?
21        A.   At that time we were talking about
22   the introduction, while I was talking about
23   the verses.  In the verses I was talking about
24   the function of the incipit.  Okay?
25             And yes, at the time we were
```



```
1                       B. SALANI
2     talking about the introduction.  But I'm
3     talking about the function now, and I'm
4     talking about the function referred to --
5     referred to this particular motive.
6          Q.   Okay.  Yeah, it starts in the
7     verse?
8          A.   It starts in the verse.  I said
9     that.
10         Q.   There are verses of songs, are
11    there not?
12         A.   Yes.
13         Q.   Is there a monopoly on having a
14    verse in a song?
15         A.   Well, it's part of the structure.
16              MR. BROWN:  Object to the form.
17         Q.   Is it a comparison just because two
18    songs start something in a verse?
19         A.   I started that comparison because
20    those were the exact motives that Don Diablo
21    and Levitating had.  So in the verse.  Okay?
22         Q.   A verse is not what starts any of
23    the songs, correct?
24         A.   Correct.
25         Q.   Okay.  Thank you.  But that's not
```



```
 1                          B. SALANI
 2    what you said in your report.
 3               "Positioning at the very start of
 4    both pieces."
 5               That's inaccurate?
 6        A.    Wait a second --
 7        Q.    Yeah, sure.
 8        A.    Can you tell me exactly where that
 9    is?
10        Q.    I am reading your report.
11        A.    Yes, I know.  But where?
12        Q.    Which we've already stricken out
13    because it's a legal conclusion.
14               MR. BROWN:  Objection.
15        Q.    But nonetheless you say it's
16    positioning at the very start of both pieces
17    makes the copying substantial.
18               Do you see that?
19               That's not true?  It doesn't start
20    at the very start of both pieces?  It's a
21    verse, correct?
22        A.    It's a verse.  Correct.  It's a
23    verse.  Maybe I said it differently from what
24    I intended.
25        Q.    Okay, fine.
```



1                         B. SALANI

2          A.    Sometimes I have to really be

3     careful on what I write.

4          Q.    Because that's wrong, correct?

5          A.    Because -- yeah.  That doesn't

6     finish the sentence saying that the function

7     is what really I was intended to focus on.

8     The meaning of that -- the importance of the

9     reiteration of those -- of these melody -- of

10    these motive --

11         Q.    Scale?

12         A.    Of this motive.

13               MR. BROWN:  Objection.

14         Q.    Of this scale, correct?

15         A.    It's made with a scale, but it's

16    not a scale like B, A -- like coming down a

17    scale normally.  It's like a reiteration of

18    four 16th notes that go down by step.

19         Q.    Right.

20               MR. BROWN:  Counsel, I want to just

21               place an objection.  There's a couple of

22               times in the last round of questioning,

23               while she was mid-sentence, you

24               interrupted her with words.  If I could

25               appreciate it if she could finish her



```
 1                        B. SALANI
 2         answer.
 3              MS. LEPERA:  She's interrupting me,
 4         too.
 5              MR. BROWN:  Well, then you --
 6              MS. LEPERA:  Let's both try to get
 7         through it.  It's getting late in the
 8         day.
 9              MR. BROWN:  It's fair for both
10         sides to wait until each other concludes
11         so we have --
12              MS. LEPERA:  Totally agree.
13              MR. BROWN:  -- a clean record.  I
14         appreciate it.  Thank you.
15         Q.   Functioning -- where did you take a
16    class in music theory where they added an
17    element to the analysis of musical
18    compositions in a dissection the phrase
19    "function"?
20         A.   Well, that was a part of
21    musicology.  Not really theory.  Musicology.
22         Q.   Again, we talked about musicology a
23    lot today.  All right?  And we're talking
24    about an analysis of compositions through
25    music theory.  Correct?
```



```
1                           B. SALANI
2            A.    Correct.
3            Q.    And what course did you take where
4    there was an element added to an analysis of
5    dissecting musical compositions where the word
6    "function" was part of the course structure?
7            A.    I took musicological courses at
8    FAU, as well as in Italy, in the Puccini
9    Conservatory.
10           Q.    Name them.  Name the teacher, name
11   the book, and show me where I can find the
12   word "function" as an element along with
13   melody, rhythm, structure, harmony, and all
14   the things you identified earlier today.
15                 MR. BROWN:  Object to the form.
16           A.    I -- okay.  I can tell you exactly
17   one of the readings that I did, it's not a
18   course, where you are --
19           Q.    I didn't ask for readings.  I asked
20   for a course.  I don't want any answer other
21   than a course.
22           A.    Well, I took different courses.  I
23   can tell you all the courses that I did in
24   musicology.  But you have to understand that
25   we have -- the title of the course is -- maybe
```



```
 1                          B. SALANI
 2   it's not analysis of that particular thing
 3   where they talk about the function.  The
 4   course --
 5        Q.   Define "function."
 6        A.   The function?
 7        Q.   Yes.  Define it.
 8        A.   Okay.  Function in musicological
 9   analysis is the meaning of what we are
10   composing.
11             For example, I talk about
12   Beethoven's 5th Symphony.  Okay?  What is
13   the --
14        Q.   Can I just get a definition of what
15   the musicological term that you claim is a
16   term is, based on your studies?  What is the
17   definition?
18             We have -- okay, you know what a
19   definition of melody is, right?
20        A.   It is the role of music in a
21   society and how this society perceives this
22   melody according to -- to what they are
23   listening to.  Okay?
24             So if you listen to a melody that's
25   a lullaby, then you understand that that's
```



```
 1                        B. SALANI
 2    made for kids to fall asleep.
 3            If you listen -- that's what
 4    function is in music.  Function is something
 5    that goes beyond what's written, but it's been
 6    written with a particular meaning.
 7            For example, Beethoven's Fifth
 8    Symphony started with four notes.  Okay?  What
 9    was the meaning of those four notes?  The
10    special -- the beginning of the fourth -- the
11    Fifth Symphony was the fate that was knocking
12    at the door.  That function -- that is
13    function.  So what is the meaning of some of
14    the compositions.  And also the identity.
15    Okay?
16        Q.   You can go on and on and on.  I
17    just asked you to give me -- not examples -- a
18    musicological definition of function.
19        A.   I just told you.  It's the role of
20    music --
21        Q.   You said the meaning.
22        A.   The role of music --
23        Q.   In society?
24        A.   -- in a society.
25        Q.   Okay.  Thank you.  That's your
```



```
 1                     B. SALANI

 2  definition?

 3        A.   Yeah.  That's my perspective.

 4        Q.   No, no, no.  I didn't ask you your

 5  perspective.  I asked --

 6        A.   It's my definition.

 7        Q.   -- for a scientific definition of

 8  "function" as a musicological concept that you

 9  allegedly learned.

10        A.   Yes.

11        Q.   And your definition of -- a

12  musicological definition of "function" is how

13  music is heard in society?

14        A.   The purpose -- the purpose of music

15  in society.

16        Q.   Okay.  Thank you.  We can leave it

17  at that.

18             Now let's talk about the scale.

19             When you teach your students to

20  play scales, did you ever ask them to repeat

21  the notes of the scale?

22        A.   Yes, of course.

23        Q.   And do you ask them to repeat it on

24  maybe 8th notes?

25        A.   Yes.
```



1                          B. SALANI

2          Q.    Did you ask them to repeat it on

3     16th notes?

4          A.    I do.

5          Q.    Okay.  And then do you also have

6     them do it on different types of scales, where

7     there would be, for example, if you're a baby

8     beginner, you start on a C-major scale?

9          A.    Yes.

10               (Salani Exhibit 12, Depiction of

11          musical scale was marked for

12          identification.)

13     BY MS. LEPERA:

14          Q.    So it's a rudimentary process,

15     going up and down a scale, when you're a

16     beginning pianist, isn't it?

17          A.    Yes.  Also when you're advanced,

18     because we always have to do scales in order

19     to keep our fingers moving and to -- you know,

20     technique means also exercise and keep, you

21     know, the technique in your hands.

22          Q.    And so you are familiar with

23     Hanon: The Virtuoso Pianist?

24          A.    Oh, of course.

25          Q.    Of course you used to practice with



```
 1                        B. SALANI
 2   him, right?  I mean from his books.
 3          A.    From his books.
 4          Q.    For dexterity?
 5          A.    Yes.
 6          Q.    And how many of those exercises are
 7   scales on 16th notes?
 8          A.    There is an exercise that has the
 9   repeating 16th notes:  tock-ah tock-ah,
10   tock-ah tock-ah, tock-ah.
11          Q.    Right.  And so certainly he didn't
12   steal that from anybody, did he?
13                MR. BROWN:  Object to the form.
14          A.    Well --
15          Q.    You don't have to answer that
16   question.  Let's go over this.
17                Let me ask you, on exhibit 12 --
18          A.    12.
19          Q.    Yeah.  If you were to transcribe
20   the material in exhibit 11A and 11 in this
21   descending B-minor scale of five to one in C,
22   wouldn't it be the notes I have highlighted
23   here on a keyboard?
24          A.    This is A-minor (indicating).
25          Q.    Well, no, those are just notes.
```



1                    B. SALANI

2   That's not anything right now.

3        A.    But the yellow.

4        Q.    Right.  But I am talking about the

5   five notes.

6        A.    The five notes.

7        Q.    Before you characterize them in any

8   key.  Okay?

9              If you were to transcribe Don

10  Diablo, which is in the major key, into C --

11       A.    Okay.

12       Q.    -- and Levitating into A-minor --

13       A.    Yes.

14       Q.    -- these would be the five notes at

15  issue, correct?

16             Can you do that?

17       A.    Yes.

18       Q.    So these are the five notes that

19  are reflective of the five notes -- 5, 4, 3,

20  2, 1 -- if you were doing it in the minor key

21  in Levitating in exhibit 11A, correct?

22             So if we were to take A-minor,

23  write A-minor over in the key section, and

24  C-major above it, you would see in Levitating

25  you would have the same sequence going down



1                         B. SALANI

2    from A to E-minor, right?

3         A.    Mm-hmm.

4         Q.    Right?  5, 4, 3, 2, 1.  No?

5         A.    Mm-hmm.

6         Q.    And above that you would have

7    different scale steps for C-major, but you

8    would literally, if you were to equate the

9    same, you would have 3, 2, 1.  Right?  6, 7.

10   Excuse me.  7, 6.  Right?

11        A.    Yes.  Correct.

12        Q.    And this transcription, if you were

13   to do it this way in C-major and A-minor,

14   reflects playing five notes on five white keys

15   on the piano, correct?

16        A.    In C-major and A-minor they do.

17        Q.    Right.  So you would be literally

18   hitting those five white keys, each one four

19   times on 16th notes, correct?

20        A.    Correct.

21        Q.    And how complicated is that?

22        A.    Well, I usually teach that when

23   you're fourth, probably fifth level already,

24   when they start to have already a technique

25   that, you know, can be apt to do the fast --



1                      B. SALANI

2        Q.    You're talking about 16th notes

3   now?

4        A.    Yes, 16th notes.

5        Q.    But that's playing them, right?

6        A.    Playing them.

7        Q.    I am not talking about piano

8   playing.  I am asking you how complicated is

9   it to design a sequence of five notes on a

10  scale such as this with five white keys.

11            MR. BROWN:  Object to the form.

12       Q.    How complicated is that?

13            MR. BROWN:  Object to the form.

14       A.    It's not that complicated.

15       Q.    Right.

16       A.    But it's complicated then to

17  perform it.

18       Q.    Okay.  Fair enough.

19            (Salani Exhibit 13, Excerpt from

20       The Virtuoso Pianist, C.L. Hanon, was

21       marked for identification.)

22  BY MS. LEPERA:

23       Q.    So this is 13.  This is an excerpt

24  of certain pages from The Virtuoso Pianist,

25  C.L. Hanon, I think you pronounce it, since he



```
1                        B. SALANI

2    was French?

3         A.    Mm-hmm.

4         Q.    Original copyright, 1900.

5               So he wrote these things a long

6    time ago, correct?

7         A.    Correct.

8         Q.    We're looking at page 78.

9               Do you see this exercise that he's

10   got on 16th notes, repeated 16th notes in 4/4

11   time?

12        A.    I do.

13        Q.    Okay.  So clearly can't monopolize

14   playing four 16th notes, four iterations of

15   16th notes like this, correct?

16              MR. BROWN:  Object to the form.

17        A.    There are also other authors that

18   use these 16th notes --

19        Q.    Okay.

20        A.    -- as -- for exercises in previous

21   art.  Yes, there are.

22        Q.    Anybody can use it, correct?

23              MR. BROWN:  Object to the form.

24        A.    Exactly -- well, I think that, yes.

25   Because in particularly when you are trying to
```



```
1                    B. SALANI
2    develop a technique for pianists, you have to
3    find exercises that develops the technique.
4    And this is one of those exercises that are
5    very helpful.
6           Q.   He's selling this book, correct?
7    Or some publisher's selling it?  Schirmer,
8    correct?
9           A.   Schirmer.
10          Q.   Okay.  They can do this, correct?
11          A.   All my students have to go through
12   it.
13          Q.   Right.  Okay.  So he has no problem
14   selling a book with these exercises in it,
15   correct?
16          A.   Correct.
17          Q.   And if you look at the next page,
18   79, we have again a pattern of 16th notes.
19   4/4 time, C-major, correct, going up the
20   scale, do we not?
21          A.   We do.
22          Q.   And scales can go one of two ways,
23   right?
24          A.   Up or down.
25          Q.   That's it, correct?
```



1                         B. SALANI

2        A.    Correct.

3        Q.    Okay.

4             MS. LEPERA:   I am going to go over

5        my outline and see how much more I have

6        and consolidate and hopefully get you

7        out of here fast.

8             THE WITNESS:   Can I add something?

9             MR. BROWN:   If you want to -- did

10       you say ask or add?

11            THE WITNESS:   Add, add.

12       Q.    Is it an answer to the question?

13       A.    No.   It's something that adds to

14   the question.

15       Q.    No.

16       A.    You don't want to hear it?

17       Q.    No.   I don't want to hear it.   The

18   question was asked and answered.

19            THE COURT REPORTER:   Okay, we'll go

20       off?

21            MS. LEPERA:   Yes.

22            THE VIDEOGRAPHER:   We're going off

23       the record.   The time is 3:15 p.m.

24                (Recess taken.)

25            THE VIDEOGRAPHER:   We are back on



```
 1                 B. SALANI
 2   the record.  The time is 3:38 p.m.  This
 3   is the beginning of the media labeled
 4   number 5.
 5        MS. LEPERA:  Okay.  At this point I
 6   want to thank you.  We have no further
 7   questions.  We're letting you go.
 8        I have my email request on the
 9   record.  If you need me to follow up
10   with a letter -- you said you would take
11   it under advisement, obviously.  We'll
12   wait to hear on that.  Subject to that,
13   we're closed.
14        MR. BROWN:  Thank you, Counsel.
15        THE WITNESS:  Thank you.
16        (Continued on following page.)
17
18
19
20
21
22
23
24
25
```



```
1                        B. SALANI

2              THE VIDEOGRAPHER:  We are now going

3         off the record.  The time is 3:38 p.m.

4         This is the end of the media labeled

5         number 5, concluding this video-recorded

6         deposition.

7                         ---

8           (Time noted:  3:38 p.m. EST)

9

10                    _____

11                    BARBARA SALANI

12

13   Sworn and subscribed to before

14   me this _____day

15   of _____, 2024,

16   in the jurisdiction aforesaid.

17

18   _____

19        NOTARY PUBLIC

20

21

22

23

24

25
```



```
 1              C E R T I F I C A T E

 2   STATE OF NEW YORK        )

 3   COUNTY OF NEW YORK       )

 4         I, FRANK J. BAS, a Certified

 5   Shorthand Reporter and Notary Public within

 6   and for the State of New York, do hereby

 7   certify:

 8         That the witness whose testimony is

 9   hereinbefore set forth, was duly sworn by me

10   and that such testimony given by the witness

11   was taken down stenographically by me and then

12   transcribed.

13         I further certify that I am not

14   related by blood or marriage to any of the

15   parties in this matter and that I am in no way

16   interested in the outcome of this matter.

17         That any copy of this transcript

18   obtained from a source other than the court

19   reporting firm, including from co-counsel, is

20   uncertified and may not be used at trial.

21         IN WITNESS WHEREOF, I have hereunto

22   set my hand this 22nd day of January, 2024.

23              Frank Bas
         _____

24              FRANK J. BAS, RPR, CRR

25
```



```
 1   --------------- I N D E X -------------------
     WITNESS              EXAMINATION BY        PAGE
 2
     B. SALANI            MS. LEPERA              6
 3
     --------------- EXHIBITS -------------------
 4   SALANI                                     PAGE
```

 5   Salani Exhibit 1, Curriculum vitae    12
     of Barbara Salani
 6
     Salani Exhibit 2, Article about       59
 7   Calello (Italian version)
 8   Salani Exhibit 3, Article about       60
     Calello (English translation)
 9
     Salani Exhibit 4, Facebook post       74
10
     Salani Exhibit 5, Testimony Report    76
11   for Copyright Infringement, By
     Barbara Salani
12
     Salani Exhibit 6, Report of Barbara   91
13   Salani, highlighted version
14   Salani Exhibit 7, Excerpted page of   113
     Figure 1
15
     Salani Exhibit 8, Excerpt of Figure   119
16   2
17   Salani Exhibit 9, Excerpt of Figure   130
     3
18
     Salani Exhibit 10, Excerpt of         145
19   Figure 6A
20   Salani Exhibit 11, Excerpt of         148
     Figure 4
21
     Salani Exhibit 11A, Handwritten       152
22   annotations of Exhibit 11
23   Salani Exhibit 12, Depiction of       165
     musical scale
24
     Salani Exhibit 13, Excerpt from The   169
25   Virtuoso Pianist, C.L. Hanon,



```
 1      ---------- I N D E X (Continued) ------------

 2    MOTIONS TO STRIKE
      Page        Line
 3    67          12
      88          9
 4
      REQUESTS
 5    Page        Line
      78          20
 6
      TO BE FURNISHED
 7    Page        Lines
      31          17-18
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
1    DEPOSITION ERRATA SHEET

2    Assignment No. J10764534

3    Case Caption: Larball, et al., vs. Dua Lipa, et al.

4

5              DECLARATION UNDER PENALTY OF PERJURY

6        I declare under penalty of perjury that I have

7    read the entire transcript of my deposition taken in

8    the above-captioned matter or the same has been read

9    to me, and the same is true and accurate, save and

10   except for changes and/or corrections, if any, as

11   indicated by me on the DEPOSITION ERRATA SHEET

12   hereof, with the understanding that I offer these

13   changes as if still under oath.

14            Signed on the _____ day of _____

15   20____.

16            _____
                 BARBARA SALANI
17

18

19            Subscribed and sworn to on the _____ day of

20   _____ 20 _____ before me.

21

22   _____

23   Notary Public, in and for the State of

24   _____.

25
```



BARBARA SALANI                                January 19, 2024
Larball v Dua Lipa                                         179

DEPOSITION ERRATA PAGE

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No. _____ Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

                    BARBARA SALANI



BARBARA SALANI                                    January 19, 2024
Larball v Dua Lipa                                            180

1   DEPOSITION ERRATA PAGE

2   Page No._____ Line No. _____ Change to:_____

3   _____

4   Reason for change: _____

5   Page No._____ Line No. _____ Change to:_____

6   _____

7   Reason for change:_____

8   Page No._____ Line No. _____ Change to:_____

9   _____

10  Reason for change:_____

11  Page No._____ Line No. _____ Change to:_____

12  _____

13  Reason for change:_____

14  Page No._____ Line No. _____ Change to:_____

15  _____

16  Reason for change:_____

17  Page No._____ Line No. _____ Change to:_____

18  _____

19  Reason for change:_____

20  Page No._____ Line No. _____ Change to:_____

21  _____

22  Reason for change:_____

23

24  SIGNATURE:_____DATE:_____

25              BARBARA SALANI



Exhibits

10764534 Ba
rbara.
Salani.
EXHIBIT1
  12:22
  176:5

10764534 Ba
rbara.
Salani.
EXHIBIT2
  59:3
  176:6

10764534 Ba
rbara.
Salani.
EXHIBIT3
  60:7
  176:8

10764534 Ba
rbara.
Salani.
EXHIBIT4
  74:4
  176:9

10764534 Ba
rbara.
Salani.
EXHIBIT5
  76:4
  100:25
  114:7
  176:10

10764534 Ba
rbara.
Salani.
EXHIBIT6
  90:25
  91:11
  101:2
  176:12

10764534 Ba
rbara.
Salani.
EXHIBIT7
  113:14,19
  176:14

10764534 Ba
rbara.
Salani.
EXHIBIT8
  119:9
  176:15

10764534 Ba
rbara.
Salani.
EXHIBIT9
  130:25
  176:17

10764534 Ba
rbara.
Salani.
EXHIBIT10
  145:25
  176:18

10764534 Ba
rbara.
Salani.
EXHIBIT11
  148:8
  152:6
  176:20,22

10764534 Ba
rbara.
Salani.
EXHIBIT11A
  152:5
  166:20
  167:21
  176:21

10764534 Ba
rbara.
Salani.
EXHIBIT12
  165:10

166:17
176:23

10764534 Ba
rbara.
Salani.
EXHIBIT13
  169:19
  176:24

—————

$

$250
  57:10

$6,250
  57:11

—————

(

(A)
  104:9

—————

1

1
  4:3
  12:18,22
  13:3
  51:14,16
  86:24
  91:8,20
  101:6
  105:21
  106:14
  107:8
  108:13
  113:15,20
  114:15
  115:12
  130:6
  153:20,22
  154:5,8,
  16 167:20
  168:4,9

10
  97:8
  116:13,15
  117:19
  120:6
  126:20
  132:8,13,
  20 133:9,
  15 139:2
  141:7
  145:25
  147:17
  156:11

10/27/2023
  80:2

100
  93:16
  123:15

10:22
  4:16

11
  117:12
  118:10
  121:4
  133:9
  143:11
  148:8,11
  152:6
  166:20

11:13
  48:3

11:29
  48:6

11A
  152:4,5,
  16,17
  166:20
  167:21

12
  121:13
  133:9
  140:2,8
  141:8,24

142:11,
  12,17
  165:10
  166:17,18

12:31
  99:16

12:32
  99:18,19

13
  121:16
  133:10
  169:19,23

13-page
  79:19

14
  18:3

16
  116:2,8
  117:4
  118:17
  122:2
  148:22

16-note
  115:19

16th
  115:3,14
  116:14,20
  117:23
  118:3,8,
  11,17,24
  133:17,20
  139:23,24
  141:24
  142:15,18
  143:23
  159:18
  165:3
  166:7,9
  168:19
  169:2,4
  170:10,
  14,15,18
  171:18



**1812**
  33:24
  38:2 40:4

**19**
  4:9

**1900**
  170:4

**1970s**
  93:4

**1987**
  17:20
  18:23
  21:23,25
  22:3 23:4
  28:23
  29:8
  30:10

**1:21**
  100:3,5

_____

**2**

**2**
  48:8
  51:14,16
  59:3
  60:24
  61:4
  91:18
  92:17
  101:10
  103:19
  105:21
  107:8
  114:17
  119:6,10,
  14,15
  134:9
  153:22
  154:16
  167:20
  168:4,9

**20**

**17:21**
  50:22
  51:14

**2015**
  18:15
  19:12

**2020**
  16:25
  21:23

**2021**
  50:10

**2022**
  62:24
  74:13

**2023**
  63:2

**2024**
  4:9 15:20

**2222**
  137:18

**2:18**
  145:19

**2:40**
  145:22

**2A**
  105:21

_____

**3**

**3**
  60:6,7
  61:12
  100:7
  104:13
  105:21
  107:8
  112:2
  114:5,6
  130:24
  131:2,8
  140:3

**153:22**
  154:16
  167:19
  168:4,9

**33**
  119:14

**3333**
  137:18

**342**
  108:14

**3:15**
  172:23

**3:38**
  173:2

**3A**
  105:21

**3rd**
  134:10

_____

**4**

**4**
  74:4,7
  105:21
  145:24
  148:9,12
  153:22
  154:16
  167:19
  168:4

**4/4**
  170:10
  171:19

_____

**5**

**5**
  76:4 79:8
  83:25
  90:21
  94:12

**100:25**
  101:3
  114:7
  129:22
  132:21
  133:15
  139:3
  153:5,22
  154:16
  167:19
  168:4
  173:4

**5th**
  162:12

_____

**6**

**6**
  90:25
  91:11
  101:2
  143:11
  168:9,10

**6A**
  105:22
  146:2,19
  147:16

**6B**
  105:22
  146:19
  147:16

_____

**7**

**7**
  39:18
  74:13
  95:2
  106:13
  113:14,19
  140:4,9
  141:6,25
  142:14
  168:9,10

**78**
  170:8

**79**
  171:18

_____

**8**

**8**
  119:8,9,
  13

**8th**
  164:24

_____

**9**

**9**
  126:19
  130:19,25
  131:4
  132:2,5
  146:5,11,
  25 147:14

_____

**A**

_____

**A-L-M-O-N-
R-O-D-E**
  5:6

**A-MINOR**
  166:24
  167:12,
  22,23
  168:13,16

**a.m.**
  4:16
  48:3,6

**abilities**
  66:7

**ability**
  10:19



academic
  27:25
  28:5,11,
  15 59:18
  61:10
  63:11,25

academy
  25:7,9,24
  26:6,18
  27:15
  44:19,20
  52:10

acceptable
  9:15

accommodate
  9:9

accompaniment
  126:6

accompanying
  129:15,21

accurate
  60:17
  61:13
  79:22
  108:3,7
  109:2,4,
  12 127:10
  131:7
  132:3,4,
  18 148:12

accurately
  21:4
  113:21

achieve
  23:11,24

achieved
  41:6

actual
  152:19

adaptions
  97:12

add
  14:14
  19:5
  29:11,22
  30:2
  172:8,10,
  11

added
  160:16
  161:4

adding
  98:12

addition
  15:10
  139:25

adds
  172:13

adjunct
  50:9

admire
  58:12

advanced
  45:13
  165:17

advice
  12:15

advisement
  173:11

advisors
  40:8

affect
  9:22
  10:18

affirmatively
  21:13

afternoon
  100:18

age
  46:8

agree
  88:5,9,13
  90:17
  91:10
  96:25
  97:5,7,
  14,18
  99:6
  127:4
  138:25
  152:9
  160:12

agreed
  65:10
  147:21,25

ahead
  29:17
  30:3

Alessandra
  40:20

alive
  63:15

allegedly
  111:6
  164:9

Almonrode
  4:21 5:5

American
  56:3 75:8

Americas
  19:13
  30:6,16
  32:10,13

amount
  57:10

analogizing
  24:10

analysis
  23:10

37:11
  43:19,25
  87:3 92:2
  103:4
  106:23
  152:10
  160:17,24
  161:4
  162:2,9

analyze
  57:5
  65:25
  67:13
  87:21
  102:18
  119:18
  155:11

analyzed
  107:18
  156:2,4

analyzing
  36:12
  89:10
  107:18
  109:11
  110:6
  116:5
  143:7

and/or
  48:12

Andres
  40:11,15

annotations
  152:6

answering
  21:4

answers
  8:16

Anthropology
  51:2

anticipate

15:23

anymore
  52:22
  53:3

apologies
  92:18

apologize
  28:25
  60:22

appearances
  4:18 5:21

appearing
  5:16

appears
  48:11
  60:25
  74:24

apply
  146:18
  147:3,15
  151:19
  152:20

approached
  82:9

appropriately
  79:4

approximately
  70:20
  82:5,25

apt
  168:25

architecture
  51:2

area
  32:18
  42:8

areas



42:2 45:2

**arias**
  34:25
  36:5,13

**arrange**
  30:23
  47:4

**arranged**
  30:24

**arrangement**
  31:8

**arrangements**
  19:16
  20:24
  30:6,18,
  22 32:14

**art**
  50:25
  170:21

**article**
  43:18
  59:3,20
  60:7
  61:5,13
  63:10,13
  64:20

**articles**
  43:12
  59:19,20
  63:24

**asleep**
  163:2

**aspects**
  88:11

**assert**
  61:21

**assertions**
  90:3

**assessment**
  87:17

92:12

**assigned**
  63:13,17
  64:10
  111:15

**assignment**
  83:8,16,
  20 85:18
  87:21

**association**
  26:25
  54:25
  55:3,6

**associations**
  54:22,24

**Atlantic**
  16:13,19
  18:9 19:2
  40:16,19
  50:8
  59:17

**attached**
  79:18

**attempting**
  141:6

**attending**
  18:7,8

**attorney**
  4:20

**audibly**
  8:9

**audience**
  20:16

**author**
  44:20
  123:20

**authorities**
  70:9

**authors**

44:18,23
49:20
93:15
123:17
170:17

**award**
  94:7

**awarded**
  93:16

**aware**
  7:14,18
  88:2
  110:20,
  23,25
  111:3

_____

**B**
_____

**B's**
  121:23

**B-MINOR**
  135:8,22
  136:4
  149:3,6,
  10,12,14
  150:12,25
  151:16
  152:11,19
  153:25
  166:21

**baby**
  165:7

**Bach**
  45:3

**bachelor**
  19:7 25:3
  28:2 43:8

**bachelor's**
  19:10
  24:11
  25:8
  26:4,7

27:10
28:16

**back**
  10:3,24
  16:10
  18:21
  32:3
  48:5,17
  50:4 78:4
  92:16
  93:4
  100:4,17,
  24 114:14
  128:11,12
  130:23
  131:22
  137:25
  138:7,9
  143:6
  145:21
  172:25

**background**
  13:25
  89:11

**bar**
  116:10
  117:11
  118:10
  127:22,24
  142:17

**Barbara**
  4:4 6:2,
  24 12:23
  76:5
  91:12
  100:10

**Baroque**
  45:2,3

**Bas**
  4:12

**based**
  14:14
  26:10
  50:21

84:10
94:10
162:16

**bases**
  84:3
  150:2

**basic**
  48:20
  123:7
  155:15,16

**basically**
  49:15
  60:23

**basics**
  48:23

**basis**
  110:4

**Bastien**
  46:23
  49:3

**Beach**
  55:2

**beat**
  115:4
  117:11,24
  120:17
  121:11,
  12,17
  133:20

**Beethoven**
  45:7
  105:22

**Beethoven's**
  162:12
  163:7

**beginner**
  45:13
  165:8

**beginners**
  46:2,3
  49:13



beginning
    48:7 63:2
    73:22
    100:6
    110:13
    134:9
    145:23
    155:23
    163:10
    165:16
    173:3

begins
    96:9
    117:18

Bellini
    36:6

belong
    26:10,19
    53:7
    54:21
    55:4,7

Berkeley
    5:17

bio
    13:6,9,
    10,12
    52:3 84:6

bios
    13:15
    15:5,11

bit
    33:19
    48:18
    50:5,7
    56:21
    114:10

blank
    31:14

blanks
    32:4

blending
    93:2

block
    155:11

blown
    113:20

blown-up
    148:12

blowup
    119:13
    131:7

board
    32:9

Boca
    16:13
    18:17

Bologna
    42:20

Bonaparte
    34:5

book
    43:18
    49:13,14
    53:18
    161:11
    171:6,14

books
    43:22
    44:5,12,
    15,18,22,
    24 46:4,
    17,18
    47:8
    48:21,25
    49:2,3,17
    166:2,3

Boston
    42:7

bottom
    79:10

bought
    53:2
    54:18

box
    133:16
    139:14,15
    142:21,
    22,23
    143:10,
    13,16,20,
    21

boxes
    131:18,21
    138:11,
    20,23,25
    142:25
    143:4
    148:2,5

Bradley
    5:13

break
    9:8,14
    29:13
    48:10
    145:15

bridge
    125:12

bring
    32:3

brother
    31:4,10
    58:5,7

brother's
    32:9

Brothers
    53:19

Brown
    4:19,20,
    22 5:3,6
    21:2
    29:17,21
    47:21
    48:9
    60:13
    61:19
    65:17

66:11,15,
24 67:2,
11,22
68:4,8,
21,25
69:6,8
70:5,13
71:4,6,
11,16
72:2,8,
13,25
73:8
77:21,23
78:7,17
79:2
80:25
81:21
82:11,23
83:9,17,
22 86:19
88:8,21,
24 89:22
90:20,22
92:6
93:11,16
94:23
97:4,6,25
98:23
99:13
105:2
108:6,22
109:3
124:8
127:13
128:9
129:4
130:21
137:3,7,
10,13
138:4,7
143:3,18
145:17
150:11,15
151:20
156:16
157:16
158:14

159:13,20
160:5,9,
13 161:15
166:13
169:11,13
170:16,23
172:9
173:14

Brown's
    7:11
    65:12


C


C-MAJOR
    165:8
    167:24
    168:7,13,
    16 171:19

C-SHARP
    142:19
    144:3
    151:10
    153:18

C.L.
    169:20,25

Calello
    57:16
    58:7,10,
    12 59:4,
    21 60:8
    61:6
    63:10,16
    65:15
    68:2
    71:5,8
    72:5,11
    73:18,19
    75:4
    78:5,10,
    14,22
    80:13
    83:5,13
    85:17



94:2,10
111:21

**Calello's**
67:9,20
77:12,16
84:18

**call**
9:11
41:14
68:12
69:5
70:12,18
72:15,17,
19 76:10
80:11
81:11
123:12
126:19

**called**
6:3 30:25
50:20
52:18
53:18
57:21
63:25
72:16
82:20
85:19
117:19

**Campania**
33:25

**Canada**
26:10

**capable**
127:9

**capacity**
22:6

**captivating**
92:21

**care**
69:25

**careful**

159:3

**Carlo**
33:24
34:19
36:8

**Caroline**
34:5

**case**
7:10
27:13
41:18
45:15
50:18
63:5
64:22
69:19
73:23
78:15
79:23
81:25
88:17
89:6,10
92:13
93:21,24
96:10,22
98:12,19
99:3
107:16
110:21
111:13
123:22
127:16

**cases**
69:17
70:3 85:4
88:19

**castle**
35:19

**catch**
5:2

**certificati
on**
51:11,12,
18

**certificati
ons**
32:17,21
33:11

**certified**
4:11

**cetera**
97:10,24
112:3
132:25

**chance**
58:23
74:11

**change**
13:21
127:17,24
144:23
145:4
154:18,20

**changed**
78:13
79:16

**characteriz
e**
167:7

**characteriz
ed**
130:19

**Charles**
57:16
58:7
59:21
75:3

**children**
45:21,22

**choir**
30:8
31:6,8

**choose**
41:16
49:20

**chooses**
11:15

**chord**
104:11
135:24
144:12,
16,24
145:3

**chords**
103:24,25
104:14
145:8

**chorus**
36:14
37:23
125:6
126:4
129:20

**chose**
110:9

**Christine**
5:7

**circle**
115:12,18
116:13
118:10,14
119:24

**circled**
122:6,9
124:10
140:25

**citizen**
19:21

**citizenship**
20:2

**City**
4:8

**claim**
97:25
110:24,25
111:6,10
148:2

162:15

**claimed**
148:22

**claiming**
143:2

**claims**
110:21

**clarify**
27:22

**class**
160:16

**classical**
45:6

**Clay**
58:18

**clean**
160:13

**clear**
112:19
137:23
142:24
150:13

**clients**
7:11,12
65:12

**closed**
173:13

**Club**
26:25

**Clubs**
55:8,9

**Coffee**
119:15

**colleagues**
4:24

**college**
18:7
27:13

**Combining**



92:21

commence
129:24

comments
86:17

commissione
d
30:18

committee
15:24

common
37:6,9,24
119:19
121:24
150:4
151:5

community
50:15,17

companies
47:14
52:2

company
4:6 49:5
52:9,15

comparative
14:8,16
15:16
32:23
36:16
89:3,11
106:23
138:19
152:10

compare
34:11
35:23
36:3
89:4,13
95:25
102:18
110:10,16
141:6,7

compares
112:20,25
113:5,9

comparing
34:21,22,
23 37:12
116:3
129:23

comparison
37:7
112:11
134:17,22
135:2
138:17
141:10
157:17,19

comparisons
111:25

compelling
115:6

compensated
56:22

compensatio
n
84:22

competition
55:21

competition
s
55:20,22

compilation
44:21

complement
49:2,12,
17

complete
9:19
83:25
132:16

completed
15:7 16:3

17:14
19:10
51:19

completely
6:19
111:17

complexity
91:22

complicated
168:21
169:8,12,
14,16

complied
115:21
116:23
120:2
131:16
132:23
133:3,13
141:18
142:6
151:12
152:21

composed
31:2
33:24,25

composer
35:24
37:20
63:14
150:19,23
151:3

composers
20:18
34:12,13
35:25
36:6
37:14,20
45:3,6,11
51:4
111:14

composing
162:10

composition
55:13
103:10
125:12
156:3

composition
s
7:13 38:8
47:2
102:5,10
103:3,8
104:24
105:8,15
160:18,24
161:5
163:14

comprehensi
ve
50:25

computer
78:3
127:14

concede
91:8

concept
125:3,5,
8,11
164:8

concepts
136:14

concert
19:17
20:9,17
21:21
22:9
28:21
29:6

concerts
20:14,15
52:13
58:18,20,
21

concludes
160:10

conclusion
90:10
91:7,24
97:3,23
123:15,22
158:13

conclusions
86:18
88:19
90:3,19

condition
10:5

conducted
104:24

Conference
52:20

confirm
79:21

confusion
133:7

Congratulat
ions
19:23

connection
7:20 19:3
33:13
56:23
57:3
65:7,11
84:22
103:2

conservator
ies
17:10
22:16

conservator
y
18:25
22:14,15,
18,19



23:13
24:8,17,
25 25:3,4
40:22
42:20
44:11
48:25
49:16
55:5
161:9

considerabl
e
97:24

considerati
on
32:23
108:8

consolidate
172:6

constitute
87:6 98:5

constitutes
87:9
94:18
95:11
99:9

contacted
57:13
65:7
74:21
75:18
81:16
82:21
85:24

contacting
74:19

contained
108:4

contemporar
y
97:11

content

62:8
70:11
71:14
81:8 82:2

contents
69:4,11

context
7:16

continue
119:16

CONTINUED
100:15

continuing
51:8,18

contributed
93:3

conversatio
n
68:19
72:10

conversatio
ns
65:15
72:4,22

converted
106:22
107:15,25
108:24
109:15

convinced
40:13

copied
78:10,15
151:15

copy
12:20
71:2,9
77:19
79:22
151:25

copying

94:15,18
158:17

copyright
76:5
87:2,7,9
88:7,15
90:4
92:25
93:7,17
94:7,19
97:11,13
98:2,5,19
99:9
123:16
170:4

correct
12:4 14:2
16:14
23:3
27:24
28:3,4,8,
12,13
30:19
32:2
37:9,15
40:4
41:24
42:2
43:10,11,
19,20,22,
23,25
44:2
53:21,23,
24 61:6,7
63:5
65:12,13
75:15,18,
21 80:15
81:5,6,16
83:21,23
84:3,4,6,
7,15,16,
18,19,23,
24 85:4,
5,6,7,24
86:3,4,6,

7,9,10,
11,12,18,
20 87:13,
17,18
88:7,15,
16,20,23
90:5,6,19
93:7,8,
10,12
94:22
95:14
96:22
97:20,21
98:6,15,
16,21,22,
24 99:10,
11,12,14
101:6,11,
21 102:7,
8,10,13,
14,20,21
103:4,5,
9,13,15
104:3,25
105:8,9,
15,16,24,
25 106:8,
9 107:12,
16 108:4
109:7
110:16
111:22,23
112:7,12,
13,22,23
113:2,3,
6,7,11,
12,25
114:2
116:6
117:7
120:13,21
121:7,14,
15,20,22
122:4,15,
16 124:7,
13,16
127:12

128:15,
16,18,19
132:3,6,
7,13,14
133:17,
18,21,22,
23,24,25
134:19,
20,23,24
135:2,3,
9,11
136:11
137:20
138:21
139:9,20
140:6
141:11
143:2,17,
19 144:7,
13 145:4
146:17
147:23,24
148:23
151:17
152:13,14
153:5,13,
18,20,22,
23 154:7,
15 155:5
156:15
157:23,24
158:21,22
159:4,14
160:25
161:2
167:15,21
168:11,
15,19,20
170:6,7,
15,22
171:6,8,
10,15,16,
19,25
172:2

corrected
31:25



140:9

**correctly**
26:17
59:10

**corresponde
nce**
143:8

**counsel**
4:17 5:8,
12,18
8:3,4
11:11
60:13
61:14,19
67:2
76:12,16,
19,22
78:23
81:16
85:9,11,
12,15
159:20
173:14

**counted**
124:9

**counterpoin
t**
23:22

**counting**
105:22

**County**
55:2

**couple**
7:5 22:16
51:25
76:7
159:21

**courses**
14:11
25:19
26:12
161:7,22,
23

**court**
4:12,25
5:22 8:24
12:12
47:11,18,
22 60:4
96:10
127:21
172:19

**cover**
149:25

**created**
50:19

**creates**
95:4

**creating**
54:20

**credit**
51:23
64:14

**crescendo**
37:22

**cross**
133:9

**crossing**
141:19

**cultural**
35:15

**culture**
14:10
51:4

**current**
13:22,23,
24

**curriculum**
12:22
15:5

**CV**
16:20
79:17
85:2

_____

**D**
_____

**D-MAJOR**
134:11
135:10,20
136:3,25
142:17
151:17
152:10

**date**
15:20,22
16:7
74:15,18
79:25
80:3

**dates**
63:3

**day**
160:8

**days**
80:8 83:2

**DD**
93:15
119:17

**Dear**
75:3

**decade**
17:5

**decide**
89:19
110:4

**decided**
53:2
59:21
63:15
70:16
108:8
110:12

**decision**
89:20

**deeply**
62:8

**defend**
108:20

**defendants**
5:9,12,14

**defense**
5:19

**Define**
162:5,7

**definition**
39:9,13,
14
162:14,
17,19
163:18
164:2,6,
7,11,12

**degree**
16:19
17:15,17
18:25
24:25
25:3,5
26:5,7
28:7 33:2
42:4
43:7,8
51:10,22
134:11

**degrees**
17:10
20:25
21:24
26:7

**delve**
62:7

**demonstrate
s**
87:3

**demonstrati
ng**

130:14

**department**
40:10,19
50:13
63:22

**depending**
22:17
47:2
49:17

**depends**
15:24
16:4
23:23
49:22
150:5,18,
23 151:2

**depiction**
148:12
165:10

**deposed**
12:3

**deposition**
4:4,7,13
7:3 8:9,
14 12:11
76:10,14,
15,20
101:18

**descending**
115:3
117:23
133:21
148:21
154:19,21
155:7,8,
10 166:21

**design**
169:9

**details**
11:20
23:16
43:3



determine
  87:8

determining
  93:6

develop
  171:2

develops
  171:3

dexterity
  166:4

Diablo
  69:20
  87:6,23
  93:18
  101:11,25
  102:2
  111:7,12,
  18 112:2
  114:12
  119:17,25
  122:11,23
  124:7
  125:15,18
  126:2,11,
  12 127:6
  128:13
  129:23
  130:17
  131:12
  132:3,4
  133:15
  134:22
  135:12,20
  139:3,16
  140:3,9
  141:23
  142:13,16
  144:12
  145:2
  147:15,21
  148:4
  156:13
  157:20
  167:10

Diablo,'
  93:18

Dictionary
  108:13

difference
  123:8
  128:23
  129:7,9,
  11,12
  140:24
  142:4
  144:17
  145:10,11
  155:12
  156:20

differences
  102:19
  122:7,10,
  20,23
  123:8
  124:6
  147:14

differently
  49:9 88:4
  158:23

differs
  15:6

diploma
  18:24

direction
  123:6

directly
  27:11
  112:21
  113:6
  140:25

disappears
  154:23

discuss
  14:7
  36:17
  68:6 69:3

76:14
  122:17

discussed
  68:10
  69:11
  86:13
  114:10
  134:7

discussing
  90:2 98:4

discussion
  14:12
  103:6,15
  104:2,6,
  16 114:18
  134:25

discussions
  99:9

display
  129:18

displayed
  124:24

disposition
  38:17

dissecting
  161:5

dissection
  160:18

dissertatio
n
  33:22,23
  34:8
  36:17
  40:7
  64:6,8

distinct
  91:22
  92:22

divide
  51:15

divided

51:15

doctor
  42:6

doctorate
  41:6
  42:19

doctors
  41:5

document
  12:18
  13:2,5,6
  14:25
  15:15
  59:8,13,
  15 60:25
  61:2 62:4
  74:8
  79:8,14,
  19 83:24
  86:25

documents
  77:8

domain
  97:12

dominant
  104:5,8,9
  144:19
  154:3

dominion
  53:10
  54:18

Don
  69:20
  87:5,23
  93:17,18
  101:11,25
  102:2
  111:7,12,
  18 112:2
  114:11
  119:17,25
  122:11,23
  124:6

125:15,
  18,25
  126:10,12
  127:6
  128:13
  129:23
  130:16
  131:12
  132:3,4
  133:15
  134:22
  135:12,19
  139:3,15
  140:3,9
  141:13,23
  142:13,16
  144:11
  145:2
  147:15,21
  148:3
  156:13
  157:20
  167:9

door
  163:12

Dorate
  59:9,11
  63:25

doubt
  147:7

draft
  66:8,9,
  20,25
  67:4,6,8
  68:3 69:4
  70:4,9,11
  71:3,9,
  14,20,24
  72:6 73:6
  77:20
  80:18,20,
  22 82:8,
  14,20
  83:6,14
  85:8,14



drafted
  14:25
  70:25
  85:11

drafting
  80:6,8,10

drafts
  67:8,20

drew
  39:21

drive
  123:10

Dua
  4:7

dual
  19:25

due
  11:21
  124:2

duly
  6:3

Duohelmansa
lani.com
  54:2

dynamic
  92:24

─────────

        E

E-MINOR
  168:2

ear
  23:8,19

earlier
  15:11
  18:21
  86:13
  114:4,11,
  25 161:14

easier

22:2

education
  15:14
  51:8,18

eighth
  117:10
  120:20
  122:4

Elaine
  5:10

element
  104:17
  160:17
  161:4,12

elementary
  24:19,20,
  23 25:19

elements
  38:3,9,
  11,12
  39:16
  99:8
  155:22

eleven
  124:5

email
  73:6,9
  173:8

emails
  78:4,9,
  13,16,21,
  25

employed
  26:18

end
  51:12
  62:24
  143:15,22

ends
  98:18
  117:2,9

engage
  99:8

english
  6:14
  59:25
  60:8,12
  61:2,4,14
  74:25

enters
  138:4

entire
  37:13

entireties
  37:12

entirety
  102:12,20

entities
  27:2

entitled
  16:20

entity
  55:11

entry
  17:3

environment
  55:12

episode
  9:24

equal
  147:16
  150:9

equally
  146:19
  147:3
  150:14

equate
  168:8

Eric
  4:21  5:3
  76:21

erroneously
  156:10,11

errors
  31:25

Espinoza
  40:11,15
  42:4

Esquire
  4:13

essentially
  124:16
  130:15

established
  53:20
  89:25
  93:14
  99:7
  111:13
  132:9
  134:16

estate
  32:19
  53:3

et al
  4:6,7

ethnomusico
logy
  41:12
  42:13

Europe
  54:7

everyone's
  5:21

evidence
  97:24

evidencing
  93:18

evidently
  48:10

exact

115:25
  157:20

exam
  24:17

examination
  6:6  97:23
  100:15

examined
  6:4
  100:13

examples
  163:17

exams
  22:14,24
  23:12,17
  25:19
  26:15
  27:17

Excellent
  100:19

excerpt
  112:25
  119:9
  130:25
  145:25
  148:8
  169:19,23

excerpted
  113:14,19

exchange
  78:9

excuse
  130:5
  149:2
  168:10

exercise
  147:4
  165:20
  166:8
  170:9

exercises



166:6
170:20
171:3,4,
14

**exhibit**
12:22
59:3 60:7
74:4 76:4
84:21
85:2
90:25
91:11
100:25
101:2
113:14,19
114:7
119:9
130:25
145:25
147:3
148:8
152:5,6
165:10
166:17,20
167:21
169:19

**exhibits**
84:5

**exist**
25:19

**exists**
95:5

**exits**
137:13

**expand**
22:3

**expedite**
61:20

**expert**
7:17,21
12:11,14
40:18
41:2

56:23
60:19
64:22
79:22
81:11
88:10
92:9,14
97:17
98:4

**expertise**
87:8

**expertises**
41:14

**experts**
70:2 88:2
89:19

**explain**
11:20
14:4
20:16
145:12

**explanation**
57:19

**explanations**
69:12

**extant**
104:23

**Extra**
64:14

————————

**F**

————————

**F-SHARP**
115:2
117:18,22
120:10,12
144:2
151:10
153:5,7

**F-SHARPS**
120:7

**Facchin**
4:10

**Facebook**
58:10
74:4,9,13

**fact**
88:17

**fair**
15:13
160:9
169:18

**fall**
163:2

**familiar**
24:7
56:3,5,
13,15,18,
19 59:13
136:14
165:22

**family**
57:16
58:3,4

**Fantasy**
30:25

**fast**
9:25
92:24
168:25
172:7

**fate**
163:11

**FAU**
40:10
43:7
50:8,16
161:8

**features**
34:24
35:2,9
37:23
93:3

123:7

**federation**
55:7,8,14

**feel**
39:7

**feeling**
100:20
123:9

**felt**
18:4

**female**
42:16

**Ferrara**
90:15

**festival**
55:14

**figure**
91:20
105:21
113:15,20
114:15
115:12
119:6,10
130:24
131:2,8
140:3
146:2
148:9,12

**figures**
146:19
147:16

**file**
52:15

**fill**
31:15

**filling**
32:4

**final**
67:10

**finalized**

31:22
66:10
71:10
80:4

**finally**
98:17

**find**
57:12
59:20
114:5
161:11
171:3

**fine**
15:8
82:25
101:24
138:24
158:25

**fingers**
165:19

**finish**
21:3
54:19
86:16
159:6,25

**finished**
14:10,23
31:22
53:12
66:21
82:4

**first-year**
47:15

**fit**
49:25

**fits**
74:18

**five-note**
148:21

**fix**
132:25



**Florida**
  16:13,14,
  19 18:9,
  16 19:2
  26:14,25
  40:16,19
  50:8 55:8
  59:17

**fluent**
  6:17

**focus**
  34:7,9,10
  42:2 43:3
  50:23
  61:23
  159:7

**folder**
  12:19,20

**follow**
  11:23
  27:20
  173:9

**force**
  123:8
  147:16

**forced**
  35:25

**forgetting**
  42:14

**Forloveofmu**
**sic.com**
  53:14

**form**
  54:14
  66:11,13,
  19 67:3,
  11,22
  68:4,8,
  21,25
  69:6
  70:5,13
  71:6,11,
  16 72:2,

8,13,25
73:8
77:21,23
78:7,17
80:25
81:21
82:11,23
83:9,17,
22 86:19
88:8,21,
24 89:22
90:22
92:6
93:11
94:23
97:6
98:23
99:13
105:2
108:6
109:3
124:8,10
127:13
128:9
130:21
143:3,18
150:11,15
151:20
156:16
157:16
161:15
166:13
169:11,13
170:16,23

**formed**
  52:23

**formulating**
  66:5

**forward**
  112:3
  121:2

**found**
  35:18
  57:14
  96:10

**four-bar**
  132:10

**four-**
**measure**
  128:2

**four-note**
  115:19
  143:23

**fourth**
  45:10
  94:12
  120:17
  121:12
  153:12
  163:10
  168:23

**fragment**
  103:22

**frame**
  22:3 23:4

**France**
  34:14,17

**Frank**
  4:12
  105:11

**French**
  35:5,7,11
  170:2

**frequently**
  154:8

**friend**
  57:15
  58:2,11

**friends**
  58:10
  73:20
  75:3

**friendship**
  58:8,9

**front**
  74:16

79:7
146:5,11

**fulfill**
  44:10

**full**
  9:19
  37:11,22
  86:21,23
  91:20
  92:20
  102:17
  106:15
  107:11,13
  114:19

**fully**
  6:18 11:2
  36:23,25
  37:4

**function**
  155:9
  156:5,8,
  24 157:3,
  4 159:6
  160:19
  161:6,12
  162:3,5,
  6,8
  163:4,12,
  13,18
  164:8,12

**Functioning**
  160:15

**FURNISHED**
  31:17

**future**
  31:13

───────────

G

───────────

**games**
  46:7

**gap**

17:4

**gave**
  8:24
  19:13
  46:25
  75:25
  94:4
  95:19

**generally**
  82:10
  104:18

**gentleman**
  8:13
  42:15

**gentlemen**
  42:15
  76:24

**gestures**
  8:11

**Giacomo**
  40:22

**Giggle**
  87:5,22
  101:5,19
  103:22

**give**
  7:5 12:20
  20:15
  22:24
  46:6,25
  57:19
  71:8,19,
  23 115:10
  137:10
  138:8
  149:10,13
  155:16
  163:17

**giving**
  9:19
  20:9,22
  21:20
  22:9 23:6



28:21
119:12

**global**
93:3

**good**
4:19 6:8,
9,14,22
18:5 20:4
73:10
99:15
100:17,22
144:5
145:16
150:22

**Google**
61:15

**graduate**
26:5 33:4

**graduating**
15:23

**granted**
123:19

**great**
56:2
113:24
133:14

**grossly**
62:2

**grounds**
11:19

**groupings**
133:16
137:20

**Grove**
108:13

**Guglielmi**
33:24
36:8

**guys**
78:23

—————————
**H**
—————————

**H-A-L**
49:8

**Hal**
47:9,13
49:4,6,7,
8

**half**
62:14
152:18

**hand**
145:7

**hands**
165:21

**handwritten**
146:15,
18,25
147:13
152:4,5

**handy**
77:17

**Hanon**
165:23
169:20,25

**happen**
10:11
20:17
80:10

**happened**
94:3 96:2
123:21
126:24

**happy**
9:8

**harmonic**
38:13
113:9
122:25
123:5

144:15,
17,21,22,
23 145:2,
6 149:15,
19 151:2

**harmonies**
113:5

**harmony**
23:10,21
103:14,16
104:3,17
144:13
155:24
161:13

**hate**
108:18

**head**
8:11
21:13
40:10
63:22

**health**
9:20
10:15

**hear**
130:18
172:16,17
173:12

**heard**
7:11
67:13,15
123:15
164:13

**heart**
10:2,3,22

**Helman**
54:6

**helpful**
171:5

**high**
18:7
24:19,22

25:20
27:7

**higher**
25:21

**highlight**
143:5

**highlighted**
91:3,12,
19 98:18
166:22

**highlighting**
124:4

**highlights**
91:4

**history**
20:18
23:9,22

**hit**
130:17

**hitting**
168:18

**hold**
81:14
117:14
119:6

**holistic**
23:15

**home**
45:18

**hometown**
22:23

**honestly**
78:8

**hour**
57:10

**hours**
57:8 77:6

**huge**
75:21,22

**Hutchins**
40:17

—————————
**I**
—————————

**icon**
75:8

**idea**
18:5
70:14,21
123:21

**identical**
93:15,19
114:12
121:11
123:11,12
124:16,17
129:25

**identification**
12:24
13:2 59:5
60:9
74:5,7
76:6
91:13
113:16,19
119:10
131:2
146:3
148:9
152:7
165:12
169:21

**identified**
22:8
122:10
133:19
140:4
148:4
155:23
156:10,12
161:14



identify
   47:7
   104:11,14
   140:23
   152:16
   156:19

identity
   156:6
   163:14

Ilaria
   40:9
   63:21
   75:24

illustrate
   142:4

illustrating
   144:12
   147:14
   148:2

implied
   23:21
   34:15

importance
   159:8

important
   38:16

impressionistic
   45:9,10

improper
   88:23
   89:21
   90:2,10

inaccurate
   62:2,3
   158:5

inappropriate
   91:9 97:2

incipit

124:23
130:3
156:7,24

include
   28:25
   45:21
   78:23
   109:12

included
   106:20

including
   23:4 85:2
   117:3,6

income
   28:24

independent
   95:21,22
   105:6

independently
   105:13

indicating
   166:24

industries
   33:16

industry
   22:6

influenced
   35:11
   36:7,9

information
   13:25
   15:4
   84:20,25
   94:4
   95:19
   96:6

informed
   96:4

infringement

76:5
87:2,7,10
88:7,15
90:4
98:2,5,
13,19
99:10

infringes
   110:24
   111:6,10

initial
   106:21
   107:24

insert
   103:21

inside
   27:11
   152:23

instances
   87:2
   88:20
   145:7

institution
   27:3,11,
   12,25
   28:5,11,
   15

institutions
   27:8

instruct
   11:16
   66:15

instructing
   11:18

instruction
   11:23
   66:14

instructs
   11:22

instrumental
   125:21
   126:7
   129:16

instrumentation
   38:14
   129:21
   155:25

instruments
   21:15,18
   38:15

intend
   95:8

intended
   158:24
   159:7

intentional
   94:16

interested
   41:17,19

International
   52:4,18
   56:12

interrupt
   11:5,7

interrupted
   159:24

interrupting
   160:3

interview
   63:14,16
   65:2

intro
   129:10
   132:10

introduction

125:3,20,
25 126:2,
9,16
128:2,3
130:12
132:17
156:12,22
157:2

introductions
   125:15,18
   128:13,15
   156:14

introductory
   127:12

invented
   50:19

investigate
   66:2
   86:25
   87:21

investigation
   66:5
   104:22
   105:6,13

invited
   64:12
   80:23

involved
   81:4

issue
   9:20
   61:21
   148:23
   167:15

italian
   14:9
   15:19
   18:24
   32:25
   33:5



35:4,8,
10,22
40:10
41:20
59:4
60:11,23
61:5,8,9,
10 62:9,
11,21
63:22,24
74:24

Italian-
american
75:8

Italy
17:9,12,
13,14
19:8,10
22:20
24:13
34:13,17
35:19
40:21
45:19
50:21,22
52:16
161:8

iterations
66:23
170:14

J

Jackson
31:7

James
5:17

January
4:9

Jason
4:20

jeopardy
10:14

Joachim
34:4

job
19:14
96:3

John
49:12

journal
59:18
61:10
63:25

judge
86:11
89:17

judges
26:14

judgment
93:21,23

juxtaposing
119:16

K

key
109:25
110:5,7,
9,10,11,
13,16
135:7,24
136:2,25
147:22,23
149:2
151:11
167:8,10,
20,23

keyboard
166:23

keys
135:6,15
168:14,18
169:10

kids
49:3,22
163:2

kind
10:14
12:12
32:18
57:19

king
34:4

Kingdom
34:2

knew
63:14
111:11
123:18

knocking
163:11

knowledge
23:15
89:8 94:6

Knupp
5:8,11

L

L-E-O-N-A-
R-D
49:8

LA
5:17

labeled
4:3 48:8
100:6
145:23
173:3

lady
42:17

land
52:25

language
6:15 14:9
33:6,7
35:22
41:20
51:8

languages
32:25
50:14,17

Larball
4:5

late
160:7

Laura
54:6

law
88:19
92:4
93:2,7
94:19
99:4

laws
97:11,13

lawyer
5:16 86:8
94:5
135:23

lawyers
69:22
72:15,16
80:12
87:25

layer
98:12

leads
125:21

learn
46:7,9
47:3
50:2,3

learned

164:9

leave
31:14
156:18
164:16

leaving
18:4
148:19

lectures
20:10,15,
22 21:20
22:9
28:21
29:6

lecturing
19:16

legal
4:11
69:17,25
70:2,3,8
73:23
81:8
86:18
87:25
88:2,18
89:6,18
90:2,18
91:24
92:9,12
95:6,7,
11,23
96:21
97:2,17
158:13

lends
97:24

length
127:12

Leonard
47:9,13
49:4,6,7

Lepera
4:23 5:7,



15 6:7
12:17
17:22
21:7
29:16,24
47:16,20,
23 48:16,
19 59:6
60:5,10,
16,21
61:24
66:18
69:7 74:6
78:20
79:5,6
82:6
88:12
99:15
100:16
113:17
114:16
119:7,11
131:3
137:5,9,
12 138:5
145:15
146:4,7,
10 148:10
151:13,24
152:3
160:3,6,
12 165:13
169:22
172:4,21
173:5

**lessons**
23:6 29:5

**letter**
173:10

**letting**
173:7

**level**
22:14,24
23:23
24:5,25

25:2,4,14
27:9
28:2,6,
12,16
33:4
44:10,14,
16,17
47:5
168:23

**levels**
23:21,25
24:4,8,
11,17
25:17,21,
23 27:5
47:15

**Levitating**
87:6,23
101:14
102:2,3
110:8,13,
24 111:6,
16,17,18
112:2,7,
11,22
113:2,6,
10 126:17
127:6,8
128:3,17
129:24
130:17
131:14
132:6,7,
12,20
133:16
134:16,
19,22
135:8
139:3
140:5,10,
25 141:25
142:14
143:25
145:7
147:15,22
148:3

152:18
156:11
157:21
167:12,
21,24

**libretto**
35:21

**license**
32:19

**licenses**
32:17,20
33:12

**life**
13:7,8
53:19

**likes**
63:23

**linear**
115:25

**linguistic**
50:13

**Linkedin**
53:13

**Linzer**
73:11,25
93:16
97:25

**Lipa**
4:7

**list**
84:8

**listed**
16:20

**listen**
36:11
162:24
163:3

**listened**
107:17,21

**listening**

106:11
109:10
162:23

**literally**
168:8,17

**literary**
35:15

**literature**
50:25
104:23
105:7,14

**litigation**
57:13,15,
17,22
63:7
74:19
75:18

**litigations**
12:7

**live**
22:17

**living**
17:9
22:21

**Livorno**
22:19

**LLC**
4:22 5:4,
6 52:4,20
53:5

**local**
55:12

**located**
52:3

**location**
18:18

**long**
70:18,24
77:5
126:16
170:5

**longer**
156:14

**looked**
77:25
78:2
91:14
114:25

**Lord**
96:10

**lost**
47:16

**lot**
160:23

**lower**
119:18

**Luca**
22:18

**lullaby**
162:25

**lunch**
99:15,19
100:17

**lyrical**
123:7

**lyrics**
38:17,18
95:4
126:6
132:15
146:21,
23,24

---

**M**

---

**M-S**
6:12

**made**
74:12
97:25
138:20
146:14,



18,25
147:13
159:15
163:2

main
8:8

major
103:23
110:9,16
135:16,17
136:13
147:22
167:10

make
11:12
37:6 47:2
60:2 62:9
78:24
79:2
87:16
89:20
97:16
115:5
131:22
137:23
151:24

makes
22:2
94:14
158:17

making
8:15
98:18

manifested
145:3

manuscript
35:18
36:21

mark
12:17
113:18
119:7
152:3

marked
12:23,25
59:4 60:8
74:5 76:6
91:13
113:15
119:10
131:2
146:2
148:9
152:6,17
165:11
169:21

marking
74:6
90:25

Master
16:20

master's
18:8
24:11
25:5 26:7
28:6
43:8,14

masters
27:10

material
148:3
166:20

materials
84:9,14

matter
4:5 7:23
12:15
56:24
57:3
65:8,16
67:9 81:5
82:9
84:22
86:18

matters
95:24

96:21
97:17

meaning
71:5
90:21
108:2
129:19
155:17,
18,19,22,
25 156:6
159:8
162:9
163:6,9,
13,21

meaningful
155:17

means
14:21
123:19
140:17,20
144:22
165:20

meant
116:2

measure
116:13,15
117:19
121:4,13,
16
126:19,
22,23,25
127:3,5,
23 128:8
130:6,19
132:2,5,
8,13,19,
20,25
133:15
139:2,3
140:2,4,9
141:6,7,
24,25
142:8,11,
12,14

143:11
145:4,8
152:18

measurement
s
127:7

measures
122:11
126:8,10,
12,18
127:10,
15,18
130:10
131:23
133:9
140:8
147:2
156:11,15

media
4:3 48:7
100:6
145:23
173:3

mediant
104:10
134:10,12

medicine
9:21
10:17,21

medicines
10:2,10

meet
76:11
77:5

meeting
76:18

melodic
38:12
91:22
92:2
123:4,10
149:19
151:2

melodies
103:9
125:17
126:5
128:12

melody
92:22
103:24
112:21
155:24
159:9
161:13
162:19,
22,24

member
56:6,10,
16,20

memory
9:22

mention
84:17

mentioned
37:2
39:15
54:9 70:6
75:24

mentor
42:24

met
73:15

method
46:23
49:4,15

methodology
41:4 46:9
66:6

methods
47:6

Michael
31:7



mid-
  sentence
    159:23

middle
    24:18,23
    27:7
    114:24
    134:9

mind
    152:16

mine
    52:21
    54:5

minor
    32:4
    110:8,16
    122:19
    123:9
    135:16
    136:13
    147:22
    149:16,19
    151:17
    152:12
    167:20

minors
    149:17

minute
    16:11
    47:19

minutes
    70:22
    137:11

misleading
    128:7

misleadingl
y
    130:16

Mitchell
    5:8,11,18
    40:17

mm-hmm
    8:5,10,21
    15:18
    16:17
    20:8,11
    27:23
    31:21
    33:21
    36:20
    39:4 40:3
    45:20
    47:6 63:8
    91:5
    106:19,25
    109:6
    114:8
    117:17,25
    136:18
    139:10
    146:16
    168:3,5
    170:3

MO
    67:12
    88:9

mode
    150:25
    151:2

modern
    45:11

moment
    35:6,7,16

money
    52:12

monopolize
    170:13

monopoly
    157:13

Montali
    40:20

Monte
    34:19

month
    82:10

months
    82:12,13
    83:2

morning
    4:19 6:8,
    9 9:24

motif
    114:21

motion
    133:21

motive
    103:22
    115:5
    123:5
    148:18
    154:21
    155:3
    157:5
    159:10,12

motives
    157:20

move
    17:23
    18:16
    50:6
    55:25
    67:18
    88:12
    144:25

moved
    17:12
    18:11,13,
    14,17,19
    19:8

movements
    35:15
    36:4,13

moving
    56:21
    112:3

121:2
123:5
133:21
165:19

Mozart
    45:6

Mozarts
    49:14

Mullins
    5:13

Murat
    34:4,5,6,
    15

museums
    51:4

music
    16:20
    17:18
    19:7
    23:10,16,
    22 24:8
    25:4,5,9
    26:24,25
    28:2,6,
    11,15,24
    29:7
    32:14,18
    33:4
    37:23
    40:18
    41:3,20
    43:13,18,
    25 44:11
    46:10
    48:25
    49:16
    51:4
    53:5,18,
    21,25
    54:25
    55:3,5,8
    56:18
    67:15
    75:9

105:7,14
108:13
147:2
150:20,
21,24
151:4
154:9
155:4,6,
23
160:16,25
162:20
163:4,20,
22
164:13,14

music-
related
    17:19

musical
    7:13
    22:13
    30:24
    38:3,9,11
    39:16
    87:4 93:2
    95:4
    104:23
    106:22
    107:15,25
    108:25
    109:16
    114:20
    129:25
    148:18
    160:17
    161:5
    165:11

musician
    63:13

musicologic
al
    34:24
    56:4,13
    65:19
    66:6
    81:9,11



88:11
108:11
155:13
161:7
162:8,15
163:18
164:8,12

musicologis
t
40:16,21,
23,25
41:2
42:18,21
43:4 88:9

musicologis
ts
41:15,24

musicology
14:9
15:19
41:6,8
42:6,9
57:24
160:21,22
161:24

———————

N

names
6:23

Naples
34:2

Napoleon's
34:3,6

narrate
129:13

narrative
129:18

narratives
38:19

nationals
55:18

natural
11:6
149:15,19
150:25
151:23
152:12,19
153:11

nature
12:15
51:17
93:15

Neapolitan
35:22

nearby
132:24

needed
79:13

Needless
75:20

Nguyen
5:10

nice
34:15
46:5
49:24

Night
87:5
101:5,19

nine-
measure
128:3

nine-page
59:8 61:2

ninth
126:25
127:5,23

nodding
21:13

nonetheless
158:15

normal
10:4

Northern
52:19

Notary
6:4
100:12

notation
39:19
106:12,22
107:15
108:2,25
109:16

notations
146:15,18

note
46:6,7
92:24
104:9
115:14
116:13,
14,20
117:10
118:18
120:20
121:10,11
122:4
137:14
141:15
143:23
153:4

noted
100:3

notes
23:20
38:21
115:3
116:2,9,
24 117:3,
4,10,23
118:3,8,
11,16,24
121:7
122:2

124:10
132:3
133:17,20
136:11
137:2
138:11
139:23,24
141:24
142:12,
15,18
143:7,11
148:22
149:10
153:24,25
154:14,15
159:18
163:8,9
164:21,24
165:3
166:7,9,
22,25
167:5,6,
14,18,19
168:14,19
169:2,4,9
170:10,
14,15,18
171:18

noting
97:12

Notwithstan
ding
81:23

November
74:13

number
4:3 39:15
48:8 60:6
100:7
120:6
127:17,24
145:24
173:4

numbered

86:23

numbers
79:9,12,
13 92:18
127:22
133:2

———————

O

O-1
19:14

oath
8:22,25

Object
66:11
67:3,11,
22 68:4,
8,21,25
69:6
70:5,13
71:6,11,
16 72:2,
8,13,25
73:8
77:21,23
78:7,17
80:25
81:21,22
82:11,23
83:9,17,
22 86:19
88:8,21,
24 89:22
90:22
92:6
93:11
94:23
97:4
98:23
99:13
105:2
108:6
109:3
124:8



BARBARA SALANI
Larball v Dua Lipa

January 19, 2024
Index: objection..past

127:13
128:9
130:21
143:3,18
150:11,15
151:20
156:16
157:16
161:15
166:13
169:11,13
170:16,23

**objection**
11:13
66:13,19,
24 71:4
90:20
108:22
158:14
159:13,21

**objections**
48:14

**objective**
81:9
86:24

**objectively**
57:5
65:25
67:13
87:22

**objects**
11:17

**obligation**
64:10

**obtain**
67:24
73:7

**obtained**
16:24

**office**
5:17

**omitted**

48:13
130:15

**online**
77:25

**opening**
92:24

**opera**
33:23
34:11,17,
18 35:4,
5,10,20
36:2,19
37:13
40:4,18
41:19
42:24
89:4

**operas**
34:11,21,
23 35:9
36:10
37:7,25
89:5

**opine**
94:18
96:21

**opining**
95:10
97:17
99:2

**opinion**
68:24
79:22
88:6,14
143:17

**opinions**
84:2,10

**opportunity**
11:14
27:4
31:19
32:5
50:15

65:24
76:2

**opposed**
132:20

**oranges**
89:14

**orchestra**
31:3,6,8

**orchestral**
30:7

**orchestration**
38:14

**order**
27:5
36:16
50:3
165:18

**original**
93:2
115:5
170:4

**originality**
91:23
92:3

**outline**
172:5

**Owlingua**
50:11,12,
14

**ownership**
93:17
94:7
123:16

———————

**P**

———————

**P-R-O-P-E-**
**D-E-U-T-I-C**
46:16

**p.m.**
99:18,19
100:3,5
145:19,22
172:23
173:2

**pages**
112:2
169:24

**paid**
32:13
52:17
57:2,4,5,
8 64:16

**Paisiello**
34:13

**Palm**
55:2

**pandemic**
50:20

**paragraph**
86:21,23
88:3
91:20
92:21
94:12
96:12,25
97:9,15,
22 101:5,
10,13
106:15,
16,17
114:19,24

**paragraphs**
86:22

**parallel**
24:21

**Pardon**
42:11
68:17

**Parodies**
95:6

**parody**
95:6,12

**part**
41:11
46:10
50:12
51:14,16
57:22,25
62:12
64:5,7
69:25
99:4
108:8,15
109:8,10,
12,15
111:19
117:8
125:21
126:7
129:16
157:15
160:20
161:6

**participate**
65:10
80:23

**partner's**
54:5

**parts**
37:18

**party**
12:6

**pass**
22:14
23:12
44:16

**passages**
91:2

**password**
47:17

**past**
96:9



Pat
    4:21 5:5

pattern
    92:22
    115:3,14,
    19 116:21
    123:5
    139:22,
    23,24
    148:21
    171:18

patterns
    38:12,13

pause
    12:21
    47:18
    152:2

pay
    52:14

paying
    52:11

pedagogical
    27:3

pen
    115:11
    119:23

penalties
    9:2

pending
    9:11 63:7

perceives
    162:21

percent
    93:16
    123:16

Perfect
    61:11

perform
    20:19
    21:12,14
    169:17

performance
    16:21
    18:9,24
    28:20
    43:10

performances
    30:7,8

performed
    31:2

performer
    13:7

performing
    19:15
    20:7,21
    21:11,12
    22:8
    28:20
    29:3 54:6

period
    22:7 23:5
    25:25
    28:23
    30:10

perjury
    9:2

permissions
    95:8

person
    27:19
    42:23
    68:14

personal
    94:6

personally
    73:12
    106:5

perspective
    62:10
    164:3,5

Ph.d.

14:8,16
15:16
16:16
24:11
28:12
33:20
53:12
54:19
56:10
64:3,4

Ph.d.s
    26:8

Philadelphia
    19:7 43:9

phone
    68:12,15

phrase
    98:11
    129:25
    130:7
    132:13
    160:18

phrases
    123:10

pianist
    165:16,23
    169:20,24

pianists
    171:2

piano
    16:21
    18:24
    21:12
    22:8,12
    23:2,6,14
    28:20
    29:3,4
    31:8 43:9
    44:3,6,12
    45:23
    46:17,18
    47:7

48:21
55:21,22
168:15
169:7

pianos
    31:3

pickup
    119:2,4
    132:2

piece
    108:14,15

pieces
    20:19
    44:21
    94:14
    97:12
    111:15
    158:4,16,
    20

Pietro
    33:24
    36:8

pitch
    116:8,16
    120:18
    140:21
    142:18
    144:2
    147:2

pitches
    116:17
    139:8,19,
    21 140:5,
    8,24
    141:13,
    20,23,24
    142:3,11,
    13 144:6

place
    87:12,15
    159:21

plaintiffs
    4:22 7:12

platform
    60:14

play
    23:14
    49:18
    164:20

playing
    168:14
    169:5,6,8
    170:14

point
    9:7 11:11
    68:7
    70:16
    110:13
    173:5

pointed
    61:15
    144:10

points
    98:10
    138:19

political
    35:14

pop
    151:4

popular
    97:9
    150:20,
    21,24

portion
    48:11
    112:21
    119:13

portions
    38:2
    39:21

pose
    11:13

position
    50:9



positioning
  94:13
  158:3,16
post
  74:4,9,
  12,23
potential
  25:18
  76:15
potentially
  29:5
  64:22
practice
  150:17,18
  165:25
practices
  87:25
preceding
  36:6
precisely
  19:2
  74:15
prepare
  13:9
  22:22,23
  27:17
  76:12,19
  106:2
prepared
  13:10,13
  77:15
  113:24
preparing
  23:18
  76:9
  84:15
prescriptio
n
  10:9
present
  22:4

28:23
29:8
30:11
50:10
76:18
presented
  7:17
presenting
  59:7
preserving
  66:18
president
  55:2
pretty
  62:18
  70:15
prevent
  9:18
previous
  69:17,19
  170:20
previously
  100:12
print
  46:5
  77:19
prior
  13:13
  85:3
private
  28:17
privately
  29:4
problem
  9:24
  137:9,12
  171:13
procedure
  7:8
proceedings

152:2
proceeds
  104:10
process
  7:6 10:25
  11:7
  14:11,17
  165:14
production
  78:24
professiona
l
  32:17,20
  54:22,24
professor
  17:18
  50:9
proffered
  7:21
  105:24
profile
  53:13
profit
  95:9
program
  15:23
  16:16,18
  23:11
  43:15
  51:8
  127:14
progress
  14:22,24
  15:2 27:6
  50:3
progression
  144:25
progression
s
  123:2
  135:24

144:12,16
prominent
  150:7
prompted
  63:9
pronounce
  49:9
  169:25
pronouncing
  59:9
propedeutic
  46:3,10,
  15
proper
  87:15
  105:20
properly
  8:17
properties
  53:4
protectable
  92:25
  93:6
protected
  97:10,13
protections
  95:6
provide
  26:6
  44:13,14
  68:2 71:2
  112:15
provided
  12:14
providing
  86:17
public
  6:4 97:12
  100:12

publication
  43:17
publication
s
  43:13
published
  43:15,21
  53:18
  62:25
publisher's
  171:7
publishing
  4:6 47:14
  49:5
Puccini
  40:21,22
  42:15
  161:8
purports
  74:8
purpose
  164:14
put
  10:14
  44:22
  48:9
  59:25
  71:20,24
  79:7,9
  92:18
  96:16
  103:21
  109:24
  110:15
  130:5
  142:24
  143:4
putting
  60:18
  127:6



**Q**

qualifications
96:20

qualified
87:16
93:5
94:17
95:10
97:16
99:2

question
8:2 9:11,
13 11:2,
19,21
18:22
21:3,10
28:10
48:12,20
66:17
78:12
79:12
81:3
83:10
84:11
89:24
90:9
93:25
105:3,11
107:20,22
108:19,
21,23
109:5
129:5
147:5
150:22
166:16
172:12,
14,18

questioning
159:22

questions
6:19 7:7,
22 8:16
11:13
70:8,10
71:14
76:8
137:7
173:7

quote
75:7
86:24
92:21
94:13
95:3
97:10
114:20
115:2
129:23

**R**

range
45:13

rate
10:3 57:7

Raton
16:13
18:17

reach
27:9

read
31:24
62:5,9,13
63:24
65:18,25
66:4 68:9
90:14
96:11
142:10

reading
23:20
158:10

readings
161:17,19

ready
16:6,9
26:13
35:21
60:20

real
32:19
53:3
129:19

reality
131:25

realized
156:5,6

reason
15:25
17:15
89:15

reasons
98:25

recall
69:10
82:10
126:15

receive
52:12

received
17:11
18:23
42:19
80:11

receiving
72:18

recently
90:12,13,
14

recess
48:4
99:19
145:20

172:24

recitative
34:25

recognize
79:8,14

recollectio
n
74:17

record
4:15,18
8:15
47:21
48:2,6,10
91:4
99:18
100:5
137:24
142:8,11
144:6
145:19,22
146:8
147:12
156:18
160:13
172:23
173:2,9

recording
106:22
107:25

rectangle
140:18

red
115:11,12
119:23
131:14,
18,21
133:16
138:20,
23,25
139:14,15
140:19
148:2,4

refer

101:14,
18,25

reference
101:4,10

referred
157:4,5

referring
107:6

reflected
113:21
122:14

reflecting
127:11

reflective
167:19

reflects
34:19
62:11
91:21
168:14

reform
34:15

refresh
74:17

region
33:25
35:8
50:23,24
51:6

regional
55:16

regions
50:21,22
51:14

reiterated
154:24
155:3

reiteration
159:9,17

related



28:24
29:5,7

**relationship**
35:24
38:20
58:6
73:18
92:23
135:14

**relative**
92:12
110:10
135:15,16
151:17

**relevant**
143:2,16

**remarked**
142:14

**remember**
31:11,16
63:3
66:14
68:5
69:14
70:19
71:12,17
72:3
73:2,3
74:2,14
78:8,18,
19 82:24
114:3

**remove**
123:23,25

**repeat**
21:10
56:25
78:12
83:10
89:23
105:3,10
115:19
138:2

143:24
154:13,22
155:2,3
164:20,23
165:2

**repeated**
115:3,14
116:24
117:4,10,
23 118:3,
7,24
133:17,20
141:15
142:15,18
170:10

**repeating**
116:8
166:9

**repertoire**
44:7

**repetition**
148:18,20

**rephrase**
29:2
84:11

**replicated**
106:21
107:24

**report**
13:11
57:6,9
63:5
65:5,19,
20 66:4,
7,9,21,23
67:9,21
68:3,6,9,
20,24
69:4,13,
15 70:4,
9,11,17
71:2,9,
15,21,25
72:6,12,

23,24
76:4
77:9,13,
16,20
80:19,20,
23 81:9,
12,18
82:5,8,
14,15,18,
21 83:6,
14,21
84:9,13,
18,21
85:2,9,
10,14
86:6,25
87:12,16
88:10,18
89:13
90:4,15,
18,21
91:3,11
96:17
98:14,20
99:8
100:24
102:6,11,
17 103:7,
17
104:19,22
105:5,12,
20 106:21
107:16
108:4
109:13
112:10,
20,24
113:4,8,
10 114:4,
18 117:16
119:14
122:18
124:3,13,
16 127:25
129:22
130:15
131:8

134:4
145:13
148:13,16
158:2,10

**reporter**
4:12,25
5:22 8:24
47:11,18,
22 60:4
127:21
172:19

**reports**
72:7
78:5,14

**represent**
79:15
153:24

**represented**
8:3

**representing**
4:13

**represents**
13:5,6
62:20

**REQ**
78:20

**request**
78:24
79:3
173:8

**required**
14:10

**requirement**
91:23
92:3,4

**requirements**
41:4
92:11
95:8

**research**
50:24
89:7
95:20,21,
22

**resemblance**
38:7

**resolve**
154:8

**respect**
9:21
10:15
13:25
45:12
58:12
75:21,22
95:11
96:20
102:9
103:7,14
104:17,18
112:7
124:2
128:12
131:23
138:17,20
139:7
147:13
148:17

**respond**
79:3

**rest**
96:11
118:17,21

**resumed**
100:11

**retained**
25:6,24
27:25
28:5,10,
14 65:16
81:20
82:9,22
83:7,15



**review**
31:20
68:3 71:3
77:7,12
79:3

**reviewed**
79:18
82:8
84:9,14

**reviewing**
82:4

**reviews**
62:4

**rhythm**
118:16
120:19,20
144:15,
21,22,23
145:2,6
155:24
161:13

**rhythmic**
9:25
38:12
92:22
116:16
123:5,8
139:22

**rhythms**
112:25
113:9

**rigorous**
97:23

**role**
7:21
86:14,15
91:9 93:6
96:21
97:16
99:3
162:20
163:19,22

**romantic**
45:9

**root**
153:19
154:11

**Rossini**
34:12
36:8

**roughly**
30:10

**round**
159:22

**Royal**
24:7
25:7,9,24
26:6,18
27:15
44:11,19,
20 48:25
49:16
55:4

**rudimentary**
165:14

**rule**
10:24
34:3
35:7,11

**rules**
7:6 8:8,9

**résumé**
14:14

_____

_____
S
_____

**salani**
4:5 5:1
6:1,2,10,
11,24 7:1
8:1 9:1
10:1 11:1
12:1,18,
22,23

13:1,3,4
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1,4
53:1,19
54:1 55:1
56:1 57:1
58:1,4
59:1,3,7
60:1,6,7,
22,24
61:1,4,12
62:1 63:1
64:1 65:1
66:1
67:1,17
68:1 69:1
70:1 71:1
72:1 73:1
74:1,4,7,
9 75:1
76:1,4,6
77:1
78:1,22
79:1,8
80:1 81:1
82:1
83:1,25
84:1 85:1
86:1 87:1

88:1 89:1
90:1,21
91:1,11,
12 92:1
93:1 94:1
95:1 96:1
97:1 98:1
99:1
100:1,10,
25 101:1,
2,3 102:1
103:1
104:1
105:1
106:1
107:1
108:1,17
109:1
110:1
111:1
112:1
113:1,14
114:1,7
115:1
116:1
117:1
118:1
119:1,9,
12,13
120:1
121:1
122:1
123:1
124:1,3
125:1
126:1
127:1
128:1
129:1
130:1,25
131:1,4
132:1
133:1
134:1
135:1
136:1
137:1

138:1
139:1
140:1
141:1
142:1
143:1
144:1
145:1,25
146:1,5,
11,12
147:1,14,
17 148:1,
8,11
149:1
150:1
151:1
152:1,5,8
153:1
154:1
155:1
156:1
157:1
158:1
159:1
160:1
161:1
162:1
163:1
164:1
165:1,10
166:1
167:1
168:1
169:1,19
170:1
171:1
172:1
173:1

**Sands**
4:21 5:3

**Sandy**
73:11

**satisfies**
91:22



**scale**
  133:25
  134:2,3,
  6,11,25
  136:6,8,
  11,13,17
  138:10
  139:2,11,
  12,13,25
  140:13
  147:2
  149:2,5,
  8,11,12,
  14
  150:12,25
  152:13,
  20,25
  153:20,25
  154:5,18,
  19,21
  155:7,8,
  10
  159:11,
  14,15,16,
  17
  164:18,21
  165:8,11,
  15 166:21
  168:7
  169:10
  171:20

**scales**
  139:5
  164:20
  165:6,18
  166:7
  171:22

**Scarlatti**
  45:4

**Schirmer**
  171:7,9

**school**
  18:7
  24:18,19,
  20,22,23

**25:20**
  27:7

**science**
  41:3

**scientific**
  164:7

**scope**
  81:22
  87:20

**score**
  35:17,18,
  19 36:12

**section**
  15:15
  38:6
  42:25
  45:8
  167:23

**sections**
  124:19

**selling**
  171:6,7,
  14

**semester**
  16:3
  51:13,15,
  16

**send**
  26:13
  73:6 78:4
  80:22
  81:2,18
  85:14

**sense**
  38:15
  41:5,22
  57:22

**sentence**
  91:20,21
  92:2,20,
  25 94:13
  95:17

**96:9**
  98:12,17
  117:9
  119:3,16
  159:6

**sentences**
  117:2,13

**sequence**
  74:18
  167:25
  169:9

**series**
  7:22
  19:17
  21:21

**Serra**
  40:9
  63:21
  75:25

**service**
  65:11

**session**
  45:5

**set**
  127:23

**setting**
  12:12

**seven-note**
  153:25

**shaking**
  8:11

**share**
  51:5
  123:4

**sharp**
  150:3
  153:17

**sharps**
  151:10
  152:11

**show**
  85:8
  90:24
  122:22
  161:11

**showed**
  82:20

**showing**
  112:10

**shows**
  91:20

**Sibelius**
  39:18
  106:13
  126:22

**sic**
  53:10

**sides**
  160:10

**signature**
  110:11
  135:25
  136:2
  149:2
  151:11

**signatures**
  110:2,5,7

**significant**
  87:4

**Silberberg**
  5:8,11

**Silvio**
  4:10

**similar**
  38:21,22,
  25 39:2,
  3,11,24
  148:3

**similaritie
s**
  66:3 87:4

**102:18**
  123:2

**similarity**
  111:25

**similarly**
  97:22
  102:16
  103:2

**simple**
  108:23

**singer**
  31:10
  125:23

**singers**
  124:25
  132:15

**singing**
  125:23

**single**
  8:12
  144:6

**sister**
  34:6

**skills**
  44:12

**slides**
  46:5

**slight**
  115:4,13,
  23 116:7
  117:24
  118:20

**slow**
  69:7

**small**
  129:12

**socialize**
  58:16

**society**
  56:4,13,



17 162:21
163:23,24
164:13,15

sociologica
l
35:14

software
39:18
106:12

solfege
23:8,19

soliciting
68:23

Solutions
4:14

song
31:2,5,9,
11 47:4
92:2
93:17
95:5
101:5
108:9
116:3,5
124:23
125:22,23
129:18,19
131:11
132:15,16
150:5
154:24
157:14

songs
41:21
49:18
66:3
67:14,16
69:20
82:2
87:22
93:18
97:9
106:11
107:11,13

110:6,9
124:20
127:11
129:24
130:5,7,
9,16
157:10,
18,23

sons
17:25

sooner
80:7

sound
38:19

space
140:14

speak
90:18

speaking
102:6

special
163:10

specialist
4:11

specializat
ion
43:4

specialized
42:9,10,
12

spell
40:12,13
46:12,14

spits
127:15

spoke
64:21

sponsors
19:17,19

spread

89:8

stable
10:3

staff
119:17,18
131:11
133:2

start
17:16
80:6
94:14
117:15
120:5
126:25
128:7
130:6,9,
12
132:12,15
142:16
143:25
157:18
158:3,16,
19,20
165:8
168:24

started
18:8
66:5,6
80:8,10
86:5
157:19
163:8

starting
45:2,22
97:9
105:20

starts
106:17
115:2
119:15
124:24
125:22,23
132:7
142:17

144:2
157:6,8,
22

state
4:17
84:13

stated
90:7
123:17
130:16

statement
84:2

states
14:20
17:24
18:2,6,
13,14,19,
23 19:6,
9,20
24:12
30:13
55:16
85:3
126:4

stay
143:20

steal
166:12

step
11:4
22:25
55:19,25
133:23,25
134:2
136:6
137:4
153:8,12,
15 159:18

stepped
142:15

steps
134:3,6
135:2

136:17
138:10
139:2,6,
12,13,25
140:13
147:2
149:6
152:20,25
168:7

stick
110:12

stop
143:22

story
129:13

Strade
59:9,11
63:25

straight
115:18

stricken
158:12

strike
67:18
88:12

strikingly
38:21
39:2,3

structure
37:21
38:13
155:25
157:15
161:6,13

structures
103:4

students
22:13
25:7,13,
20 26:5,
13 27:5
44:6,10,



14  45:12
46:21,22
47:2
48:22
50:16
52:13
55:12
164:19
171:11

studied
21:17

studies
14:8,9,17
15:17,19
17:13
27:6
32:24,25
33:13
36:16
50:3
89:3,11
108:11
155:13
162:16

studio
26:12
45:18

study
96:6

studying
32:23
42:25
57:23

subject
20:12
43:13,18,
24  95:7
173:12

subjects
17:19
20:12,13
22:13
23:9,11
27:20

29:5

submitted
13:11
67:10

subsequent
144:11

subsets
41:7

substance
32:2
72:23

substantial
62:12
158:17

substantial
ly
94:15

success
93:4

sued
12:8

sufficientl
y
6:17

suggest
128:7

suggestions
71:20,24

suing
7:12 12:7

sung
124:24

superior
55:15,17

supported
19:15

suppose
81:7

supposition

123:24

survey
151:4

Susanna
49:19

suspended
52:22

swear
5:23

Sweet
96:10

sworn
6:4
100:12

syllable
92:23

syllables
38:21
129:15

symbiotic
92:23

Symphony
19:12
30:5,15
32:10,12
162:12
163:8,11

syncopation
115:4,13,
16,24
116:9,11
117:24

system
26:11,19,
21,23

—————————
     T
—————————

tachycardia
9:25

taking
9:14,21
10:18
15:16
23:17
117:7

talk
33:19
50:7
59:21
88:18
89:18
105:17
114:19
117:21
122:25
134:3
156:7
162:3,11
164:18

talked
72:14
107:7
114:4
148:25
155:24
160:22

talking
23:3
30:10
89:4
107:5
130:3
131:24
134:15,21
143:9,10
146:24
156:21,
22,23
157:2,3,4
160:23
167:4
169:2,7

talks
53:17

Tampa
55:16

taxes
52:11,15

teach
25:7,25
26:12
27:3,4
28:2,6,
11,15
32:24
33:3
44:3,5,15
45:25
48:22
50:15
164:19
168:22

teacher
13:7
25:12
28:18
161:10

teachers
26:24
44:15
54:25
55:3,6
59:18

teaching
17:18
22:10,12
23:2,6
29:4
44:10
46:4
50:9,11,
18

technique
44:12
165:20,21
168:24
171:2,3



**telling**
69:18
108:11
109:21

**tempo**
92:24

**ten**
80:8
124:5

**tendency**
154:8

**term**
40:23
162:15,16

**terms**
25:17
76:9

**terrific**
12:2

**testified**
6:5 12:10
100:13

**testify**
10:19

**testifying**
93:20

**testimony**
8:15 9:19
13:11
57:6,9
65:4,5
76:4,10,
15 77:9
85:3
106:20
125:24

**text**
124:24
129:19

**thematic**
91:21

**theme**
95:4
143:5

**themes**
36:4

**theory**
23:20
43:13,18,
25 44:12
53:21,25
56:18
150:16
160:16,
21,25

**therefor**
84:3

**thereof**
38:3

**thesis**
14:7,8,12
64:5

**thing**
35:23
60:3 62:5
109:9
111:19
129:14
130:18
138:13
152:23
155:9
162:2

**things**
13:20
14:3 29:9
32:4
34:16
35:8,13
36:4,15
37:5
41:17,19,
21 49:19,
25 52:25
61:20

69:13,22
90:18
156:4
161:14
170:5

**thinking**
116:17
118:16

**thirteen**
124:6,10

**Thompson**
49:12,13

**thought**
29:24
30:3
111:13,18
116:17
143:6

**three-page**
12:18
13:2 74:8

**tie**
116:9
120:15,16

**time**
4:16 9:7
11:11
12:4 16:2
19:3,14
21:8
22:3,7
23:4
25:25
28:22
30:9,12
34:2,12,
14 36:2,5
38:16
48:2,6
55:19
57:4,11,
18,20
61:16,17
68:7

72:5,24
81:5
82:7,19
89:14
96:3
99:15,18
100:3,5
111:14
119:15
145:16,
19,22
156:21,25
170:6,11
171:19
172:23
173:2

**times**
159:22
168:19

**title**
161:25

**tock-ah**
166:9,10

**today**
4:23 7:10
8:4 9:20
10:6,19
72:6
76:11
160:23
161:14

**told**
43:5
57:16,23
67:5
72:14
73:19,21,
23 79:19
93:25
94:10
111:21
123:23,25
163:19

**tonic**

104:5,7
144:19
154:6

**top**
74:23
80:2 95:3
104:13
131:11
140:13
149:5,12

**topic**
33:22
34:8
68:19

**Toronto**
26:10
27:17

**total**
57:10

**totally**
61:17
160:12

**track**
106:18
107:4,15,
17,23,24
108:2,24
109:15
130:17

**tracks**
107:5

**trained**
41:16

**training**
23:9,19

**traits**
119:19

**transcribe**
38:10
102:11
166:19
167:9



transcribed
    8:13,17
    36:18,23,
    25  37:4,
    5,9,25
    38:4,5
    39:17
    130:8,10

transcript
    31:15,20

transcription
    35:20
    113:25
    122:15
    140:3
    149:5
    152:17
    168:12

transcriptions
    102:17
    105:18,
    19,23
    106:3
    109:25
    110:10
    112:9
    122:9
    124:20
    127:10

translate
    60:15

translation
    60:2,8
    61:13,22

transpired
    82:7,13,
    19

transposed
    139:9

trip
    50:20

true
    130:2,20,
    22  158:19

Tuscany
    22:23
    53:5

twelve
    124:6

type
    42:18

types
    41:24
    165:6

typical
    36:5

——————————

U

U.S.
    45:19

uncle
    30:25

understand
    6:19  7:24
    9:3
    11:10,24
    15:9
    25:16
    41:23
    42:22
    58:24
    69:13,15
    76:3
    81:25
    82:3
    85:21,23
    89:9
    125:2,5,
    8,11
    141:5
    155:21
    156:9,17
    161:24

162:25

understanding
    20:5
    26:16

understood
    8:18
    70:15

unique
    92:25

uniqueness
    114:20

United
    17:23
    18:6,13,
    14,19
    19:6,9,20
    24:12

university
    16:13,19
    18:9  19:2
    27:14
    40:16,19
    42:7,21
    43:9  50:8
    59:17

unknown
    75:7

unpublished
    36:21
    38:2

unrelated
    32:18

upbeats
    121:3,8

update
    13:18

updated
    13:21

updating
    15:3

upper
    119:17

upwards
    104:10

URLS
    53:9
    54:12

——————————

V

variation
    115:22,23
    116:16,20

variations
    115:4,13
    116:7
    117:24
    118:20
    122:20
    123:9

veins
    34:22

Venezolana
    30:25

Venezuela
    17:11,12

verse
    125:9,16,
    22  157:7,
    8,14,18,
    21,22
    158:21,
    22,23

verses
    156:23
    157:10

version
    59:4
    60:23
    61:2
    62:10
    91:12

versions
    60:11

versus
    4:6

Viareggio
    22:22

vice
    55:2

video
    4:11  8:14

video-
recorded
    4:4

videos
    67:14,15
    107:7,10

view
    150:10

virtual
    50:20

virtually
    123:10
    124:17

Virtuoso
    165:23
    169:20,24

visa
    19:14

vitae
    12:22
    15:5

vocal
    125:17,25
    126:2
    128:12

vocals
    129:10,
    13,14
    156:14

voices



128:14

**volume**
108:13

―――――――――

**W**

―――――――――

**wait**
137:24
158:6
160:10
173:12

**waiting**
14:6
53:11
54:14,19

**waiving**
48:13

**walk**
90:25
91:2
119:23
120:3

**wanted**
17:13,17
18:2
57:24
62:8 81:7
89:13
95:25
96:4
138:16
143:4

**ways**
171:22

**website**
53:11,12,
16,17
54:20

**websites**
53:8
54:11,12

**week**
50:23

**weeks**
82:10
83:2,3,4
85:24

**weight**
97:25

**well-
prepared**
42:23

**WG**
93:15,19

**WG's**
92:24

**whatsoever**
112:10
135:2

**white**
168:14,18
169:10

**wife**
34:5
58:14

**wife's**
58:18

**Wiggle**
69:20
87:5,22
101:5,18,
19,20
103:22
111:12,17
112:11
113:5
114:12,18
122:13
125:15,18
126:3,9
128:13
134:13,14

**Wiggles**
110:25
111:10,11
112:7,21
113:2,9
119:18,25
122:14,23
124:7
134:17
156:13

**withdrawn**
17:22
67:25
82:6

**word**
8:12
19:18
38:24
161:5,12

**words**
11:17
75:3
124:18
126:5
130:13
159:24

**work**
17:18
19:4,20
20:23
21:22
22:5
28:22,24
29:7
30:24
33:14
56:23
57:2

**worked**
28:17

**working**
14:7
17:16
19:12

30:15
36:15
52:22
57:17

**works**
7:6 30:23
37:2,12
42:24
55:12
64:15
102:12,19
103:16
104:19
112:17
136:19

**world**
31:7 75:9

**worldwide**
93:17
123:16

**worth**
97:11

**write**
59:16,19
62:23
63:9,12,
13,24
66:7
75:10
115:15
126:21
127:25
131:10,15
132:18,22
135:19
136:5,22
137:14,19
140:7
141:14,15
142:2
149:4,12,
20,22
150:24
151:7

152:24
153:7
159:3
167:23

**writing**
57:6
71:15
75:5
127:9
137:3,8,
18 146:21
149:8
154:9

**written**
43:12
59:23
64:20
65:20
94:10
107:19
135:21
163:5,6

**wrong**
105:11
159:4

**wrote**
59:20
61:5,8,9
62:11,24
63:4
64:24
65:4,21
68:7 71:9
75:15
107:22
170:5

―――――――――

**Y**

―――――――――

**year**
18:10

**years**
18:3 54:7
83:2



**yellow**
   167:3

**yesterday**
   77:6

**York**
   4:8

**younger**
   45:21
   46:21,22
   48:22

---

**z**

---

**Zoom**
   5:16
   68:16,18,
   20 69:4
   70:11,18
   72:11,24

---

**é**

---

**études**
   44:13

