# EXHIBIT D

## In the Matter Of:

## LARBALL PUBLISHING Co. vs DUA LIPA

CV 1872

---

# CHARLES CALELLO

*January 23, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

1

2                    UNITED STATES DISTRICT COURT

3                   SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------x

5    LARBALL PUBLISHING COMPANY,
     INC. and SANDY LINZER
6    PRODUCTIONS, INC.,
                      Plaintiffs,        Case No.
7              v.                        22 CV 1872
     DUA LIPA, JONATHAN LYNDALE
8    KIRK ("DA BABY") d/b/a BABY
     JESUS PUBLISHING, BOSCO KANTE,
9    CLARENCE COFFEE JR., SARAH
     HUDSON, STEPHEN KOZMENIUK, EMI
10   MUSIC PUBLISHING (US) LLC,
     UNIVERSAL MUSIC CORPORATION
11   and WARNER MUSIC CORP.
                      Defendants.
12   ------------------------------x

13

14               DEPOSITION OF CHARLES CALELLO

15                    January 23, 2024

16

17

18   Reported by:

19   MARY F. BOWMAN, RPR, CRR

20   JOB NO. J10764535

21

22

23

24

25



1

2

3

4

5                          January 23, 2024

6                          10:00 a.m.

7

8

9            Deposition of CHARLES CALELLO, held

10   at  Mitchell Silberberg & Knupp, LLP,

11   437 Madison Avenue, New York, New York, before

12   Mary F. Bowman, a Registered Professional

13   Reporter, Certified Realtime Reporter, and

14   Notary Public of the States of New Jersey and

15   New York.

16

17

18

19

20

21

22

23

24

25



1

2                        APPEARANCES:

3

4    BROWN LLC

5    Attorneys for Plaintiffs

6          111 Town Square Place 400

7          Jersey City, New Jersey  07310

8    BY:  ERIC SANDS, ESQ.

9          ZIJIAN "COCO" GUAN-BROWN, ESQ.

10

11

12   MITCHELL SILBERBERG & KNUPP, LLP

13   Attorneys for Defendants

14         437 Madison Avenue

15         New York, New York

16   BY:  BRADLEY MULLINS, ESQ.

17         JAMES BERKLEY, ESQ.

18         CHRISTINE LEPERA, ESQ.

19         ELAINE NGUYEN, ESQ.

20

21   Also Present:

22         Silvio Facchin, Legal Videographer

23

24

25



```
                              Calello

 1
 2        THE VIDEOGRAPHER:  This is the media          10:19
 3   labeled number one in the video-recorded          10:19
 4   deposition of Charles Calello in the              10:19
 5   matter of Larball Publishing Company,             10:19
 6   Inc., et al., versus Dua Lipa, et al.            10:20
 7        This deposition is being taken in           10:20
 8   New York City, New York on January 23,            10:20
 9   2024.                                             10:20
10        My name is Silvio Facchin.  I'm the         10:20
11   certified legal video specialist.  The           10:20
12   court reporter is Mary Bowman.  And we are        10:20
13   both representing Esquire Deposition              10:20
14   Solutions.                                        10:20
15        We are now going on the record.  The        10:20
16   time is 10:20 a.m.                                10:20
17        Counsel, please state your                  10:20
18   appearances for the record.                       10:20
19        (Whereupon, counsel placed their            10:20
20   appearances on the audio record.)                10:20
21        THE VIDEOGRAPHER:  Will the court           10:20
22   reporter please swear in the witness.            10:20
23                  - - - -                            10:20
24
25
```



1                        Calello

2  CHARLES CALELLO,                                      10:20

3      called as a witness by the defendants,          10:20

4      having been duly sworn, testified as             10:20

5      follows:                                          10:20

6  EXAMINATION BY                                        10:20

7  MR. MULLINS:                                          10:21

8      Q.    Good morning.                               10:21

9      A.    Good morning.                               10:21

10     Q.    Thank for being here today.                10:21

11           Could you please state your name for        10:21

12  the record?                                          10:21

13     A.    Charles Calello.                           10:21

14     Q.    Have you ever gone by any other            10:21

15  names?                                               10:21

16     A.    No.                                         10:21

17     Q.    And where do you currently reside?         10:21

18     A.    In Boca Raton.                              10:21

19     Q.    Would you state your address for the       10:21

20  record?                                              10:21

21     A.    23368 Mirabella Circle, Boca Raton,        10:21

22  zip is 33433.                                        10:21

23     Q.    Thank you.                                  10:21

24           Have you ever had your deposition           10:21

25  taken before?                                        10:21



| | | |
|---|---|---|
| 1 | Calello | |
| 2 | A.    Yes. | 10:21 |
| 3 | Q.    How many times? | 10:21 |
| 4 | A.    Three, four times. | 10:21 |
| 5 | Q.    When was the last time? | 10:21 |
| 6 | A.    It would be about eight, ten years | 10:21 |
| 7 | ago. | 10:21 |
| 8 | Q.    Okay.  We will come back to this and | 10:21 |
| 9 | get a bit more context, but just for now, since | 10:22 |
| 10 | you have been through this before, I am going to | 10:22 |
| 11 | give you some of the ground rules. | 10:22 |
| 12 | It might seem familiar, but just as | 10:22 |
| 13 | a refresher, this is as if you are in court. | 10:22 |
| 14 | You are under oath.  You're sworn to tell the | 10:22 |
| 15 | truth. | 10:22 |
| 16 | Do you understand that? | 10:22 |
| 17 | A.    Yes. | 10:22 |
| 18 | Q.    We are entitled to your best answer. | 10:22 |
| 19 | So please don't guess answers, but you can | 10:22 |
| 20 | estimate if you would like. | 10:22 |
| 21 | Please speak audibly, give clear | 10:22 |
| 22 | answers, no nods, no uh-uhs. | 10:22 |
| 23 | Do you understand that? | 10:22 |
| 24 | A.    Yes. | 10:22 |
| 25 | Q.    We will try not to talk over each | 10:22 |



```
 1                      Calello
 2  other.  We'll give each other a moment between        10:22
 3  question and answers.                                 10:22
 4           Your counsel may make objections, so         10:22
 5  please give them a chance to object if they           10:22
 6  would like.  But unless the objection is              10:22
 7  privilege or unless you're instructed not to          10:22
 8  answer, you should still answer the question          10:22
 9  despite the objection.                                10:22
10           We will take breaks at regular               10:22
11  times, but if you ever need a break, please just      10:22
12  let us know.  We will try to not do it while a        10:22
13  question is pending, if that makes sense.             10:22
14           Is there anything today that would           10:22
15  prevent you from giving your full and honest          10:23
16  testimony?                                            10:23
17       A.   No.                                         10:23
18       Q.   Great.                                      10:23
19           Let's go back a moment to the                10:23
20  depositions that you have previously been a part      10:23
21  of.  Okay?                                            10:23
22           You mentioned the last one may have          10:23
23  been eight or ten years ago.                          10:23
24           What was the context of that                 10:23
25  deposition?                                           10:23
```



| | |
|---|---|
| 1 | Calello |
| 2 | A.    I produced music for a company in | 10:23 |
| 3 | Florida and I had a royalty arrangement with | 10:23 |
| 4 | them.  They failed to pay the royalty | 10:23 |
| 5 | arrangement, so we had to take them to court. | 10:23 |
| 6 | Q.    So were you the plaintiff, the | 10:23 |
| 7 | person suing in that lawsuit? | 10:23 |
| 8 | A.    Yes, yes. | 10:23 |
| 9 | Q.    Correct. | 10:23 |
| 10 | Do you know the name of the company | 10:23 |
| 11 | you were suing? | 10:23 |
| 12 | A.    Smith Music Group. | 10:23 |
| 13 | Q.    Okay.  And were there any other | 10:23 |
| 14 | people suing with you? | 10:23 |
| 15 | A.    No. | 10:23 |
| 16 | Q.    Just you?  All right. | 10:23 |
| 17 | And then so that was one deposition. | 10:23 |
| 18 | What would be the deposition prior to that have | 10:23 |
| 19 | been, if you recall? | 10:23 |
| 20 | A.    In the '90s, I sued my distributor. | 10:24 |
| 21 | Q.    And what was the name of the | 10:24 |
| 22 | distributor, do you recall? | 10:24 |
| 23 | A.    I really don't. | 10:24 |
| 24 | Q.    Okay.  Have you ever been a | 10:24 |
| 25 | defendant in a lawsuit? | 10:24 |



```
 1                     Calello
 2        A.    Yes.                                    10:24
 3        Q.    And what would that have been?          10:24
 4        A.    Last year -- no, two years ago, I       10:24
 5   was sued by a friend of mine for 1.47.             10:24
 6        Q.    I feel the need to ask what the          10:24
 7   dispute was regarding.                             10:24
 8        A.    It had to do with streaming.  We        10:24
 9   both owned a master, and I was going to stream     10:24
10   it and he didn't want it streamed, so we pulled    10:24
11   it.                                                10:25
12             The owner of the streaming company       10:25
13   died, and just before it was streamed, it was      10:25
14   played twice.                                      10:25
15        Q.    Okay.                                   10:25
16        A.    It was a stupid lawsuit.                10:25
17        Q.    Were you able to resolve that           10:25
18   lawsuit?                                           10:25
19        A.    Yes.                                    10:25
20        Q.    Were you deposed in connection with     10:25
21   that lawsuit?                                      10:25
22        A.    No.                                     10:25
23        Q.    Just for the record, who would the      10:25
24   other party have been in that lawsuit?             10:25
25        A.    Do I have to tell you?                  10:25
```



```
 1                           Calello
 2        Q.    We would appreciate it for the          10:25
 3   record.                                             10:25
 4        A.    Frankie Valli and Kenny Nolan.           10:25
 5        Q.    Okay.  And they were the plaintiffs?     10:25
 6        A.    Yes.                                     10:25
 7        Q.    And you were the defendant?             10:25
 8        A.    Yes.                                     10:25
 9        Q.    Thank you.                               10:25
10              We might come back to some of this       10:25
11   but for now, we will move on.                       10:25
12              So have you communicated with anyone     10:25
13   regarding your deposition today other than          10:25
14   counsel?                                            10:26
15        A.    My wife.                                 10:26
16        Q.    Your wife.                               10:26
17              When would that have been?               10:26
18        A.    7:54 this morning.                       10:26
19        Q.    Okay.  Did you discuss the substance     10:26
20   of your deposition?                                 10:26
21        A.    No.                                      10:26
22        Q.    So other than your wife, other than      10:26
23   counsel, is there anyone else you spoke with        10:26
24   about your deposition?                              10:26
25        A.    No.                                      10:26
```



```
1                      Calello
2      Q.    The answer is no?                        10:26
3      A.    No.                                       10:26
4      Q.    Have you spoken with your counsel        10:26
5  about this deposition?                              10:26
6      A.    Yes.                                      10:26
7      Q.    Did you meet with your counsel?          10:26
8      A.    Yes.                                      10:26
9      Q.    When did you meet?                        10:26
10     A.    Ten minutes ago.                          10:26
11     Q.    So was that -- was ten minutes ago       10:26
12  the first time you met with your counsel           10:26
13  regarding this deposition?                         10:26
14     A.    Today?                                    10:26
15     Q.    In general.                               10:26
16     A.    No.                                       10:26
17     Q.    When was the first time?                  10:26
18           Regarding the deposition.                 10:26
19     A.    It was a week ago Friday in a Zoom        10:26
20  meeting and then yesterday.                        10:27
21     Q.    Okay.  I'm not going to ask you what      10:27
22  you discussed with your counsel at these           10:27
23  meetings, but just generally, do you recall how    10:27
24  long the Friday meeting would have been?           10:27
25     A.    It was scheduled for an hour, and we      10:27
```



```
 1                    Calello
 2  ran a little over.  I don't remember how much      10:27
 3  over.                                               10:27
 4       Q.   Okay.  And the meeting tomorrow --       10:27
 5  or yesterday?                                       10:27
 6       A.   I don't know, maybe four hours, but      10:27
 7  most of it, I blabbed about things.                 10:27
 8       Q.   And, again, I don't want to know         10:27
 9  what you spoke about with your counsel, but...      10:27
10       A.   That were really not related to          10:27
11  this.                                               10:27
12       Q.   Did you review any documents during      10:27
13  those meetings?                                     10:27
14       A.   Review any documents?                     10:27
15            Well, yes.                                10:27
16       Q.   Do you recall what those documents       10:27
17  were?                                               10:27
18       A.   They showed me a document I had          10:27
19  prepared, which was dated November 1, 2023.         10:27
20       Q.   Would that have been the report you      10:28
21  submitted in connection with this lawsuit?          10:28
22       A.   Yes.                                      10:28
23       Q.   Other than your report, did you          10:28
24  review any documents?                               10:28
25       A.   No.                                       10:28
```



```
 1                      Calello

 2        Q.    Are you familiar with Barbara          10:28

 3   Salani?                                            10:28

 4        A.    Yes.                                    10:28

 5        Q.    And you are aware she's also was an     10:28

 6   expert in this lawsuit?                            10:28

 7        A.    Yes.                                    10:28

 8        Q.    Was Ms. Salani present at any of the    10:28

 9   meetings you had with counsel?                     10:28

10        A.    No.                                     10:28

11        Q.    Have you spoken with Ms. Salani         10:28

12   regarding this deposition?                         10:28

13        A.    No.                                     10:28

14        Q.    Did you speak with Ms. Salani           10:28

15   regarding her deposition?                          10:28

16        A.    No.  I had no idea she was deposed      10:28

17   until I found out from counsel.                    10:28

18        Q.    When was the last time you spoke        10:28

19   with Ms. Salani?                                   10:28

20        A.    At a party at her brother's house,      10:28

21   had to be three months ago.                        10:28

22        Q.    Approximately three months ago?         10:29

23        A.    Yeah.                                   10:29

24        Q.    At that time, did you discuss this      10:29

25   lawsuit at all?                                    10:29
```



```
                          Calello
 1
 2        A.    No, well, the setting was not          10:29
 3   conducive for us to -- it was -- the              10:29
 4   understanding, if you were at the party, you      10:29
 5   would see we all hang around the kitchen and a    10:29
 6   whole bunch of people were talking.  So it was    10:29
 7   not the place.                                    10:29
 8        Q.    Understood.                            10:29
 9              You do know Ms. Salani personally,     10:29
10   correct?                                          10:29
11        A.    Yes.                                   10:29
12        Q.    How long have you known her?           10:29
13        A.    Maybe about five, six years.           10:29
14        Q.    Okay.  How did you meet Ms. Salani?    10:29
15        A.    Through her brother.                   10:29
16        Q.    And her brother's name is?             10:29
17        A.    Is Sergio.                             10:29
18        Q.    Sergio.                                10:29
19              And who is Sergio?                     10:29
20        A.    Sergio was on the board of directors  10:29
21   of the Symphonic Orchestra, and I met him when    10:29
22   they asked me if I would be interested in taking  10:30
23   over the Pops division.  And I became friendly    10:30
24   with him, and he lived down the street from me,   10:30
25   and seeing that he was worth a whole lot more     10:30
```



```
 1                      Calello                       10:30
 2  money than me and had a boat, I kept the          10:30
 3  relation going because he took me fishing.        10:30
 4      Q.    That is fair.                           10:30
 5            So at some point, you became aware      10:30
 6  that there was going to be disputes regarding     10:30
 7  the song Levitating, correct?                     10:30
 8      A.    Yes.                                    10:30
 9      Q.    Do you recall when that was?            10:30
10      A.    2021.                                   10:30
11      Q.    Okay.  We will come back to that in     10:30
12  a bit.                                            10:30
13            So you become aware of this dispute     10:30
14  in 2021.  When did you first discuss this         10:30
15  dispute with Ms. Salani?                          10:30
16      A.    When I called her and asked her if      10:30
17  she knew anybody at FAU.  I know one of the       10:30
18  professors there, Michael Zager, and if there    10:31
19  was another professor there who would be         10:31
20  interested in serving as a musicologist.          10:31
21            And I found out that she taught         10:31
22  there, and she says, Well, I could probably do    10:31
23  it.                                               10:31
24      Q.    Do you recall when that would have      10:31
25  been?                                             10:31
```



1                    Calello

2       A.    I really don't.                              10:31

3       Q.    Okay.  So when you were discussing           10:31

4  with her potentially serving as a musicologist          10:31

5  in this case, what did you discuss with her?            10:31

6            Did you explain the case to her?              10:31

7       A.    I told her it involved several               10:31

8  songs, and that -- I said I didn't know a whole         10:31

9  lot about how the procedure goes, I said, but           10:31

10  maybe you want to listen to them to see if you         10:31

11  think that this is something you would be              10:31

12  interested in.                                         10:32

13      Q.    Okay.  And then --                           10:32

14      A.    So I believe -- I'm -- I can't be            10:32

15  certain, but I believe I sent her a way to hear        10:32

16  the songs online or something like that.  I            10:32

17  really don't remember.                                 10:32

18      Q.    Do you recall if you expressed any           10:32

19  opinions you had regarding the songs at issue?         10:32

20      A.    I'm not sure.  I'm not sure.                 10:32

21            I tried not to get myself to                 10:32

22  influence her in any way because I knew that           10:32

23  they were looking for an unbiased opinion.             10:32

24      Q.    Okay.  And then did you -- after you         10:32

25  spoke with Ms. Salani and she stated that she          10:32



| | | |
|---|---|---|
| 1 | Calello | |
| 2 | might be able to serve as an expert -- is that | 10:32 |
| 3 | correct? | 10:32 |
| 4 | A.    Yeah. | 10:32 |
| 5 | Q.    Did you then suggest that to either | 10:32 |
| 6 | of the plaintiffs in this lawsuit? | 10:32 |
| 7 | A.    Yes. | 10:32 |
| 8 | Q.    And who would that have been? | 10:32 |
| 9 | A.    My friend Sandy Linzer. | 10:33 |
| 10 | Q.    Okay.  Do you recall ever -- well, | 10:33 |
| 11 | let me back up. | 10:33 |
| 12 | At the time you had spoken to | 10:33 |
| 13 | Ms. Salani about potentially serving as an | 10:33 |
| 14 | expert in this dispute, had you drafted a report | 10:33 |
| 15 | yet? | 10:33 |
| 16 | A.    Yes. | 10:33 |
| 17 | Q.    Yes. | 10:33 |
| 18 | Was your report final at that point? | 10:33 |
| 19 | A.    I really don't know. | 10:33 |
| 20 | Q.    Do you recall if you shared your | 10:33 |
| 21 | report in whatever version it was, if you shared | 10:33 |
| 22 | that report with Ms. Salani? | 10:33 |
| 23 | A.    I don't remember. | 10:33 |
| 24 | I believe that I sent a report to | 10:33 |
| 25 | Jason back in 2019 -- 2021.  So I did have a | 10:34 |



1                        Calello

2    copy, I still had my copy, my computer copy of          10:34

3    it.                                                       10:34

4         Q.    And by "Jason," do you mean Jason            10:34

5    Brown?                                                    10:34

6         A.    Yeah.                                          10:34

7         Q.    Let's back up a little bit.                   10:34

8               So in 2021, were you asked by                 10:34

9    someone to prepare a report?                             10:34

10        A.    Yes.                                           10:34

11        Q.    And who would that have been?                 10:34

12        A.    Sandy Linzer.                                 10:34

13        Q.    Okay.  And what exactly did                   10:34

14   Mr. Linzer ask you for?                                  10:34

15        A.    He said that he was contacted by              10:34

16   some -- what do they call them?                          10:34

17              I can't think of the word, but that           10:35

18   he was contacted by some people in the industry          10:35

19   that said, Hey, did you hear this song?  It              10:35

20   sounds like your song Wiggle and Giggle or Don           10:35

21   Diablo.                                                   10:35

22              So Sandy called me and he says,               10:35

23   Listen, he says, Would you do me a favor and             10:35

24   take a look at these?                                     10:35

25              So I took a look at them, and I gave           10:35



                              Calello

1                                                          10:35
2  him my opinion.                                         10:35
3       Q.    Okay.  And was that a written               10:35
4  opinion or verbal?                                      10:35
5       A.    Not -- yeah, it was a verbal opinion         10:35
6  at that time.                                           10:35
7       Q.    At that time?                                10:35
8             And when did you discuss converting          10:35
9  that opinion from verbal to written form?               10:35
10      A.    He asked me, he said, Could you              10:35
11 write out all the stuff you know about this?            10:35
12            So I never had done anything like            10:35
13 that.  The last time he asked me to do it was           10:35
14 for another song that he had written, which was         10:36
15 several years ago.  I think it was recorded by          10:36
16 Kelly Clarkson.  And I listened to the song and         10:36
17 I said, You're not going to do anything with            10:36
18 this.  I said, It's -- I said, I know of a song         10:36
19 that Earth, Wind & Fire recorded that is the            10:36
20 same.  So he dropped investigating it.                  10:36
21            So I was used to Sandy coming to me          10:36
22 with things like that.                                  10:36
23      Q.    In this -- when Mr. Linzer brought           10:36
24 up the idea of this Kelly Clarkson song, we will        10:36
25 call it -- do you understand that, what I am            10:36



                            Calello

1
2   referring to?                                          10:36

3        A.    Yeah.  It could have been -- I don't        10:36

4   really -- it could have been Kelly or any one of       10:36

5   the female singers.  I really don't recall it to       10:36

6   that degree.                                           10:36

7        Q.    Okay.  In connection with the song          10:36

8   that he brought up to you prior to Levitating,         10:36

9   okay, Mr. Linzer asked for your opinion on             10:36

10  whether you thought there might be a claim, is         10:37

11  that correct?                                          10:37

12       A.    Yes.                                        10:37

13       Q.    And your answer was that you did not        10:37

14  think there was a claim because there was a            10:37

15  different song by Earth, Wind & Fire that shared       10:37

16  the same similarities?                                 10:37

17       A.    With the previous song that he was          10:37

18  talking about that was recorded by one of the          10:37

19  female singers back -- it had to be five or            10:37

20  six years prior to this incident.                      10:37

21       Q.    Okay.  So there was another song            10:37

22  prior to the incident you were being asked about       10:37

23  that shared similar music elements --                  10:37

24       A.    Yeah, yeah.                                 10:37

25       Q.    -- is that correct?  Great.                 10:37



1                        Calello

2              And because of that, you did not          10:37

3    think there was a claim?                            10:37

4        A.    Right.                                     10:37

5        Q.    Great.  In your communications             10:37

6    with -- we will start with Ms. Salani.              10:37

7              Do you know how you communicated,          10:37

8    email, phone, combination?                          10:37

9        A.    I spoke to her on the phone and then       10:37

10   I turned her over to Sandy.                          10:37

11             And I did get a call from her when         10:38

12   she didn't get paid.  So I called Sandy and I        10:38

13   said, Did you get a bill from her?                   10:38

14       Q.    Okay.  When was that?                       10:38

15       A.    Oh, I guess it was several months           10:38

16   after I put them in touch with one another.          10:38

17       Q.    Okay.  After she had written her            10:38

18   report?                                              10:38

19       A.    I assume so.  I think that's what           10:38

20   she wanted to get paid for.                          10:38

21       Q.    Do you know if she did get paid?            10:38

22       A.    Yeah.                                       10:38

23       Q.    If you did have emails with                 10:38

24   Ms. Salani, would you be willing to produce          10:38

25   those?                                               10:38



1                      Calello

2      A.    Yes, yes.                                        10:38

3      Q.    And with Mr. Linzer, did you                     10:38

4  communicate via phone, email, text, otherwise?            10:38

5      A.    All of the above.                                10:38

6      Q.    And, again, if you had written                   10:38

7  communications with Mr. Linzer about this                 10:38

8  dispute, would you be willing to produce those?           10:38

9      A.    Certainly.                                       10:38

10     Q.    Okay.  So let's go back to                       10:38

11 discussing the report with Ms. Salani, right?             10:39

12           Did you ever discuss the drafting of            10:39

13 her report with Ms. Salani?                               10:39

14     A.    No.                                              10:39

15     Q.    Did you ever see a version of                    10:39

16 Ms. Salani's report before it being finalized?            10:39

17     A.    No.                                              10:39

18     Q.    Have you seen Ms. Salani's report at             10:39

19 any point?                                                10:39

20     A.    She may have sent it, but I don't               10:39

21 believe I ever read it.                                   10:39

22           I -- I tried to think about that                10:39

23 because -- but I don't ever remember -- I don't           10:39

24 ever remember looking at it.                              10:39

25     Q.    Okay.  Did you ever discuss                      10:39



```
 1                    Calello
 2  Beethoven with Ms. Salani in connection with        10:39
 3  preparing any of her reports in this case?          10:39
 4      A.    No.                                        10:39
 5      Q.    Ms. Salani interviewed for an             10:39
 6  article, correct?                                   10:39
 7      A.    Yes.                                       10:39
 8      Q.    Do you recall when that was?              10:39
 9      A.    Maybe a year or so ago.                   10:39
10      Q.    Okay.  Sometime in 2022, does that        10:40
11  sound right?                                        10:40
12      A.    Yeah, I don't remember -- I forgot        10:40
13  about that.  But it could have been about that      10:40
14  time.                                               10:40
15      Q.    Do you know if that was before or         10:40
16  after you were discussing this lawsuit with her?    10:40
17      A.    I don't remember.                         10:40
18      Q.    What was the highest level of             10:40
19  education you've completed?                         10:40
20      A.    I had one year of college.  And           10:40
21  that's the extent of my formal education.           10:40
22      Q.    And where was that?                       10:40
23      A.    Manhattan School of Music.                10:40
24      Q.    And do you know what year that was?       10:40
25      A.    1959.                                      10:40
```



|    | Calello                                      |       |
|----|----------------------------------------------|-------|
| 1  |                                              |       |
| 2  | Q.    And you said it was for one year,       | 10:40 |
| 3  | correct?                                      | 10:40 |
| 4  | A.    Yeah.                                    | 10:40 |
| 5  | Q.    And why did you stop attending?          | 10:40 |
| 6  | A.    All the things they taught, I            | 10:40 |
| 7  | already had learned in high school because I  | 10:40 |
| 8  | went to the first music and arts high school in | 10:40 |
| 9  | the United States.  We went to school with    | 10:40 |
| 10 | Connie Francis, Wayne Shorter, Sarah Vaughn,  | 10:40 |
| 11 | they all went to that school.                 | 10:41 |
| 12 |        And the music curriculum at the         | 10:41 |
| 13 | school, we studied theory, and the theory we  | 10:41 |
| 14 | studied in high school was more extensive than | 10:41 |
| 15 | what Manhattan School of Music was teaching.  | 10:41 |
| 16 | Q.    And what school was that?                | 10:41 |
| 17 | A.    Arts High School.                        | 10:41 |
| 18 | Q.    And where was that located?             | 10:41 |
| 19 | A.    Newark, New Jersey.                      | 10:41 |
| 20 | Q.    So other than high school and            | 10:41 |
| 21 | obviously your preceding education and this one | 10:41 |
| 22 | year of college, do you have any other formal | 10:41 |
| 23 | education?                                     | 10:41 |
| 24 | A.    I took private lessons in                | 10:41 |
| 25 | Schillinger.                                   | 10:41 |



```
                              Calello
 1
 2        Q.    And where would that have been?          10:41
 3        A.    Schillinger was originally the study     10:41
 4   that they taught at the Berkley School of Music.    10:41
 5   It used to be a Schillinger school.                 10:41
 6             The people that used the technique        10:41
 7   were people like Glen Miller, George Gershwin       10:42
 8   and my high school teacher studied it also.  And    10:42
 9   I became fascinating with the Schillinger system    10:42
10   of writing music, so I studied that for many        10:42
11   years.                                              10:42
12        Q.    Did you receive any formal degrees       10:42
13   from anyplace?                                      10:42
14        A.    No.  But over the years, I've been       10:42
15   asked by colleges to speak to the faculty.          10:42
16        Q.    Other than degrees, do you have any      10:42
17   professional certifications or licenses?            10:42
18        A.    Well, this is embarrassing.  The --      10:42
19   one of the books credits me with having more hit    10:42
20   records than any other arranger.                    10:42
21        Q.    So you consider that a formal            10:42
22   certification or more of an accolade?               10:43
23        A.    It's sort of both.  And, also, I         10:43
24   happen to be in the Vocal Group Hall of Fame,       10:43
25   but you really don't want to hear me sing.          10:43
```



```
 1                        Calello
 2        Q.    When were you inducted into that,        10:43
 3   just out of curiosity?                              10:43
 4        A.    Oh, probably early 2000, something       10:43
 5   around there.  As one of the Four Seasons, I        10:43
 6   might add.                                          10:43
 7        Q.    Thank you.                               10:43
 8              Have you had any legal training?         10:43
 9        A.    No.                                      10:43
10        Q.    And you're not an attorney, correct?    10:43
11        A.    Absolutely not.                          10:43
12        Q.    So would it be fair to say that          10:43
13   you've spent your career primarily as an            10:43
14   arranger and producer of music?                     10:43
15        A.    Yes.                                      10:43
16        Q.    Would you just explain what an           10:43
17   arranger is to me?                                   10:43
18        A.    An arranger is a person that takes a     10:43
19   song and puts it together so it could be            10:43
20   performed.                                           10:44
21        Q.    And can you just briefly describe        10:44
22   what the process would be of that?                   10:44
23        A.    I write notes on a piece of paper.       10:44
24   Those notes are copied by a copyist.  They are      10:44
25   handed to musicians, and musicians play what I      10:44
```



```
 1                       Calello
 2   write.                                            10:44
 3       Q.    And what is the starting point          10:44
 4   you're working from when you are arranging a      10:44
 5   song?                                             10:44
 6       A.    What am I going to do?                   10:44
 7       Q.    So are you presented with some           10:44
 8   initial basis for the song?                       10:44
 9       A.    Sometimes.  Sometimes they leave it     10:44
10   up to me.                                         10:44
11             For example, when I wrote the bom,      10:44
12   bom, bom to Sweet Caroline, Neil Diamond wasn't   10:44
13   looking over my shoulder.                         10:44
14       Q.    So is there already an idea of a        10:44
15   song before you become involved or does it vary?  10:44
16       A.    Songs given to arrangers and then       10:44
17   arrangers take the song and basically what they   10:44
18   do is they conceptualize how it is to be          10:45
19   performed.                                        10:45
20             For example, if a song is written       10:45
21   with basic chords, the arranger has the ability   10:45
22   to supplement the arrangement by using            10:45
23   additional chords.                                10:45
24             The arranger will then create in        10:45
25   many cases the feel of how the song is to be      10:45
```



```
 1                          Calello                    10:45
 2   performed.  And usually, usually, after the       10:45
 3   arrangement is written, it should have an         10:45
 4   emotion attached to it.                           10:45
 5              So the arranger is the one that        10:45
 6   actually creates the emotion for the singer to    10:45
 7   sing.                                             10:45
 8        Q.    Okay.  Thank you.                      10:45
 9              Do you get songwriting credit when     10:45
10   you are the arranger on a song?                   10:45
11        A.    No.  When you write an arrangement,    10:45
12   for some reason, the arrangers cannot copyright   10:46
13   the arrangement because it's on an existing       10:46
14   piece of copy-written material, the song.         10:46
15        Q.    Okay.                                  10:46
16        A.    Now, if the song is PD and I write     10:46
17   the arrangement, I can copyright the arrangement  10:46
18   of a public domain song.                          10:46
19        Q.    And when you said, "PD," you mean      10:46
20   public domain?                                    10:46
21        A.    Public domain.                         10:46
22        Q.    So there is a copyrighted or           10:46
23   copyrightable song in existence when the          10:46
24   arranger comes into the process?                  10:46
25        A.    Correct.                               10:46
```



1                       Calello

2      Q.    So how does the arranger get paid?          10:46

3      A.    Usually, by check.                          10:46

4      Q.    Is it usually a flat fee?  Is it a          10:46

5  percentage of royalties?  Vary?                       10:46

6      A.    Well, I have a -- I have a --               10:46

7  several ways of doing that.                           10:46

8            Some pay the card rate.                     10:46

9      Q.    And just before -- what would the           10:46

10  card rate be?                                        10:46

11     A.    Right now, it's 3,500 an                    10:47

12  arrangement.                                         10:47

13     Q.    So is that a flat fee for --                10:47

14     A.    Flat fee for an arrangement.                10:47

15           Then I have a family rate, which I          10:47

16  use for friends, and then sometimes I do it pro      10:47

17  bono.                                                10:47

18     Q.    So you never receive a continuing           10:47

19  royalty interest?                                    10:47

20     A.    If I produce the record.  There is a        10:47

21  difference between producing a record and            10:47

22  arranging a record.                                  10:47

23           But I am an arranger/producer.              10:47

24     Q.    So for the arrangement piece, there         10:47

25  is no royalty?                                       10:47



```
 1                        Calello
 2        A.     No royalty.                                10:47
 3        Q.     So on the producer piece, what is          10:47
 4   the producing process that you go through?             10:47
 5        A.     You find the song in most cases.           10:47
 6   You sort of convince the artist that they should       10:47
 7   sing the song because it's good for them.  And         10:47
 8   most times, they don't want to sing the song           10:47
 9   that becomes a hit, which is part of the humor         10:47
10   of our business.                                       10:47
11             And then you take the responsibility         10:47
12   of recording the vocal, teaching them the song         10:47
13   and then mixing the song and delivering it to          10:47
14   the mass -- the copyright holder who pays for          10:48
15   the session.                                           10:48
16        Q.     And by that, do you mean the record        10:48
17   label?                                                 10:48
18        A.     Record label, or if it's an                10:48
19   individual.                                            10:48
20        Q.     And when you produce a song, do you        10:48
21   receive a copyright interest?                          10:48
22        A.     No.                                        10:48
23        Q.     Do you receive a royalty?                  10:48
24        A.     Royalty.                                   10:48
25        Q.     Are you currently a member of the          10:48
```



1                          Calello

2   faculty at any university or college?              10:48

3        A.    No.                                     10:48

4        Q.    Have you ever been a member of the      10:48

5   faculty?                                           10:48

6        A.    No.                                     10:48

7        Q.    Are you a member of any professional    10:48

8   associations?                                      10:48

9        A.    The AF of M, Local 802, Local 47,       10:48

10  Sag-Aftra.                                         10:48

11       Q.    Other than unions, are you a member     10:49

12  of any professional associations?                  10:49

13       A.    The American Society of Composers       10:49

14  and Arrangers.                                     10:49

15       Q.    What about the American                 10:49

16  Musicological Society?                             10:49

17       A.    No.                                     10:49

18       Q.    The International Musicological          10:49

19  Society?                                           10:49

20       A.    No.                                     10:49

21       Q.    Society for Music Theory?               10:49

22       A.    No.                                     10:49

23       Q.    Do you consider yourself a              10:49

24  musicologist?                                      10:49

25       A.    Yes.                                    10:49



```
 1                          Calello
 2        Q.    And what is your understanding of          10:49
 3   what a musicologist is?                               10:49
 4        A.    Musicologist is someone who has            10:49
 5   extensive knowledge of something and that has         10:49
 6   done significant research in order to evaluate a      10:49
 7   piece of music.                                       10:49
 8        Q.    Okay.  And when you say, "evaluate a       10:49
 9   piece of music," what do you mean?                    10:49
10        A.    To look at a composition, to              10:49
11   understand its form, to understand its harmonic       10:49
12   structure, rhythm structure, chordal structure        10:50
13   and to be able to analyze the placement of it.        10:50
14        Q.    Have you received any formal              10:50
15   training in musicology?                               10:50
16        A.    My understanding is that there is no       10:50
17   formal education for musicology.                      10:50
18        Q.    So the explanation you just provided       10:50
19   of your understanding of what a musicologist is,      10:50
20   where is that derived from?                           10:50
21        A.    Well, it's funny, when I was asked         10:50
22   to do this, I looked up the word.  And the            10:50
23   definition seems to be real vague.                    10:50
24        Q.    Do you recall where you looked up          10:50
25   the word?                                             10:50
```



|   |   |   |
|---|---|---|
| 1 | Calello | |
| 2 | A.   Well, the first place, I went | 10:50 |
| 3 | online, but I really don't remember.  But I -- I | 10:50 |
| 4 | thoroughly researched it. | 10:50 |
| 5 | Q.   Do you know any other musicologists? | 10:51 |
| 6 | A.   Do I know any other musicologists? | 10:51 |
| 7 | Not offhand. | 10:51 |
| 8 | Q.   Okay.  Have you ever served as an | 10:51 |
| 9 | expert witness in a litigation before? | 10:51 |
| 10 | A.   Yes. | 10:51 |
| 11 | Q.   And what was that litigation? | 10:51 |
| 12 | A.    It was -- there was a fellow who was | 10:51 |
| 13 | suing someone else for nonpayment of accordions | 10:51 |
| 14 | that were delivered from Italy to the United | 10:51 |
| 15 | States.  And I was called in as an expert | 10:51 |
| 16 | witness to determine whether the keys of the | 10:51 |
| 17 | accordion were the correct size for the size of | 10:51 |
| 18 | the accordion. | 10:52 |
| 19 | Q.   Okay.  Did you prepare a formal | 10:52 |
| 20 | report? | 10:52 |
| 21 | A.   No. | 10:52 |
| 22 | Q.   Were you deposed? | 10:52 |
| 23 | A.   No. | 10:52 |
| 24 | Q.   Did you have to testify at trial? | 10:52 |
| 25 | A.   Yes. | 10:52 |



1                          Calello

2        Q.    Was there any dispute about whether          10:52

3   you were qualified to serve as an expert in that        10:52

4   matter?                                                 10:52

5        A.    I played the accordion.  Sadly.              10:52

6        Q.    Other than that instance, have you           10:52

7   ever served as an expert in any other                   10:52

8   proceeding?                                             10:52

9        A.    No.                                          10:52

10       Q.    Do you know when that dispute in             10:52

11  which you served as an expert occurred?                 10:52

12       A.    It had to be back in the '50s                10:52

13  because I was probably about 18 or 19 years old.        10:52

14       Q.    So you served as an expert when you          10:52

15  were 18 or 19?                                          10:52

16       A.    Yeah.  My father was in the union,           10:52

17  and when they called for someone who could              10:52

18  actually play the accordion, my father said, My         10:52

19  son plays, so they sent me to court.                    10:52

20       Q.    Understood.                                  10:52

21             So since then until now, you have            10:52

22  not served as an expert, is that correct?               10:52

23       A.    No.                                          10:52

24       Q.    Do you currently own or operate any          10:53

25  business entities?                                       10:53



```
 1                         Calello
 2        A.    Yes.                                    10:53
 3        Q.    And what would those be?                10:53
 4        A.    Calello Music Group, Inc.               10:53
 5        Q.    And we will start with that.            10:53
 6              For Calello Music Group, Inc., what     10:53
 7   is the business of that entity?                    10:53
 8        A.    It provides my services for             10:53
 9   entertainment projects.                            10:53
10              I do concerts because I do my own       10:53
11   concerts.  I produce records and still write       10:53
12   arrangements.                                      10:53
13              I also have a position in a             10:53
14   technology company, and I also have a publishing   10:53
15   company, Charles Street Music.                     10:53
16        Q.    So just to back up a little bit, for    10:53
17   Calello Music Group, just for the record, who      10:54
18   are the owners of that company?                    10:54
19        A.    Charles Calello.                        10:54
20        Q.    You are the sole owner?                 10:54
21        A.    Yes.                                    10:54
22              I think my wife is the sole owner.      10:54
23        Q.    You or your wife are the sole           10:54
24   owners?                                            10:54
25        A.    Yeah.                                   10:54
```



Calello

1

2     Q.    Does Calello Music Group, Inc. have          10:54

3  anything to do with the report that you provided      10:54

4  in this matter?                                        10:54

5     A.    No, I don't believe so.                       10:54

6     Q.    And you mentioned a technology                10:54

7  company, is that correct?                              10:54

8     A.    Yes.                                           10:54

9     Q.    What company is that?                          10:54

10    A.    It's called "Legends of Sound."               10:54

11    Q.    And did you say you were on the               10:54

12 board of that company or --                            10:54

13    A.    One of the principals.                         10:54

14    Q.    One of the principals of that                 10:54

15 company.                                                10:54

16          And what is the business of Legends           10:54

17 of Sound?                                               10:54

18    A.    It has technology -- to simplify, it          10:54

19 has technology that could take inexpensive             10:54

20 speakers and make them sound like Bose, but it's       10:54

21 also used to be applied to public domain records       10:55

22 and re-copyright records.                               10:55

23    Q.    So is that a -- like a -- is it               10:55

24 remastering or --                                       10:55

25    A.    No, you can't copyright remastered            10:55



|    |                                                      |       |
|----|------------------------------------------------------|-------|
| 1  | Calello                                              |       |
| 2  | product.                                             | 10:55 |
| 3  | Q.    So what is the product that's                  | 10:55 |
| 4  | created when you employ this technology on a         | 10:55 |
| 5  | public domain work?                                  | 10:55 |
| 6  | A.    The technology -- the technology               | 10:55 |
| 7  | applies this patented technology, which was          | 10:55 |
| 8  | invented by Tony Bongiovi, and this technology       | 10:55 |
| 9  | is being used in numerous things like -- in          | 10:55 |
| 10 | China, Australia, they use it for automobiles.       | 10:55 |
| 11 | They put them in cars.                               | 10:55 |
| 12 | They haven't used it here in the                     | 10:55 |
| 13 | United States as yet.  I'm not a part of that        | 10:55 |
| 14 | company, but his company owns the patent, and we     | 10:55 |
| 15 | have a 50-year license on the patent for us to       | 10:56 |
| 16 | use the technology for music.                        | 10:56 |
| 17 | Q.    Understood.  Understood.                       | 10:56 |
| 18 | How long has that -- that Legends of                 | 10:56 |
| 19 | Sound been in operation?                             | 10:56 |
| 20 | A.    Seven years.                                   | 10:56 |
| 21 | Q.    Seven years.                                   | 10:56 |
| 22 | And I believe you mentioned a third                  | 10:56 |
| 23 | company, a publishing company, is that correct?      | 10:56 |
| 24 | A.    Yes.                                            | 10:56 |
| 25 | Q.    What is the name of that company?              | 10:56 |



```
 1                    Calello
 2       A.    Charles Street Music.                    10:56
 3       Q.    Charles Street Music.                    10:56
 4             Are you the sole owner of that           10:56
 5  company?                                            10:56
 6       A.    Yes.                                      10:56
 7       Q.    Are you familiar with a company          10:56
 8  called "Charles Calello Productions"?               10:56
 9       A.    Yes.                                      10:56
10       Q.    Is that still an entity?                 10:56
11       A.    I forgot to pay the franchise tax,       10:56
12  and it went away.                                   10:56
13       Q.    So it's no longer an entity that you     10:56
14  use?                                                10:57
15       A.    No longer works.                         10:57
16       Q.    When it was in operation, what was       10:57
17  the business of that company?                       10:57
18       A.    Primarily, the same thing that           10:57
19  Calello Music Group does.                           10:57
20       Q.    So it was basically a lot of overlap     10:57
21  between those?                                       10:57
22       A.    Yes, yeah.                               10:57
23       Q.    Other than the companies you            10:57
24  discussed so far, are there any other business      10:57
25  entities that you were an owner or principal of?    10:57
```



|     |     | Calello |       |
|-----|-----|---------|-------|
| 1   |     |         |       |

1                    Calello

2        A.    No, I don't think -- I don't think          10:57

3   so.                                                     10:57

4        Q.    Do you have a website?                       10:57

5        A.    Yes.                                         10:57

6        Q.    Is that charlescalello.com?                  10:57

7        A.    Yes.                                         10:57

8        Q.    Do you want to go ahead and do               10:57

9   Tab 4?                                                  10:57

10             So we will mark this as Calello              10:57

11  Exhibit 1.                                              10:57

12             (Exhibit 1, photo, marked for                10:57

13       identification, as of this date.)                 10:57

14       Q.    Do you recognize this photo?                 10:58

15       A.    Yes.                                         10:58

16       Q.    And I can represent we printed this          10:58

17  from charlescalello.com.                                10:58

18             Does that sound correct to you?              10:58

19       A.    Yes.                                         10:58

20       Q.    And is Sandy Linzer in this                  10:58

21  photograph?                                             10:58

22       A.    No.                                          10:58

23       Q.    Who is in this photograph?                   10:58

24       A.    Frankie Valli, Bob Gaudio, myself,           10:58

25  Artie Schroeck.  There is Will Lee.  There is           10:58



```
 1                        Calello
 2   Jeff Mirinoff, Drew Cracken (phonetic).          10:58
 3            These are the musicians that played     10:58
 4   on a record I did with Frankie Valli back in     10:58
 5   2006, Romancing the '60s.                        10:58
 6        Q.   Great.  Thank you.                      10:58
 7        A.   Gaudio produced it.  I was the          10:59
 8   arranger.                                         10:59
 9        Q.   Thank you.                              10:59
10            Let's do Tab 5.                          10:59
11            This will be Calello Exhibit 2.          10:59
12            (Exhibit 2, Complaint and Demand for     10:59
13        Jury Trial, marked for identification, as    10:59
14        of this date.)                               10:59
15        Q.   Do you recognize this document at       10:59
16   all?                                              10:59
17        A.   No.                                     10:59
18        Q.   Were you involved in the preparation    10:59
19   of this document at all?                          10:59
20        A.   I don't know what this document is.     10:59
21        Q.   So it would be fair to say, to your     10:59
22   knowledge, you did not contribute anything to    10:59
23   this document?                                    11:00
24        A.   No, I'm not saying that because I       11:00
25   haven't seen it.                                  11:00
```



|  |  |  |
|---|---|---|
| 1 | Calello | |
| 2 | Give me a minute, I'll read it and I | 11:00 |
| 3 | can tell you. | 11:00 |
| 4 | Q.   Oh, please take your time to review, | 11:00 |
| 5 | yes. | 11:00 |
| 6 | A.   Off the top of my head, I would say | 11:00 |
| 7 | that this is not anything that I was associated | 11:00 |
| 8 | with. | 11:00 |
| 9 | Q.   Okay. | 11:00 |
| 10 | If you look at the first page of | 11:00 |
| 11 | this document -- and, again, please let me -- if | 11:00 |
| 12 | you want more time to review it, please take all | 11:00 |
| 13 | the time you would like to review it. | 11:00 |
| 14 | A.   Okay.  Thank you. | 11:00 |
| 15 | Could I have a pencil, please? | 11:00 |
| 16 | Thank you. | 11:00 |
| 17 | MR. SANDS:  You shouldn't write on | 11:01 |
| 18 | the document here. | 11:02 |
| 19 | A.   I want to remember certain things. | 11:02 |
| 20 | If I may, could I have a copy I | 11:02 |
| 21 | could mark? | 11:02 |
| 22 | Q.   You can have a copy you can mark.  I | 11:02 |
| 23 | will say, we will keep a copy of that, so if it | 11:02 |
| 24 | is something you would not like us to see -- | 11:02 |
| 25 | A.   No, it's -- you can say, I'm just | 11:02 |



|    |                                                          |       |
|----|----------------------------------------------------------|-------|
| 1  | Calello                                                  |       |
| 2  | doing it for my own benefit.                             | 11:02 |
| 3  | Q.    Yeah, that's fine with us.  That's                 | 11:02 |
| 4  | the issue, is --                                         | 11:02 |
| 5  | A.    Okay.                                               | 11:02 |
| 6  | Q.    -- notes can be asked for, so...                   | 11:02 |
| 7  | MR. SANDS:  Try to refrain from                          | 11:02 |
| 8  | writing on it, if you can.                               | 11:02 |
| 9  | A.    Okay.  I'm not writing, I'm just                   | 11:02 |
| 10 | going to underline stuff that I want to                  | 11:02 |
| 11 | remember.  It doesn't sound like my language,            | 11:02 |
| 12 | that's why indicating it.                                | 11:02 |
| 13 | Yes, I found the part in here which                      | 11:04 |
| 14 | actually is attributed to something I gave the           | 11:04 |
| 15 | lawyers.  It's on page 7.                                 | 11:04 |
| 16 | Q.    Okay.  So just for the clear record,               | 11:04 |
| 17 | I'm just going to back up a little bit so we             | 11:04 |
| 18 | have a record.                                           | 11:04 |
| 19 | So first of all, you have now                            | 11:04 |
| 20 | reviewed a sufficient part of this document to           | 11:04 |
| 21 | be familiar with it, is that correct?                    | 11:04 |
| 22 | A.    A significant amount of it.  I'm not               | 11:04 |
| 23 | through but --                                           | 11:04 |
| 24 | Q.    Correct.                                            | 11:04 |
| 25 | A.    -- but I did find something that                   | 11:04 |



Calello

2   they reference, which is the musical            11:04

3   illustration of notes.                          11:04

4        Q.    Okay.  So do you -- let me first      11:04

5   ask, do you recognize the totality of the       11:04

6   document --                                      11:04

7        A.    What do you mean --                   11:04

8        Q.    -- as something that you reviewed in  11:04

9   total before?                                    11:04

10       A.    This is the first time I'm looking    11:04

11  at it.                                           11:04

12       Q.    This is the first time you are        11:05

13  reviewing this particular document, is that      11:05

14  correct, to my understanding?                    11:05

15       A.    You are asking me the same question   11:05

16  sideways.  Now, which way do you want it         11:05

17  answered?                                        11:05

18       Q.    I'm asking if you have seen this      11:05

19  full document before?                            11:05

20       A.    No.  I stated from the beginning, I   11:05

21  never saw that.                                  11:05

22       Q.    Okay.  Just trying to make sure we    11:05

23  have a clear record.  Thank you though.          11:05

24            And then you noted just now that        11:05

25  there is something in the document that you do   11:05



|    |                                                        |       |
|----|--------------------------------------------------------|-------|
| 1  | Calello                                                |       |
| 2  | recognize, is that correct?                            | 11:05 |
| 3  | A.    These illustrations, this piece of              | 11:05 |
| 4  | music right here, it looks like it is four bars        | 11:05 |
| 5  | of it, of music.                                       | 11:05 |
| 6  | And then I also noticed this other                     | 11:05 |
| 7  | little piece on page 8, which makes reference to       | 11:05 |
| 8  | my original document that I wrote in 2021.             | 11:05 |
| 9  | Q.    So I'm going to back up and take                | 11:05 |
| 10 | this piece by piece for purposes of a clear            | 11:05 |
| 11 | record, is that okay?                                  | 11:05 |
| 12 | A.    Okay.                                           | 11:05 |
| 13 | Q.    So let's first refer to page 7.                 | 11:05 |
| 14 | And you stated that there is a                         | 11:05 |
| 15 | portion of this page that you do recognize,            | 11:06 |
| 16 | correct?                                               | 11:06 |
| 17 | A.    Um-hm.                                          | 11:06 |
| 18 | Q.    And the portion that you recognize              | 11:06 |
| 19 | is the musical transcription on this page?             | 11:06 |
| 20 | A.    Yes.                                            | 11:06 |
| 21 | Q.    And where do you recognize this                 | 11:06 |
| 22 | from?                                                  | 11:06 |
| 23 | A.    It's from my original report that I             | 11:06 |
| 24 | wrote in 2021, and I believe it was also               | 11:06 |
| 25 | utilized again in the -- one of the letters that       | 11:06 |



```
                            Calello
```

1                              Calello

2  I answered for Jason Brown that was sent -- it's          11:06

3  not part of the November 1, but it is in one of           11:06

4  the letters where I referred to -- I believe.             11:06

5              Now, I would have to see these                11:06

6  documents because -- to refresh my memory as to           11:06

7  where they are, but I could tell you that this            11:06

8  was created by me.  This was created by me --             11:06

9      Q.    Just, if you don't mind, just so we             11:06

10  have a clear record, because referring to things         11:06

11  like "this" doesn't really show up on the                11:06

12  record --                                                11:06

13      A.    Okay.                                          11:06

14      Q.    -- if you understand.                          11:06

15              So when you said, "This was created          11:06

16  by me," the first thing you are referring to is          11:07

17  the musical transcription on page 7, is that             11:07

18  correct?                                                 11:07

19      A.    Yes.                                           11:07

20      Q.    And --                                         11:07

21      A.    So I would say that number 37 on               11:07

22  page 6 looks like it came from me.  And I'm not          11:07

23  sure if 38 came from me -- if number 38 came             11:07

24  from me.  That might have been --                        11:07

25      Q.    Do you mean the words in                       11:07



1                          Calello

2    paragraph 38?                                        11:07

3         A.    The word -- I'm not sure.  I would       11:07

4    really have to check my original documents.         11:07

5         Q.    Okay.  And the musical transcription      11:07

6    at paragraph 37, that was prepared by you, is       11:07

7    that correct?                                        11:07

8         A.    Yes.                                      11:07

9         Q.    And that was prepared by you in           11:07

10   connection with the initial report you had          11:07

11   prepared in 2021, is that correct?                  11:07

12        A.    Yes.                                      11:07

13        Q.    Turning to page 8, there is another       11:07

14   musical transcription at paragraph 41, is that      11:08

15   correct?                                             11:08

16        A.    Correct.                                  11:08

17        Q.    And you also recognize this               11:08

18   transcription, correct?                              11:08

19        A.    Yes.                                      11:08

20        Q.    And did you prepare this                  11:08

21   transcription?                                        11:08

22        A.    Well, yes.                                11:08

23        Q.    Did you prepare that transcription        11:08

24   in connection with your initial 2021 report?        11:08

25        A.    Yes.                                      11:08



```
 1                    Calello
 2      Q.    Is there anything else in this        11:08
 3  document that you recognize?                     11:08
 4      A.    No.                                    11:09
 5      Q.    Great.                                 11:09
 6            MR. MULLINS:  Will this be a good      11:09
 7      time to take a ten-minute break, if that's  11:09
 8      okay with everybody?                         11:09
 9            MR. SANDS:  Sure.  Thank you.          11:09
10            THE VIDEOGRAPHER:  We are now going    11:09
11      off the record.  The time is 11:09 a.m.     11:09
12            (Recess.)                              11:31
13            THE VIDEOGRAPHER:  We are back on      11:31
14      the record.  The time is 11:31 a.m.  This   11:31
15      is the beginning of media labeled number    11:31
16      2.                                           11:31
17  BY MR. MULLINS:                                  11:31
18      Q.    Thank you.                             11:31
19            Are you familiar with the entity      11:31
20  Larball Publishing Company, Inc.?               11:31
21      A.    Yes.                                   11:32
22      Q.    And is that company associated with   11:32
23  Mr. Brown?                                       11:32
24      A.    I believe so.                          11:32
25      Q.    Are you familiar with Linzer          11:32
```



```
 1                    Calello
 2   Productions, Inc.?                              11:32
 3        A.    Yes.                                 11:32
 4        Q.    And is that company associated with  11:32
 5   Mr. Linzer?                                     11:32
 6        A.    Yes.                                 11:32
 7        Q.    And we have confirmed that you       11:32
 8   personally know of Mr. Linzer, correct?        11:32
 9        A.    Yes.                                 11:32
10        Q.    And you know Mr. Linzer for quite a  11:32
11   long time, right?                              11:32
12        A.    Yes.                                 11:32
13        Q.    Do you know roughly how long?        11:32
14        A.    Since 1963.                          11:32
15        Q.    And do you know Mr. Brown personally 11:32
16   as well?                                        11:32
17        A.    Yes.                                 11:32
18        Q.    How long have you known Mr. Brown?   11:32
19        A.    Since around 1964 -- '65.            11:32
20        Q.    Are you familiar with Cory Daye?     11:32
21        A.    Yes.                                 11:32
22        Q.    Have you worked with Cory Daye       11:32
23   before?                                         11:33
24        A.    Yes.                                 11:33
25        Q.    And when was that roughly?           11:33
```



```
 1                       Calello
 2         A.    Sandy did a record called the        11:33
 3   "Savannah Band," and I wrote the arrangements to  11:33
 4   the album.                                         11:33
 5         Q.    Do you know roughly when that was?    11:33
 6         A.    '78.  It was a million seller and a   11:33
 7   platinum album.                                    11:33
 8         Q.    And so you have worked with both      11:33
 9   Mr. Linzer and Mr. Brown, is that correct?        11:33
10         A.    Yes.                                   11:33
11         Q.    How often have you worked with        11:33
12   Mr. Linzer, we will start with?                    11:33
13         A.    I worked with him extensively up      11:33
14   until 1980, and the same with Mr. Brown.          11:33
15               Then after 1980, we didn't work       11:33
16   together until about five years ago, we did a --  11:33
17   I did a project with Mr. Linzer.  We did a spec   11:33
18   project that we worked on for five songs.          11:34
19               But other than that, we haven't       11:34
20   really worked together.                            11:34
21         Q.    Was there any particular reason you   11:34
22   stopped working together after the '80s?           11:34
23         A.    I moved from New York to California.  11:34
24   I was in California.  Sandy remained in New       11:34
25   Jersey.  And he came to Florida once to work on   11:34
```



Calello

1                          Calello

2   a Frankie Valli project in the '80s, the early          11:34

3   '80s, but I was in California, so there was             11:34

4   really no ability for us to really collaborate          11:34

5   on anything.                                            11:34

6        Q.    Okay.                                        11:34

7              You mentioned that you worked with           11:34

8   Mr. Linzer roughly five years ago, correct?             11:34

9              Have you worked with Mr. Brown since         11:34

10  the '80s?                                               11:34

11       A.    I took two of his songs and I                11:34

12  recorded them on a Dean Martin album that I             11:34

13  produced in 2015.                                       11:35

14             And I also -- he -- I also called            11:35

15  him, and he gave me a song that I recorded with         11:35

16  Engelbert Humperdinck in 2009.                          11:35

17             But I didn't work with him other             11:35

18  than taking his song to record it.                      11:35

19       Q.    Understood.                                  11:35

20             And is it fair to say that you speak         11:35

21  with Mr. Linzer frequently still to this day?           11:35

22       A.    Yes.                                         11:35

23       Q.    How about Mr. Brown?                         11:35

24       A.    Not as much but we will touch base a         11:35

25  couple of times a year.                                 11:35



```
 1                       Calello
 2        Q.    And Mr. Linzer lives near you, is        11:35
 3   that correct?                                       11:35
 4        A.    He lives in Livingston, New Jersey.      11:35
 5   I live in Boca Raton, Florida.                      11:35
 6        Q.    Okay.  Does he have a home in            11:35
 7   Florida?                                            11:35
 8        A.    He has a place, but he hasn't            11:36
 9   been -- his wife has been very sick and he          11:36
10   hasn't been there for four or five years.           11:36
11        Q.    Okay.  You mentioned working on the      11:36
12   Savannah Band album, correct?                       11:36
13        A.    Yes.                                      11:36
14        Q.    Did you also work on a solo album        11:36
15   for Cory Daye?                                       11:36
16        A.    No.                                       11:36
17        Q.    Are you familiar with her solo album     11:36
18   from 1979?                                           11:36
19        A.    I heard some cuts from it.               11:36
20        Q.    Are you represented by counsel here      11:36
21   today?                                              11:36
22        A.    I don't understand that.  I don't        11:36
23   think they are representing me.                     11:36
24        Q.    Okay.  You understand the counsel        11:36
25   here to represent Mr. Linzer and Mr. Brown's        11:36
```



```
 1                          Calello
 2   companies, is that correct?                      11:36
 3        A.    Yes.                                   11:36
 4        Q.    When you were retained -- take that    11:37
 5   back.                                             11:37
 6              So we spoke a bit briefly earlier      11:37
 7   about you being approached by Mr. Linzer to       11:37
 8   potentially give an opinion in connection with    11:37
 9   this lawsuit, right?                              11:37
10        A.    Correct.                               11:37
11        Q.    Were all of your discussion            11:37
12   regarding this lawsuit with Mr. Linzer directly?  11:37
13        A.    All the conversations I had with       11:37
14   Mr. Linzer, I did have with Mr. Linzer.           11:37
15        Q.    Let me ask it differently.             11:37
16              Did you have discussions regarding     11:37
17   your opinions in this matter with anyone other    11:37
18   than Mr. Linzer?                                  11:37
19        A.    Mr. Brown.                             11:37
20        Q.    Mr. Brown.                             11:37
21              Other than Mr. Brown and Mr. Linzer,   11:37
22   did you have discussions with anyone regarding    11:37
23   your opinions?                                    11:37
24        A.    Probably, my wife.                     11:37
25        Q.    Do you recall when you communicated    11:37
```



1                          Calello
2    with Mr. Linzer or Mr. Brown regarding your          11:37
3    opinions in this matter, did you communicate via     11:37
4    email, phone, text?                                  11:38
5              MR. SANDS:  Objection to form.             11:38
6         Q.    You can answer.                           11:38
7         A.    Phone.  I communicate with Sandy on       11:38
8    a regular basis by phone.  We text.  We have         11:38
9    emails together.  And I -- I guess -- that would     11:38
10   be, I guess, a yes.                                  11:38
11        Q.    Do you recall sharing drafts of any       11:38
12   of your opinions with Mr. Linzer or Mr. Brown?       11:38
13        A.    When I finished the consulting            11:38
14   agreement -- not agreement but the paper that I      11:38
15   wrote, I sent it to him and I said, Look, I've       11:38
16   never written one of these before.  Take a look      11:38
17   at this, you know I'm a horrible speller, see if     11:39
18   I spelled all the words right.                       11:39
19              And he went through it and he said,       11:39
20   You spelled this wrong, and he corrected my          11:39
21   spelling.                                            11:39
22        Q.    And when you are referring to the         11:39
23   consulting report, we will call it, that's the       11:39
24   report you mentioned from 2021, is that correct?     11:39
25        A.    Yes.                                      11:39



1                        Calello

2         Q.    And that is not the report that was          11:39

3    submitted in November of 2022 for this lawsuit,         11:39

4    is that correct?                                        11:39

5         A.    Yes.                                         11:39

6         Q.    Different reports, correct?                  11:39

7         A.    Right.                                       11:39

8         Q.    And the lawsuit that --                      11:39

9         A.    They -- they are not -- they are not         11:39

10   different because I wrote both of them.  There          11:39

11   is -- not all the information from the first            11:39

12   report is in the second report.                         11:39

13        Q.    So the second report from November           11:39

14   of 2023 -- my apologies -- is the only report           11:39

15   that was formally submitted in this lawsuit, is         11:39

16   that your understanding?                                11:39

17        A.    Yes.                                         11:39

18        Q.    When you were retained, did you sign         11:39

19   a formal agreement, a retainer agreement,               11:39

20   engagement agreement with anybody?                      11:40

21        A.    No.                                          11:40

22        Q.    Was there any discussion about how           11:40

23   much you would be compensated, if at all?               11:40

24        A.    They offered to pay me.                      11:40

25        Q.    "They" being Mr. Linzer and                  11:40



| | Calello | |
|---|---|---|
| 1 | | |
| 2 | Mr. Brown? | 11:40 |
| 3 | A.    Yeah, for me to do it. | 11:40 |
| 4 | Q.    And did you accept that offer? | 11:40 |
| 5 | A.    Sure. | 11:40 |
| 6 | Q.    Do you know how much you have been | 11:40 |
| 7 | paid? | 11:40 |
| 8 | A.    1,200 dollars. | 11:40 |
| 9 | Q.    Was that an hourly basis or a flat | 11:40 |
| 10 | fee? | 11:40 |
| 11 | A.    I charged them a minimum day rate. | 11:40 |
| 12 | Q.    What would that rate be? | 11:40 |
| 13 | A.    Well, my minimum day rate is 1,200 | 11:40 |
| 14 | for 4 hours, but it took a lot longer than that. | 11:40 |
| 15 | Q.    I was just going to ask, do you | 11:41 |
| 16 | recall how long you spent preparing the report | 11:41 |
| 17 | you submitted in November of 2023? | 11:41 |
| 18 | A.    No, I don't remember.  Maybe a | 11:41 |
| 19 | couple of days. | 11:41 |
| 20 | Q.    If Mr. Linzer and Mr. Brown were | 11:41 |
| 21 | hypothetically to prevail in this lawsuit and | 11:41 |
| 22 | receive a financial award, would you be entitled | 11:41 |
| 23 | to any portion of that? | 11:41 |
| 24 | A.    No. | 11:41 |
| 25 | Q.    Have you published anything in the | 11:41 |



```
 1                      Calello
 2  last ten years?                                     11:41
 3        A.    Other than songs?                       11:41
 4        Q.    Other than songs.                       11:41
 5        A.    Yes.                                     11:41
 6        Q.    And what have you published?            11:41
 7        A.    A book.                                  11:41
 8        Q.    And is that your memoir, is that        11:41
 9  correct?                                            11:41
10        A.    Yes.                                     11:41
11        Q.    Titled "Another Season - The Memoirs    11:41
12  of Charlie Calello"?                                11:41
13        A.    Yes.                                     11:41
14        Q.    Other than that book and other than     11:41
15  music, have you published anything else since       11:41
16  2013?                                               11:41
17        A.    No.                                      11:41
18        Q.    No papers or articles in a              11:41
19  peer-reviewed publication, is that correct?         11:42
20              MR. SANDS:  Objection to form.          11:42
21        A.    No.                                      11:42
22              Explain what you mean by that.          11:42
23        Q.    Have you published any papers,          11:42
24  articles or anything similar in a peer-reviewed     11:42
25  publication?                                        11:42
```



```
1                           Calello
2         A.    No.                                        11:42
3         Q.    Have you published any written works       11:42
4   on musical theory?                                     11:42
5         A.    No.                                         11:42
6         Q.    Have you published any written works       11:42
7   regarding musical analysis?                            11:42
8         A.    No.                                         11:42
9         Q.    Let's go ahead and we will mark --         11:42
10  this will be Exhibit 3, I believe.                     11:42
11              (Exhibit 3, Another Season - A             11:43
12        Jersey Boy's Journey with the Four Seasons       11:43
13        and Beyond - The Memoirs of Charlie              11:43
14        Calello, marked for identification, as of        11:43
15        this date.)                                      13:13
16        Q.    And, Mr. Calello, is this the              11:43
17  memoirs that we referenced before?                     11:43
18        A.    Yes.                                        11:43
19        Q.    And so you are familiar with this          11:43
20  book?                                                  11:43
21        A.    Somewhat.                                  11:43
22        Q.    Were you the author of this book?          11:43
23        A.    Yes, in conjunction with another           11:43
24  writer.                                                11:43
25        Q.    And so was the other writer Tom            11:43
```



```
 1                      Calello
 2  Austin?                                          11:43
 3         A.    Yes.                                11:43
 4         Q.    To your knowledge, is everything in 11:43
 5  this book true?                                  11:43
 6         A.    Yes.                                11:43
 7         Q.    This book does not contain any      11:43
 8  musical transcriptions, does it?                 11:43
 9         A.    Yes.                                11:43
10         Q.    That's --                           11:43
11         A.    Back cover.                         11:44
12         Q.    Okay.  Other than the back cover,   11:44
13  this book does not contain any musical           11:44
14  transcriptions, is that correct?                 11:44
15         A.    Correct.                            11:44
16         Q.    And this book does not contain any  11:44
17  musicological analysis, right?                   11:44
18         A.    No.                                 11:44
19         Q.    No, that it does not, or --         11:44
20         A.    Repeat the question, please?        11:44
21         Q.    Does this book contain any          11:44
22  musicological analysis?                          11:44
23         A.    I would have to go through the book 11:44
24  to find out if I ever did that because musical   11:44
25  analysis could mean me reconstructing something  11:44
```



```
 1                         Calello
 2   on a record session, and I don't want to be        11:44
 3   misleading in answering the question because       11:44
 4   offhand, I could tell you I don't remember, but    11:44
 5   I'm sure if I wrote about -- if I wrote about       11:44
 6   sessions, there had to be some kind of reference   11:44
 7   in there where there was some kind of              11:44
 8   communication.                                     11:44
 9           But I can't -- off the top of my           11:45
10   head, I can't recall where they would be.          11:45
11      Q.   Okay.  You recall earlier, we talked       11:45
12   about musicological.                               11:45
13           Is that -- do you recall that?             11:45
14      A.   Yes.                                        11:45
15      Q.   So my question is whether you're           11:45
16   aware of any analysis using the theory of          11:45
17   musicological that would be in this book?          11:45
18      A.   There is a portion in it where I           11:45
19   explain a little bit about the Schillinger         11:45
20   system, and the way I created the rhythm track    11:45
21   for The Name Game.                                 11:45
22           The Name Game is the record Shirley,       11:45
23   Shirley bo Birley Bonana fanna fo Firley.  You     11:45
24   probably heard it or sang it when you were a       11:45
25   kid.                                               11:45
```



1                     Calello

2            How I created the rhythm section is          11:45

3    explained in there via Schillinger.                 11:45

4        Q.    Okay.  Other than that, as you sit        11:45

5    here today, are you aware of any musicological       11:45

6    analysis in this book?                               11:45

7        A.    No.                                        11:45

8        Q.    If you can look at the back cover of       11:46

9    this book.                                           11:46

10           On the right side of the cover,             11:46

11   there is a heading entitled "Tributes from           11:46

12   others who have worked with Charlie."                11:46

13           Do you see that?                            11:46

14       A.    Yes.                                       11:46

15       Q.    And the last tribute listed here is       11:46

16   from Larry Brown.                                    11:46

17           Do you see that?                            11:46

18       A.    Yes.                                       11:46

19       Q.    And is that the Mr. Brown you have        11:46

20   been discussing today?                               11:46

21       A.    Yes.                                       11:46

22       Q.    Let's also now turn to inside the         11:46

23   book, which will be the back side of the second      11:46

24   page.  So I guess page 4 of this portion that        11:46

25   has been numbered --                                 11:46



| | | |
|---|---|---|
| 1 | Calello | |
| 2 | A.    Um-hm. | 11:46 |
| 3 | Q.    -- with the heading "Inspirations." | 11:46 |
| 4 | Do you see that section? | 11:46 |
| 5 | A.    Yes. | 11:46 |
| 6 | Q.    And then do you see that in this | 11:46 |
| 7 | list, Sandy Linzer is mentioned? | 11:47 |
| 8 | A.    Right. | 11:47 |
| 9 | Q.    And that's the Mr. Linzer we have | 11:47 |
| 10 | discussed -- | 11:47 |
| 11 | A.    Yes. | 11:47 |
| 12 | Q.    -- is that correct? | 11:47 |
| 13 | This will be Calello Exhibit 4. | 11:47 |
| 14 | (Exhibit 4, photos, marked for | 11:47 |
| 15 | identification, as of this date.) | 11:47 |
| 16 | Q.    Have you had a chance to review | 11:48 |
| 17 | this? | 11:48 |
| 18 | A.    I saw page 1. | 11:48 |
| 19 | Q.    And I'll be asking about the image | 11:48 |
| 20 | that's on each page. | 11:48 |
| 21 | A.    Okay. | 11:48 |
| 22 | Q.    Do you recognize what is depicted on | 11:48 |
| 23 | this page? | 11:48 |
| 24 | A.    Yes. | 11:48 |
| 25 | Q.    And that's a record of the song Dawn | 11:48 |



                           Calello

 1
 2  performed by the Four Seasons, correct?                  11:48

 3       A.    Correct.                                      11:48

 4       Q.    And this song was recorded at the             11:48

 5  end of 1963, roughly, is that correct?                   11:48

 6       A.    Correct.                                      11:48

 7       Q.    And on the bottom of this record,             11:48

 8  this states, Abbreviation for, arranged and              11:48

 9  conducted by "Calello."                                  11:48

10            Do you see that?                               11:48

11       A.    Yes.                                          11:48

12       Q.    And does that refer to yourself?             11:48

13       A.    Yes.                                          11:48

14       Q.    And just above that, this record             11:48

15  lists Sandy Linzer as one of the songwriters on          11:48

16  this record?                                             11:48

17       A.    Yes.                                          11:48

18       Q.    So if we can turn back to Exhibit 3           11:49

19  of the book, and turn to page 243, if you                11:49

20  would -- actually, 245 -- oh, 244.  I'm sorry.           11:49

21            So on page 244, do you see there is            11:49

22  a paragraph regarding Sandy Linzer?                      11:49

23       A.    Yes.                                          11:49

24       Q.    And this paragraph discusses                 11:49

25  Mr. Linzer's career, is that correct?                    11:49



```
 1                      Calello                        11:49
 2       A.    Correct.                                11:49
 3       Q.    And this states that Mr. Linzer         11:49
 4  started his own publishing company and continued   11:49
 5  to write and produce records, is that correct?     11:50
 6       A.    Yes.                                     11:50
 7       Q.    And the last sentence of this           11:50
 8  paragraph states, "He" -- referring to             11:50
 9  Mr. Linzer -- "and Mr. Calello continue to make    11:50
10  music together."                                   11:50
11       A.    Correct.                                11:50
12       Q.    And that's a true statement,            11:50
13  correct?                                           11:50
14       A.    Yes.                                     11:50
15       Q.    Can you now look at page 245?           11:50
16       A.    Um-hm.                                   11:50
17       Q.    And then on this page, there is a       11:50
18  tribute from Mr. Linzer, is that correct?          11:50
19       A.    Correct.                                11:50
20       Q.    And the following page, 246, there      11:50
21  is a tribute from Mr. Brown, correct?              11:50
22       A.    Correct.                                11:50
23       Q.    And on 248, there is a list of          11:50
24  songwriting credits.                               11:50
25             Do you see that?                        11:50
```



CHARLES CALELLO                                    January 23, 2024
LARBALL PUBLISHING Co. vs DUA LIPA                           64

```
 1                      Calello
 2        A.    Yes.                                    11:50
 3        Q.    And this is a list of songs you         11:50
 4   received songwriting credit on during your         11:51
 5   career, is that correct?                           11:51
 6        A.    Yes.                                     11:51
 7        Q.    Is this a full list or a partial        11:51
 8   list?                                              11:51
 9        A.    Partial.                                11:51
10        Q.    And how are these particular songs      11:51
11   selected?                                          11:51
12        A.    These were only the hit records.        11:51
13              In fact, yeah -- yeah, okay.            11:51
14        Q.    And is it fair to say a number of       11:51
15   the songs listed here also refer to either        11:51
16   Mr. Linzer or Mr. Brown?                           11:51
17              MR. SANDS:  Object to form.            11:51
18        A.    I don't recall if I had any chart       11:51
19   records with Mr. Brown.                            11:51
20        Q.    So one of the songs listed is "A        11:51
21   Lover's Concerto," right?                          11:51
22        A.    Yes.                                     11:51
23        Q.    And that involved Mr. Linzer,           11:51
24   correct?                                           11:51
25        A.    Yes.                                     11:51
```



1                       Calello

2        Q.    A song on the later portion of this          11:51

3   list is "Tie a Yellow Ribbon."                          11:52

4              Do you see that?                             11:52

5        A.    Yes.                                         11:52

6        Q.    And that song involved Mr. Brown?            11:52

7        A.    Yes, but I didn't do that record.            11:52

8        Q.    Why is this record listed on this            11:52

9   page?                                                   11:52

10       A.    I think this is a list of all the            11:52

11  songs that are listed in my book.  So what I did        11:52

12  was I gave the songwriter credits.                      11:52

13       Q.    So these are not necessarily all             11:52

14  songs that you worked on, these are songs that          11:52

15  were referenced in your book?                           11:52

16       A.    The songs that I worked on are the           11:52

17  next page, the next page where you have a list          11:52

18  of songs.                                               11:52

19       Q.    Do you know what page number that            11:52

20  is?  Or is that 254?                                    11:52

21       A.    254.                                         11:52

22       Q.    Understood.                                  11:52

23             Okay.  So the list on pages 248 and          11:52

24  249 are songs referenced in your book but not           11:52

25  necessarily songs that you personally worked on?        11:52



1                        Calello

2        A.    I mentioned Larry Brown in my book          11:53

3   when he bought my house.                               11:53

4        Q.    Okay.  But, again, just so I can            11:53

5   have an answer to this question for a clear            11:53

6   record, the list of songs on pages 248 and 249,       11:53

7   those are songs referenced in your book --             11:53

8        A.    Yes.                                        11:53

9        Q.    -- but they are not necessarily             11:53

10  songs that you worked on personally?                   11:53

11       A.    Yes.                                        11:53

12       Q.    Okay.  Great.                               11:53

13             You have worked on songs with               11:53

14  Mr. Linzer though, correct?                            11:53

15       A.    Correct.                                    11:53

16       Q.    Do you know how many songs you              11:53

17  worked on with him?                                    11:53

18       A.    It's hard to say, but together, we          11:53

19  had -- four, five, six, seven -- seven singles         11:53

20  that were hit records.                                 11:53

21       Q.    So you had seven singles that were          11:53

22  hit records that you worked on with Mr. Linzer,        11:53

23  correct?                                               11:53

24       A.    Um-hm.                                      11:53

25       Q.    And you also worked on songs that           11:54



```
 1                      Calello
 2  presumably were not singles?                         11:54
 3       A.    Correct.                                  11:54
 4       Q.    Was that another ten songs perhaps?       11:54
 5       A.    It could be 100.  200.  I really          11:54
 6  don't remember.                                      11:54
 7       Q.    Okay.  And what about Mr. Brown, did      11:54
 8  you work on a number of songs with him?              11:54
 9       A.    I only recorded -- I only recorded        11:54
10  with him a couple of times.                          11:54
11       Q.    Do you recall which songs those           11:54
12  were?                                                11:54
13       A.    He wrote a couple of songs for Nancy      11:54
14  Sinatra that we made a record with.  We also did     11:54
15  a record with the kid who had that song.  To         11:54
16  take 20 years from my life, I can't remember it      11:54
17  offhand.                                             11:54
18             But he produced -- he produced the        11:54
19  record.  I wrote the arrangements.  And one or       11:54
20  two other projects back in the '60s but none of      11:55
21  the projects that we worked on ever became super     11:55
22  hits.                                                11:55
23       Q.    If I could have you turn to page 183      11:55
24  of the book marked as Exhibit 3.                     11:55
25       A.    Um-hm.                                    11:55
```



```
 1                       Calello
 2        Q.    And there's an image on this page.      11:55
 3              Do you see that?                          11:55
 4        A.    Yeah.                                     11:55
 5        Q.    And is that an image of yourself         11:55
 6   with Mr. Linzer?                                     11:55
 7        A.    Yes.                                      11:55
 8        Q.    Do you recall when this photograph       11:55
 9   was taken?                                           11:55
10        A.    Late '70s.                                11:55
11        Q.    Have you and Mr. Linzer ever             11:56
12   registered copyrights as co-owners?                 11:56
13        A.    Yes.                                      11:56
14        Q.    Do you recall when the last time         11:56
15   was?                                                 11:56
16        A.    It had to be five, six years ago.        11:56
17        Q.    2016, does that sound correct?           11:56
18        A.    Could be.                                 11:56
19        Q.    Why don't we go ahead and mark           11:56
20   Tab 14.                                              11:56
21              (Exhibit 5, public catalog               11:56
22        copyright, United States Copyright Office,     11:56
23        marked for identification, as of this          11:56
24        date.)                                          13:13
25        Q.    Have you had a chance to review this     11:57
```



1                        Calello

2   document?                                              11:57

3        A.    Yes.                                        11:57

4        Q.    Are you familiar with this type of         11:57

5   document at all?                                       11:57

6        A.    Not this particular type of                11:57

7   document, but I've seen copyright -- the forms         11:57

8   change, but this one, I'm not familiar with.           11:57

9        Q.    Would you recognize this as a               11:57

10  copyright registration?                                11:57

11       A.    Yes.                                        11:57

12       Q.    And you will see in this document,          11:57

13  there is an application title listed "Love of a        11:57

14  Lifetime, et al.," is that correct?                    11:57

15       A.    Yes.                                        11:58

16       Q.    And what does that refer to?                11:58

17       A.    A song that we wrote together.              11:58

18       Q.    The love of a Lifetime is one song?         11:58

19       A.    Yes.                                        11:58

20       Q.    Great.                                      11:58

21             And this registration was for one           11:58

22  song or multiple songs?                                11:58

23       A.    It looks like it's for one.                 11:58

24       Q.    Do you see under "Application               11:58

25  Title," there is another line that just says,          11:58



```
 1                      Calello
 2  "Title."                                           11:58
 3            Do you see that?                          11:58
 4      A.    Yes.                                      11:58
 5      Q.    And do you see it states, "Linzer,        11:58
 6  Calello, songs to copyright."                       11:58
 7            Do you see that?                           11:58
 8      A.    Yes.                                       11:58
 9      Q.    Do you know what that refers to?          11:58
10      A.    I don't know.  There were five songs      11:58
11  that we wrote together, and they were all copy      11:58
12  written at the same time.                           11:58
13            So it may refer to that, but I'm not      11:58
14  sure.                                               11:58
15      Q.    Okay.  Were these -- were the songs       11:58
16  referenced in this registration recorded?           11:58
17      A.    Yes.                                       11:58
18      Q.    Have those recordings ever been           11:58
19  distributed?                                         11:58
20      A.    No.                                        11:58
21      Q.    Since 2016, have you written any           11:59
22  other songs with Mr. Linzer other than what's       11:59
23  referenced in this registration?                    11:59
24      A.    No.                                        11:59
25      Q.    This will be Exhibit 6.                    11:59
```



```
 1                      Calello
 2              (Exhibit 6, public catalog        13:13
 3         copyright, United States Copyright Office,   11:59
 4         marked for identification, as of this    11:59
 5         date.)                                   11:59
 6         Q.    Do you recognize this document as    11:59
 7    another copyright registration?               11:59
 8         A.    Yes.                                11:59
 9         Q.    And do you see there is a           11:59
10    registration number listed?                   12:00
11         A.    Yes.                                12:00
12         Q.    And that number is PA0000049877?    12:00
13         A.    Correct.                            12:00
14         Q.    And this registration is for a song  12:00
15    titled "Rainy Day Boy."  Is that correct?     12:00
16         A.    Correct.                            12:00
17         Q.    And the authorship on application    12:00
18    towards the bottom states that the song was    12:00
19    written by yourself and Mr. Linzer, is that    12:00
20    correct?                                       12:00
21         A.    Correct.                            12:00
22         Q.    And the song Rainy Day Boy was       12:00
23    performed by Cory Daye, is that correct?       12:00
24         A.    Correct.                            12:00
25         Q.    Do you recall the album on which     12:00
```



|   |   |   |
|---|---|---|
| 1 | Calello | |
| 2 | this song appeared? | 12:00 |
| 3 | A.    No, I don't. | 12:00 |
| 4 | Q.    Do you see under the title, there is | 12:00 |
| 5 | a line that states "Appears in"? | 12:00 |
| 6 | Under the title "Rainy Day Boy"? | 12:00 |
| 7 | A.    Yeah, okay, I see that. | 12:01 |
| 8 | Q.    And do you see it refers to | 12:01 |
| 9 | something called "Cory and Me"? | 12:01 |
| 10 | A.    Yes. | 12:01 |
| 11 | Q.    Are you familiar with that as a | 12:01 |
| 12 | record album? | 12:01 |
| 13 | A.    I don't remember. | 12:01 |
| 14 | Q.    Does -- strike that. | 12:01 |
| 15 | In this registration, there is a | 12:01 |
| 16 | date of publication. | 12:01 |
| 17 | Do you see that? | 12:01 |
| 18 | A.    Yes. | 12:01 |
| 19 | Q.    And that states the day of | 12:01 |
| 20 | publication was July 25, 1979. | 12:01 |
| 21 | Do you see that? | 12:01 |
| 22 | A.    Yes. | 12:01 |
| 23 | Q.    Does that sound like the correct | 12:01 |
| 24 | date that the song Rainy Day Boy was released to | 12:01 |
| 25 | you? | 12:01 |



```
 1                          Calello
 2         A.    Yes.                                    12:01
 3         Q.    Do you know who currently owns the      12:02
 4  musical composition to Rainy Day Boy?                12:02
 5         A.    No.  But I see it listed here.          12:02
 6         Q.    Do you see a line stating "Copyright     12:02
 7  Claimant"?                                           12:02
 8         A.    Yes.                                    12:02
 9         Q.    And the first entity listed is          12:02
10  Unichappell Music, Inc.?                             12:02
11         A.    Um-hm.                                  12:02
12         Q.    Are you familiar with that entity?      12:02
13         A.    Yes.                                    12:02
14         Q.    Do you have any ownership interest      12:02
15  in that entity?                                      12:02
16         A.    No.                                     12:02
17         Q.    Next one is Featherbed Music.           12:02
18               Do you see that?                        12:02
19         A.    Yes.                                    12:02
20         Q.    Are you familiar with that entity?      12:02
21         A.    I don't remember.  That might have      12:02
22  been Sandy's publishing, but I'm not sure.           12:02
23         Q.    Okay.  How about April Music, Inc.,     12:02
24  are you familiar with that entity?                   12:02
25         A.    Yes.                                    12:02
```



```
 1                    Calello

 2       Q.    And what is that entity?              12:02

 3       A.    It's a publishing entity.             12:02

 4       Q.    Do you know who owns that entity?     12:02

 5       A.    Not currently.                        12:03

 6       Q.    Do you know who owned it in 1979?     12:03

 7       A.    I believe it was CBS.                 12:03

 8       Q.    And the last entity listed is         12:03

 9   Calello Music.                                  12:03

10             Do you see that?                      12:03

11       A.    Yes.                                  12:03

12       Q.    Would that have been your publishing  12:03

13   company?                                        12:03

14       A.    Yes.                                  12:03

15       Q.    Does Calello Music still have an      12:03

16   interest in Rainy Day Boy?                      12:03

17       A.    Yes.                                  12:03

18       Q.    So to the extent that Rainy Day Boy   12:03

19   is sold or exploited, Calello Music would       12:03

20   receive income, is that correct?               12:03

21       A.    Yes.                                  12:03

22       Q.    Do you know if Rainy Day Boy is       12:03

23   available for streaming?                        12:03

24       A.    I have no idea.                       12:03

25       Q.    Do you know when the last time you    12:03
```



```
 1                      Calello
 2  would have received income from Rainy Day Boy      12:03
 3  would be?                                          12:03
 4        A.    I have no idea.                         12:03
 5        Q.    Have you and Mr. Linzer ever owned     12:03
 6  or operated any entities together?                 12:03
 7        A.    I don't recall.                         12:04
 8        Q.    Are you familiar with an entity        12:04
 9  called "Linzer-Calello Enterprises, LLC"?          12:04
10        A.    Oh, yes, yes, yes.  Okay.              12:04
11        Q.    And what is that entity?               12:04
12        A.    In the early 2000, we produced a       12:04
13  series of films for -- what is the name -- what    12:04
14  was the name of the company?                       12:04
15              We -- there was a DVD company that     12:04
16  hired us to do a -- three DVDs.                    12:04
17        Q.    Okay.                                   12:04
18              And you formed this entity for the     12:04
19  purpose of creating those DVDs?                    12:04
20        A.    Yeah, yeah.                             12:04
21        Q.    And what were those DVDs?              12:04
22        A.    Ronnie Milsap, Lorrie Morgan, and      12:04
23  Juice Newton.                                      12:05
24        Q.    And did you write music for those     12:05
25  DVDs?                                              12:05
```



1                        Calello

2       A.    No.                                          12:05

3       Q.    Were those DVDs all created?                 12:05

4       A.    They -- we recorded their live               12:05

5  shows.                                                  12:05

6       Q.    Okay.  Were the DVDs that you                12:05

7  recorded of live shows distributed?                     12:05

8       A.    Yes.                                         12:05

9       Q.    And did you receive income from              12:05

10  those DVDs?                                             12:05

11       A.    They never recouped, I believe.             12:05

12       Q.    Were you paid in advance at all?            12:05

13       A.    Yes.                                         12:05

14       Q.    How much was that advance?                  12:05

15       A.    Well, we were paid a fee to produce,        12:05

16  so we paid all the expenses.  So I really don't        12:05

17  know -- I don't remember what we wound up              12:05

18  with --                                                12:05

19       Q.    Okay.                                       12:05

20       A.    -- but we paid for the films, the           12:05

21  shooting of the film, the editing and all the          12:05

22  stuff that went about.                                 12:05

23       Q.    Okay.  Other than the three DVDs of         12:05

24  live performances you just mentioned, did              12:06

25  Linzer-Calello Enterprises, LLC have any other         12:06



1                        Calello

2    business?                                              12:06

3         A.    No.                                         12:06

4         Q.    Is that LLC still in operation?             12:06

5         A.    I don't believe so.                         12:06

6         Q.    And when were those DVDs finished?          12:06

7         A.    2002 or '3, 20 years ago.                   12:06

8         Q.    Had you also been involved in a line        12:06

9    of musical greeting cards?                             12:06

10        A.    I think Linzer may have -- this is          12:06

11   vague because I never met the people and I never       12:06

12   saw any of the cards.                                  12:06

13             I think he did make a deal for some          12:06

14   masters to be put in -- on greeting cards, but I       12:06

15   don't remember what the deal was.  I just know         12:07

16   that -- I never remember getting paid on any of        12:07

17   it.                                                    12:07

18        Q.    Okay.                                       12:07

19             Were you involved in that process at         12:07

20   all?                                                   12:07

21        A.    No.                                         12:07

22        Q.    Let's go ahead and mark Tab A.              12:07

23             This will be Exhibit 7.                      12:07

24             (Exhibit 7, memo, dated November 1,          12:07

25        2023, marked for identification, as of            12:07



```
1                        Calello
2        this date.)                                    12:07
3        Q.    Do you recognize this document?          12:08
4        A.    Yes.                                      12:08
5        Q.    And is this the November 1, 2023          12:08
6   report that you've referenced earlier in this       12:08
7   deposition?                                          12:08
8        A.    Yes.                                      12:08
9        Q.    And this is the only report that you      12:08
10  formally submitted in connection with this           12:08
11  dispute, is that correct?                            12:08
12             I'll strike that.                         12:08
13             This is the only report that you          12:08
14  produced to defendants in this lawsuit, is that      12:08
15  correct?                                             12:08
16             MR. SANDS:  Objection to form.            12:08
17       A.    As a consultant, I provided two           12:08
18  others prior to this, one in 2021 and one in         12:08
19  2000 -- January of 2023.                             12:08
20       Q.    But to your knowledge, your               12:08
21  consulting reports were never provided to --         12:09
22       A.    To my knowledge.                          12:09
23       Q.    The only report that you're aware         12:09
24  that has actually been presented to the              12:09
25  defendants is this November 1, 2023 report, is       12:09
```



```
 1                    Calello
 2  that correct?                                      12:09
 3       A.    Yes.                                     12:09
 4       Q.    This report in front of you is four     12:09
 5  pages, correct?                                    12:09
 6       A.    Yes.                                     12:09
 7       Q.    And on page 4, there is a signature.    12:09
 8             Do you see that?                         12:09
 9       A.    Um-hm.                                   12:09
10       Q.    And is that your signature?             12:09
11       A.    Yes.                                     12:09
12       Q.    So to your knowledge, is this the       12:09
13  totality of the expert report that you've          12:09
14  submitted to defendants in connection with this    12:09
15  dispute?                                            12:09
16       A.    Yes.  There were -- then there was a    12:09
17  bunch of -- there were some attachments, but I     12:09
18  don't remember what they were.                     12:09
19       Q.    Other than attachments --               12:09
20       A.    No, this is it.                          12:09
21       Q.    This is the entirety of the report,     12:09
22  right?                                              12:10
23       A.    Yes.                                     12:10
24       Q.    And this report contains all of the     12:10
25  analysis that you are formally submitting as an    12:10
```



```
1                        Calello
2    expert in this dispute, is that correct?           12:10
3              MR. SANDS:  Objection to form.            12:10
4        A.    It's not all of the analysis.            12:10
5        Q.    Let me ask that differently.             12:10
6              I'll come back.                           12:10
7              So when I refer to your report for       12:10
8    this dispute, would you understand that I am       12:10
9    referring to this November 1, 2023 report?         12:10
10       A.    Um-hm.                                    12:10
11       Q.    Okay.                                     12:10
12             You prepared this report, correct?       12:10
13       A.    Correct.                                  12:10
14       Q.    Did anyone assist you in preparing       12:10
15   this report?                                        12:10
16       A.    No.                                       12:10
17       Q.    And on the top of this report, it        12:10
18   states "Calello Music Group, Inc."                 12:10
19             Do you see that?                          12:10
20       A.    Yes.                                      12:10
21       Q.    Do you know why it states that?          12:10
22       A.    This was my letterhead.                  12:10
23       Q.    But this report is not being             12:11
24   submitted on behalf of Calello Music Group,        12:11
25   Inc., is it?                                        12:11
```



```
 1                        Calello
 2        A.    No.                                        12:11
 3        Q.    This report is from you personally,        12:11
 4   correct?                                              12:11
 5        A.    Yes.                                        12:11
 6        Q.    At the very beginning of your              12:11
 7   report, there is a paragraph in bold.                 12:11
 8              Do you see that?                            12:11
 9        A.    Yes.                                        12:11
10        Q.    It states, "This document is being         12:11
11   prepared by Charlie Calello to demonstrate why        12:11
12   the musical composition Levitating infringes on       12:11
13   the musical compositions Wiggle and Giggle All        12:11
14   Night and its Spanish version Don Diablo."            12:11
15              Do you see that?                            12:11
16        A.    Yes.                                        12:11
17        Q.    You said before that you are not a         12:11
18   lawyer, correct?                                      12:11
19        A.    Correct.                                   12:11
20        Q.    So is it your role to determine            12:12
21   whether one work infringes another work?              12:12
22              MR. SANDS:  Objection to form.             12:12
23        A.    As an arranger, when I make records,       12:12
24   there were at times people who would insert           12:12
25   pieces of music that I encouraged them not to         12:12
```



CHARLES CALELLO                                    January 23, 2024
LARBALL PUBLISHING Co. vs DUA LIPA                            82

```
 1                     Calello
 2  use because I thought it would infringe on a          12:12
 3  copyright.                                            12:12
 4          It's a word I use to basically prove          12:12
 5  that there may be some liability here.  And           12:12
 6  although I'm not a lawyer, the word I'm using is       12:12
 7  not from a legal aspect as much as it is from a       12:12
 8  professional aspect.                                  12:12
 9      Q.    Okay.                                       12:12
10          On page 1 of your report, the fifth           12:12
11  paragraph starting with, "Any copyright               12:12
12  infringement claim."                                  12:12
13          Do you see that?                              12:12
14      A.    On what page is that?                       12:12
15      Q.    1.                                          12:13
16      A.    Okay.  Yes.                                 12:13
17      Q.    Can you read the first sentence of          12:13
18  that paragraph?                                       12:13
19      A.    "In any copyright infringement             12:13
20  claim, the most important musicological areas to     12:13
21  examine and compare are the melody or pitch, the     12:13
22  rhythm elements, along with the lyrics and           12:13
23  structure.  The pop music infringement may also     12:13
24  be determined by the way the song is performed."     12:13
25      Q.    Okay.  So on just the first                12:13
```



| | Calello | |
|---|---|---|
| 1 | | |
| 2 | sentence, ending with "along with the lyrics and | 12:13 |
| 3 | structure." | 12:13 |
| 4 | Do you see that? | 12:13 |
| 5 | A.    Yes. | 12:13 |
| 6 | Q.    So would you agree that melody, | 12:13 |
| 7 | rhythmic elements, lyrics and structure are all | 12:13 |
| 8 | elements that are important to analyze in | 12:13 |
| 9 | comparing music? | 12:13 |
| 10 | MR. SANDS:  Objection to form. | 12:13 |
| 11 | A.    Repeat the question? | 12:13 |
| 12 | Q.    Would you agree that melody, | 12:13 |
| 13 | rhythmic elements, lyrics and structure are all | 12:13 |
| 14 | elements that are important to consider in | 12:14 |
| 15 | comparing music? | 12:14 |
| 16 | A.    Yes. | 12:14 |
| 17 | Q.    So without comparing those four | 12:14 |
| 18 | elements, it would not be a comprehensive | 12:14 |
| 19 | analysis, is that correct? | 12:14 |
| 20 | MR. SANDS:  Objection to form. | 12:14 |
| 21 | A.    Say that again, please? | 12:14 |
| 22 | Q.    So if you were to not compare each | 12:14 |
| 23 | of these four elements, would you consider the | 12:14 |
| 24 | analysis comprehensive? | 12:14 |
| 25 | A.    No. | 12:14 |



| | | |
|---|---|---|
| 1 | Calello | |
| 2 | Q.    Are these the only four elements | 12:14 |
| 3 | that you believe need to be considered? | 12:14 |
| 4 | A.    Well, there is also the performance, | 12:14 |
| 5 | so there are five elements. | 12:14 |
| 6 | Q.    So other than melody, rhythmic | 12:14 |
| 7 | elements, lyrics, structure and performance, are | 12:14 |
| 8 | there any other elements you believe must be | 12:14 |
| 9 | considered in a musicological comparison? | 12:15 |
| 10 | A.    No, not in my opinion. | 12:15 |
| 11 | Q.    What about harmony? | 12:15 |
| 12 | A.    Harmony is usually based on the | 12:15 |
| 13 | arrangement -- | 12:15 |
| 14 | Q.    So you -- | 12:15 |
| 15 | A.    -- and chords are utilized by -- to | 12:15 |
| 16 | define how the song is supposed to be performed. | 12:15 |
| 17 | Q.    So in your opinion, harmony is not | 12:15 |
| 18 | an element that needs to be considered in | 12:15 |
| 19 | conducting a musicological analysis, is that | 12:15 |
| 20 | correct? | 12:15 |
| 21 | A.    I'm not saying that here. | 12:15 |
| 22 | Q.    Do you believe harmony is an element | 12:15 |
| 23 | that should be considered in conducting a | 12:15 |
| 24 | musicological analysis? | 12:15 |
| 25 | A.    Harmony -- chord progressions, no, | 12:15 |



```
 1                      Calello
 2   but harmony, yes.                                   12:16
 3        Q.    So you believe harmony should be         12:16
 4   considered in conducting a musicological            12:16
 5   analysis?                                           12:16
 6        A.    Well, you have to use chord              12:16
 7   progressions to determine a key.                    12:16
 8        Q.    Right now, I'm just asking, the          12:16
 9   question is, when conducting musicological          12:16
10   analysis, do you believe harmony is an element      12:16
11   that should be considered?                          12:16
12        A.    Yes.                                      12:16
13        Q.    Does your report contain any             12:16
14   analysis of harmony?                                12:16
15        A.    Yes.                                      12:16
16        Q.    Where in your report would that be?      12:16
17        A.    On page 2.                               12:16
18        Q.    And where on page 2 would that be?       12:16
19        A.    Look at the first illustration.          12:16
20        Q.    That is the musical transcriptions       12:16
21   you are referring to?                               12:16
22        A.    "Please note there are similarities      12:16
23   in the following melodies."                         12:16
24              Do you see that?                          12:16
25        Q.    Correct.                                  12:16
```



| | Calello | |
|---|---|---|
| 1 | Calello | |
| 2 | A.    Do you see those little letters | 12:16 |
| 3 | there at the top of the notes?  Those are | 12:16 |
| 4 | chords.  There is a D chord and an A chord. | 12:17 |
| 5 | Q.    Okay. | 12:17 |
| 6 | A.    Okay? | 12:17 |
| 7 | Now, look at the bottom | 12:17 |
| 8 | illustration, there is two sets of chords.  The | 12:17 |
| 9 | top line that's in -- well, do you have a -- do | 12:17 |
| 10 | you have it in color? | 12:17 |
| 11 | Q.    Yes. | 12:17 |
| 12 | A.    Okay.  The black notes denotes the | 12:17 |
| 13 | chords are indicated at the top, and at the | 12:17 |
| 14 | bottom, the red notes are determined the chords | 12:17 |
| 15 | on the bottom. | 12:17 |
| 16 | Q.    Okay.  Other than transcriptions, | 12:17 |
| 17 | does your report contain any analysis of | 12:17 |
| 18 | harmony? | 12:17 |
| 19 | MR. SANDS:  Objection to form. | 12:17 |
| 20 | A.    I don't remember.  I mean, I -- you | 12:17 |
| 21 | would have to show me another example for me to | 12:17 |
| 22 | examine. | 12:17 |
| 23 | But based on this, I don't remember | 12:17 |
| 24 | if there was another -- I may have used that in | 12:17 |
| 25 | one of my earlier -- when I was consulting, I | 12:17 |



```
 1                     Calello
 2   don't know.                                         12:18
 3        Q.    But to reiterate, the only report       12:18
 4   that you're aware of that was presented to          12:18
 5   defendants is this November 1, 2023 report --       12:18
 6        A.    Yes, yes.                                12:18
 7        Q.    -- correct?                              12:18
 8              So I'm only asking about this            12:18
 9   report.  Do you understand that?                    12:18
10        A.    Yes.                                     12:18
11        Q.    Okay.  And this report is four          12:18
12   pages, correct?                                     12:18
13        A.    Yes.                                     12:18
14        Q.    Would it be helpful to take the time    12:18
15   to review it to see if you could point me to any   12:18
16   analysis of harmony other than the                  12:18
17   transcriptions?                                     12:18
18        A.    No.                                      12:18
19        Q.    So you do not believe there would be    12:18
20   any analysis of harmony other than the             12:18
21   transcriptions, is that correct?                    12:18
22        A.    Repeat that?                             12:18
23        Q.    You do not believe this report         12:18
24   contains any analysis of harmony other than the    12:18
25   transcriptions, is that correct?                    12:18
```



CHARLES CALELLO                              January 23, 2024
LARBALL PUBLISHING Co. vs DUA LIPA                        88

1                          Calello

2        A.    I don't understand -- I don't          12:18

3   understand the question.  Because the chords are  12:18

4   written down here.                                12:18

5              What is it -- what is it I'm           12:18

6   missing?                                          12:18

7        Q.    Does this report contain any written   12:18

8   analysis of the harmony of Wiggles and Giggles,  12:19

9   Don Diablo, and Levitating?                       12:19

10       A.    You can see the chords on the top     12:19

11  and the chords on the bottom, so there is a      12:19

12  comparison.                                       12:19

13       Q.    Other than the transcription, does    12:19

14  this report contain any written analysis of the  12:19

15  harmonies of Wiggle and Giggle, Don Diablo, and  12:19

16  Levitating?                                       12:19

17       A.    This report?                           12:19

18       Q.    Correct.                               12:19

19       A.    Not that I see here.                   12:19

20       Q.    Thank you.                             12:19

21             In conducting a musicological          12:19

22  analysis, do you also believe it is important to 12:19

23  analyze differences between the works at issue?  12:19

24       A.    Yes.                                   12:19

25       Q.    Does this report contain the          12:19



1                      Calello

2     analysis of the differences between the works at          12:19

3     issue?                                                    12:19

4          A.    Yes.                                           12:19

5          Q.    Where would that be?                           12:19

6          A.    Again, look at the first example.              12:19

7          Q.    Okay.                                          12:19

8          A.    It shows Don Diablo in black, Wiggle           12:19

9     and Giggle in red.  And it shows two bars.  Then          12:20

10    it shows how the notes work.  Then you take a             12:20

11    look at the second two bars, it shows you how             12:20

12    the notes work.                                           12:20

13         Q.    So other than what's reflected in              12:20

14    the musical transcriptions, does this report             12:20

15    contain any analysis of differences between              12:20

16    Wiggles and Giggles, Don Diablo, and Levitating?         12:20

17         A.    Yes.                                           12:20

18         Q.    And where would that be?                       12:20

19         A.    Next page, page 3.                             12:20

20         Q.    Okay.  And which portion of page 3?            12:20

21         A.    Do you see the diagram at the                  12:20

22    bottom?                                                   12:20

23         Q.    Okay.                                          12:20

24         A.    It breaks down Wiggle and Giggle for           12:20

25    the first -- for the verse, and it shows in               12:20



1                        Calello

2    yellow the similarities in the music.  Then it      12:20

3    shows in green all the other musical elements       12:21

4    and how long they exist in green.                   12:21

5              So you have four bars in yellow,           12:21

6    then an additional two bars in yellow, which        12:21

7    consist of six bars.  Then you have a               12:21

8    pre-chorus, a chorus, a verse, rap, an interlude    12:21

9    that are four bars each.                            12:21

10             And, also, there is a second piece        12:21

11   of music in bars five and six of the verse of       12:21

12   two bars that contain what we would call            12:21

13   "original music."  However, bar 6 contains the      12:21

14   same rhythm pattern in Don Diablo, but I            12:21

15   excluded that for this conversation.                12:21

16             So there is 24 musical bars, and out      12:21

17   of those 24 musical bars, 6 of them are             12:21

18   similarities to Don Diablo.                         12:21

19        Q.    So is it your opinion that other         12:22

20   than those six bars, everything else in these       12:22

21   songs is different?                                 12:22

22        A.    The markings in green are the            12:22

23   additional parts of the song.  The parts that       12:22

24   are similar, again, are bars 1, 2, 3 and 4 and      12:22

25   bars 7 and 8.  Those are the similarities.          12:22



```
                         Calello
```

 1                        Calello

 2          So what we are dealing with is we          12:22

 3  are dealing with a verse, and out of the verse,    12:22

 4  75 percent of the verse has enormous               12:22

 5  similarities to Don Diablo.                         12:22

 6      Q.    Let me ask this a different way.          12:22

 7          This report does not identify any          12:22

 8  similarities other than the six bars of the        12:22

 9  verse you just referenced, is that correct?        12:22

10      A.    This -- this document doesn't.            12:22

11      Q.    Correct.  Okay.                           12:22

12          And other than -- on page 2, you           12:23

13  pointed to some transcriptions, correct?           12:23

14      A.    Correct.                                  12:23

15      Q.    And these are the only                    12:23

16  transcriptions contained within your report, is    12:23

17  that correct?                                       12:23

18      A.    I believe there was an attachment         12:23

19  that contained a -- the full version of what you   12:23

20  showed before in one of the documents, but I       12:23

21  can't remember.                                     12:23

22      Q.    Does that attachment have a               12:23

23  reference to this report?                           12:23

24      A.    I'm not sure, but I remember -- I         12:24

25  remember seeing it in one of these, but for now,   12:24



|    |                                                          |       |
|----|----------------------------------------------------------|-------|
| 1  | Calello                                                  |       |
| 2  | I will put that on hold until maybe we come              | 12:24 |
| 3  | across it again.                                         | 12:24 |
| 4  | Q.    On page 1, the paragraph above                     | 12:24 |
| 5  | "Melody."                                                | 12:24 |
| 6  | Do you see that, that paragraph?                         | 12:24 |
| 7  | A.    Yes.                                                | 12:24 |
| 8  | Q.    Do you see this paragraph states,                  | 12:24 |
| 9  | "Below, I've transcribed all relevant portions           | 12:24 |
| 10 | of said pieces into notation (musical notes.)"           | 12:24 |
| 11 | A.    Where, in page 1?                                   | 12:24 |
| 12 | Q.    Page 1.                                             | 12:24 |
| 13 | A.    Okay.  Yeah, I see.                                 | 12:24 |
| 14 | Q.    So I'll -- just for clarity, I'll                  | 12:24 |
| 15 | repeat.                                                   | 12:24 |
| 16 | Do you see the sentence that states,                    | 12:24 |
| 17 | "Below, I've transcribed all relevant portions           | 12:24 |
| 18 | of said pieces into notation (musical notes.)"?          | 12:24 |
| 19 | A.    Correct.                                            | 12:24 |
| 20 | Q.    When it says, "said pieces," are you               | 12:24 |
| 21 | referring to Wiggle and Giggle, Don Diablo, and          | 12:24 |
| 22 | Levitating?                                               | 12:24 |
| 23 | A.    Yes.                                                | 12:24 |
| 24 | Q.    And the only transcriptions that                   | 12:25 |
| 25 | follow this paragraph are the transcriptions on          | 12:25 |



```
 1                          Calello
 2  page 2, is that correct?                              12:25
 3        A.    Correct.                                   12:25
 4        Q.    So the transcriptions on page 2            12:25
 5  contain what you consider to be all of the            12:25
 6  relevant portions for purposes of the musical         12:25
 7  analysis you're conducting in this report?            12:25
 8        A.    Correct.                                   12:25
 9              THE VIDEOGRAPHER:  Excuse me.              12:25
10              (Pause.)                                   12:25
11        Q.    And you prepared these                     12:25
12  transcriptions?                                        12:25
13        A.    Yes.                                        12:25
14        Q.    How did you prepare these                  12:25
15  transcriptions?                                        12:25
16        A.    Listening to the records.                  12:25
17        Q.    Did you transcribe -- create these         12:25
18  transcriptions by hand?                                12:25
19        A.    Yes.  They were entered into a             12:25
20  computer.                                              12:25
21        Q.    So you used a software?                    12:25
22        A.    Software.                                  12:25
23        Q.    Do you know which software that was?       12:25
24        A.    Finale.                                    12:25
25        Q.    I'm sorry, can you repeat that?            12:26
```



```
 1                        Calello
 2       A.     Finale.                                    12:26
 3       Q.     Can you spell that for the record?         12:26
 4       A.     F-I-N-A-L-E.                               12:26
 5       Q.     Do you know when you created these         12:26
 6  transcriptions?                                        12:26
 7       A.     Back in 2021.                              12:26
 8       Q.     Do you know if you shared these            12:26
 9  transcriptions with Ms. Salani?                        12:26
10       A.     I don't believe so.                        12:26
11              MR. MULLINS:  This may be a good            12:26
12       time to break again.  Do you want to do           12:26
13       lunch now or do you want to do a short            12:26
14       break?                                            12:26
15              We can actually go off the record.         12:26
16              THE VIDEOGRAPHER:  We're now going         12:26
17       off the record.  The time is 12:26 p.m.,          12:26
18       and we are off the record.                        12:26
19              (Luncheon recess.)                         12:26
20                  AFTERNOON SESSION                      12:26
21              THE VIDEOGRAPHER:  We are back on          13:52
22       the record.  The time is 1:52 p.m.  This         13:52
23       is the beginning of media labeled number         13:52
24       3.                                                13:52
25
```



```
 1                        Calello
 2   BY MR. MULLINS:                                    13:52
 3        Q.    Thank you, Mr. Calello.                 13:52
 4             Are you still able to testify fully      13:52
 5   and accurately today?                              13:52
 6        A.    Yes.                                     13:52
 7        Q.    Okay.  I want to refer you back to I    13:52
 8   believe what's Exhibit 7.                          13:52
 9             So I'm just going to refer you back      13:52
10   to page 2 of the report.                           13:52
11             And we were discussing the              13:52
12   transcriptions contained on page 2 earlier.        13:52
13             Do you recall that?                       13:52
14             (Pause.)                                  13:52
15             THE VIDEOGRAPHER:  We are now going      13:53
16        off the record.  The time is 1:53 p.m.        13:53
17             (Recess.)                                 13:53
18             THE VIDEOGRAPHER:  We are back on        13:57
19        the record.  The time is 1:57 p.m.            13:57
20   BY MR. MULLINS:                                    13:57
21        Q.    Thank you.                               13:57
22             So we were talking about the            13:57
23   transcriptions on page 2 of your report.  Turn     13:57
24   back to those.                                      13:57
25             Just initially, these four pages of      13:57
```



|    |                                                      |       |
|----|------------------------------------------------------|-------|
| 1  | Calello                                              |       |
| 2  | your report do not contain a direct comparison       | 13:57 |
| 3  | comparing Wiggle and Giggle to Levitating, is        | 13:57 |
| 4  | that correct?                                         | 13:57 |
| 5  | A.    That is correct.                                | 13:57 |
| 6  | Q.    If you look at the second                       | 13:57 |
| 7  | transcription on page 2, which is a comparison        | 13:57 |
| 8  | of Don Diablo to Levitating --                        | 13:57 |
| 9  | A.    Um-hm.                                           | 13:57 |
| 10 | Q.    -- do you see that transcription?               | 13:57 |
| 11 | A.    Yes.                                             | 13:57 |
| 12 | Q.    This transcription starts at bar                | 13:57 |
| 13 | number 9, is that correct?                            | 13:57 |
| 14 | A.    Yes.                                             | 13:57 |
| 15 | Q.    Is it your opinion that the verse of            | 13:57 |
| 16 | Levitating starts at bar 10?                          | 13:57 |
| 17 | A.    Do you have a lead sheet here?                  | 13:58 |
| 18 | Q.    I don't believe we do.                          | 13:58 |
| 19 | Do you recall how you decided to                      | 13:58 |
| 20 | start this transcription at bar number 9?             | 13:58 |
| 21 | A.    Because of the original document                | 13:58 |
| 22 | that's not here, which it was my Exhibit A,           | 13:58 |
| 23 | which explained where it was, it's hard for me        | 13:58 |
| 24 | to tell.                                              | 13:58 |
| 25 | But basically, what bar 10 is, it's                   | 13:58 |



1                          Calello

2    the start of the verse of Levitating and Don          13:58

3    Diablo.  It eliminates the introduction and only      13:58

4    starts with the musical composition that's on         13:58

5    the lead sheet.                                        13:58

6         Q.    So it's your testimony that both Don       13:58

7    Diablo and Levitating start the verse at bar 10?      13:58

8         A.    On this example.                           13:58

9         Q.    In the actual recordings, does the         13:59

10   verse of Levitating start on bar 10?                  13:59

11        A.    I'd have to look at my original            13:59

12   transcript, which is one of the exhibits in the       13:59

13   other paper.                                          13:59

14              What this is, it's a start of where        13:59

15   the songs start from the lead sheet.  The             13:59

16   published lead sheet of Levitating starts             13:59

17   actually on bar 2.  There is a two-bar repeat         13:59

18   for the introduction, so in the lead sheet that       13:59

19   the publishers put out, it starts on bar 3.  But      13:59

20   if you play the record, there is a longer             13:59

21   introduction.                                         13:59

22              So the most logical way to put this        13:59

23   together seeing that we are dealing with              13:59

24   different recordings is to line up the verses.        13:59

25        Q.    So let me start with this.  Your           13:59



```
 1                        Calello
 2   report doesn't reference any lead sheets,          13:59
 3   correct?                                           13:59
 4        A.    Not this, but in the past, I            13:59
 5   referenced the lead sheets.                        14:00
 6        Q.    This November 21, 2023 report that      14:00
 7   was submitted to defendants in this action does    14:00
 8   not reference any lead sheets, correct?            14:00
 9        A.    No.  But the lead sheet was given to    14:00
10   me in the last report that Ferrara put together.   14:00
11            So I have a copy of it.                    14:00
12        Q.    You do not rely on -- strike that.      14:00
13            Your November 21, 2023 report --          14:00
14   November 1, 2023 report --                         14:00
15        A.    Go ahead.                               14:00
16        Q.    -- does not state that you relied on    14:00
17   any lead sheets in forming your opinions, is       14:00
18   that correct?                                      14:00
19        A.    Correct.                                14:00
20        Q.    Your November 1, 2023 report also       14:00
21   does not state that it relied on any               14:00
22   transcriptions other than what is in these four    14:00
23   pages of the report, is that correct?              14:00
24            MR. SANDS:  Objection to form.            14:00
25        A.    That's really not true because I did    14:00
```



```
 1                      Calello
 2  a full analysis and, unfortunately, it's not        14:01
 3  here.  But you are correct, and it doesn't          14:01
 4  appear on these four pages.                         14:01
 5       Q.    Correct.  So any analysis you did        14:01
 6  outside of -- well, let's strike that.              14:01
 7            Let me go back to the                     14:01
 8  transcriptions, and we are talking about the bar    14:01
 9  numbers.                                            14:01
10            So if I understood your testimony         14:01
11  correct, it is not your testimony that the          14:01
12  verses of Don Diablo and Levitating actually        14:01
13  start in the same bar in the recordings.  Am I      14:01
14  understanding that correctly?                       14:01
15       A.    The verse -- verses start where the      14:01
16  verses start.                                       14:01
17            So in song form, when you make a          14:01
18  record, however they produce the record is          14:01
19  different than what the copyright of the song       14:01
20  is.                                                 14:01
21            So here, I'm referring to the             14:01
22  copyrighting of the song, not the record.           14:01
23            The confusion is between the master       14:01
24  recording, which is one copyright, and the song,    14:02
25  which is another copyright.  This is referring      14:02
```



Calello

1

2  to the melody of the song, which the lead sheet          14:02

3  is written one way, and if you transcribe it             14:02

4  from the record, you actually produce this.              14:02

5       Q.    So -- and you created the                     14:02

6  transcription on page 2 of this report, is that          14:02

7  correct?                                                 14:02

8       A.    Yes.                                          14:02

9       Q.    And when creating this                        14:02

10 transcription, what did you use to determine             14:02

11 that the verse of Levitating began in bar 10?            14:02

12      A.    I started at the verse, listened to           14:02

13 the verse and copied the notes off the record.           14:02

14      Q.    So is it your testimony that the              14:02

15 composition of Levitating has nine bars in it            14:02

16 before the verse?                                        14:02

17      A.    I would have to listen to the record          14:03

18 to confirm if I use that format because it's not         14:03

19 indicated here.                                          14:03

20           But understand that bar 10 is the              14:03

21 start of the verse.                                      14:03

22      Q.    In --                                         14:03

23      A.    In Levitating and Don Diablo.  It's           14:03

24 where it goes (indicating.)                              14:03

25      Q.    You can say musical...                        14:03



|    | Calello                                    |       |
|----|--------------------------------------------|-------|
| 1  |                                            |       |
| 2  | For -- so, again -- and I apologize,       | 14:03 |
| 3  | I'm just trying to get a clear record here.| 14:03 |
| 4  | But it is your testimony that in           | 14:03 |
| 5  | both Don Diablo and Levitating, it is your | 14:03 |
| 6  | opinion that the verse begins in bar 10 of each | 14:03 |
| 7  | respective song?                           | 14:03 |
| 8  | A.    You're -- I can't say it -- I can't   | 14:03 |
| 9  | say that's for sure because you would have to | 14:03 |
| 10 | play the record right now so we can count the | 14:03 |
| 11 | bars as to how I arrived at that.          | 14:03 |
| 12 | But I will tell you, for this to           | 14:03 |
| 13 | appear here, the -- for this to be bar 10 and we | 14:04 |
| 14 | eliminate 9 bars, the probability is as strong | 14:04 |
| 15 | that those 9 bars did not create -- did not have | 14:04 |
| 16 | any melodic passages in them until the verse | 14:04 |
| 17 | actually appeared in the record.           | 14:04 |
| 18 | This is where the verse appears in         | 14:04 |
| 19 | the record.                                | 14:04 |
| 20 | Q.    Okay.                                 | 14:04 |
| 21 | And the verse of each respective           | 14:04 |
| 22 | record is the only portion that's transcribed | 14:04 |
| 23 | within the four pages of this report?      | 14:04 |
| 24 | A.    Correct.                             | 14:04 |
| 25 | Q.    Let's mark Exhibit 8.                | 14:04 |



```
 1                      Calello
 2              (Exhibit 8, document entitled        14:04
 3         "Testimony Report for Copyright           14:04
 4         Infringement" dated 10/27/2023, marked for 14:04
 5         identification, as of this date.)         14:04
 6         Q.    Do you recognize this document,     14:05
 7    Mr. Calello?                                   14:05
 8         A.    Yes.                                14:05
 9         Q.    Have you seen this document before? 14:05
10         A.    No.                                 14:05
11         Q.    What do you recognize this document 14:05
12    to be?                                         14:05
13         A.    I see Barbara Salani's name on it.  14:05
14    So...                                          14:05
15         Q.    But it's your testimony you've never 14:05
16    seen this document before today?              14:05
17         A.    No.                                 14:05
18         Q.    I'll have you turn to page 3 of this 14:05
19    document.                                      14:05
20              And on page 3, towards the top, you  14:05
21    will see a transcription.                      14:06
22              Do you see that?                     14:06
23         A.    Yes.                                14:06
24         Q.    I would like to put that            14:06
25    transcription on page 3 of Exhibit 8 side by   14:06
```



```
 1                        Calello

 2   side with the transcription on page 2 of          14:06

 3   Exhibit 7, if you could do that.                  14:06

 4        A.    Say that -- oh, okay.  I understand.   14:06

 5   Okay.                                              14:06

 6        Q.    And this would be the first            14:06

 7   transcription on page 2 of Exhibit 7 comparing    14:06

 8   Don Diablo to Wiggle and Giggle, correct?         14:06

 9        A.    Yes.                                    14:06

10        Q.    Do these transcriptions appear to be   14:06

11   the same to you?                                  14:06

12        A.    Exactly.                                14:06

13        Q.    Did you create the transcription on    14:06

14   page 3 of Exhibit 8?                              14:06

15        A.    It looks like a copy.                  14:06

16        Q.    The red notes in the transcription     14:06

17   on Exhibit 7, did you prepare those?              14:07

18        A.    Yes.                                    14:07

19        Q.    And those red notes are the same in    14:07

20   the transcription on page -- Exhibit 8 --         14:07

21        A.    Yes.                                    14:07

22        Q.    -- is that correct?                     14:07

23              How do you think that the              14:07

24   transcription in Exhibit 8 -- strike that.        14:07

25              Do you think it's possible that the    14:07
```



1                          Calello

2   transcription in Exhibit 8 on page 3 was just          14:07

3   coincidentally the same as the transcription on        14:07

4   page -- Exhibit 7?                                      14:07

5        A.    No.  It looks like it's a direct            14:07

6   copy.                                                   14:07

7        Q.    And, again, I believe you testified         14:07

8   the program you used to create the                      14:07

9   transcriptions in Exhibit 7 was Finale --              14:07

10       A.    Yes.                                         14:07

11       Q.    -- is that correct?                          14:07

12             So let's turn to back to Exhibit 7          14:07

13   again.                                                 14:08

14             And still on page 2, towards the            14:08

15   middle of the page, there is the statement,           14:08

16   "There are 23 notes in Wiggle and Giggle All          14:08

17   Night Long."                                           14:08

18             Do you see that?                            14:08

19       A.    Um-hm.  Yes.                                14:08

20       Q.    What 23 notes are you referring to         14:08

21   in that statement?                                     14:08

22       A.    Starting the second bar, the melody        14:08

23   of both songs moved in the exact same direction      14:08

24   except for the 8th note in bar 11, so I am            14:08

25   referring to the start of bar 10 and, also, bar       14:08



|    |                                                          |       |
|----|----------------------------------------------------------|-------|
| 1  | Calello                                                  |       |
| 2  | 11.                                                      | 14:08 |
| 3  | Q.    Okay.  So when you state, "There are              | 14:08 |
| 4  | 23 notes in Wiggle and Giggle All Night Long,"          | 14:08 |
| 5  | you were referring to the notes in bars 10 and          | 14:08 |
| 6  | 11 as transcribed on page 2 of your report?             | 14:08 |
| 7  | A.    Correct.                                          | 14:08 |
| 8  | Q.    And when you state, "There are 26                 | 14:08 |
| 9  | notes in Don Diablo," are you referring to bars         | 14:08 |
| 10 | 9, 10 and 11 as transcribed?                            | 14:09 |
| 11 | A.    Yes.                                              | 14:09 |
| 12 | Q.    And when you state, "There are 23                 | 14:09 |
| 13 | notes in Levitating," are you referring to only         | 14:09 |
| 14 | bars 10 and 11 as transcribed?                          | 14:09 |
| 15 | A.    Correct.                                          | 14:09 |
| 16 | Q.    And when you state that "The melody               | 14:09 |
| 17 | in both songs move in the exact same                    | 14:09 |
| 18 | direction" -- do you see that statement?                | 14:09 |
| 19 | A.    Where is that located?                            | 14:09 |
| 20 | Q.    The middle of page 2, sentence                    | 14:09 |
| 21 | beginning, "Starting in the second bar."                | 14:09 |
| 22 | A.    Yes.                                              | 14:10 |
| 23 | Q.    So when you state that "The melody                | 14:10 |
| 24 | in both songs move in the exact same direction,"        | 14:10 |
| 25 | the direction you are referring to is down,             | 14:10 |



```
 1                      Calello
 2   correct?                                      14:10
 3        A.    Say that --                        14:10
 4        Q.    The direction you are referring to 14:10
 5   is down?                                       14:10
 6        A.    Yes.                                14:10
 7        Q.    Okay.  Also on page 2, you have a   14:10
 8   section under the heading "Rhythm."            14:10
 9              Do you see that?                    14:10
10        A.    Um-hm.                              14:10
11        Q.    And, again, this section states that 14:10
12   "In Wiggle and Giggle All Night Long, there are 14:10
13   a total 23 notes that make up the theme"?      14:10
14        A.    Um-hm.                              14:10
15        Q.    Are you referring to the same 23    14:10
16   notes that are referenced earlier in the report? 14:10
17        A.    Yes.                                14:10
18        Q.    And that's the same for Don Diablo, 14:10
19   correct?                                       14:10
20        A.    Yes.                                14:10
21        Q.    And the same for Levitating,        14:10
22   correct?                                       14:10
23        A.    Yes.                                14:10
24        Q.    Your report does not contain any    14:10
25   transcription of the rhythm of any of the songs, 14:10
```



                              Calello

 1
 2   is that correct?                                        14:10
 3           MR. SANDS:  Objection to form.                  14:11
 4       A.    It doesn't -- any other -- what was           14:11
 5   that?                                                   14:11
 6       Q.    Other than these -- strike that.              14:11
 7           Your report does not contain any                14:11
 8   transcriptions of the percussive elements of            14:11
 9   these songs, do they?                                   14:11
10       A.    No.  That's -- they -- for some               14:11
11   reason, they're eliminated.                             14:11
12           But in this document -- in this                 14:11
13   document, there are none.                               14:11
14       Q.    And I'm asking, within the confines           14:11
15   of this November 1, 2023 four-page report, there        14:11
16   are no transcriptions of percussive elements,           14:11
17   correct?                                                14:11
18       A.    Just let me check one thing.                  14:11
19           No, there is mention on page 4.                 14:11
20       Q.    And my question is whether there is           14:11
21   a transcription?                                        14:11
22       A.    No.                                           14:11
23       Q.    And just to clarify, other than               14:11
24   yourself, did anyone else work on preparing this        14:12
25   November 1, 2023 report?                                14:12



|    |                                              |       |
|----|----------------------------------------------|-------|
| 1  |                  Calello                     |       |
| 2  |     A.    No.                                | 14:12 |
| 3  |     Q.    Okay.  So going back to page 1 of  | 14:12 |
| 4  | the report, do you see there is a bolded word| 14:12 |
| 5  | "Melody" followed by a colon --              | 14:13 |
| 6  |     A.    Yes --                             | 14:13 |
| 7  |     Q.    -- at the bottom of the report?    | 14:13 |
| 8  |     A.    -- yes.                            | 14:13 |
| 9  |     Q.    And then there is a paragraph      | 14:13 |
| 10 | following that, is that correct?             | 14:13 |
| 11 |     A.    Um-hm.  Yes.                       | 14:13 |
| 12 |     Q.    Did you draft this paragraph       | 14:13 |
| 13 | following "Melody" on page 1 of your report? | 14:13 |
| 14 |     A.    This is a definition of "melody,"  | 14:13 |
| 15 | and I may have taken it from the Harvard     | 14:13 |
| 16 | dictionary, but I don't recall.              | 14:13 |
| 17 |           But this actually explains it quite| 14:13 |
| 18 | nicely.                                      | 14:13 |
| 19 |     Q.    This will be Exhibit 9, I believe. | 14:14 |
| 20 |        (Exhibit 9, Wikipedia definitions,    | 14:14 |
| 21 |     marked for identification, as of this    | 14:14 |
| 22 |     date.)                                   | 14:14 |
| 23 |     Q.    Mr. Calello, are you familiar with | 14:14 |
| 24 | the website Wikipedia?                        | 14:14 |
| 25 |     A.    Yes.                               | 14:14 |



```
                          Calello
```

 1                          Calello

 2       Q.    Do you consider Wikipedia to be a              14:14

 3   reliable source for information?                         14:14

 4       A.    Sometimes.                                     14:14

 5       Q.    On the first page of this exhibit,             14:14

 6   you will see there is a definition of "melody."          14:15

 7            Do you see that?                                14:15

 8       A.    Yes.                                           14:15

 9       Q.    And you will see that this                     14:15

10   definition largely matches the definition               14:15

11   contained in your report.                                14:15

12            Do you see that?                                14:15

13       A.    Yes.                                           14:15

14       Q.    Does this refresh your recollection            14:15

15   of where you obtained the definition contained           14:15

16   in your report?                                          14:15

17       A.    Could be.  But I don't -- I -- I did           14:15

18   research.  So it could be.                               14:15

19       Q.    So it's possible this -- the                   14:15

20   definition in your report may have come from             14:15

21   Wikipedia, but you don't recall for sure?                14:15

22       A.    Can't recall.                                  14:15

23       Q.    Do you recall using Wikipedia in the           14:15

24   process of researching the opinions in your              14:15

25   report?                                                  14:15



1                        Calello

2        A.    To define certain things, I would          14:15

3   refer to researching them on the internet, yes.       14:15

4        Q.    And there are a number of                   14:16

5   definitions in your report, correct?                   14:16

6        A.    Um-hm.                                       14:16

7        Q.    Including definitions for "pitch" on        14:16

8   page 2, is that correct?                               14:16

9        A.    Um-hm.  Yes.                                 14:16

10       Q.    Do you recall where the definition          14:16

11  for "pitch" contained on page 2 of your report         14:16

12  came from?                                             14:16

13       A.    No.                                          14:16

14       Q.    I'll refer you to page 5 of                 14:16

15  Exhibit 9.                                             14:16

16       A.    Um-hm.                                       14:16

17       Q.    And you will see that this is               14:16

18  another Wikipedia page for "Pitch (music)"?            14:16

19       A.    Correct.                                     14:16

20       Q.    And you see there is a definition in        14:16

21  the first paragraph on this page of "pitch"?           14:16

22       A.    Yes.                                         14:16

23       Q.    And do you see that the definition          14:16

24  in Wikipedia matches the definition contained on       14:16

25  page 2 of your report?                                 14:16



|    |                                                    |       |
|----|----------------------------------------------------|-------|
| 1  | Calello                                            |       |
| 2  | A.    Yes.                                          | 14:16 |
| 3  | Q.    And for the record, the highlights           | 14:16 |
| 4  | in this Wikipedia document were added by our       | 14:17 |
| 5  | firm, not Wikipedia itself, but for illustration   | 14:17 |
| 6  | purposes.                                          | 14:17 |
| 7  |        Page 2 of your report also contains         | 14:17 |
| 8  | a definition of "rhythm," correct?                 | 14:17 |
| 9  | A.    Correct.                                      | 14:17 |
| 10 | Q.    Do you recall where you obtained             | 14:17 |
| 11 | that definition from?                              | 14:17 |
| 12 | A.    No.                                           | 14:17 |
| 13 | Q.    I'll refer you to page 14 of                 | 14:17 |
| 14 | Exhibit 9.                                          | 14:17 |
| 15 | A.    Yes.                                          | 14:17 |
| 16 | Q.    Does this page look familiar to you          | 14:17 |
| 17 | at all?                                             | 14:17 |
| 18 | A.    I don't recall.                              | 14:17 |
| 19 | Q.    Do you see that page 14 toward the           | 14:17 |
| 20 | top indicates that this is a printout from         | 14:18 |
| 21 | Facebook?                                           | 14:18 |
| 22 | A.    Say that again, please?                      | 14:18 |
| 23 | Q.    Do you see at the top of page 14 --          | 14:18 |
| 24 | A.    Top?  Yes.                                    | 14:18 |
| 25 | Q.    -- there is a heading, small font,           | 14:18 |



| | | |
|---|---|---|
| 1 | Calello | |
| 2 | stating "Facebook," and below that is the | 14:18 |
| 3 | Facebook logo. | 14:18 |
| 4 | Do you see that? | 14:18 |
| 5 | A.    Yes. | 14:18 |
| 6 | Q.    Are you familiar with a Facebook | 14:18 |
| 7 | account called "Minds on Music"? | 14:18 |
| 8 | A.    Not really. | 14:18 |
| 9 | Q.    Do you recall whether you referenced | 14:18 |
| 10 | Facebook in researching your -- the opinions in | 14:18 |
| 11 | your report? | 14:18 |
| 12 | A.    I don't use Facebook.  There is a | 14:18 |
| 13 | girl who works for me that does that, but I | 14:18 |
| 14 | don't know how to work it. | 14:18 |
| 15 | Q.    And who is that? | 14:18 |
| 16 | A.    Darian R. Davis -- Davies. | 14:18 |
| 17 | Q.    And Darian is an employee of yours? | 14:18 |
| 18 | A.    Part-time employee. | 14:19 |
| 19 | Q.    Did Darian assist you in researching | 14:19 |
| 20 | or preparing the opinions in your report? | 14:19 |
| 21 | A.    No. | 14:19 |
| 22 | Q.    Going back to page 2 of your report, | 14:19 |
| 23 | there is a definition of "lyrics" at the | 14:19 |
| 24 | beginning. | 14:19 |
| 25 | Do you see that? | 14:19 |



CHARLES CALELLO                                          January 23, 2024
LARBALL PUBLISHING Co. vs DUA LIPA                              113

```
 1                      Calello
 2       A.    Let's see.  Yes.                            14:19
 3       Q.    And then I'll refer you to page 15          14:19
 4  of Exhibit 9.                                          14:19
 5             Do you see that this is a Wikipedia         14:19
 6  page for lyrics?                                       14:19
 7       A.    Um-hm.                                      14:19
 8       Q.    And do you see that statements from         14:19
 9  page 15, Wikipedia page, are equivalent to the        14:19
10  definition on pages 2 and 3 of your report for        14:19
11  lyrics?                                                14:19
12       A.    Yes.                                        14:19
13       Q.    And do you recall whether you               14:19
14  obtained the definition in your report from           14:19
15  Wikipedia?                                             14:19
16       A.    I don't recall.                             14:20
17             But it's...                                 14:20
18       Q.    Still in page 3 of your report in           14:20
19  the "Lyric" section, there is a bolded sentence       14:20
20  stating, "The meter and symmetry of expression        14:20
21  are the same as Wiggle and Giggle All Night Long      14:20
22  and Don Diablo."                                       14:20
23             Do you see that?                            14:20
24       A.    Yes.                                        14:20
25       Q.    What do you mean by "symmetry of            14:20
```



```
 1                        Calello
 2   expression"?                                    14:20
 3        A.    The symmetry of expression is the    14:20
 4   way the lyrics compound against the beat.       14:20
 5        Q.    Okay.                                 14:20
 6              Also on page 3, you see a definition  14:20
 7   for "structure," is that correct?               14:20
 8        A.    Correct.                              14:20
 9        Q.    And I'll refer you to page 20 of      14:20
10   Exhibit 9.                                       14:20
11        A.    Um-hm.                                14:20
12        Q.    And do you see that page 20 of        14:20
13   Exhibit 9 is a Wikipedia page for structure?    14:21
14        A.    Um-hm.                                14:21
15        Q.    And do you see that the definition    14:21
16   provided on the Wikipedia page for "structure"  14:21
17   matches the definition provided on page 3 of    14:21
18   your report?                                     14:21
19        A.    Yes.                                  14:21
20        Q.    And then also on page 3, there is a   14:21
21   definition for "performance" at the bottom of   14:21
22   the page.                                        14:21
23              Do you see that?                      14:21
24        A.    Yes.                                  14:21
25        Q.    And then I'll refer you to page --    14:21
```



```
 1                       Calello
 2        A.    Yes, go ahead.                          14:21
 3        Q.    I'll refer you back to page 26 of       14:21
 4   Exhibit 9.                                         14:21
 5        A.    Um-hm.                                  14:21
 6        Q.    You will see that Exhibit -- or         14:22
 7   page 26 of Exhibit 9 is a Wikipedia page for       14:22
 8   performance.                                       14:22
 9             Do you see that?                         14:22
10        A.    Um-hm.  Yes.                            14:22
11        Q.    And do you see that the highlighted     14:22
12   portion of the Wikipedia page on page 26 matches   14:22
13   the definition provided in your report for         14:22
14   "performance"?                                     14:22
15        A.    Yes.                                    14:22
16        Q.    And then on page 4 of your report,      14:22
17   there is a definition for "tempo," correct?        14:22
18        A.    Correct.                                14:22
19        Q.    And I'll refer you to page 32 of        14:22
20   Exhibit 9.                                         14:22
21        A.    Yes.                                    14:22
22        Q.    And you will see that page 32 of        14:22
23   Exhibit 9 is a Wikipedia page for tempo, is that   14:22
24   correct?                                           14:22
25        A.    Yes, yes.                               14:22
```



| | |
|---|---|
| 1 | Calello | |
| 2 | Q.    And would you agree that the | 14:22 |
| 3 | highlighted portion of page 32 of Exhibit 9 | 14:22 |
| 4 | matches a definition of "tempo" provided in your | 14:22 |
| 5 | report? | 14:23 |
| 6 | A.    Yes. | 14:23 |
| 7 | Q.    And then the last one on page 4 of | 14:23 |
| 8 | your report, there is also a definition for | 14:23 |
| 9 | "beat," is that correct? | 14:23 |
| 10 | A.    Correct. | 14:23 |
| 11 | Q.    And I will refer you to page 45 in | 14:23 |
| 12 | Exhibit 9. | 14:23 |
| 13 | Do you recognize page 45 to be a | 14:23 |
| 14 | Wikipedia page for beat? | 14:23 |
| 15 | A.    Yes. | 14:23 |
| 16 | Q.    And would you agree that the | 14:23 |
| 17 | highlighted portion of page 45 matches the | 14:23 |
| 18 | definition of "beat" provided in your report? | 14:23 |
| 19 | A.    Yes. | 14:23 |
| 20 | Q.    And also on page 45, on the right | 14:23 |
| 21 | side of the page, do you see that there is an | 14:23 |
| 22 | illustration of notes? | 14:24 |
| 23 | A.    Correct.  I see it. | 14:24 |
| 24 | Q.    And at the top of that illustration | 14:24 |
| 25 | are 16 notes, correct? | 14:24 |



|   |   |   |
|---|---|---|
| 1 | Calello | |
| 2 | A.    Correct. | 14:24 |
| 3 | Q.    Do you agree with this, that 16th | 14:24 |
| 4 | notes are one of the division levels of beats? | 14:24 |
| 5 | A.    Yes. | 14:24 |
| 6 | Q.    Okay.  Let's go back to your report, | 14:24 |
| 7 | Exhibit 7. | 14:24 |
| 8 | You are not a statistician, correct? | 14:25 |
| 9 | A.    Say that again? | 14:25 |
| 10 | Q.    You are not a statistician, correct? | 14:25 |
| 11 | A.    A -- I don't know what that means. | 14:25 |
| 12 | Q.    Have you had any formal training in | 14:25 |
| 13 | statistics? | 14:25 |
| 14 | A.    No. | 14:25 |
| 15 | Q.    Do you consider yourself an expert | 14:25 |
| 16 | in statistics? | 14:25 |
| 17 | A.    No. | 14:25 |
| 18 | Q.    Do you consider yourself an expert | 14:25 |
| 19 | in probability? | 14:25 |
| 20 | A.    It's a vague question.  I don't know | 14:25 |
| 21 | if I could find a reasonable answer to that. | 14:25 |
| 22 | Q.    Would you consider yourself an | 14:25 |
| 23 | expert in the mathematical calculation of | 14:25 |
| 24 | probability? | 14:25 |
| 25 | A.    Yes. | 14:25 |



1                         Calello

2          Q.     On what basis?                              14:25

3          A.     Studying Schillinger.                       14:25

4          Q.     And how does Schillinger relate to          14:25

5    the mathematical calculation of probabilities?           14:26

6          A.     Schillinger was based on                    14:26

7    mathematics.                                             14:26

8          Q.     Okay.  Have you ever -- well, strike        14:26

9    that.                                                    14:26

10                Other than Schillinger, have you had        14:26

11   any training in mathematics?                             14:26

12         A.     Only in school.                             14:26

13         Q.     And that would be --                        14:26

14         A.     High school.                                14:26

15         Q.     -- high school level, correct?              14:26

16         A.     Yeah.                                        14:26

17         Q.     Would you agree that Levitating is          14:26

18   in the key B minor?                                      14:26

19         A.     Yes.                                        14:26

20         Q.     And specifically the B natural              14:26

21   minor?                                                   14:26

22         A.     What do you mean by B -- yes, B             14:26

23   natural minor.                                           14:26

24         Q.     And how many pitches are there in a         14:26

25   scale of B natural minor?                                14:26



```
 1                    Calello
 2        A.    B, C sharp, D, E, F sharp, G, A and      14:26
 3   B.                                                  14:26
 4        Q.    Do you know how many that was?           14:27
 5        A.    I just gave eight notes.                 14:27
 6        Q.    So it's your testimony there is 8 --     14:27
 7        A.    Seven.  There's seven pitches in the     14:27
 8   octave.                                             14:27
 9        Q.    So there are seven pitches in B          14:27
10   natural minor, correct?                             14:27
11        A.    Yes.                                     14:27
12        Q.    And then eight octaves?                  14:27
13        A.    Yes.                                     14:27
14        Q.    And is that true of any major or         14:27
15   minor scale?                                        14:27
16        A.    No.  It's only -- the interval           14:27
17   structure of a minor scale is different than a      14:27
18   major scale.                                        14:27
19        Q.    I guess my question is, the number       14:27
20   of pitches, seven --                                14:27
21        A.    Yeah.                                    14:27
22        Q.    -- is that the same --                   14:27
23        A.    Yes.                                     14:27
24        Q.    I'll just -- sorry --                    14:27
25        A.    Okay.                                    14:27
```



CHARLES CALELLO                                    January 23, 2024
LARBALL PUBLISHING Co. vs DUA LIPA                          120

```
 1                        Calello
 2      Q.    -- so we are not talking over each      14:27
 3  other.                                            14:27
 4      A.    Oh, yeah.                               14:27
 5      Q.    Is it correct that any minor or         14:27
 6  major scale contains seven pitches?               14:27
 7      A.    Yes.                                     14:27
 8      Q.    And would you agree that Don Diablo      14:27
 9  is a D major scale?                               14:27
10      A.    Is a what?                              14:27
11      Q.    A D major scale for Don Diablo?         14:28
12      A.    C major scale, correct -- well, no,     14:28
13  hold on.  Hold on one second.                     14:28
14            I originally transcribed it, I          14:28
15  think, in B flat.  And then I transposed it to    14:28
16  the key of D.                                     14:28
17      Q.    Do you recall what is the original      14:28
18  key of Don Diablo?                                14:28
19      A.    I think it was B flat, if my memory     14:28
20  serves me.                                        14:28
21      Q.    Okay.  Would a B flat scale have        14:28
22  seven pitches as well?                            14:28
23      A.    Exactly, yes.                           14:28
24      Q.    Twelve pitches in sequence would        14:28
25  constitute a chromatic scale, is that correct?    14:28
```



1                      Calello

2        A.    Yes.                                      14:28

3        Q.    And none of the works discussed in       14:28

4   your report are in a chromatic scale, are there?    14:28

5        A.    My original report from 2021 lays        14:28

6   out a diagram which explains intervals and a        14:29

7   chromatic scale.                                     14:29

8        Q.    Again, to your knowledge, the report     14:29

9   you just referenced was never provided to the       14:29

10  defendants in this lawsuit, correct?                14:29

11       A.    Yes, I understand that now.              14:29

12       Q.    And, again, the only report that you     14:29

13  are familiar with that was presented to             14:29

14  defendants in this lawsuit is the November 1,       14:29

15  2023 report, correct?                               14:29

16       A.    Yes.                                      14:29

17       Q.    And within the November 1, 2023          14:29

18  report, there is no discussion of any songs that    14:29

19  are in the chromatic scale, is that correct?        14:29

20             MR. SANDS:  Objection to form.           14:29

21       A.    No songs --                              14:29

22       Q.    I'll strike that.  I'll strike that.     14:29

23       A.    -- that are in the chromatic form?       14:29

24       Q.    I'll strike that.                        14:29

25             Does Wiggle and Giggle utilize a         14:29



1                        Calello

2  chromatic scale?                                        14:29

3       A.    No.   It uses -- the entire song?           14:29

4             I don't know, I would have to look.          14:29

5  I would have to look at the notes.                      14:30

6             But in order for me to do that, I            14:30

7  need the music.                                         14:30

8       Q.    Well, let me -- the -- on page 2 of          14:30

9  your report, you have transcriptions of the            14:30

10 verse --                                                14:30

11      A.    Right.                                       14:30

12      Q.    -- of each -- of Don Diablo, Don             14:30

13 Diablo with Wiggle and Giggle and Levitating,           14:30

14 correct?                                                14:30

15      A.    Okay, um-hm.                                 14:30

16      Q.    Is any part of the transcriptions on         14:30

17 page 2 of your report in the chromatic scale?           14:30

18      A.    No.                                          14:30

19      Q.    Thank you.                                   14:30

20      A.    It's all diatonic.                           14:30

21            MR. MULLINS:  Let me go off the              14:30

22      record for a second?                               14:30

23            THE VIDEOGRAPHER:  We are now going          14:30

24      off the record.  The time is 2:30 p.m.             14:30

25            (Recess.)                                    14:30



```
 1                       Calello
 2          THE VIDEOGRAPHER:  We are back on      15:17
 3     the record.  The time is 3:18 p.m.  This    15:17
 4     is the beginning of media labeled           15:18
 5     number 4.                                    15:18
 6          MR. MULLINS:  Thank you.                15:18
 7          We have no further questions.           15:18
 8          I did want to state on the record we    15:18
 9     discussed earlier about producing written   15:18
10     communications you may have had with        15:18
11     Mr. Linzer, Mr. Brown or Ms. Salani about   15:18
12     this lawsuit, so we would like to put a     15:18
13     formal request for that on the record.      15:18
14     Happy to discuss that in more detail        15:18
15     afterwards.                                  15:18
16          But other than that, we are done       15:18
17     from our end, unless you have questions?    15:18
18          MR. SANDS:  Sure.  Please follow up    15:18
19     with a request in writing, and we will      15:18
20     respond.                                     15:18
21          MR. MULLINS:  Great.                    15:18
22          MR. SANDS:  If we can just get off     15:18
23     the record and we will just take a moment   15:18
24     and then let you know if we have any        15:18
25     questions as well.                           15:18
```



1                         Calello
2              MR. MULLINS:  For sure.                    15:18
3              THE VIDEOGRAPHER:  We're now going         15:18
4        off the record.  The time is 3:18 p.m.          15:18
5              (Recess.)                                  15:30
6              THE VIDEOGRAPHER:  We are back on          15:30
7        the record.  The time is 3:30 p.m.              15:30
8   EXAMINATION BY                                        15:30
9   MR. SANDS:                                            15:30
10        Q.    Okay.  I just have a couple of            15:30
11  questions before we finish up.                        15:30
12              Earlier today, you were asked if you      15:30
13  knew of other musicologists.                          15:30
14              Do you recall that question?              15:30
15        A.    Yeah.  I mentioned to you I don't         15:30
16  know if I was clear on that because when I said,      15:30
17  No, I assumed that Barbara was included because       15:30
18  we were discussing it.                                15:30
19              I just wanted to make sure that I         15:30
20  cleared that up, that she was recognized as a         15:31
21  musicologist when I recommended here.                 15:31
22        Q.    So is Barbara Salani a musicologist?      15:31
23        A.    Yeah, yeah.                               15:31
24        Q.    Do you know any other musicologists?      15:31
25        A.    No.  No.                                  15:31



```
 1                    Calello
 2         MR. SANDS:  Okay.  I have no further        15:31
 3    questions.  Thank you.                           15:31
 4         MR. MULLINS:  I think we can wrap it        15:31
 5    up there.                                        15:31
 6         THE VIDEOGRAPHER:  We are now going         15:31
 7    off the record.  The time is 3:31 p.m.,          15:31
 8    and this is the end of the media labeled         15:31
 9    number 4 concluding this video-recorded          15:31
10    deposition.                                      15:31
11         We are off the record.                      15:31
12
13         _____
14              CHARLES CALELLO
15    Subscribed and sworn to
16    before me this      day
17    of MO          , 2024.
18
19    _____
20
21
22
23
24
25
```



```
 1                    Calello
 2                   INDEX:
 3  WITNESS            EXAM BY:          PAGE:
 4  C. Calello       Mr. Mullins          5
 5                   Mr. Sands          125
 6
 7               EXHIBIT INDEX:
 8  NUMBER           DESCRIPTION        PAGE:
 9  Exhibit 1    photo,                     39
10  Exhibit 2    Complaint and Demand for Jury    40
11               Trial,
12  Exhibit 3    Another Season - A Jersey     57
13               Boy's Journey with the Four
14               Seasons and Beyond - The
15               Memoirs of Charlie Calello,
16  Exhibit 4    photos,                     61
17  Exhibit 5    public catalog copyright,     68
18               United States Copyright
19               Office,
20  Exhibit 6    public catalog copyright,     71
21               United States Copyright
22               Office,
23  Exhibit 7    memo, dated November 1, 2023,    77
24
25
```



```
 1                        Calello

 2                   EXHIBIT INDEX:

 3    NUMBER              DESCRIPTION            PAGE:

 4    Exhibit 8    document entitled "Testimony      102

 5                 Report for Copyright

 6                 Infringement" dated

 7                 10/27/2023,

 8    Exhibit 9    Wikipedia definitions,            108

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                      Calello

 2                   CERTIFICATE

 3   STATE OF NEW JERSEY )
                         )ss:
 4   COUNTY OF UNION     )

 5        I, MARY F. BOWMAN, a Registered

 6   Professional Reporter, Certified Realtime

 7   Reporter, and Notary Public within and for

 8   the State of New Jersey, do hereby

 9   certify:

10        That CHARLES CALELLO, the witness

11   whose deposition is hereinbefore set

12   forth, was duly sworn by me and that such

13   deposition is a true record of the

14   testimony given by such witness.

15        I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage and that I am

18   in no way interested in the outcome of

19   this matter.

20        In witness whereof, I have hereunto

21   set my hand this 25th day of January,

22   2024.

23

24   _____
              MARY F. BOWMAN, RPR, CRR
25
```

```
 1                         Calello

 2                 * * *ERRATA SHEET* * *

 3   NAME OF CASE:  Larball v. Dua Lipa

 4   DATE OF DEPOSITION:  1/23/24

 5   NAME OF WITNESS:  CHARLES CALELLO

 6   Reason codes:

 7       1. To clarify the record.
         2. To conform to the facts.
 8       3. To correct transcription errors.

 9   Page _____ Line _____ Reason_____
     From _____ to_____
10

11   Page _____ Line _____ Reason_____
     From _____ to_____
12

13   Page _____ Line _____ Reason_____
     From _____ to_____
14

15   Page _____ Line _____ Reason_____
     From _____ to_____
16

17   Page _____ Line _____ Reason_____
     From _____ to_____
18

19   Page _____ Line _____ Reason_____
     From _____ to_____
20

21   Page _____ Line _____ Reason_____
     From _____ to_____
22

23

24                    _____
                            CHARLES CALELLO
25
```



───────────────
   Exhibits
───────────────

10764535 Ch
arles.
Calello.
EXHIBIT1
  39:11,12
  126:9

10764535 Ch
arles.
Calello.
EXHIBIT2
  40:11,12
  126:10

10764535 Ch
arles.
Calello.
EXHIBIT3
  57:10,11
  62:18
  67:24
  126:12

10764535 Ch
arles.
Calello.
EXHIBIT4
  61:13,14
  126:16

10764535 Ch
arles.
Calello.
EXHIBIT5
  68:21
  126:17

10764535 Ch
arles.
Calello.
EXHIBIT6
  70:25
  71:2
  126:20

10764535 Ch
arles.
Calello.
EXHIBIT7
  77:23,24
  95:8
  103:3,7,
  17 104:4,
  9,12
  117:7
  126:23

10764535 Ch
arles.
Calello.
EXHIBIT8
  101:25
  102:2,25
  103:14,
  20,24
  104:2
  127:4

10764535 Ch
arles.
Calello.
EXHIBIT9
  108:19,20
  110:15
  111:14
  113:4
  114:10,13
  115:4,7,
  20,23
  116:3,12
  127:8

1
  12:19
  39:11,12
  45:3
  61:18
  77:24
  78:5,25
  80:9
  82:10,15
  87:5
  90:24

92:4,11,
12 98:14,
20
107:15,25
108:3,13
121:14,17

1,200
  55:8,13

1.47
  9:5

10
  96:16,25
  97:7,10
  100:11,20
  101:6,13
  104:25
  105:5,10,
  14

10/27/2023
  102:4

100
  67:5

10:20
  4:16

11
  104:24
  105:2,6,
  10,14

11:09
  47:11

11:31
  47:14

12:26
  94:17

14
  68:20
  111:13,
  19,23

15
  113:3,9

16

116:25

16th
  117:3

18
  34:13,15

183
  67:23

19
  34:13,15

1959
  23:25

1963
  48:14
  62:5

1964
  48:19

1979
  51:18
  72:20
  74:6

1980
  49:14,15

1:52
  94:22

1:53
  95:16

1:57
  95:19

───────────────
     2
───────────────

2
  40:11,12
  47:16
  85:17,18
  90:24
  91:12
  93:2,4
  95:10,12,
  23 96:7

97:17
100:6
103:2,7
104:14
105:6,20
106:7
110:8,11,
25 111:7
112:22
113:10
122:8,17

20
  67:16
  77:7
  114:9,12

200
  67:5

2000
  26:4
  75:12
  78:19

2002
  77:7

2006
  40:5

2009
  50:16

2013
  56:16

2015
  50:13

2016
  68:17
  70:21

2019
  17:25

2021
  15:10,14
  17:25
  18:8
  44:8,24
  46:11,24



Case 1:22-cv-01872-KPF    Document 117-4    Filed 06/11/24    Page 133 of 156

CHARLES CALELLO                                    January 23, 2024
LARBALL PUBLISHING Co. vs DUA LIPA                 Index: 2022..a.m.

53:24
78:18
94:7
121:5

**2022**
23:10
54:3

**2023**
12:19
54:14
55:17
77:25
78:5,19,
25 80:9
87:5
98:6,13,
14,20
107:15,25
121:15,17

**2024**
4:9

**21**
98:6,13

**23**
4:8
104:16,20
105:4,12
106:13,15

**23368**
5:21

**24**
90:16,17

**243**
62:19

**244**
62:20,21

**245**
62:20
63:15

**246**
63:20

**248**
63:23
65:23
66:6

**249**
65:24
66:6

**25**
72:20

**254**
65:20,21

**26**
105:8
115:3,7,
12

**2:30**
122:24

─────────
        **3**
─────────

**3**
57:10,11
62:18
67:24
77:7
89:19,20
90:24
94:24
97:19
102:18,
20,25
103:14
104:2
113:10,18
114:6,17,
20

**3,500**
29:11

**32**
115:19,22
116:3

**33433**

5:22

**37**
45:21
46:6

**38**
45:23
46:2

**3:18**
123:3
124:4

**3:30**
124:7

**3:31**
125:7

─────────
        **4**
─────────

**4**
39:9
55:14
60:24
61:13,14
79:7
90:24
107:19
115:16
116:7
123:5
125:9

**41**
46:14

**45**
116:11,
13,17,20

**47**
31:9

─────────
        **5**
─────────

**5**
40:10

68:21
110:14

**50-year**
37:15

**50s**
34:12

─────────
        **6**
─────────

**6**
45:22
70:25
71:2
90:13,17

**60s**
40:5
67:20

**65**
48:19

─────────
        **7**
─────────

**7**
42:15
44:13
45:17
77:23,24
90:25
95:8
103:3,7,
17 104:4,
9,12
117:7

**70s**
68:10

**75**
91:4

**78**
49:6

**7:54**
10:18

─────────
        **8**
─────────

**8**
44:7
46:13
90:25
101:25
102:2,25
103:14,
20,24
104:2
119:6

**802**
31:9

**80s**
49:22
50:2,3,10

**8th**
104:24

─────────
        **9**
─────────

**9**
96:13,20
101:14,15
105:10
108:19,20
110:15
111:14
113:4
114:10,13
115:4,7,
20,23
116:3,12

**90s**
8:20

─────────
        **A**
─────────

**a.m.**
4:16
47:11,14



CHARLES CALELLO
LARBALL PUBLISHING Co. vs DUA LIPA

January 23, 2024
Index: Abbreviation..authorship

**Abbreviation**
62:8

**ability**
27:21
50:4

**Absolutely**
26:11

**accept**
55:4

**accolade**
25:22

**accordion**
33:17,18
34:5,18

**accordions**
33:13

**account**
112:7

**accurately**
95:5

**action**
98:7

**actual**
97:9

**add**
26:6

**added**
111:4

**additional**
27:23
90:6,23

**address**
5:19

**advance**
76:12,14

**AF**
31:9

**AFTERNOON**

94:20

**agree**
83:6,12
116:2,16
117:3
118:17
120:8

**agreement**
53:14
54:19,20

**ahead**
39:8 57:9
68:19
77:22
98:15
115:2

**album**
49:4,7
50:12
51:12,14,
17 71:25
72:12

**American**
31:13,15

**amount**
42:22

**analysis**
57:7
58:17,22,
25 59:16
60:6
79:25
80:4
83:19,24
84:19,24
85:5,10,
14 86:17
87:16,20,
24 88:8,
14,22
89:2,15
93:7
99:2,5

**analyze**
32:13
83:8
88:23

**answering**
59:3

**answers**
6:19,22
7:3

**anyplace**
25:13

**apologies**
54:14

**apologize**
101:2

**appearances**
4:18,20

**appeared**
72:2
101:17

**appears**
72:5
101:18

**application**
69:13,24
71:17

**applied**
36:21

**applies**
37:7

**approached**
52:7

**Approximately**
13:22

**April**
73:23

**areas**
82:20

**arranged**
62:8

**arrangement**
8:3,5
27:22
28:3,11,
13,17
29:12,14,
24 84:13

**arrangements**
35:12
49:3
67:19

**arranger**
25:20
26:14,17,
18 27:21,
24 28:5,
10,24
29:2 40:8
81:23

**arranger/
producer**
29:23

**arrangers**
27:16,17
28:12
31:14

**arranging**
27:4
29:22

**arrived**
101:11

**article**
23:6

**articles**
56:18,24

**Artie**
39:25

**artist**
30:6

**arts**
24:8,17

**aspect**
82:7,8

**assist**
80:14
112:19

**associations**
31:8,12

**assume**
21:19

**assumed**
124:17

**attached**
28:4

**attachment**
91:18,22

**attachments**
79:17,19

**attending**
24:5

**attorney**
26:10

**attributed**
42:14

**audibly**
6:21

**audio**
4:20

**Austin**
58:2

**Australia**
37:10

**author**
57:22

**authorship**
71:17



**automobiles**
37:10

**award**
55:22

**aware**
13:5
15:5,13
59:16
60:5
78:23
87:4

———————

**B**

**back**
6:8 7:19
10:10
15:11
17:11,25
18:7
20:19
22:10
34:12
35:16
40:4
42:17
44:9
47:13
52:5
58:11,12
60:8,23
62:18
67:20
80:6
94:7,21
95:7,9,
18,24
99:7
104:12
108:3
112:22
115:3
117:6
123:2
124:6

**Band**
49:3
51:12

**bar**
90:13
96:12,16,
20,25
97:7,10,
17,19
99:8,13
100:11,20
101:6,13
104:22,
24,25
105:21

**Barbara**
13:2
102:13
124:17,22

**bars**
44:4
89:9,11
90:5,6,7,
9,11,12,
16,17,20,
24,25
91:8
100:15
101:11,
14,15
105:5,9,
14

**base**
50:24

**based**
84:12
86:23
118:6

**basic**
27:21

**basically**
27:17
38:20
82:4

96:25

**basis**
27:8 53:8
55:9
118:2

**beat**
114:4
116:9,14,
18

**beats**
117:4

**Beethoven**
23:2

**began**
100:11

**beginning**
43:20
47:15
81:6
94:23
105:21
112:24
123:4

**begins**
101:6

**behalf**
80:24

**benefit**
42:2

**Berkley**
25:4

**bill**
21:13

**Birley**
59:23

**bit**
6:9 15:12
18:7
35:16
42:17
52:6

59:19

**blabbed**
12:7

**black**
86:12
89:8

**bo**
59:23

**board**
14:20
36:12

**boat**
15:2

**Bob**
39:24

**Boca**
5:18,21
51:5

**bold**
81:7

**bolded**
108:4
113:19

**bom**
27:11,12

**Bonana**
59:23

**Bongiovi**
37:8

**bono**
29:17

**book**
56:7,14
57:20,22
58:5,7,
13,16,21,
23 59:17
60:6,9,23
62:19
65:11,15,

24 66:2,7
67:24

**books**
25:19

**Bose**
36:20

**bottom**
62:7
71:18
86:7,14,
15 88:11
89:22
108:7
114:21

**bought**
66:3

**Bowman**
4:12

**Boy**
71:15,22
72:6,24
73:4
74:16,18,
22 75:2

**Boy's**
57:12

**break**
7:11 47:7
94:12,14

**breaks**
7:10
89:24

**briefly**
26:21
52:6

**brother**
14:15

**brother's**
13:20
14:16

**brought**



19:23
20:8

**Brown**
18:5 45:2
47:23
48:15,18
49:9,14
50:9,23
52:19,20,
21 53:2,
12 55:2,
20 60:16,
19 63:21
64:16,19
65:6 66:2
67:7
123:11

**Brown's**
51:25

**bunch**
14:6
79:17

**business**
30:10
34:25
35:7
36:16
38:17,24
77:2

───────────

**C**
───────────

**calculation**
117:23
118:5

**Calello**
4:1,4
5:1,2,13
6:1 7:1
8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1

18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1
35:1,4,6,
17,19
36:1,2
37:1
38:1,8,19
39:1,10
40:1,11
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1
56:1,12
57:1,14,
16 58:1
59:1 60:1
61:1,13
62:1,9
63:1,9
64:1 65:1
66:1 67:1
68:1 69:1
70:1,6
71:1 72:1
73:1
74:1,9,
15,19
75:1 76:1
77:1 78:1
79:1
80:1,18,
24 81:1,
11 82:1
83:1 84:1
85:1 86:1

87:1 88:1
89:1 90:1
91:1 92:1
93:1 94:1
95:1,3
96:1 97:1
98:1 99:1
100:1
101:1
102:1,7
103:1
104:1
105:1
106:1
107:1
108:1,23
109:1
110:1
111:1
112:1
113:1
114:1
115:1
116:1
117:1
118:1
119:1
120:1
121:1
122:1
123:1
124:1
125:1

**California**
49:23,24
50:3

**call**
18:16
19:25
21:11
53:23
90:12

**called**
5:3 15:16
18:22

21:12
33:15
34:17
36:10
38:8 49:2
50:14
72:9 75:9
112:7

**card**
29:8,10

**cards**
77:9,12,
14

**career**
26:13
62:25
64:5

**Caroline**
27:12

**cars**
37:11

**case**
16:5,6
23:3

**cases**
27:25
30:5

**catalog**
68:21
71:2

**CBS**
74:7

**certificati
on**
25:22

**certificati
ons**
25:17

**certified**
4:11

**chance**

7:5 61:16
68:25

**change**
69:8

**charged**
55:11

**Charles**
4:4 5:2,
13 35:15,
19 38:2,
3,8

**charlescale
llo.com**
39:6

**charlescale
llo.com.**
39:17

**Charlie**
56:12
57:13
60:12
81:11

**chart**
64:18

**check**
29:3 46:4
107:18

**China**
37:10

**chord**
84:25
85:6 86:4

**chordal**
32:12

**chords**
27:21,23
84:15
86:4,8,
13,14
88:3,10,
11



chorus
90:8

chromatic
120:25
121:4,7,
19,23
122:2,17

Circle
5:21

City
4:8

claim
20:10,14
21:3
82:12,20

Claimant
73:7

clarify
107:23

clarity
92:14

Clarkson
19:16,24

clear
6:21
42:16
43:23
44:10
45:10
66:5
101:3
124:16

cleared
124:20

co-owners
68:12

coincidenta
lly
104:3

collaborate
50:4

college
23:20
24:22
31:2

colleges
25:15

colon
108:5

color
86:10

combination
21:8

communicate
22:4
53:3,7

communicate
d
10:12
21:7
52:25

communicati
on
59:8

communicati
ons
21:5 22:7
123:10

companies
38:23
52:2

company
4:5 8:2,
10 9:12
35:14,15,
18 36:7,
9,12,15
37:14,23,
25 38:5,
7,17
47:20,22
48:4 63:4
74:13

75:14,15

compare
82:21
83:22

comparing
83:9,15,
17 96:3
103:7

comparison
84:9
88:12
96:2,7

compensated
54:23

Complaint
40:12

completed
23:19

Composers
31:13

composition
32:10
73:4
81:12
97:4
100:15

composition
s
81:13

compound
114:4

comprehensi
ve
83:18,24

computer
18:2
93:20

conceptuali
ze
27:18

Concerto
64:21

concerts
35:10,11

concluding
125:9

conducive
14:3

conducted
62:9

conducting
84:19,23
85:4,9
88:21
93:7

confines
107:14

confirm
100:18

confirmed
48:7

confusion
99:23

conjunction
57:23

connection
9:20
12:21
20:7 23:2
46:10,24
52:8
78:10
79:14

Connie
24:10

considered
84:3,9,
18,23
85:4,11

consist

90:7

constitute
120:25

consultant
78:17

consulting
53:13,23
78:21
86:25

contacted
18:15,18

contained
91:16,19
95:12
109:11,15
110:11,24

context
6:9 7:24

continue
63:9

continued
63:4

continuing
29:18

contribute
40:22

conversatio
n
90:15

conversatio
ns
52:13

converting
19:8

convince
30:6

copied
26:24
100:13



copy
  18:2
  41:20,22,
  23 70:11
  98:11
  103:15
  104:6

copy-
written
  28:14

copyist
  26:24

copyright
  28:12,17
  30:14,21
  36:25
  68:22
  69:7,10
  70:6
  71:3,7
  73:6
  82:3,11,
  19 99:19,
  24,25
  102:3

copyrightab
le
  28:23

copyrighted
  28:22

copyrightin
g
  99:22

copyrights
  68:12

correct
  8:9 14:10
  15:7 17:3
  20:11,25
  23:6 24:3
  26:10
  28:25
  33:17

34:22
36:7
37:23
39:18
42:21,24
43:14
44:2,16
45:18
46:7,11,
15,16,18
48:8 49:9
50:8
51:3,12
52:2,10
53:24
54:4,6
56:9,19
58:14,15
61:12
62:2,3,5,
6,25
63:2,5,
11,13,18,
19,21,22
64:5,24
66:14,15,
23 67:3
68:17
69:14
71:13,15,
16,20,21,
23,24
72:23
74:20
78:11,15
79:2,5
80:2,12,
13 81:4,
18,19
83:19
84:20
85:25
87:7,12,
21,25
88:18
91:9,11,
13,14,17

92:19
93:2,3,8
96:4,5,13
98:3,8,
18,19,23
99:3,5,11
100:7
101:24
103:8,22
104:11
105:7,15
106:2,19,
22 107:2,
17 108:10
110:5,8,
19 111:8,
9 114:7,8
115:17,
18,24
116:9,10,
23,25
117:2,8,
10 118:15
119:10
120:5,12,
25
121:10,
15,19
122:14

corrected
  53:20

correctly
  99:14

Cory
  48:20,22
  51:15
  71:23
  72:9

counsel
  4:17,19
  7:4
  10:14,23
  11:4,7,
  12,22
  12:9

13:9,17
51:20,24

count
  101:10

couple
  50:25
  55:19
  67:10,13
  124:10

court
  4:12,21
  6:13 8:5
  34:19

cover
  58:11,12
  60:8,10

Cracken
  40:2

create
  27:24
  93:17
  101:15
  103:13
  104:8

created
  37:4
  45:8,15
  59:20
  60:2 76:3
  94:5
  100:5

creates
  28:6

creating
  75:19
  100:9

credit
  28:9 64:4

credits
  25:19
  63:24
  65:12

curiosity
  26:3

curriculum
  24:12

cuts
  51:19

_____

D

_____

Darian
  112:16,
  17,19

date
  39:13
  40:14
  57:15
  61:15
  68:24
  71:5
  72:16,24
  78:2
  102:5
  108:22

dated
  12:19
  77:24
  102:4

Davies
  112:16

Davis
  112:16

Dawn
  61:25

day
  50:21
  55:11,13
  71:15,22
  72:6,19,
  24 73:4
  74:16,18,
  22 75:2



**Daye**
48:20,22
51:15
71:23

**days**
55:19

**deal**
77:13,15

**dealing**
91:2,3
97:23

**Dean**
50:12

**decided**
96:19

**defendant**
8:25 10:7

**defendants**
5:3
78:14,25
79:14
87:5 98:7
121:10,14

**define**
84:16
110:2

**definition**
32:23
108:14
109:6,10,
15,20
110:10,
20,23,24
111:8,11
112:23
113:10,14
114:6,15,
17,21
115:13,17
116:4,8,
18

**definitions**

108:20
110:5,7

**degree**
20:6

**degrees**
25:12,16

**delivered**
33:14

**delivering**
30:13

**Demand**
40:12

**demonstrate**
81:11

**denotes**
86:12

**depicted**
61:22

**deposed**
9:20
13:16
33:22

**deposition**
4:4,7,13
5:24 7:25
8:17,18
10:13,20,
24 11:5,
13,18
13:12,15
78:7
125:10

**depositions**
7:20

**derived**
32:20

**describe**
26:21

**detail**
123:14

**determine**
33:16
81:20
85:7
100:10

**determined**
82:24
86:14

**Diablo**
18:21
81:14
88:9,15
89:8,16
90:14,18
91:5
92:21
96:8
97:3,7
99:12
100:23
101:5
103:8
105:9
106:18
113:22
120:8,11,
18
122:12,13

**diagram**
89:21
121:6

**Diamond**
27:12

**diatonic**
122:20

**dictionary**
108:16

**died**
9:13

**difference**
29:21

**differences**
88:23

89:2,15

**differently**
52:15
80:5

**direct**
96:2
104:5

**direction**
104:23
105:18,
24,25
106:4

**directly**
52:12

**directors**
14:20

**discuss**
10:19
13:24
15:14
16:5 19:8
22:12,25
123:14

**discussed**
11:22
38:24
61:10
121:3
123:9

**discusses**
62:24

**discussing**
16:3
22:11
23:16
60:20
95:11
124:18

**discussion**
52:11
54:22
121:18

**discussions**
52:16,22

**dispute**
9:7
15:13,15
17:14
22:8
34:2,10
78:11
79:15
80:2,8

**disputes**
15:6

**distributed**
70:19
76:7

**distributor**
8:20,22

**division**
14:23
117:4

**document**
12:18
40:15,19,
20,23
41:11,18
42:20
43:6,13,
19,25
44:8 47:3
69:2,5,7,
12 71:6
78:3
81:10
91:10
96:21
102:2,6,
9,11,16,
19
107:12,13
111:4

**documents**
12:12,14,
16,24



45:6  46:4
91:20

dollars
55:8

domain
28:18,20,
21  36:21
37:5

Don
18:20
81:14
88:9,15
89:8,16
90:14,18
91:5
92:21
96:8
97:2,6
99:12
100:23
101:5
103:8
105:9
106:18
113:22
120:8,11,
18  122:12

draft
108:12

drafted
17:14

drafting
22:12

drafts
53:11

Drew
40:2

dropped
19:20

Dua
4:6

duly
5:4

DVD
75:15

DVDS
75:16,19,
21,25
76:3,6,
10,23
77:6

──────────

────── E ──────

──────────

earlier
52:6
59:11
78:6
86:25
95:12
106:16
123:9
124:12

early
26:4  50:2
75:12

Earth
19:19
20:15

editing
76:21

education
23:19,21
24:21,23
32:17

element
84:18,22
85:10

elements
20:23
82:22
83:7,8,
13,14,18,

23  84:2,
5,7,8
90:3
107:8,16

eliminate
101:14

eliminated
107:11

eliminates
97:3

email
21:8  22:4
53:4

emails
21:23
53:9

embarrassin
g
25:18

emotion
28:4,6

employ
37:4

employee
112:17,18

encouraged
81:25

end
62:5
123:17
125:8

ending
83:2

engagement
54:20

Engelbert
50:16

enormous
91:4

entered
93:19

Enterprises
75:9
76:25

entertainme
nt
35:9

entire
122:3

entirety
79:21

entities
34:25
38:25
75:6

entitled
6:18
55:22
60:11
102:2

entity
35:7
38:10,13
47:19
73:9,12,
15,20,24
74:2,3,4,
8  75:8,
11,18

equivalent
113:9

Esquire
4:13

estimate
6:20

et al
4:6  69:14

evaluate
32:6,8

exact

104:23
105:17,24

EXAMINATION
5:6  124:8

examine
82:21
86:22

excluded
90:15

Excuse
93:9

exhibit
39:11,12
40:11,12
57:10,11
61:13,14
62:18
67:24
68:21
70:25
71:2
77:23,24
95:8
96:22
101:25
102:2,25
103:3,7,
14,17,20,
24  104:2,
4,9,12
108:19,20
109:5
110:15
111:14
113:4
114:10,13
115:4,6,
7,20,23
116:3,12
117:7

exhibits
97:12

exist
90:4



existence
    28:23

existing
    28:13

expenses
    76:16

expert
    13:6
    17:2,14
    33:9,15
    34:3,7,
    11,14,22
    79:13
    80:2
    117:15,
    18,23

explain
    16:6
    26:16
    56:22
    59:19

explained
    60:3
    96:23

explains
    108:17
    121:6

explanation
    32:18

exploited
    74:19

expressed
    16:18

expression
    113:20
    114:2,3

extensive
    24:14
    32:5

extensively
    49:13

extent
    23:21
    74:18

——————————

——————————
        F
——————————

F-I-N-A-L-E
    94:4

Facchin
    4:10

Facebook
    111:21
    112:2,3,
    6,10,12

fact
    64:13

faculty
    25:15
    31:2,5

failed
    8:4

fair
    15:4
    26:12
    40:21
    50:20
    64:14

Fame
    25:24

familiar
    6:12 13:2
    38:7
    42:21
    47:19,25
    48:20
    51:17
    57:19
    69:4,8
    72:11
    73:12,20,
    24 75:8
    108:23

111:16
    112:6
    121:13

family
    29:15

fanna
    59:23

fascinating
    25:9

father
    34:16,18

FAU
    15:17

favor
    18:23

Featherbed
    73:17

fee
    29:4,13,
    14 55:10
    76:15

feel
    9:6 27:25

fellow
    33:12

female
    20:5,19

Ferrara
    98:10

film
    76:21

films
    75:13
    76:20

final
    17:18

Finale
    93:24
    94:2
    104:9

finalized
    22:16

financial
    55:22

find
    30:5
    42:25
    58:24
    117:21

fine
    42:3

finish
    124:11

finished
    53:13
    77:6

Fire
    19:19
    20:15

Firley
    59:23

firm
    111:5

fishing
    15:3

flat
    29:4,13,
    14 55:9
    120:15,
    19,21

Florida
    8:3 49:25
    51:5,7

fo
    59:23

follow
    92:25
    123:18

font
    111:25

forgot
    23:12
    38:11

form
    19:9
    32:11
    53:5
    56:20
    64:17
    78:16
    80:3
    81:22
    83:10,20
    86:19
    98:24
    99:17
    107:3
    121:20,23

formal
    23:21
    24:22
    25:12,21
    32:14,17
    33:19
    54:19
    117:12
    123:13

formally
    54:15
    78:10
    79:25

format
    100:18

formed
    75:18

forming
    98:17

forms
    69:7

found
    13:17
    15:21
    42:13



four-page
  107:15

franchise
  38:11

Francis
  24:10

Frankie
  10:4
  39:24
  40:4 50:2

frequently
  50:21

Friday
  11:19,24

friend
  9:5 17:9

friendly
  14:23

friends
  29:16

front
  79:4

full
  7:15
  43:19
  64:7
  91:19
  99:2

fully
  95:4

funny
  32:21

————————————
          G
————————————

Game
  59:21,22

Gaudio
  39:24
  40:7

gave
  18:25
  42:14
  50:15
  65:12
  119:5

general
  11:15

generally
  11:23

George
  25:7

Gershwin
  25:7

Giggle
  18:20
  81:13
  88:15
  89:9,24
  92:21
  96:3
  103:8
  104:16
  105:4
  106:12
  113:21
  121:25
  122:13

Giggles
  88:8
  89:16

girl
  112:13

give
  6:11,21
  7:2,5
  41:2 52:8

giving
  7:15

Glen
  25:7

good
  5:8,9
  30:7 47:6
  94:11

Great
  7:18
  20:25
  21:5 40:6
  47:5
  66:12
  69:20
  123:21

green
  90:3,4,22

greeting
  77:9,14

ground
  6:11

Group
  8:12
  25:24
  35:4,6,17
  36:2
  38:19
  80:18,24

guess
  6:19
  21:15
  53:9,10
  60:24
  119:19

————————————
          H
————————————

Hall
  25:24

hand
  93:18

handed
  26:25

hang
  14:5

happen
  25:24

Happy
  123:14

hard
  66:18
  96:23

harmonic
  32:11

harmonies
  88:15

harmony
  84:11,12,
  17,22,25
  85:2,3,
  10,14
  86:18
  87:16,20,
  24 88:8

Harvard
  108:15

head
  41:6
  59:10

heading
  60:11
  61:3
  106:8
  111:25

hear
  16:15
  18:19
  25:25

heard
  51:19
  59:24

helpful
  87:14

Hey
  18:19

high

24:7,8,
  14,17,20
  25:8
  118:14,15

highest
  23:18

highlighted
  115:11
  116:3,17

highlights
  111:3

hired
  75:16

hit
  25:19
  30:9
  64:12
  66:20,22

hits
  67:22

hold
  92:2
  120:13

holder
  30:14

home
  51:6

honest
  7:15

horrible
  53:17

hour
  11:25

hourly
  55:9

hours
  12:6
  55:14

house
  13:20



66:3

**humor**
30:9

**Humperdinck**
50:16

**hypothetically**
55:21

―――――――

**I**

**idea**
13:16
19:24
27:14
74:24
75:4

**identification**
39:13
40:13
57:14
61:15
68:23
71:4
77:25
102:5
108:21

**identify**
91:7

**illustration**
43:3
85:19
86:8
111:5
116:22,24

**illustrations**
44:3

**image**
61:19

68:2,5

**important**
82:20
83:8,14
88:22

**incident**
20:20,22

**included**
124:17

**Including**
110:7

**income**
74:20
75:2  76:9

**indicating**
42:12
100:24

**individual**
30:19

**inducted**
26:2

**industry**
18:18

**inexpensive**
36:19

**influence**
16:22

**information**
54:11
109:3

**infringe**
82:2

**infringement**
82:12,19,
23  102:4

**infringes**
81:12,21

**initial**
27:8

46:10,24

**initially**
95:25

**insert**
81:24

**inside**
60:22

**Inspirations**
61:3

**instance**
34:6

**instructed**
7:7

**interest**
29:19
30:21
73:14
74:16

**interested**
14:22
15:20
16:12

**interlude**
90:8

**International**
31:18

**internet**
110:3

**interval**
119:16

**intervals**
121:6

**interviewed**
23:5

**introduction**
97:3,18,
21

**invented**
37:8

**investigating**
19:20

**involved**
16:7
27:15
40:18
64:23
65:6
77:8,19

**issue**
16:19
42:4
88:23
89:3

**Italy**
33:14

―――――――

**J**

**January**
4:8  78:19

**Jason**
17:25
18:4  45:2

**Jeff**
40:2

**Jersey**
24:19
49:25
51:4
57:12

**Journey**
57:12

**Juice**
75:23

**July**
72:20

**Jury**
40:13

―――――――

**K**

**Kelly**
19:16,24
20:4

**Kenny**
10:4

**key**
85:7
118:18
120:16,18

**keys**
33:16

**kid**
59:25
67:15

**kind**
59:6,7

**kitchen**
14:5

**knew**
15:17
16:22
124:13

**knowledge**
32:5
40:22
58:4
78:20,22
79:12
121:8

―――――――

**L**

**label**
30:17,18

**labeled**
4:3  47:15



CHARLES CALELLO
LARBALL PUBLISHING Co. vs DUA LIPA

January 23, 2024
Index: language..lunch

94:23
123:4
125:8

language
42:11

Larball
4:5 47:20

largely
109:10

Larry
60:16
66:2

Late
68:10

lawsuit
8:7,25
9:16,18,
21,24
12:21
13:6,25
17:6
23:16
52:9,12
54:3,8,15
55:21
78:14
121:10,14
123:12

lawyer
81:18
82:6

lawyers
42:15

lays
121:5

lead
96:17
97:5,15,
16,18
98:2,5,8,
9,17
100:2

learned
24:7

leave
27:9

Lee
39:25

legal
4:11 26:8
82:7

Legends
36:10,16
37:18

lessons
24:24

letterhead
80:22

letters
44:25
45:4 86:2

level
23:18
118:15

levels
117:4

Levitating
15:7 20:8
81:12
88:9,16
89:16
92:22
96:3,8,16
97:2,7,
10,16
99:12
100:11,
15,23
101:5
105:13
106:21
118:17
122:13

liability
82:5

license
37:15

licenses
25:17

life
67:16

Lifetime
69:14,18

Linzer
17:9
18:12,14
19:23
20:9
22:3,7
39:20
47:25
48:5,8,10
49:9,12,
17 50:8,
21 51:2,
25 52:7,
12,14,18,
21 53:2,
12 54:25
55:20
61:7,9
62:15,22
63:3,9,18
64:16,23
66:14,22
68:6,11
70:5,22
71:19
75:5
77:10
123:11

Linzer's
62:25

Linzer-
calello
75:9
76:25

Lipa
4:6

list
61:7
63:23
64:3,7,8
65:3,10,
17,23
66:6

listed
60:15
64:15,20
65:8,11
69:13
71:10
73:5,9
74:8

listen
16:10
18:23
100:17

listened
19:16
100:12

Listening
93:16

lists
62:15

litigation
33:9,11

live
51:5
76:4,7,24

lived
14:24

lives
51:2,4

Livingston
51:4

LLC
75:9

76:25
77:4

Local
31:9

located
24:18
105:19

logical
97:22

logo
112:3

long
11:24
14:12
37:18
48:11,13,
18 55:16
90:4
104:17
105:4
106:12
113:21

longer
38:13,15
55:14
97:20

looked
32:22,24

Lorrie
75:22

lot
14:25
16:9
38:20
55:14

love
69:13,18

Lover's
64:21

lunch
94:13



**luncheon**
94:19

**Lyric**
113:19

**lyrics**
82:22
83:2,7,13
84:7
112:23
113:6,11
114:4

———————

**M**

**made**
67:14

**major**
119:14,18
120:6,9,
11,12

**make**
7:4 36:20
43:22
63:9
77:13
81:23
99:17
106:13
124:19

**makes**
7:13 44:7

**Manhattan**
23:23
24:15

**mark**
39:10
41:21,22
57:9
68:19
77:22
101:25

**marked**

39:12
40:13
57:14
61:14
67:24
68:23
71:4
77:25
102:4
108:21

**markings**
90:22

**Martin**
50:12

**Mary**
4:12

**mass**
30:14

**master**
9:9 99:23

**masters**
77:14

**matches**
109:10
110:24
114:17
115:12
116:4,17

**material**
28:14

**mathematica
l**
117:23
118:5

**mathematics**
118:7,11

**matter**
4:5 34:4
36:4
52:17
53:3

**means**
117:11

**media**
4:2 47:15
94:23
123:4
125:8

**meet**
11:7,9
14:14

**meeting**
11:20,24
12:4

**meetings**
11:23
12:13
13:9

**melodic**
101:16

**melodies**
85:23

**melody**
82:21
83:6,12
84:6 92:5
100:2
104:22
105:16,23
108:5,13,
14 109:6

**member**
30:25
31:4,7,11

**memo**
77:24

**memoir**
56:8

**memoirs**
56:11
57:13,17

**memory**

45:6
120:19

**mention**
107:19

**mentioned**
7:22 36:6
37:22
50:7
51:11
53:24
61:7 66:2
76:24
124:15

**met**
11:12
14:21
77:11

**meter**
113:20

**Michael**
15:18

**middle**
104:15
105:20

**Miller**
25:7

**million**
49:6

**Milsap**
75:22

**mind**
45:9

**Minds**
112:7

**mine**
9:5

**minimum**
55:11,13

**minor**
118:18,

21,23,25
119:10,
15,17
120:5

**minute**
41:2

**minutes**
11:10,11

**Mirabella**
5:21

**Mirinoff**
40:2

**misleading**
59:3

**missing**
88:6

**mixing**
30:13

**moment**
7:2,19
123:23

**money**
15:2

**months**
13:21,22
21:15

**Morgan**
75:22

**morning**
5:8,9
10:18

**move**
10:11
105:17,24

**moved**
49:23
104:23

**MULLINS**
5:7 47:6,
17 94:11



95:2,20
122:21
123:6,21
124:2
125:4

**multiple**
69:22

**music**
8:2,12
20:23
23:23
24:8,12,
15 25:4,
10 26:14
31:21
32:7,9
35:4,6,
15,17
36:2
37:16
38:2,3,19
44:4,5
56:15
63:10
73:10,17,
23 74:9,
15,19
75:24
80:18,24
81:25
82:23
83:9,15
90:2,11,
13 110:18
112:7
122:7

**musical**
43:2
44:19
45:17
46:5,14
57:4,7
58:8,13,
24 73:4
77:9

81:12,13
85:20
89:14
90:3,16,
17 92:10,
18 93:6
97:4
100:25

**musicians**
26:25
40:3

**musicologic
al**
31:16,18
58:17,22
59:12,17
60:5
82:20
84:9,19,
24 85:4,9
88:21

**musicologis
t**
15:20
16:4
31:24
32:3,4,19
124:21,22

**musicologis
ts**
33:5,6
124:13,24

**musicology**
32:15,17

───────────

**N**

───────────

**names**
5:15

**Nancy**
67:13

**natural**
118:20,

23,25
119:10

**necessarily**
65:13,25
66:9

**Neil**
27:12

**Newark**
24:19

**Newton**
75:23

**nicely**
108:18

**Night**
81:14
104:17
105:4
106:12
113:21

**nods**
6:22

**Nolan**
10:4

**nonpayment**
33:13

**notation**
92:10,18

**note**
85:22
104:24

**noted**
43:24

**notes**
26:23,24
42:6 43:3
86:3,12,
14 89:10,
12 92:10,
18 100:13
103:16,19
104:16,20

105:4,5,
9,13
106:13,16
116:22,25
117:4
119:5
122:5

**noticed**
44:6

**November**
12:19
45:3
54:3,13
55:17
77:24
78:5,25
80:9 87:5
98:6,13,
14,20
107:15,25
121:14,17

**number**
4:3
45:21,23
47:15
64:14
65:19
67:8
71:10,12
94:23
96:13,20
110:4
119:19
123:5
125:9

**numbered**
60:25

**numbers**
99:9

**numerous**
37:9

───────────

**O**

───────────

**oath**
6:14

**object**
7:5 64:17

**objection**
7:6,9
53:5
56:20
78:16
80:3
81:22
83:10,20
86:19
98:24
107:3
121:20

**objections**
7:4

**obtained**
109:15
111:10
113:14

**occurred**
34:11

**octave**
119:8

**octaves**
119:12

**offer**
55:4

**offered**
54:24

**offhand**
33:7 59:4
67:17

**Office**
68:22
71:3



online
  16:16
  33:3

operate
  34:24

operated
  75:6

operation
  37:19
  38:16
  77:4

opinion
  16:23
  19:2,4,5,
  9 20:9
  52:8
  84:10,17
  90:19
  96:15
  101:6

opinions
  16:19
  52:17,23
  53:3,12
  98:17
  109:24
  112:10,20

Orchestra
  14:21

order
  32:6
  122:6

original
  44:8,23
  46:4
  90:13
  96:21
  97:11
  120:17
  121:5

originally
  25:3
  120:14

overlap
  38:20

owned
  9:9 74:6
  75:5

owner
  9:12
  35:20,22
  38:4,25

owners
  35:18,24

ownership
  73:14

owns
  37:14
  73:3 74:4

———————

P

———————

p.m.
  94:17,22
  95:16,19
  122:24
  123:3
  124:4,7
  125:7

PA000004987
7
  71:12

pages
  65:23
  66:6 79:5
  87:12
  95:25
  98:23
  99:4
  101:23
  113:10

paid
  21:12,20,
  21 29:2
  55:7

76:12,15,
  16,20
  77:16

paper
  26:23
  53:14
  97:13

papers
  56:18,23

paragraph
  46:2,6,14
  62:22,24
  63:8 81:7
  82:11,18
  92:4,6,8,
  25 108:9,
  12 110:21

part
  7:20 30:9
  37:13
  42:13,20
  45:3
  122:16

Part-time
  112:18

partial
  64:7,9

parts
  90:23

party
  9:24
  13:20
  14:4

passages
  101:16

past
  98:4

patent
  37:14,15

patented
  37:7

pattern
  90:14

Pause
  93:10
  95:14

pay
  8:4 29:8
  38:11
  54:24

pays
  30:14

PD
  28:16,19

peer-
reviewed
  56:19,24

pencil
  41:15

pending
  7:13

people
  8:14 14:6
  18:18
  25:6,7
  77:11
  81:24

percent
  91:4

percentage
  29:5

percussive
  107:8,16

performance
  84:4,7
  114:21
  115:8,14

performance
s
  76:24

performed

26:20
  27:19
  28:2 62:2
  71:23
  82:24
  84:16

person
  8:7 26:18

personally
  14:9
  48:8,15
  65:25
  66:10
  81:3

phone
  21:8,9
  22:4
  53:4,7,8

phonetic
  40:2

photo
  39:12,14

photograph
  39:21,23
  68:8

photos
  61:14

piece
  26:23
  28:14
  29:24
  30:3
  32:7,9
  44:3,7,10
  90:10

pieces
  81:25
  92:10,18,
  20

pitch
  82:21
  110:7,11,



18,21

**pitches**
118:24
119:7,9,
20 120:6,
22,24

**place**
14:7 33:2
51:8

**placement**
32:13

**plaintiff**
8:6

**plaintiffs**
10:5 17:6

**platinum**
49:7

**play**
26:25
34:18
97:20
101:10

**played**
9:14 34:5
40:3

**plays**
34:19

**point**
15:5
17:18
22:19
27:3
87:15

**pointed**
91:13

**pop**
82:23

**Pops**
14:23

**portion**

44:15,18
55:23
59:18
60:24
65:2
89:20
101:22
115:12
116:3,17

**portions**
92:9,17
93:6

**position**
35:13

**potentially**
16:4
17:13
52:8

**pre-chorus**
90:8

**preceding**
24:21

**preparation**
40:18

**prepare**
18:9
33:19
46:20,23
93:14
103:17

**prepared**
12:19
46:6,9,11
80:12
81:11
93:11

**preparing**
23:3
55:16
80:14
107:24
112:20

**present**
13:8

**presented**
27:7
78:24
87:4
121:13

**prevail**
55:21

**prevent**
7:15

**previous**
20:17

**previously**
7:20

**primarily**
26:13
38:18

**principal**
38:25

**principals**
36:13,14

**printed**
39:16

**printout**
111:20

**prior**
8:18
20:8,20,
22 78:18

**private**
24:24

**privilege**
7:7

**pro**
29:16

**probabiliti
es**
118:5

**probability**
101:14
117:19,24

**procedure**
16:9

**proceeding**
34:8

**process**
26:22
28:24
30:4
77:19
109:24

**produce**
21:24
22:8
29:20
30:20
35:11
63:5
76:15
99:18
100:4

**produced**
8:2 40:7
50:13
67:18
75:12
78:14

**producer**
26:14
30:3

**producing**
29:21
30:4
123:9

**product**
37:2,3

**Productions**
38:8 48:2

**professiona
l**

25:17
31:7,12
82:8

**professor**
15:19

**professors**
15:18

**program**
104:8

**progression
s**
84:25
85:7

**project**
49:17,18
50:2

**projects**
35:9
67:20,21

**prove**
82:4

**provided**
32:18
36:3
78:17,21
114:16,17
115:13
116:4,18
121:9

**public**
28:18,20,
21 36:21
37:5
68:21
71:2

**publication**
56:19,25
72:16,20

**published**
55:25
56:6,15,
23 57:3,6



97:16

**publishers**
97:19

**publishing**
4:5  35:14
37:23
47:20
63:4
73:22
74:3,12

**pulled**
9:10

**purpose**
75:19

**purposes**
44:10
93:6
111:6

**put**
21:16
37:11
77:14
92:2
97:19,22
98:10
102:24
123:12

**puts**
26:19

─────────────

**Q**
─────────────

**qualified**
34:3

**question**
7:3,8,13
43:15
58:20
59:3,15
66:5
83:11
85:9  88:3

107:20
117:20
119:19
124:14

**questions**
123:7,17,
25  124:11
125:3

─────────────

**R**
─────────────

**Rainy**
71:15,22
72:6,24
73:4
74:16,18,
22  75:2

**ran**
12:2

**rap**
90:8

**rate**
29:8,10,
15  55:11,
12,13

**Raton**
5:18,21
51:5

**re-
copyright**
36:22

**read**
22:21
41:2
82:17

**real**
32:23

**reason**
28:12
49:21
107:11

**reasonable**
117:21

**recall**
8:19,22
11:23
12:16
15:9,24
16:18
17:10,20
20:5  23:8
32:24
52:25
53:11
55:16
59:10,11,
13  64:18
67:11
68:8,14
71:25
75:7
95:13
96:19
108:16
109:21,
22,23
110:10
111:10,18
112:9
113:13,16
120:17
124:14

**receive**
25:12
29:18
30:21,23
55:22
74:20
76:9

**received**
32:14
64:4  75:2

**recess**
47:12
94:19
95:17

122:25
124:5

**recognize**
39:14
40:15
43:5
44:2,15,
18,21
46:17
47:3
61:22
69:9  71:6
78:3
102:6,11
116:13

**recognized**
124:20

**recollectio
n**
109:14

**recommended**
124:21

**reconstruct
ing**
58:25

**record**
4:15,18,
20  5:12,
20  9:23
10:3
29:20,21,
22  30:16,
18  35:17
40:4
42:16,18
43:23
44:11
45:10,12
47:11,14
49:2
50:18
59:2,22
61:25
62:7,14,

16  65:7,8
66:6
67:14,15,
19  72:12
94:3,15,
17,18,22
95:16,19
97:20
99:18,22
100:4,13,
17  101:3,
10,17,19,
22  111:3
122:22,24
123:3,8,
13,23
124:4,7
125:7,11

**recorded**
19:15,19
20:18
50:12,15
62:4  67:9
70:16
76:4,7

**recording**
30:12
99:24

**recordings**
70:18
97:9,24
99:13

**records**
25:20
35:11
36:21,22
63:5
64:12,19
66:20,22
81:23
93:16

**recouped**
76:11

**red**



86:14                13,25           rely              36:3              116:5,8,
89:9                 106:4,15          98:12             44:23             18 117:6
103:16,19                            remained          46:10,24          121:4,5,
                     refers            49:24             53:23,24          8,12,15,
refer                  70:9 72:8                         54:2,12,          18 122:9,
  44:13                              remastered          13,14             17
  62:12              reflected         36:25            55:16
  64:15                89:13                            78:6,9,          reporter
  69:16                              remastering         13,23,25          4:12,22
  70:13              refrain           36:24            79:4,13,
  80:7                 42:7                             21,24           reports
  95:7,9                             remember           80:7,9,           23:3 54:6
  110:3,14           refresh           12:2             12,15,17,          78:21
  111:13               45:6            16:17            23 81:3,7
  113:3                109:14          17:23            82:10           represent
  114:9,25                            22:23,24          85:13,16          39:16
  115:3,19           refresher         23:12,17         86:17             51:25
  116:11               6:13            33:3             87:3,5,9,
                                       41:19            11,23           represented
reference            registered        42:11           88:7,14,          51:20
  43:2 44:7            68:12           55:18            17,25
  59:6                                 59:4             89:14           representing
  91:23              registratio       67:6,16         91:7,16,           4:13
  98:2,8             n                 72:13            23 93:7            51:23
                       69:10,21        73:21           95:10,23
referenced             70:16,23        76:17           96:2             request
  57:17                71:7,10,        77:15,16        98:2,6,            123:13,19
  65:15,24            14 72:15         79:18            10,13,14,
  66:7                                 86:20,23         20,23           research
  70:16,23           regular           91:21,24,        100:6            32:6
  78:6 91:9            7:10 53:8        25              101:23           109:18
  98:5                                                  102:3
  106:16             reiterate       repeat            105:6           researched
  112:9                87:3            58:20            106:16,24         33:4
  121:9                                83:11            107:7,15,
                     relate            87:22            25 108:4,       researching
referred               118:4           92:15           7,13             109:24
  45:4                                 93:25           109:11,          110:3
                     related           97:17           16,20,25         112:10,19
referring              12:10                            110:5,11,
  20:2                               report            25 111:7        reside
  45:10,16           relation          12:20,23        112:11,           5:17
  53:22                15:3            17:14,18,        20,22
  63:8 80:9                            21,22,24         113:10,         resolve
  85:21              released          18:9            14,18             9:17
  92:21                72:24           21:18           114:18
  99:21,25                             22:11,13,        115:13,16       respective
  104:20,25          relevant          16,18                             101:7,21
  105:5,9,            92:9,17          33:20
                       93:6                                             respond
                                                                         123:20
                     reliable
                       109:3

                     relied
                       98:16,21



**responsibil ity**
  30:11

**retained**
  52:4
  54:18

**retainer**
  54:19

**review**
  12:12,14,
  24 41:4,
  12,13
  61:16
  68:25
  87:15

**reviewed**
  42:20
  43:8

**reviewing**
  43:13

**rhythm**
  32:12
  59:20
  60:2
  82:22
  90:14
  106:8,25
  111:8

**rhythmic**
  83:7,13
  84:6

**Ribbon**
  65:3

**role**
  81:20

**Romancing**
  40:5

**Ronnie**
  75:22

**roughly**
  48:13,25

49:5 50:8
62:5

**royalties**
29:5

**royalty**
  8:3,4
  29:19,25
  30:2,23,
  24

**rules**
  6:11

_____

_____

**S**

**Sadly**
  34:5

**Sag-aftra**
  31:10

**Salani**
  13:3,8,
  11,14,19
  14:9,14
  15:15
  16:25
  17:13,22
  21:6,24
  22:11,13
  23:2,5
  94:9
  123:11
  124:22

**Salani's**
  22:16,18
  102:13

**SANDS**
  41:17
  42:7 47:9
  53:5
  56:20
  64:17
  78:16
  80:3
  81:22

83:10,20
86:19
98:24
107:3
121:20
123:18,22
124:9
125:2

**Sandy**
  17:9
  18:12,22
  19:21
  21:10,12
  39:20
  49:2,24
  53:7 61:7
  62:15,22

**Sandy's**
  73:22

**sang**
  59:24

**Sarah**
  24:10

**Savannah**
  49:3
  51:12

**scale**
  118:25
  119:15,
  17,18
  120:6,9,
  11,12,21,
  25 121:4,
  7,19
  122:2,17

**scheduled**
  11:25

**Schillinger**
  24:25
  25:3,5,9
  59:19
  60:3
  118:3,4,

6,10

**school**
  23:23
  24:7,8,9,
  11,13,14,
  15,16,17,
  20 25:4,
  5,8
  118:12,
  14,15

**Schroeck**
  39:25

**Season**
  56:11
  57:11

**Seasons**
  26:5
  57:12
  62:2

**section**
  60:2 61:4
  106:8,11
  113:19

**selected**
  64:11

**seller**
  49:6

**sense**
  7:13

**sentence**
  63:7
  82:17
  83:2
  92:16
  105:20
  113:19

**sequence**
  120:24

**Sergio**
  14:17,18,
  19,20

**series**
  75:13

**serve**
  17:2 34:3

**served**
  33:8
  34:7,11,
  14,22

**serves**
  120:20

**services**
  35:8

**serving**
  15:20
  16:4
  17:13

**session**
  30:15
  59:2
  94:20

**sessions**
  59:6

**sets**
  86:8

**setting**
  14:2

**shared**
  17:20,21
  20:15,23
  94:8

**sharing**
  53:11

**sharp**
  119:2

**sheet**
  96:17
  97:5,15,
  16,18
  98:9
  100:2



sheets
    98:2,5,8,
    17

Shirley
    59:22,23

shooting
    76:21

short
    94:13

Shorter
    24:10

shoulder
    27:13

show
    45:11
    86:21

showed
    12:18
    91:20

shows
    76:5,7
    89:8,9,
    10,11,25
    90:3

sick
    51:9

side
    60:10,23
    102:25
    103:2
    116:21

sideways
    43:16

sign
    54:18

signature
    79:7,10

significant
    32:6
    42:22

Silvio
    4:10

similar
    20:23
    56:24
    90:24

similaritie
s
    20:16
    85:22
    90:2,18,
    25 91:5,8

simplify
    36:18

Sinatra
    67:14

sing
    25:25
    28:7
    30:7,8

singer
    28:6

singers
    20:5,19

singles
    66:19,21
    67:2

sit
    60:4

size
    33:17

small
    111:25

Smith
    8:12

Society
    31:13,16,
    19,21

software
    93:21,22,

23
sold
    74:19

sole
    35:20,22,
    23 38:4

solo
    51:14,17

Solutions
    4:14

son
    34:19

song
    15:7
    18:19,20
    19:14,16,
    18,24
    20:7,15,
    17,21
    26:19
    27:5,8,
    15,17,20,
    25 28:10,
    14,16,18,
    23 30:5,
    7,8,12,
    13,20
    50:15,18
    61:25
    62:4
    65:2,6
    67:15
    69:17,18,
    22 71:14,
    18,22
    72:2,24
    82:24
    84:16
    90:23
    99:17,19,
    22,24
    100:2
    101:7
    122:3

songs
    16:8,16,
    19 27:16
    49:18
    50:11
    56:3,4
    64:3,10,
    15,20
    65:11,14,
    16,18,24,
    25 66:6,
    7,10,13,
    16,25
    67:4,8,
    11,13
    69:22
    70:6,10,
    15,22
    90:21
    97:15
    104:23
    105:17,24
    106:25
    107:9
    121:18,21

songwriter
    65:12

songwriters
    62:15

songwriting
    28:9
    63:24
    64:4

sort
    25:23
    30:6

sound
    23:11
    36:10,17,
    20 37:19
    39:18
    42:11
    68:17
    72:23

sounds
    18:20

source
    109:3

Spanish
    81:14

speak
    6:21
    13:14
    25:15
    50:20

speakers
    36:20

spec
    49:17

specialist
    4:11

specificall
y
    118:20

spell
    94:3

spelled
    53:18,20

speller
    53:17

spelling
    53:21

spent
    26:13
    55:16

spoke
    10:23
    12:9
    13:18
    16:25
    21:9 52:6

spoken
    11:4
    13:11



17:12

**start**
21:6 35:5
49:12
96:20
97:2,7,
10,14,15,
25 99:13,
15,16
100:21
104:25

**started**
63:4
100:12

**starting**
27:3
82:11
104:22
105:21

**starts**
96:12,16
97:4,16,
19

**state**
4:17
5:11,19
98:16,21
105:3,8,
12,16,23
123:8

**stated**
16:25
43:20
44:14

**statement**
63:12
104:15,21
105:18

**statements**
113:8

**states**
24:9
33:15

37:13
62:8
63:3,8
68:22
70:5
71:3,18
72:5,19
80:18,21
81:10
92:8,16
106:11

**stating**
73:6
112:2
113:20

**statistician**
117:8,10

**statistics**
117:13,16

**stop**
24:5

**stopped**
49:22

**stream**
9:9

**streamed**
9:10,13

**streaming**
9:8,12
74:23

**street**
14:24
35:15
38:2,3

**strike**
72:14
78:12
98:12
99:6
103:24
107:6

118:8
121:22,24

**strong**
101:14

**structure**
32:12
82:23
83:3,7,13
84:7
114:7,13,
16 119:17

**studied**
24:13,14
25:8,10

**study**
25:3

**Studying**
118:3

**stuff**
19:11
42:10
76:22

**stupid**
9:16

**submitted**
12:21
54:3,15
55:17
78:10
79:14
80:24
98:7

**submitting**
79:25

**substance**
10:19

**sued**
8:20 9:5

**sufficient**
42:20

**suggest**

17:5

**suing**
8:7,11,14
33:13

**super**
67:21

**supplement**
27:22

**supposed**
84:16

**swear**
4:22

**Sweet**
27:12

**sworn**
5:4 6:14

**symmetry**
113:20,25
114:3

**Symphonic**
14:21

**system**
25:9
59:20

───────────

**T**

───────────

**Tab**
39:9
40:10
68:20
77:22

**takes**
26:18

**taking**
14:22
50:18

**talk**
6:25

**talked**
59:11

**talking**
14:6
20:18
95:22
99:8
120:2

**taught**
15:21
24:6 25:4

**tax**
38:11

**teacher**
25:8

**teaching**
24:15
30:12

**technique**
25:6

**technology**
35:14
36:6,18,
19 37:4,
6,7,8,16

**tempo**
115:17,23
116:4

**ten**
6:6 7:23
11:10,11
56:2 67:4

**ten-minute**
47:7

**testified**
5:4 104:7

**testify**
33:24
95:4

**testimony**
7:16 97:6



99:10,11
100:14
101:4
102:3,15
119:6

**text**
22:4
53:4,8

**theme**
106:13

**theory**
24:13
31:21
57:4
59:16

**thing**
38:18
45:16
107:18

**things**
12:7
19:22
24:6 37:9
41:19
45:10
110:2

**thought**
20:10
82:2

**Tie**
65:3

**time**
4:16 6:5
11:12,17
13:18,24
17:12
19:6,7,13
23:14
41:4,12,
13 43:10,
12 47:7,
11,14
48:11

68:14
70:12
74:25
87:14
94:12,17,
22 95:16,
19 122:24
123:3
124:4,7
125:7

**times**
6:3,4
7:11 30:8
50:25
67:10
81:24

**title**
69:13,25
70:2
72:4,6

**titled**
56:11
71:15

**today**
5:10 7:14
10:13
11:14
51:21
60:5,20
95:5
102:16
124:12

**told**
16:7

**Tom**
57:25

**tomorrow**
12:4

**Tony**
37:8

**top**
41:6 59:9
80:17

86:3,9,13
88:10
102:20
111:20,
23,24
116:24

**total**
43:9
106:13

**totality**
43:5
79:13

**touch**
21:16
50:24

**track**
59:20

**training**
26:8
32:15
117:12
118:11

**transcribe**
93:17
100:3

**transcribed**
92:9,17
101:22
105:6,10,
14 120:14

**transcript**
97:12

**transcription**
44:19
45:17
46:5,14,
18,21,23
88:13
96:7,10,
12,20
100:6,10
102:21,25

103:2,7,
13,16,20,
24 104:2,
3 106:25
107:21

**transcriptions**
58:8,14
85:20
86:16
87:17,21,
25 89:14
91:13,16
92:24,25
93:4,12,
15,18
94:6,9
95:12,23
98:22
99:8
103:10
104:9
107:8,16
122:9,16

**transposed**
120:15

**trial**
33:24
40:13

**tribute**
60:15
63:18,21

**Tributes**
60:11

**true**
58:5
63:12
98:25
119:14

**truth**
6:15

**turn**
60:22

62:18,19
67:23
95:23
102:18
104:12

**turned**
21:10

**Turning**
46:13

**Twelve**
120:24

**two-bar**
97:17

**type**
69:4,6

_____

U

**uh-uhs**
6:22

**um-hm**
44:17
61:2
63:16
66:24
67:25
73:11
79:9
80:10
96:9
104:19
106:10,14
108:11
110:6,9,
16 113:7
114:11,14
115:5,10
122:15

**unbiased**
16:23

**underline**
42:10



understand
  6:16,23
  19:25
  32:11
  45:14
  51:22,24
  80:8 87:9
  88:2,3
  100:20
  103:4
  121:11
understandi
ng
  14:4
  32:2,16,
  19 43:14
  54:16
  99:14
understood
  14:8
  34:20
  37:17
  50:19
  65:22
  99:10
Unichappell
  73:10
union
  34:16
unions
  31:11
United
  24:9
  33:14
  37:13
  68:22
  71:3
university
  31:2
utilize
  121:25
utilized
  44:25

84:15

_____

          V

_____

vague
  32:23
  77:11
  117:20
Valli
  10:4
  39:24
  40:4 50:2
vary
  27:15
  29:5
Vaughn
  24:10
verbal
  19:4,5,9
verse
  89:25
  90:8,11
  91:3,4,9
  96:15
  97:2,7,10
  99:15
  100:11,
  12,13,16,
  21 101:6,
  16,18,21
  122:10
verses
  97:24
  99:12,15,
  16
version
  17:21
  22:15
  81:14
  91:19
versus
  4:6

video
  4:11
video-
recorded
  4:3 125:9
vocal
  25:24
  30:12

_____

          W

_____

wanted
  21:20
  124:19
Wayne
  24:10
ways
  29:7
website
  39:4
  108:24
week
  11:19
wife
  10:15,16,
  22 35:22,
  23 51:9
  52:24
Wiggle
  18:20
  81:13
  88:15
  89:8,24
  92:21
  96:3
  103:8
  104:16
  105:4
  106:12
  113:21
  121:25
  122:13

Wiggles
  88:8
  89:16
Wikipedia
  108:20,24
  109:2,21,
  23
  110:18,24
  111:4,5
  113:5,9,
  15
  114:13,16
  115:7,12,
  23 116:14
Wind
  19:19
  20:15
word
  18:17
  32:22,25
  46:3
  82:4,6
  108:4
words
  45:25
  53:18
work
  37:5
  49:15,25
  50:17
  51:14
  67:8
  81:21
  89:10,12
  107:24
  112:14
worked
  48:22
  49:8,11,
  13,18,20
  50:7,9
  60:12
  65:14,16,
  25 66:10,

  13,17,22,
  25 67:21
working
  27:4
  49:22
  51:11
works
  38:15
  57:3,6
  88:23
  89:2
  112:13
  121:3
worth
  14:25
wound
  76:17
wrap
  125:4
write
  19:11
  26:23
  27:2
  28:11,16
  35:11
  41:17
  63:5
  75:24
writer
  57:24,25
writing
  25:10
  42:8,9
  123:19
written
  19:3,9,14
  21:17
  22:6
  27:20
  28:3
  53:16
  57:3,6
  70:12,21



```
  71:19                    12:5
  88:4,7,14          York
  100:3                    4:8 49:23
  123:9
                    ─────────────────
wrong
  53:20                    Z
                    ─────────────────
wrote
  27:11             Zager
  44:8,24                 15:18
  49:3              zip
  53:15                   5:22
  54:10             Zoom
  59:5                    11:19
  67:13,19
  69:17
  70:11


   ──────────────
         Y
   ──────────────

year
  9:4 23:9,
  20,24
  24:2,22
  50:25

years
  6:6 7:23
  9:4 14:13
  19:15
  20:20
  25:11,14
  34:13
  37:20,21
  49:16
  50:8
  51:10
  56:2
  67:16
  68:16
  77:7

yellow
  65:3
  90:2,5,6

yesterday
  11:20
```

