## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
LARBALL PUBLISHING COMPANY, INC. and SANDY LINZER PRODUCTIONS, INC.,

                         Plaintiffs,              22 **CIVIL** 1872 (KPF)

    -against-                             **JUDGMENT**

DUA LIPA; CLARENCE COFFEE, JR.; SARAH HUDSON; STEPHEN KOZMENIUK; SONY MUSIC PUBLISHING (US) LLC; UNIVERSAL MUSIC CORPORATION; and WARNER RECORDS INC.,

                        Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, Defendants' motion to exclude is DENIED IN PART and GRANTED IN PART and Defendants' motion for summary judgment is GRANTED IN FULL; accordingly, the case is closed.

**Dated:**  New York, New York

       March 27, 2025

                                                     **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                        **BY:**

                                                         **Deputy Clerk**